# ORDER FOR SUPPLIES OR SERVICES

IMPORTANT: Mark all packages and papers with contract and/or order numbers

| | |
|---|---|
| PAGE | OF PAGES |
| 1 | 11 |

**1 DATE OF ORDER**
09/08/2014

**2. CONTRACT NO** *(If any)*
HSCEDM-14-D-00004

**3 ORDER NO**
HSCEDM-14-J-00033

**4 REQUISITION/REFERENCE NO**
192114EROHQATD038

**5 ISSUING OFFICE** *(Address correspondence to)*
ICEDETENTION COMPLIANCE REMOVALS
IMMIGRATION AND CUSTOMS ENFORCEMENT
OFFICE OF ACQUISITION MANAGEMENT
(b)(6)(b)(7)(C) I STREET NW
WASHINGTON DC 20536

**6 SHIP TO**

**a NAME OF CONSIGNEE**
Multiple Destinations

**b STREET ADDRESS**

**c CITY** | **d STATE** | **e ZIP CODE**

**7 TO**

**a NAME OF CONTRACTOR**
BI INCORPORATED

**b COMPANY NAME**

**c STREET ADDRESS**
6400 LOOKOUT ROAD

**d CITY**
BOULDER

**e STATE**
CO

**f ZIP CODE**
803013377

**f SHIP VIA**

**8 TYPE OF ORDER**

**a. PURCHASE**
REFERENCE YOUR

Please furnish the following on the terms
and conditions specified on both sides of
this order and on the attached sheet, if any,
including delivery as indicated

X **b. DELIVERY**

Except for billing instructions on the
reverse, this delivery order is subject
to instructions contained on this side
only of this form and is issued
subject to the terms and conditions
of the above-numbered contract

**9 ACCOUNTING AND APPROPRIATION DATA**
See Schedule

**10 REQUISITIONING OFFICE**

**11 BUSINESS CLASSIFICATION** *(Check appropriate box(es))*

a. SMALL | X b. OTHER THAN SMALL | c. DISADVANTAGED | d WOMEN-OWNED | e HUBZone

f SERVICE-DISABLED
VETERAN-OWNED | g. WOMEN-OWNED SMALL BUSINESS (WOSB)
ELIGIBLE UNDER THE WOSB PROGRAM | h EDWOSB

**12. F.O.B. POINT**
Destination

**13 PLACE OF** | **14 GOVERNMENT B/L NO** | **15 DELIVER TO F.O.B POINT ON OR BEFORE** *(Date)*
30 Days After Award | **16 DISCOUNT TERMS**
Net 30

**a INSPECTION**
Destination | **b ACCEPTANCE**
Destination

## 17. SCHEDULE (See reverse for Rejections)

| ITEM NO (a) | SUPPLIES OR SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| | DUNS Number: 094160959 The purpose of this award is to issue task order HSCEDM-14-J-00033 to BI, Incorporated to provide ISAP III services for the base year of performance under contract HSCEDM-14-D-00004 (09/08/2014-09/07/2015) Continued ... | | | | | |

**18 SHIPPING POINT** | **19 GROSS SHIPPING WEIGHT** | **20 INVOICE NO** | **17(h) TOTAL** *(Cont pages)* ◀

**21. MAIL INVOICE TO**

SEE BILLING
INSTRUCTIONS
ON REVERSE

**a. NAME**
DHS ICE

**b. STREET ADDRESS** *(or P.O. Box)*
BURLINGTON FINANCE CENTER
POBOX 1620
ATTN ICE-EPO-FHQ-CED

**c CITY**
WILLINGTON | **d STATE** | **e ZIP CODE**
05495-1620

$9,100,000.00

**17(i) GRAND TOTAL**
$9,100,000.00 ◀

**22 UNITED STATES OF AMERICA BY** *(Signature)*

**23 NAME** *(Typed)*
(b)(6)(b)(7)(C)

TITLE: CONTRACTING/ORDERING OFFICER

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION NOT USABLE

OPTIONAL FORM 347 *(Rev. 2/2012)*
Prescribed by GSA/FAR 48 CFR 53.213(f)

**ORDER FOR SUPPLIES OR SERVICES**
**SCHEDULE - CONTINUATION**

IMPORTANT: Mark all packages and papers with contract and/or order numbers.

| DATE OF ORDER | CONTRACT NO. | | ORDER NO |
|---|---|---|---|
| 09/08/2014 | HSCEDM-14-D-00004 | | HSCEDM-14-J-00033 |

| ITEM NO. (a) | SUPPLIES/SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| (b)(C)(E) | Exempt Action: Y<br>Accounting Info: | | | | | (b)(c) |
| | Period of Performance: 09/08/2014 to 09/07/2019 | | | | | |
| 0001 | CONTRACT MANAGEMENT - The Contractor shall provide all contractual and program management, oversight, reporting and quality control of the ISAP III program to include on-site and off-site Contractor personnel. ISAP III personnel shall comply with the Education/ Training/ Licenses/Certification Requirements outlined in Section 6.9:Training of the SOW. | | | | | (b)(c) |
| (b)(c) | CLIN 0001 Base Year Amount: | | | | | |
| | Base Period of Performance:<br>08 September 2014 through 07 September 2015 | | | | | |
| | Delivery Location Code: ICE/ERO<br>ICE ENFORCEMENT  REMOVAL<br>IMMIGRATION AND CUSTOMS ENFORCEMENT<br>801 I STREET NW | | | | | |
| (b)(6)(b)(7)(C) | | | | | | |
| | WASHINGTON DC 20536 | | | | | |
| 0002 | Office Visits~ The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Office visits, Home visits) for each ISAP III participant in accordance with Sections 6.3 of the SOW. The requirements for each corresponding level of supervision will be provided under SLINs 0002A, 0002B, 0002C, and 0002D. | | EA | | 0.00 | |
| | Base Period of Performance:<br>08 September 2014 through 07 September 2015<br>(Not Separately Priced) | | | | | |
| | Continued ... | | | | | |

| TOTAL CARRIED FORWARD TO 1ST PAGE (ITEM 17(H)) | ▷ | $3,314,330.00 | |
|---|---|---|---|

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION NOT USABLE

OPTIONAL FORM 348 (Rev. 4/2006)
Prescribed by GSA FAR (48 CFR) 53 213(f)

# ORDER FOR SUPPLIES OR SERVICES
## SCHEDULE - CONTINUATION

IMPORTANT: Mark all packages and papers with contract and/or order numbers.

| | | | PAGE NO |
|---|---|---|---|
| | | | 3 |

| DATE OF ORDER | CONTRACT NO. | | ORDER NO. |
|---|---|---|---|
| 09/08/2014 | HSCEDM-14-D-00004 | | HSCEDM-14-J-00033 |

| ITEM NO. (a) | SUPPLIES/SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| (b)(6),(b)(7)(C) | Delivery Location Code: ICE/DRO<br>ICE DETENTION REMOVAL<br>IMMIGRATION AND CUSTOMS ENFORCEMENT<br>801 I STREET NW<br><br>WASHINGTON DC 20536<br>Amount: $0.00 | | | | | |
| (b)(4) 0002A | Office Visit-Every Week<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Office visits, Home visits) for each ISAP III participant in accordance with Sections 6.3 of the SOW.<br>CLIN 0002A Base Year NTE Amount: | | | | | |
| (b)(4) | Current Funding:<br><br>Base Period of Performance:<br>08 September 2014 through 07 September 2015<br><br>Delivery Location Code: ICE/ERO<br>ICE ENFORCEMENT REMOVAL<br>IMMIGRATION AND CUSTOMS ENFORCEMENT<br>801 I STREET NW<br><br>WASHINGTON DC 20536 | | | | | |
| (b)(4) 0002B | Office Visit-Once Every Two Weeks<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Office visits) for each ISAP III participant in accordance with Sections 6.3 of the SOW.<br><br>CLIN 0002B Base Year NTE Amount:<br>Continued ... | | | | | |

| TOTAL CARRIED FORWARD TO 1ST PAGE (ITEM 17(H)) | | ▷ | | | $1,817,146.78 | |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION NOT USABLE

OPTIONAL FORM 348 (Rev. 4/2006)
Prescribed by GSA FAR (48 CFR) 53 213(f)

# ORDER FOR SUPPLIES OR SERVICES
## SCHEDULE - CONTINUATION

PAGE NO  
4

IMPORTANT: Mark all packages and papers with contract and/or order numbers.

| DATE OF ORDER | CONTRACT NO. | ORDER NO. |
|---|---|---|
| 09/08/2014 | HSCEDM-14-D-00004 | HSCEDM-14-J-00033 |

| ITEM NO. (a) | SUPPLIES/SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| (b)(4) | | | | | | |
| | Current Funding: | | | | | |
| | Base Period of Performance:<br>08 September 2014 through 07 September 2015 | | | | | |
| | Delivery Location Code: ICE/ERO<br>ICE ENFORCEMENT  REMOVAL<br>IMMIGRATION AND CUSTOMS ENFORCEMENT<br>801 I STREET NW<br>WASHINGTON DC 20536 | | | | | |
| 0002C | Office Visit-Once Every Four Weeks<br>Fixed Unit Price<br>The unit EA represents a Participant Day<br>(PD)<br><br>The Contractor shall administer, monitor,<br>track, and report various stages of<br>supervision (i.e. Office visits) for each<br>ISAP III participant in accordance with<br>Sections 6.3 of the SOW. | | | | | (b)(4) |
| | CLIN 0002C Base Year NTE Amount: | | | | | |
| | Current funding: | | | | | |
| | Base Period of Performance:<br>08 September 2014 through 07 September 2015 | | | | | |
| | Delivery Location Code: ICE/ERO<br>ICE ENFORCEMENT  REMOVAL<br>IMMIGRATION AND CUSTOMS ENFORCEMENT<br>801 I STREET NW<br>WASHINGTON DC 20536 | | | | | |
| 0002D | Office Visit-Once Every Eight Weeks<br>Fixed Unit Price<br>The unit EA represents a Participant Day<br>(PD)<br>Continued ... | | | | | (b)(4) |

| TOTAL CARRIED FORWARD TO 1ST PAGE (ITEM 17(H)) | | $43,724.95 | |
|---|---|---|---|

AUTHORIZED FOR LOCAL REPRODUCTION  
PREVIOUS EDITION NOT USABLE

OPTIONAL FORM 348 (Rev. 4/2006)  
Prescribed by GSA FAR (48 CFR) 53.213(f)

ORDER FOR SUPPLIES OR SERVICES
SCHEDULE - CONTINUATION

PAGE NO.
5

IMPORTANT: Mark all packages and papers with contract and/or order numbers.

| DATE OF ORDER | CONTRACT NO. | | ORDER NO. |
|---|---|---|---|
| 09/08/2014 | HSCEDM-14-D-00004 | | HSCEDM-14-J-00033 |

| ITEM NO. (a) | SUPPLIES/SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| | The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Office visits) for each ISAP III participant in accordance with Sections 6.3 of the SOW. | | | | | |
| (b)(4) | CLIN 0002D Base Year NTE Amount: | | | | | |
| (b)(4) | Current Funding | | | | | |
| | Base Period of Performance: 08 September 2014 through 07 September 2015 | | | | | |
| (b)(6),(b)(4)(b)(4) | Delivery Location Code: ICE/ERO ICE ENFORCEMENT REMOVAL IMMIGRATION AND CUSTOMS ENFORCEMENT 801 I STREET NW WASHINGTON DC 20536 | | | | | |
| 0003 | Home Visits- The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Home visits) for each ISAP III participant in accordance with Sections 6.4 of the SOW. The requirements for each corresponding level of supervision will be provided under SLINs 0003A, 0003B, 0003C, and 0003D. (Not Separately Priced) | | EA | | 0.00 | |
| (b)(6),(b)(4)(b)(4) | Delivery Location Code: ICE/DRO ICE DETENTION REMOVAL IMMIGRATION AND CUSTOMS ENFORCEMENT 801 I STREET NW WASHINGTON DC 20536 Amount: $0.00 | | | | | |
| (b)(4) 0003A | Home Visit-Once Every Two Weeks Fixed Unit Price The unit EA represents a Participant Day (PD) Continued ... | | | | | |

| | TOTAL CARRIED FORWARD TO 1ST PAGE (ITEM 17(H)) | | ▷ | | $393,254.40 | |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION NOT USABLE

OPTIONAL FORM 348 (Rev. 4/2006)
Prescribed by GSA FAR (48 CFR) 53.213(f)

Date archived: November 7, 2018

IMPORTANT: Mark all packages and papers with contract and/or order numbers.

| DATE OF ORDER | CONTRACT NO. | | ORDER NO. |
|---|---|---|---|
| 09/08/2014 | HSCEDM-14-D-00004 | | HSCEDM-14-J-00033 |

| ITEM NO. (a) | SUPPLIES/SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| | The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Home visits) for each ISAP III participant in accordance with Sections 6.4 of the SOW. | | | | | |
| | CLIN 0003A Base Year NTE Amount: | | | | | |
| | Current Funding | | | | | |
| | Base Period of Performance: 08 September 2014 through 07 September 2015 | | | | | |
| | Delivery Location Code: ICE/ERO ICE ENFORCEMENT   REMOVAL IMMIGRATION AND CUSTOMS ENFORCEMENT 801 I STREET NW WASHINGTON DC 20536 | | | | | |
| 0003B | Home Visit-Once Every Four Weeks Fixed Unit Price The unit EA represents a Participant Day (PD) | | | | | |
| | The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Home visits) for each ISAP III participant in accordance with Sections 6.4 of the SOW. | | | | | |
| | CLIN 0003B Base Year NTE Amount: | | | | | |
| | Current Funding: | | | | | |
| | Base Period of Performance: 08 September 2014 through 07 September 2015 | | | | | |
| | Delivery Location Code: ICE/ERO ICE ENFORCEMENT   REMOVAL IMMIGRATION AND CUSTOMS ENFORCEMENT 801 I STREET NW Continued ... | | | | | |

| | | AMOUNT |
|---|---|---|
| TOTAL CARRIED FORWARD TO 1ST PAGE (ITEM 17(H)) | | $991,706.10 |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION NOT USABLE

OPTIONAL FORM 348 (Rev. 4/2006)
Prescribed by GSA FAR (48 CFR) 53.213(f)

| ORDER FOR SUPPLIES OR SERVICES<br>SCHEDULE - CONTINUATION | PAGE NO<br>7 |
|---|---|

**IMPORTANT:** Mark all packages and papers with contract and/or order numbers.

| DATE OF ORDER<br>09/08/2014 | CONTRACT NO.<br>HSCEDM-14-D-00004 | ORDER NO.<br>HSCEDM-14-J-00033 |
|---|---|---|

| ITEM NO.<br>(a) | SUPPLIES/SERVICES<br>(b) | QUANTITY ORDERED<br>(c) | UNIT<br>(d) | UNIT PRICE<br>(e) | AMOUNT<br>(f) | QUANTITY ACCEPTED<br>(g) |
|---|---|---|---|---|---|---|
| (b)(6),(b)(7)(C) | WASHINGTON DC 20536 | | | | | |
| 0003C | Home Visit-Once Every Eight Weeks<br>Fixed Unit Price<br>The unit EA represents a Participant Day<br>(PD)<br><br>The Contractor shall administer, monitor,<br>track, and report various stages of<br>supervision (i.e. Home visits) for each<br>ISAP III participant in accordance with<br>Sections 6.4 of the SOW. | | | | | (b)(4) |
| (b)(4) | CLIN 0003C Base NTE Amount: | | | | | |
| (b)(4) | Current Funding: | | | | | |
| | Base Period of Performance:<br>08 September 2014 through 07 September 2015<br><br>Delivery Location Code: ICE/ERO<br>ICE ENFORCEMENT  REMOVAL<br>IMMIGRATION AND CUSTOMS ENFORCEMENT<br>801 I STREET NW | | | | | |
| (b)(6),(b)(7)(C) | | | | | | |
| | WASHINGTON DC 20536 | | | | | |
| 0004 | Case Management<br>Fixed Unit Price<br>The unit EA represents a Participant Day<br>(PD)<br><br>The Contractor shall administer, monitor,<br>track, and report ISAP III participants in<br>their Case Management system in accordance<br>with Section 6.2 of the SOW. | | | | | (b)(4) |
| (b)(4) | CLIN 0004 Base Year NTE Amount: | | | | | |
| (b)(4) | Current Funding: | | | | | |
| | Continued ... | | | | | |
| | TOTAL CARRIED FORWARD TO 1ST PAGE (ITEM 17(H)) | | | | $662,886.21 | |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION NOT USABLE

OPTIONAL FORM 348 (Rev. 4/2006)
Prescribed by GSA FAR (48 CFR) 53 213(f)

# ORDER FOR SUPPLIES OR SERVICES
## SCHEDULE - CONTINUATION

IMPORTANT: Mark all packages and papers with contract and/or order numbers.

| DATE OF ORDER | CONTRACT NO. | | ORDER NO. |
|---|---|---|---|
| 09/08/2014 | HSCEDM-14-D-00004 | | HSCEDM-14-J-00033 |

| ITEM NO. (a) | SUPPLIES/SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| | Base Period of Performance: 08 September 2014 through 07 September 2015 | | | | | |
| (b)(6),(b)(7)(C) | Delivery Location Code: ICE/ERO ICE ENFORCEMENT  REMOVAL IMMIGRATION AND CUSTOMS ENFORCEMENT 801 I STREET NW WASHINGTON DC 20536 | | | | | |
| 0005 | Orientation/ Enrollment Fixed Unit Price The unit EA represents a Participant Day (PD) The Contractor shall provide enrollment and orientation to ISAP III participants in accordance with Section 6.6 of the SOW. | | | | | (b)(4) |
| (b)(4) | CLIN 0005 Base Year NTE Amount: | | | | | |
| (b)(4) | Current Funding: | | | | | |
| (b)(6),(b)(7)(C) | Base Period of Performance: 08 September 2014 through 07 September 2015 Delivery Location Code: ICE/ERO ICE ENFORCEMENT  REMOVAL IMMIGRATION AND CUSTOMS ENFORCEMENT 801 I STREET NW WASHINGTON DC 20536 | | | | | |
| 0006 | GPS Fixed Unit Price The unit EA represents a Participant Day (PD) The Contractor shall provide Technology to ISAP III participants in accordance with Section 6.5 of the SOW and Attachment 6- Detailed GPS Ankle Bracelets and Tracking/Monitoring System and Telephonic Reporting System. Continued ... | | | | | (b)(4) |

| | | | | | |
|---|---|---|---|---|---|
| TOTAL CARRIED FORWARD TO 1ST PAGE (ITEM 17(H)) | ▷ | | | $1,246,704.00 | |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION NOT USABLE

OPTIONAL FORM 348 (Rev. 4/2006)
Prescribed by GSA FAR (48 CFR) 53 213(f)

# ORDER FOR SUPPLIES OR SERVICES
## SCHEDULE - CONTINUATION

PAGE NO. 9

IMPORTANT: Mark all packages and papers with contract and/or order numbers.

| DATE OF ORDER | CONTRACT NO. | | ORDER NO. |
|---|---|---|---|
| 09/08/2014 | HSCEDM-14-D-00004 | | HSCEDM-14-J-00033 |

| ITEM NO. (a) | SUPPLIES/SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| (b)(4) | CLIN 0006 Base Year NTE Amount: | | | | | |
| (b)(4) | Current Funding: | | | | | |
| | Base Period of Performance:<br>08 September 2014 through 07 September 2015 | | | | | |
| | Delivery Location Code: ICE/ERO<br>ICE ENFORCEMENT REMOVAL<br>IMMIGRATION AND CUSTOMS ENFORCEMENT<br>801 I STREET NW | | | | | |
| (b)(6),(b)(7)(C) | WASHINGTON DC 20536 | | | | | |
| (b)(4) 0007 | Telephonic Reporting<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD) | | | | | |
| | The Contractor shall provide Technology to ISAP III participants in accordance with Section 6.5 of the SOW and Attachment 6-Detailed GPS Ankle Bracelets and Tracking/Monitoring System and Telephonic Reporting System. | | | | | |
| (b)(4) | CLIN 0007 Base Year NTE Amount: | | | | | |
| (b)(4) | Current funding: | | | | | |
| | Base Period of Performance:<br>08 September 2014 through 07 September 2015 | | | | | |
| | Delivery Location Code: ICE/ERO<br>ICE ENFORCEMENT REMOVAL<br>IMMIGRATION AND CUSTOMS ENFORCEMENT<br>801 I STREET NW | | | | | |
| (b)(6),(b)(7)(C) | WASHINGTON DC 20536 | | | | | |
| (b)(4) 0008 | Court Tracking<br>Continued ... | | | | | |

| TOTAL CARRIED FORWARD TO 1ST PAGE (ITEM 17(H)) | | > | | | $211,910.56 | |

AUTHORIZED FOR LOCAL REPRODUCTION<br>PREVIOUS EDITION NOT USABLE

OPTIONAL FORM 348 (Rev 4/2006)
Prescribed by GSA FAR (48 CFR) 53.213(f)

**ORDER FOR SUPPLIES OR SERVICES**
**SCHEDULE - CONTINUATION**

IMPORTANT: Mark all packages and papers with contract and/or order numbers.

| DATE OF ORDER | CONTRACT NO. | | ORDER NO. |
|---|---|---|---|
| 09/08/2014 | HSCEDM-14-D-00004 | | HSCEDM-14-J-00033 |

| ITEM NO. (a) | SUPPLIES/SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| | Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall provide Court Tracking (Tracking of Court Case and Reminder Call to Participant before Court) to ISAP III participants in accordance with Section 6.1 of the SOW.<br><br>CLIN 0008 Base Year NTE Amount:<br><br><br>Current Funding:<br><br><br><br>Base Period of Performance:<br>08 September 2014 through 07 September 2015<br><br>Delivery Location Code: ICE/ERO<br>ICE ENFORCEMENT   REMOVAL<br>IMMIGRATION AND CUSTOMS ENFORCEMENT<br>801 I STREET NW<br><br>WASHINGTON DC 20536 | | | | | |
| 0009 | Alert Management<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall provide Alert Management (GPS & Telephonic Alerts) to ISAP III participants in accordance with Section 6.1 of the SOW.<br><br>CLIN 0009 Base Year NTE Amount:<br><br><br>Current Funding:<br><br><br><br>Base Period of Performance:<br>08 September 2014 through 07 September 2015<br><br>Delivery Location Code: ICE/ERO<br>Continued ... | | | | | |
| | TOTAL CARRIED FORWARD TO 1ST PAGE (ITEM 17(H)) | | | | $418,337.00 | |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION NOT USABLE

OPTIONAL FORM 348 (Rev. 4/2006)
Prescribed by GSA FAR (48 CFR) 53.213(f)

**IMPORTANT:** Mark all packages and papers with contract and/or order numbers.

| DATE OF ORDER | CONTRACT NO. | | ORDER NO. |
|---|---|---|---|
| 09/08/2014 | HSCEDM-14-D-00004 | | HSCEDM-14-J-00033 |

| ITEM NO. (a) | SUPPLIES/SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| (b)(6);(b)(7)(C) | ICE ENFORCEMENT  REMOVAL IMMIGRATION AND CUSTOMS ENFORCEMENT 801 I STREET NW | | | | | |
| | WASHINGTON DC 20536 Please note the following: 1) All terms and conditions of Contract # HSCEDM-14-D-00004 are hereby incorporated by reference to Task Order HSCEDM-14-J-00033 2) Task order# HSCEDM-14-J-00033 fully funds CLIN 0001 (Contract Management) and incrementally funds the remaining CLINs/SLINs. Additional funding shall be provided via formal modification to the task order as the Government requires additional participant days (PDs). | | | | | |
| | Contact information: DHS/ICE/ Office of Acquisition Management (OAQ) | | | | | |
| (b)(6);(b)(7)(C)  (b)(6);(b)(7)(C)  (b)(6);(b)(7)(C) | Contracting Officer: [          ] [          ]-202-732-[     ] [                  ]@ice.dhs.gov | | | | | |
| (b)(6);(b)(7)(C)  (b)(6);(b)(7)(C)  (b)(6);(b)(7)(C)  (b)(6);(b)(7)(C)  (b)(6);(b)(7)(C) | ICE/ERO/Alternatives to Detention Unit (ATD) COR: [                  ]@ice.dhs.gov (202) 732-[     ] ACOR:[                  ] [              ]ice.dhs.gov  (202) 732-[     ] | | | | | |
| | The total amount of award: $9,100,000.00. The obligation for this award is shown in box 17(i). | | | | | |
| | TOTAL CARRIED FORWARD TO 1ST PAGE (ITEM 17(H)) | | | | $0.00 | |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION NOT USABLE

OPTIONAL FORM 348 (Rev. 4/2006)
Prescribed by GSA FAR (48 CFR) 53.213(f)

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1 CONTRACT ID CODE | | PAGE OF PAGES | |
|---|---|---|---|---|---|
| | | | | 1 | 8 |

| 2 AMENDMENT/MODIFICATION NO. | 3 EFFECTIVE DATE | 4 REQUISITION/PURCHASE REQ NO. | 5 PROJECT NO (If applicable) |
|---|---|---|---|
| P00001 | See Block 16C | See Schedule | |

| 6 ISSUED BY | CODE | ICE/DCR | 7 ADMINISTERED BY (If other than Item 6) | CODE | ICE/DCR |
|---|---|---|---|---|---|

ICEDETENTION COMPLIANCE REMOVALS
IMMIGRATION AND CUSTOMS ENFORCEMENT
OFFICE OF ACQUISITION MANAGEMENT
801 I STREET NW
WASHINGTON DC 20536

ICEDETENTION COMPLIANCE REMOVALS
IMMIGRATION AND CUSTOMS ENFORCEMENT
OFFICE OF ACQUISITION MANAGEMENT
801 I STREET NW
WASHINGTON DC 20536

**8. NAME AND ADDRESS OF CONTRACTOR** (No., street, county, State and ZIP Code)

BI INCORPORATED
6400 LOOKOUT ROAD
BOULDER CO 803013377

| (x) | 9A AMENDMENT OF SOLICITATION NO |
|---|---|
| | 9B DATED (SEE ITEM 11) |
| X | 10A MODIFICATION OF CONTRACT/ORDER NO HSCEDM-14-J-00004 HSCEDM-14-J-00033 |
| | 10B DATED (SEE ITEM 13) 09/08/2014 |

| CODE C941609590000 | FACILITY CODE |
|---|---|

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended ☐ is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment, (b) By acknowledging receipt of this amendment on each copy of the offer submitted, or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA (If required) | Net Increase: |
|---|---|
| See Schedule | |

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| CHECK ONE | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43 103(b) |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF |
| X | D. OTHER (Specify type of modification and authority) Funding Only Action |

| E. IMPORTANT: | Contractor ☒ is not, ☐ is required to sign this document and return 0 copies to the issuing office. |
|---|---|

**14. DESCRIPTION OF AMENDMENT/MODIFICATION** (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

DUNS Number: 094160959

The purpose of Modification P00001 is as follows:

1) Provide additional funding in the amount of [____] for the continuation of support services for the Intensive Supervision Appearance Program (ISAP) III.

The total obligated award amount for Task Order HSCECR-14-J-00033 is hereby changed
From: [____]
By: [____]
To:   $12,087,721.82

Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|
| 15B CONTRACTOR/OFFEROR (Signature of person authorized to sign) | 15C. DATE SIGNED | 16B UNITED STATES OF AMERICA | 16C DATE SIGNED 9/30/14 |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53 243

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HSCEDM-14-D-00004/HSCEDM-14-J-00033/P00001 | PAGE<br>2 | OF<br>8 |
|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | All other prices, terms and conditions of this Task Order remained unchanged.<br>Exempt Action: Y<br>Delivery: 30 Days After Award<br>Discount Terms:<br>        Net 30<br>Delivery Location Code: ICE/ERO<br>ICE ENFORCEMENT  REMOVAL<br>IMMIGRATION AND CUSTOMS ENFORCEMENT<br>801 I STREET NW<br><br>WASHINGTON DC 20536<br><br>Accounting Info:<br><br><br><br>FOB: Destination<br>Period of Performance: 09/08/2014 to 09/07/2019<br><br>Change Item 0002A to read as follows(amount shown is the obligated amount): | | | | |
| 0002A | Office Visit-Every Week<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Office visits, Home visits) for each ISAP III participant in accordance with Sections 6.3 of the SOW.<br>CLIN 0002A Base Year NTE Amount:<br><br><br>Current Funding:<br><br><br><br>Base Period of Performance:<br>08 September 2014 through 07 September 2015<br>Requisition No: 192114EROHQATD040<br><br><br>Change Item 0002B to read as follows(amount shown is the obligated amount): | | | | |
| 0002B | Office Visit-Once Every Two Weeks<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>Continued ... | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HSCEDM-14-D-00004/HSCEDM-14-J-00033/P00001 | | PAGE<br>3 | OF<br>8 |
|---|---|---|---|---|

**NAME OF OFFEROR OR CONTRACTOR**
BI INCORPORATED

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Office visits) for each ISAP III participant in accordance with Sections 6.3 of the SOW.<br><br>CLIN 0002B Base Year NTE Amount:<br><br><br>Current Funding:<br><br><br>Base Period of Performance:<br>08 September 2014 through 07 September 2015<br>Requisition No: 192114EROHQATD040<br><br>Change Item 0002C to read as follows(amount shown is the obligated amount): | | | | |
| 0002C | Office Visit-Once Every Four Weeks<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Office visits) for each ISAP III participant in accordance with Sections 6.3 of the SOW.<br><br>CLIN 0002C Base Year NTE Amount:<br><br><br>Current funding:<br><br><br>Base Period of Performance:<br>08 September 2014 through 07 September 2015<br>Requisition No: 192114EROHQATD040<br><br><br>Change Item 0002D to read as follows(amount shown is the obligated amount): | | | | |
| 0002D | Office Visit-Once Every Eight Weeks<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Office visits) for each ISAP III participant in accordance with Sections 6.3 of the SOW.<br>Continued ... | | | | |

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED HSCEDM-14-D-00004/HSCEDM-14-J-00033/P00001 | | | PAGE 4 | OF 8 |
|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | CLIN 0002D Base Year NTE Amount: | | | | |
| | Current Funding | | | | |
| | Base Period of Performance: 08 September 2014 through 07 September 2015 Requisition No: 192114EROHQATD040 | | | | |
| | Change Item 0003A to read as follows(amount shown is the obligated amount): | | | | |
| 0003A | Home Visit-Once Every Two Weeks Fixed Unit Price The unit EA represents a Participant Day (PD) | | | | (b)(4) |
| | The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Home visits) for each ISAP III participant in accordance with Sections 6.4 of the SOW. | | | | |
| | CLIN 0003A Base Year NTE Amount: | | | | |
| | Current Funding | | | | |
| | Base Period of Performance: 08 September 2014 through 07 September 2015 Requisition No: 192114EROHQATD040 | | | | |
| | Change Item 0003B to read as follows(amount shown is the obligated amount): | | | | |
| 0003B | Home Visit-Once Every Four Weeks Fixed Unit Price The unit EA represents a Participant Day (PD) | | | | (b)(4) |
| | The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Home visits) for each ISAP III participant in accordance with Sections 6.4 of the SOW. | | | | |
| | CLIN 0003B Base Year NTE Amount: | | | | |
| | Continued ... | | | | |

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HSCEDM-14-D-00004/HSCEDM-14-J-00033/P00001 | PAGE<br>5 | OF<br>8 |
|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | Current Funding: | | | | |
| | Base Period of Performance:<br>08 September 2014 through 07 September 2015<br>Requisition No: 192114EROHQATD040 | | | | |
| | Change Item 0003C to read as follows(amount shown is the obligated amount): | | | | |
| 0003C | Home Visit-Once Every Eight Weeks<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Home visits) for each ISAP III participant in accordance with Sections 6.4 of the SOW. | | | | |
| | CLIN 0003C Base NTE Amount: | | | | |
| | Current Funding: | | | | |
| | Base Period of Performance:<br>08 September 2014 through 07 September 2015<br>Requisition No: 192114EROHQATD039 | | | | |
| | Change Item 0004 to read as follows(amount shown is the obligated amount): | | | | |
| 0004 | Case Management<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall administer, monitor, track, and report ISAP III participants in their Case Management system in accordance with Section 6.2 of the SOW. | | | | |
| | CLIN 0004 Base Year NTE Amount: | | | | |
| | Current Funding: | | | | |
| | Base Period of Performance:<br>Continued ... | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED | | PAGE | OF |
|---|---|---|---|---|
| | HSCEDM-14-D-00004/HSCEDM-14-J-00033/P00001 | | 6 | 8 |

**NAME OF OFFEROR OR CONTRACTOR**
BI INCORPORATED

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | 08 September 2014 through 07 September 2015<br>Requisition No: 192114EROHQATD040<br><br>Change Item 0005 to read as follows(amount shown is the obligated amount): | | | | |
| 0005 | Orientation/ Enrollment<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall provide enrollment and orientation to ISAP III participants in accordance with Section 6.6 of the SOW.<br><br>CLIN 0005 Base Year NTE Amount:<br><br><br>Current Funding:<br><br><br>Base Period of Performance:<br>08 September 2014 through 07 September 2015<br>Requisition No: 192114EROHQATD040<br><br><br>Change Item 0006 to read as follows(amount shown is the obligated amount): | | | | (b)(4) |
| 0006 | GPS<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall provide Technology to ISAP III participants in accordance with Section 6.5 of the SOW and Attachment 6- Detailed GPS Ankle Bracelets and Tracking/Monitoring System and Telephonic Reporting System.<br><br>CLIN 0006 Base Year NTE Amount:<br><br><br>Current Funding:<br><br><br>Base Period of Performance:<br>08 September 2014 through 07 September 2015<br>Requisition No: 192114EROHQATD040<br><br><br>Continued ... | | | | (b)(4) |

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HSCEDM-14-D-00004/HSCEDM-14-J-00033/P00001 | PAGE<br>7 | OF<br>8 |
| --- | --- | --- | --- |

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
| --- | --- | --- | --- | --- | --- |
| | Change Item 0007 to read as follows(amount shown is the obligated amount): | | | | |
| 0007 | Telephonic Reporting<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall provide Technology to ISAP III participants in accordance with Section 6.5 of the SOW and Attachment 6- Detailed GPS Ankle Bracelets and Tracking/Monitoring System and Telephonic Reporting System.<br><br>CLIN 0007 Base Year NTE Amount:<br><br><br>Current funding:<br><br><br>Base Period of Performance:<br>08 September 2014 through 07 September 2015<br>Requisition No: 192114EROHQATD040<br><br><br>Change Item 0008 to read as follows(amount shown is the obligated amount): | | | | (b)(4) |
| 0008 | Court Tracking<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall provide Court Tracking (Tracking of Court Case and Reminder Call to Participant before Court) to ISAP III participants in accordance with Section 6.1 of the SOW.<br><br>CLIN 0008 Base Year NTE Amount:<br><br><br>Current Funding:<br><br>Base Period of Performance:<br>08 September 2014 through 07 September 2015<br>Requisition No: 192114EROHQATD040<br><br><br>Change Item 0009 to read as follows(amount shown is the obligated amount):<br><br>Continued ... | | | | (b)(4) |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HSCEDM-14-D-00004/HSCEDM-14-J-00033/P00001 | PAGE<br>8 | OF<br>8 |
|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| 0009 | Alert Management<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall provide Alert Management (GPS & Telephonic Alerts) to ISAP III participants in accordance with Section 6.1 of the SOW.<br><br>CLIN 0009 Base Year NTE Amount:<br><br><br>Current Funding:<br><br><br>Base Period of Performance:<br>08 September 2014 through 07 September 2015<br>Requisition No: 192114EROHQATD040<br><br>Please note the following:<br>1) All terms and conditions of Contract # HSCEDM-14-D-00004 are hereby incorporated by reference to Task Order HSCEDM-14-J-00033<br>2) Task order# HSCEDM-14-J-00033 fully funds CLIN 0001 (Contract Management) and incrementally funds the remaining CLINs/SLINs. Additional funding shall be provided via formal modification to the task order as the Government requires additional participant days (PDs).<br><br>Contact information:<br>DHS/ICE/ Office of Acquisition Management (OAQ)<br>Contracting Officer: ⬚ 202-732- ⬚<br>⬚@ice.dhs.gov<br><br>ICE/ERO/Alternatives to Detention Unit (ATD)<br>COR: ⬚ @ice.dhs.gov (202) 732- ⬚<br>ACOR: ⬚<br>⬚@ice.dhs.gov (202) 732- ⬚ | | | | |

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | | PAGE OF PAGES | |
|---|---|---|---|---|---|
| | | | | | 8 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| P00002 | See Block 16C | 192115ER0HQATD003 | |

| 6. ISSUED BY | CODE | ICE/DCR | 7. ADMINISTERED BY (If other than Item 6) | CODE | ICE/DCR |
|---|---|---|---|---|---|

ICEDETENTION COMPLIANCE REMOVALS
IMMIGRATION AND CUSTOMS ENFORCEMENT
OFFICE OF ACQUISITION MANAGEMENT
801 I STREET NW
WASHINGTON DC 20536

ICEDETENTION COMPLIANCE REMOVALS
IMMIGRATION AND CUSTOMS ENFORCEMENT
OFFICE OF ACQUISITION MANAGEMENT
801 I STREET NW
WASHINGTON DC 20536

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|

BI INCORPORATED
6400 LOOKOUT ROAD
BOULDER CO 803013377

9B. DATED (SEE ITEM 11)

| | X | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
|---|---|---|
| | | HSCEDM-14-D-00004 |
| | | HSCEDM-14-J-00033 |

10B. DATED (SEE ITEM 13)

| CODE 0941609590000 | FACILITY CODE | 09/08/2014 |
|---|---|---|

### 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods. (a) By completing Items 8 and 15, and returning _____ copies of the amendment, (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA (If required) | Net Increase: | |
|---|---|---|
| See Schedule | | |

### 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification and authority) Funding Only Action |

E. IMPORTANT: Contractor ☒ is not, ☐ is required to sign this document and return _____ C _____ copies to the issuing office.

### 14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

DUNS Number: 094160959
The purpose of Modification P00002 is as follows:

1) Provide additional funding in the amount of [_____] for the continuation of support services for the Intensive Supervision Appearance Program (ISAP) III.

The total obligated award amount for Task Order HSCEDM-14-J-00033 is hereby changed
From: [_____]
By:
To: $16,087,721.82

Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
|---|---|---|---|
| (Signature of person authorized to sign) | | (Signature of Contracting Officer) | |

| NSN 7540-01-152-8070 Previous edition unusable | STANDARD FORM 30 (REV. 10-83) Prescribed by GSA FAR (48 CFR) 53.243 |
|---|---|

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED HSCEDM-14-D-00004/HSCEDM-14-J-00033/P00002 | PAGE 2 | OF 8 |
|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| (b)(4)(b)(6) | All other prices, terms and conditions of this Task Order remained unchanged. Exempt Action: Y Delivery: 30 Days After Award Discount Terms: Net 30 Delivery Location Code: ICE/ERO ICE ENFORCEMENT REMOVAL IMMIGRATION AND CUSTOMS ENFORCEMENT 801 I STREET NW | | | | |
| | WASHINGTON DC 20536 | | | | |
| (b)(6) | Accounting Info: | | | | |
| | FOB: Destination Period of Performance: 09/08/2014 to 09/07/2019 Change Item 0002A to read as follows(amount shown is the obligated amount): | | | | |
| 0002A | Office Visit-Every Week Fixed Unit Price The unit EA represents a Participant Day (PD) The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Office visits, Home visits) for each ISAP III participant in accordance with Sections 6.3 of the SOW. CLIN 0002A Base Year NTE Amount: | | | | (b)(4) |
| (b)(4) | | | | | |
| (b)(4) | Current Funding: | | | | |
| | Base Period of Performance: 08 September 2014 through 07 September 2015 Change Item 0002B to read as follows(amount shown is the obligated amount): | | | | |
| 0002B | Office Visit-Once Every Two Weeks Fixed Unit Price The unit EA represents a Participant Day (PD) The Contractor shall administer, monitor, track, Continued ... | | | | (b)(4) |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| | | | PAGE | OF |
|---|---|---|---|---|
| **CONTINUATION SHEET** | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HSCEDM-14-D-00004/HSCEDM-14-C-00033/P00002 | | 3 | 8 |

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | and report various stages of supervision (i.e. Office visits) for each ISAP III participant in accordance with Sections 6.3 of the SOW. | | | | |
| (b)(4) | CLIN 0002B Base Year NTE Amount: | | | | |
| (b)(4) | Current Funding: | | | | |
| | Base Period of Performance:<br>08 September 2014 through 07 September 2015 | | | | |
| | Change Item 0002C to read as follows(amount shown is the obligated amount): | | | | |
| 0002C | Office Visit-Once Every Four Weeks<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD) | (b)(4) | | | (b)(4) |
| | The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Office visits) for each ISAP III participant in accordance with Sections 6.3 of the SOW. | | | | |
| (b)(4) | CLIN 0002C Base Year NTE Amount: | | | | |
| (b)(4) | Current funding: | | | | |
| | Base Period of Performance:<br>08 September 2014 through 07 September 2015 | | | | |
| | Change Item 0002D to read as follows(amount shown is the obligated amount): | | | | |
| 0002D | Office Visit-Once Every Eight Weeks<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD) | | | | (b)(4) |
| | The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Office visits) for each ISAP III participant in accordance with Sections 6.3 of the SOW. | | | | |
| (b)(4) | CLIN 0002D Base Year NTE Amount: | | | | |
| | Continued ... | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)<br>Sponsored by GSA<br>FAR (48 CFR) 53.110

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED | PAGE | OF |
|---|---|---|---|
| | HSCEDM-14-D-00004/HSCEDM-14-J-00033/P00002 | 4 | 8 |

NAME OF OFFEROR OR CONTRACTOR

BI INCORPORATED

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| (b)(4) | Current Funding | | | | |
| | Base Period of Performance: 08 September 2014 through 07 September 2015 | | | | |
| | Change Item 0003A to read as follows(amount shown is the obligated amount): | | | | |
| 0003A | Home Visit-Once Every Two Weeks Fixed Unit Price The unit EA represents a Participant Day (PD) | | | | (b)(4) |
| | The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Home visits) for each ISAP III participant in accordance with Sections 6.4 of the SOW. | | | | |
| (b)(4) | CLIN 0003A Base Year NTE Amount: | | | | |
| (b)(4) | Current Funding | | | | |
| | Base Period of Performance: 08 September 2014 through 07 September 2015 | | | | |
| | Change Item 0003B to read as follows(amount shown is the obligated amount): | | | | |
| 0003B | Home Visit-Once Every Four Weeks Fixed Unit Price The unit EA represents a Participant Day (PD) | | | | (b)(4) |
| | The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Home visits) for each ISAP III participant in accordance with Sections 6.4 of the SOW. | | | | |
| (b)(4) | CLIN 0003B Base Year NTE Amount: | | | | |
| (b)(4) | Current Funding: | | | | |
| | Base Period of Performance: 08 September 2014 through 07 September 2015 Continued ... | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED HSCEDM-14-D-00004/HSCEDM-14-J-00033/P00002 | PAGE 5 | OF 8 |
|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | Change Item 0003C to read as follows(amount shown is the obligated amount): | | | | |
| 0003C | Home Visit-Once Every Eight Weeks Fixed Unit Price The unit EA represents a Participant Day (PD) | | | | (b)(4) |
| | The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Home visits) for each ISAP III participant in accordance with Sections 6.4 of the SOW. | | | | |
| (b)(4) | CLIN 0003C Base NTE Amount: | | | | |
| (b)(4) | Current Funding: | | | | |
| | Base Period of Performance: 08 September 2014 through 07 September 2015 | | | | |
| | Change Item 0004 to read as follows(amount shown is the obligated amount): | | | | |
| 0004 | Case Management Fixed Unit Price The unit EA represents a Participant Day (PD) | | | | (b)(4) |
| | The Contractor shall administer, monitor, track, and report ISAP III participants in their Case Management system in accordance with Section 6.2 of the SOW. | | | | |
| (b)(4) | CLIN 0004 Base Year NTE Amount: | | | | |
| (b)(4) | Current Funding: | | | | |
| | Base Period of Performance: 08 September 2014 through 07 September 2015 | | | | |
| | Change Item 0005 to read as follows(amount shown is the obligated amount): | | | | |
| 0005 | Orientation/ Enrollment Continued ... | | | | (b)(4) |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED HSCEDM-14-D-00004/HSCEDM-14-J-00033/P00002 | | | PAGE 6 | OF 8 |
|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | Fixed Unit Price<br>The unit EA represents a Participant Day (PD) | | | | |
| | The Contractor shall provide enrollment and orientation to ISAP III participants in accordance with Section 6.6 of the SOW. | | | | |
| (b)(4) | CLIN 0005 Base Year NTE Amount: | | | | |
| (b)(4) | Current Funding: | | | | |
| | Base Period of Performance:<br>08 September 2014 through 07 September 2015 | | | | |
| | Change Item 0006 to read as follows(amount shown is the obligated amount): | | | | |
| 0006 | GPS<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD) | | | | (b)(4) |
| | The Contractor shall provide Technology to ISAP III participants in accordance with Section 6.5 of the SOW and Attachment 6- Detailed GPS Ankle Bracelets and Tracking/Monitoring System and Telephonic Reporting System. | | | | |
| (b)(4) | CLIN 0006 Base Year NTE Amount: | | | | |
| (b)(4) | Current Funding: | | | | |
| | Base Period of Performance:<br>08 September 2014 through 07 September 2015 | | | | |
| | Change Item 0007 to read as follows(amount shown is the obligated amount): | | | | |
| 0007 | Telephonic Reporting<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD) | | | | (b)(4) |
| | The Contractor shall provide Technology to ISAP III participants in accordance with Section 6.5 of the SOW and Attachment 6- Detailed GPS Ankle Continued ... | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED | | PAGE | OF |
|---|---|---|---|---|
| | HSCEDM-14-D-00004/HSCEDM-14-J-00033/P00002 | | 7 | 8 |

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | Bracelets and Tracking/Monitoring System and Telephonic Reporting System. | | | | |
| (X) | CLIN 0007 Base Year NTE Amount: | | | | |
| (X) | Current funding: | | | | |
| | Base Period of Performance:<br>08 September 2014 through 07 September 2015 | | | | |
| | Change Item 0008 to read as follows(amount shown is the obligated amount): | | | | |
| 0008 | Court Tracking<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD) | | | | (X) |
| | The Contractor shall provide Court Tracking (Tracking of Court Case and Reminder Call to Participant before Court) to ISAP III participants in accordance with Section 6.1 of the SOW. | | | | |
| (X) | CLIN 0008 Base Year NTE Amount: | | | | |
| (X) | Current Funding: | | | | |
| | Base Period of Performance:<br>08 September 2014 through 07 September 2015 | | | | |
| | Change Item 0009 to read as follows(amount shown is the obligated amount): | | | | |
| 0009 | Alert Management<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD) | | | | (X) |
| | The Contractor shall provide Alert Management (GPS & Telephonic Alerts) to ISAP III participants in accordance with Section 6.1 of the SOW. | | | | |
| (X) | CLIN 0009 Base Year NTE Amount: | | | | |
| | Continued ... | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED | PAGE | OF |
|---|---|---|---|
| | HSCEDM-14-D-00004/HSCEDM-14-J-00033/P00002 | 8 | 8 |

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| (b)(4) | Current Funding: | | | | (b)(4),(b)(4) |
| | _[redacted]_ | | | | |
| | | | | | |
| | Base Period of Performance: | | | | |
| | 08 September 2014 through 07 September 2015 | | | | |
| | | | | | |
| | Please note the following: | | | | |
| | 1) All terms and conditions of Contract # | | | | |
| | HSCEDM-14-D-00004 are hereby incorporated by | | | | |
| | reference to Task Order HSCEDM-14-J-00033 | | | | |
| | 2) Task order# HSCEDM-14-J-00033 fully funds CLIN | | | | |
| | 0001 (Contract Management) and incrementally | | | | |
| | funds the remaining CLINs/SLINs. Additional | | | | |
| | funding shall be provided via formal modification | | | | |
| | to the task order as the Government requires | | | | |
| | additional participant days (PDs). | | | | |
| | | | | | |
| | Contact information: | | | | |
| | DHS/ICE/ Office of Acquisition Management (OAQ) | | | | |
| (b)(6),(b)(7)(C) | Contracting Officer: _[redacted]_ -202-732-_[redacted]_ | | | | |
| (b)(6),(b)(7)(C) | _[redacted]_ @ice.dhs.gov | | | | |
| | | | | | |
| | ICE/ERO/Alternatives to Detention Unit (ATD) | | | | |
| (b)(6),(b)(7)(C) | COR: _[redacted]_ @ice.dhs.gov (202) | | | | |
| (b)(6),(b)(7)(C) | 732-_[redacted]_ | | | | |
| (b)(6),(b)(7)(C) | ACOR: _[redacted]_ | | | | |
| (b)(6),(b)(7)(C) | _[redacted]_ @ice.dhs.gov (202) 732-_[redacted]_ | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | | PAGE OF PAGES | |
|---|---|---|---|---|---|
| | | | | 1 | 6 |

| 2. AMENDMENT/MODIFICATION NO | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO | 5. PROJECT NO (If applicable) |
|---|---|---|---|
| P00003 | 01/29/2015 | | |

| 6. ISSUED BY | CODE | ICE/DCR | 7. ADMINISTERED BY (If other than Item 6) | CODE | ICE/DCR |
|---|---|---|---|---|---|

6. ISSUED BY
ICEDETENTION COMPLIANCE REMOVALS
IMMIGRATION AND CUSTOMS ENFORCEMENT
OFFICE OF ACQUISITION MANAGEMENT
(b)(6),(b)(7)(C) 801 I STREET NW
WASHINGTON DC 20536

7. ADMINISTERED BY
ICEDETENTION COMPLIANCE REMOVALS
IMMIGRATION AND CUSTOMS ENFORCEMENT
OFFICE OF ACQUISITION MANAGEMENT
801 I STREET NW (b)(6),(b)(7)(C)
WASHINGTON DC 20536

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)

BI INCORPORATED
6400 LOOKOUT ROAD
BOULDER CO 803013377

(X)

| 9A. AMENDMENT OF SOLICITATION NO | |
|---|---|

9B. DATED (SEE ITEM 11)

X 10A. MODIFICATION OF CONTRACT/ORDER NO
HSCEDM-14-D-00004
HSCEDM-14-J-00033

10B. DATED (SEE ITEM 13)
09/08/2014

| CODE | 0941609590000 | FACILITY CODE | |
|---|---|---|---|

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended ☐ is not extended
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
See Schedule

13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification and authority) Funding Only Action |

E. IMPORTANT: Contractor ☒ is not, ☐ is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

DUNS Number: 094160959
The purpose of this modification is to reallocate funding as follows:

From:
CLIN 0002B-Office Visit- Once every 2 weeks- Decrease by [(b)(4)]
CLIN 0003A -Home Visit every 2 Weeks- Decrease by [(b)(4)]
CLIN 0006-GPS-Decrease by [(b)(4)]


To:
CLIN 0002C- Office Visit-Once every four weeks-Increase by [(b)(4)]
CLIN 0002D-Office Visit-Once every Eight weeks- Increase by [(b)(4)]
Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| (b)(6),(b)(7)(C) | |

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
|---|---|---|---|
| (Signature of person authorized to sign) | | | 1/30/15 |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HSCEDM-14-D-00004/HSCEDM-14-J-00033/P00003 | PAGE<br>2 | OF<br>6 |

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | CLIN 0003C -Home Visit every 8 Weeks- Increase by | | | | |
| | CLIN 0010-RGV Pilot-Add funding | | | | |
| | The total obligated award amount for Task Order HSCEDM-14-J-00033 is unchanged<br>From:<br>By:<br>To:    $16,087,721.82 | | | | |
| | All other prices, terms and conditions of this Task Order remained unchanged.<br>Exempt Action: Y<br>Discount Terms:<br>              Net 30<br>Delivery Location Code: ICE/ERO<br>ICE ENFORCEMENT   REMOVAL<br>IMMIGRATION AND CUSTOMS ENFORCEMENT<br>801 I STREET NW<br><br>WASHINGTON DC 20536<br><br>FOB: Destination<br>Period of Performance: 09/08/2014 to 09/07/2019<br><br>Change Item 0002B to read as follows(amount shown is the obligated amount): | | | | |
| 0002B | Office Visit-Once Every Two Weeks<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Office visits) for each ISAP III participant in accordance with Sections 6.3 of the SOW.<br><br>CLIN 0002B Base Year NTE Amount:<br><br>Current Funding:<br><br>Base Period of Performance:<br>08 September 2014 through 07 September 2015<br><br>Delivery: 30 Days After Award<br>Accounting Info:<br><br>Continued ... | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HSCEDM-14-D-00004/HSCEDM-14-J-00033/P00003 | | | | PAGE<br>3 | OF<br>6 |

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| (b)(C)(E) | | | | | |
| (b)(4) | Funded: [_____] | | | | |
| | Change Item 0002C to read as follows(amount shown is the obligated amount): | · | | | |
| 0002C | Office Visit-Once Every Four Weeks<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Office visits) for each ISAP III participant in accordance with Sections 6.3 of the SOW. | | | | (b)(4) |
| (b)(4) | CLIN 0002C Base Year NTE Amount: [_____] | | | | |
| (b)(4) | Current funding: [_____] | | | | |
| | Base Period of Performance:<br>08 September 2014 through 07 September 2015<br><br>Delivery: 30 Days After Award<br>Accounting Info: | | | | |
| (b)(C)(E) | [_____] | | | | |
| (b)(4) | Funded: [_____] | | | | |
| | Change Item 0002D to read as follows(amount shown is the obligated amount): | | | | |
| 0002D | Office Visit-Once Every Eight Weeks<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Office visits) for each ISAP III participant in accordance with Sections 6.3 of the SOW. | | | | (b)(4) |
| (b)(4) | CLIN 0002D Base Year NTE Amount: [_____] | | | | |
| (b)(4) | Current Funding [_____] | | | | |
| | Continued ... | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HSCEDM-14-D-00004/HSCEDM-14-J-00033/P00003 | PAGE<br>4 | OF<br>6 |
|---|---|---|---|

**NAME OF OFFEROR OR CONTRACTOR**
BI INCORPORATED

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | Base Period of Performance:<br>08 September 2014 through 07 September 2015<br><br>Delivery: 30 Days After Award<br>Accounting Info: | | | | |
| (b)(4) | Funded: | | | | |
| | Change Item 0003A to read as follows(amount shown<br>is the obligated amount): | | | | |
| 0003A | Home Visit-Once Every Two Weeks<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall administer, monitor, track,<br>and report various stages of supervision (i.e.<br>Home visits) for each ISAP III participant in<br>accordance with Sections 6.4 of the SOW. | | | | (b)(4) |
| (b)(4) | CLIN 0003A Base Year NTE Amount: | | | | |
| (b)(4) | Current Funding | | | | |
| | Base Period of Performance:<br>08 September 2014 through 07 September 2015<br><br>Delivery: 30 Days After Award<br>Accounting Info: | | | | |
| (b)(4) | Funded: | | | | |
| | Change Item 0003C to read as follows(amount shown<br>is the obligated amount): | | | | |
| 0003C | Home Visit-Once Every Eight Weeks<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall administer, monitor, track,<br>and report various stages of supervision (i.e.<br>Home visits) for each ISAP III participant in<br>accordance with Sections 6.4 of the SOW.<br><br>Continued ... | | | | (b)(4) |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED HSCEDM-14-D-00004/HSCEDM-14-J-00033/P00003 | | | PAGE 5 | OF 6 |
|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| (b)(4) | CLIN 0003C Base NTE Amount: | | | | |
| (b)(4) | Current Funding: | | | | |
| | Base Period of Performance: 08 September 2014 through 07 September 2015 | | | | |
| (b)(4)(b)(E) | Delivery: 30 Days After Award Accounting Info: | | | | |
| (b)(4) | Funded: | | | | |
| | Change Item 0006 to read as follows(amount shown is the obligated amount): | | | | |
| 0006 | GPS Fixed Unit Price The unit EA represents a Participant Day (PD) | (b)(4) | | | (b)(4) |
| | The Contractor shall provide Technology to ISAP III participants in accordance with Section 6.5 of the SOW and Attachment 6- Detailed GPS Ankle Bracelets and Tracking/Monitoring System and Telephonic Reporting System. | | | | |
| (b)(4) | CLIN 0006 Base Year NTE Amount: | | | | |
| (b)(4) | Current Funding: | | | | |
| | Base Period of Performance: 08 September 2014 through 07 September 2015 | | | | |
| (b)(4)(b)(E) | Delivery: 30 Days After Award Accounting Info: | | | | |
| (b)(4) | Funded: | | | | |
| | Add Item 0010 as follows: | | | | |
| 0010 | Rio Grande Valley Pilot Product/Service Code: R408 Product/Service Description: SUPPORT- Continued ... | | | | (b)(4) |

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HSCEDM-14-D-00004/HSCEDM-14-J-00033/P00003 | PAGE<br>6 | OF<br>6 |
|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | PROFESSIONAL: PROGRAM MANAGEMENT/SUPPORT | | | | |
| (b)(C)(E) | Accounting Info: | | | | |
| (b)(C) | Funded: | | | | |
| | Please note the following: | | | | |
| | 1) All terms and conditions of Contract # HSCEDM-14-D-00004 are hereby incorporated by reference to Task Order HSCEDM-14-J-00033 | | | | |
| | 2) Task order# HSCEDM-14-J-00033 fully funds CLIN 0001 (Contract Management) and incrementally funds the remaining CLINs/SLINs. Additional funding shall be provided via formal modification to the task order as the Government requires additional participant days (PDs). | | | | |
| | Contact information: | | | | |
| | DHS/ICE/ Office of Acquisition Management (OAQ) | | | | |
| (b)(6)(b)(C) | Contracting Officer: ████ -202-732- ███ | | | | (b)(6)(b)(C) |
| (b)(6)(b)(C) | ████ ice.dhs.gov | | | | |
| | | | | | |
| | ICE/ERO/Alternatives to Detention Unit (ATD) | | | | |
| (b)(6)(b)(C) | COR: ████████ ice.dhs.gov (202) 732-████ | | | | |
| (b)(6)(b)(C) | ACOR: ██████ | | | | |
| (b)(6)(b)(C) | ██████ ice.dhs.gov (202) 732- ███ | | | | |

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1 CONTRACT ID CODE | | PAGE OF PAGES 1    8 |
|---|---|---|---|---|
| 2 AMENDMENT/MODIFICATION NO. P00006 | 3 EFFECTIVE DATE See Block 16C | 4 REQUISITION/PURCHASE REQ. NO. 192115HROHQATD006 | | 5 PROJECT NO. (If applicable) |

| 6 ISSUED BY                               CODE   ICE/DCR | 7 ADMINISTERED BY (If other than Item 6)   CODE   ICE/DCR |
|---|---|
| ICEDETENTION COMPLIANCE REMOVALS IMMIGRATION AND CUSTOMS ENFORCEMENT OFFICE OF ACQUISITION MANAGEMENT (b)(6),(b)(7)C STREET NW WASHINGTON DC 20536 | ICEDETENTION COMPLIANCE REMOVALS IMMIGRATION AND CUSTOMS ENFORCEMENT OFFICE OF ACQUISITION MANAGEMENT 801 I STREET NW                              (b)(6),(b)(7)C WASHINGTON DC 20536 |

| 8 NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | (x) | 9A AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| BI INCORPORATED 6400 LOOKOUT ROAD BOULDER CO 803013377 | | 9B. DATED (SEE ITEM 11) |
| | X | 10A. MODIFICATION OF CONTRACT/ORDER NO HSCEDM-14-D-00004 HSCEDM-14-J-00033 |
| CODE   0941609590000          FACILITY CODE | | 10B DATED (SEE ITEM 13) 09/08/2014 |

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended. ☐ is not extended

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified

| 12. ACCOUNTING AND APPROPRIATION DATA (If required) See Schedule | Net Increase:          (b)(4) |
|---|---|

13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF |
| X | D. OTHER (Specify type of modification and authority) Funding Only Action |

E. IMPORTANT:   Contractor ☒ is not. ☐ is required to sign this document and return __0__ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

DUNS Number: 094160959

The purpose of Modification P00006 is as follows:

(b)(4) Provide additional funding in the amount of [        ] for the continuation of support services for the Intensive Supervision Appearance Program (ISAP) III.

The total obligated award amount for Task Order HSCEDM-14-J-00033 is hereby changed

(b)(4) From: [        ]

By: [        ]

To:   $25,613,993.65

Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) (b)(6),(b)(7)C | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| 15B. CONTRACTOR/OFFEROR _____ (Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED 4/10/15 |

| NSN 7540-01-152-8070 Previous edition unusable | STANDARD FORM 30 (REV. 10-83) Prescribed by GSA FAR (48 CFR) 53.243 |
|---|---|

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED HSCEDM-14-D-00004/HSCEDM-14-J-00033/P00006 | PAGE 2 | OF 8 |
|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | All other prices, terms and conditions of this Task Order remained unchanged. Exempt Action: Y Delivery: 30 Days After Award Discount Terms: Net 30 Delivery Location Code: ICE/ERO ICE ENFORCEMENT REMOVAL IMMIGRATION AND CUSTOMS ENFORCEMENT 801 I STREET NW WASHINGTON DC 20536 | | | | |
| | Accounting Info: | | | | |
| | FOB: Destination Period of Performance: 09/08/2014 to 09/07/2019 | | | | |
| | Change Item 0002A to read as follows(amount shown is the obligated amount): | | | | |
| 0002A | Office Visit-Every Week Fixed Unit Price The unit EA represents a Participant Day (PD) The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Office visits, Home visits) for each ISAP III participant in accordance with Sections 6.3 of the SOW. CLIN 0002A Base Year NTE Amount: | | | | (b)(4) |
| | Current Funding: | | | | |
| | Base Period of Performance: 08 September 2014 through 07 September 2015 | | | | |
| | Change Item 0002B to read as follows(amount shown is the obligated amount): | | | | |
| 0002B | Office Visit-Once Every Two Weeks Fixed Unit Price The unit EA represents a Participant Day (PD) The Contractor shall administer, monitor, track, Continued ... | | | | (b)(4) |

(b)(6),(b)(7)(C)

(b)(7)(E)

(b)(4)

(b)(4)

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED HSCEDM-14-D-00004/HSCEDM-14-J-00033/P00006 | PAGE 3 | OF 8 |
|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | and report various stages of supervision (i.e. Office visits) for each ISAP III participant in accordance with Sections 6.3 of the SOW. | | | | |
| (b)(4) | CLIN 0002B Base Year NTE Amount: | | | | |
| (b)(4) | Current Funding: | | | | |
| | Base Period of Performance: 08 September 2014 through 07 September 2015 | | | | |
| | Change Item 0002C to read as follows(amount shown is the obligated amount): | | | | |
| 0002C | Office Visit-Once Every Four Weeks Fixed Unit Price The unit EA represents a Participant Day (PD) | | | | (b)(4) |
| | The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Office visits) for each ISAP III participant in accordance with Sections 6.3 of the SOW. | | | | |
| (b)(4) | CLIN 0002C Base Year NTE Amount: | | | | |
| (b)(4) | Current funding: | | | | |
| | Base Period of Performance: 08 September 2014 through 07 September 2015 | | | | |
| | Change Item 0002D to read as follows(amount shown is the obligated amount): | | | | |
| 0002D | Office Visit-Once Every Eight Weeks Fixed Unit Price The unit EA represents a Participant Day (PD) | | | | (b)(4) |
| | The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Office visits) for each ISAP III participant in accordance with Sections 6.3 of the SOW. | | | | |
| (b)(4) | CLIN 0002D Base Year NTE Amount: | | | | |
| | Continued ... | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HSCEDM-14-D-00004/HSCEDM-14-J-00033/P00006 | | | | PAGE<br>4 | OF<br>8 |

**NAME OF OFFEROR OR CONTRACTOR**
BI INCORPORATED

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| (b)(4) | Current Funding | | | | |
| | Base Period of Performance:<br>08 September 2014 through 07 September 2015 | | | | |
| | Change Item 0003A to read as follows(amount shown is the obligated amount): | | | | |
| 0003A | Home Visit-Once Every Two Weeks<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD) | | | | (b)(4) |
| | The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Home visits) for each ISAP III participant in accordance with Sections 6.4 of the SOW. | | | | |
| (b)(4) | CLIN 0003A Base Year NTE Amount: | | | | |
| (b)(4) | Current Funding | | | | |
| | Base Period of Performance:<br>08 September 2014 through 07 September 2015 | | | | |
| | Change Item 0003B to read as follows(amount shown is the obligated amount): | | | | |
| 0003B | Home Visit-Once Every Four Weeks<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD) | | | | (b)(4) |
| | The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Home visits) for each ISAP III participant in accordance with Sections 6.4 of the SOW. | | | | |
| (b)(4) | CLIN 0003B Base Year NTE Amount: | | | | |
| (b)(4) | Current Funding: | | | | |
| | Base Period of Performance:<br>08 September 2014 through 07 September 2015<br>Continued ... | | | | |

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED HSCEDM-14-D-00004/HSCEDM-14-J-00033/P00006 | PAGE 5 | OF 8 |
|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | Change Item 0003C to read as follows(amount shown is the obligated amount): | | | | |
| 0003C | Home Visit—Once Every Eight Weeks Fixed Unit Price The unit EA represents a Participant Day (PD) | | | | (b)(4) |
| | The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Home visits) for each ISAP III participant in accordance with Sections 6.4 of the SOW. | | | | |
| (b)(4) | CLIN 0003C Base NTE Amount: | | | | |
| (b)(4) | Current Funding: | | | | |
| | Base Period of Performance: 08 September 2014 through 07 September 2015 | | | | |
| | Change Item 0004 to read as follows(amount shown is the obligated amount): | | | | |
| 0004 | Case Management Fixed Unit Price The unit EA represents a Participant Day (PD) | | | | (b)(4) |
| | The Contractor shall administer, monitor, track, and report ISAP III participants in their Case Management system in accordance with Section 6.2 of the SOW. | | | | |
| (b)(4) | CLIN 0004 Base Year NTE Amount: | | | | |
| (b)(4) | Current Funding: | | | | |
| | Base Period of Performance: 08 September 2014 through 07 September 2015 | | | | |
| | Change Item 0005 to read as follows(amount shown is the obligated amount): | | | | |
| 0005 | Orientation/ Enrollment Continued ... | | | | (b)(4) |

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HSCEDM-14-D-00004/HSCEDM-14-J-00033/P00006 | PAGE<br>6 | OF<br>8 |
|---|---|---|---|

**NAME OF OFFEROR OR CONTRACTOR**
BI INCORPORATED

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall provide enrollment and orientation to ISAP III participants in accordance with Section 6.6 of the SOW.<br><br>CLIN 0005 Base Year NTE Amount:<br><br>Current Funding:<br><br>Base Period of Performance:<br>08 September 2014 through 07 September 2015<br><br>Change Item 0006 to read as follows(amount shown is the obligated amount): | | | | |
| 0006 | GPS<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall provide Technology to ISAP III participants in accordance with Section 6.5 of the SOW and Attachment 6- Detailed GPS Ankle Bracelets and Tracking/Monitoring System and Telephonic Reporting System.<br><br>CLIN 0006 Base Year NTE Amount:<br><br>Current Funding:<br><br>Base Period of Performance:<br>08 September 2014 through 07 September 2015<br><br>Change Item 0007 to read as follows(amount shown is the obligated amount): | | | | (b)(4) |
| 0007 | Telephonic Reporting<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall provide Technology to ISAP III participants in accordance with Section 6.5 of the SOW and Attachment 6- Detailed GPS Ankle<br>Continued ... | | | | (b)(4) |

(b)(4)

NSN 7540-01-152-8057

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HSCEDM-14-D-00004/HSCEDM-14-J-00033/P00006 | PAGE<br>7 | OF<br>8 |
|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | Bracelets and Tracking/Monitoring System and Telephonic Reporting System. | | | | |
| (b)(4) | CLIN 0007 Base Year NTE Amount: | | | | |
| (b)(4) | Current funding: | | | | |
| | Base Period of Performance:<br>08 September 2014 through 07 September 2015 | | | | |
| | Change Item 0008 to read as follows(amount shown is the obligated amount): | | | | |
| 0008 | Court Tracking<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD) | | | | (b)(4) |
| | The Contractor shall provide Court Tracking (Tracking of Court Case and Reminder Call to Participant before Court) to ISAP III participants in accordance with Section 6.1 of the SOW. | | | | |
| (b)(4) | CLIN 0008 Base Year NTE Amount: | | | | |
| (b)(4) | Current Funding: | | | | |
| | Base Period of Performance:<br>08 September 2014 through 07 September 2015 | | | | |
| | Change Item 0009 to read as follows(amount shown is the obligated amount): | | | | |
| 0009 | Alert Management<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD) | | | | (b)(4) |
| | The Contractor shall provide Alert Management (GPS & Telephonic Alerts) to ISAP III participants in accordance with Section 6.1 of the SOW. | | | | |
| (b)(4) | CLIN 0009 Base Year NTE Amount: | | | | |
| | Continued ... | | | | |

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HSCEDM-14-D-00004/HSCEDM-14-J-00033/P00006 | | | PAGE<br>8 | OF<br>8 |

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| (b)(4) | **Current Funding:** | | | | |
| | | | | | |
| | Base Period of Performance:<br>08 September 2014 through 07 September 2015 | | | | |
| | Please note the following:<br>1) All terms and conditions of Contract #<br>HSCEDM-14-D-00004 are hereby incorporated by<br>reference to Task Order HSCEDM-14-J-00033<br>2) Task order# HSCEDM-14-J-00033 fully funds CLIN<br>0001 (Contract Management) and incrementally<br>funds the remaining CLINs/SLINs. Additional<br>funding shall be provided via formal modification<br>to the task order as the Government requires<br>additional participant days (PDs). | | | | |
| (b)(6),(b)(7)(C) | Contact information:<br>DHS/ICE/ Office of Acquisition Management (OAQ)<br>Contracting Officer: [          ]-202-732[    ]<br>William.Quigley@ice.dhs.gov | | | | (b)(6),(b)(7)(C) |
| (b)(6),(b)(7)(C)<br>(b)(6),(b)(7)(C)<br>(b)(6),(b)(7)(C)<br>(b)(6),(b)(7)(C) | ICE/ERO/Alternatives to Detention Unit (ATD)<br>COR: [          ]@ice.dhs.gov (202)<br>732-[    ]<br>ACOR: [    ]<br>[          ]@ice.dhs.gov (202) 732[    ] | | | | (b)(6),(b)(7)(C) |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | | PAGE OF PAGES | |
|---|---|---|---|---|---|
| | | | | 1 | 12 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| P00007 | See Block 16C | 192115EROHQATD008 | |

| 6. ISSUED BY | CODE | ICE/DCR | 7. ADMINISTERED BY (If other than Item 6) | CODE | ICE/DCR |
|---|---|---|---|---|---|

ICEDETENTION COMPLIANCE REMOVALS
IMMIGRATION AND CUSTOMS ENFORCEMENT
OFFICE OF ACQUISITION MANAGEMENT
801 I STREET NW
WASHINGTON DC 20536

ICEDETENTION COMPLIANCE REMOVALS
IMMIGRATION AND CUSTOMS ENFORCEMENT
OFFICE OF ACQUISITION MANAGEMENT
801 I STREET NW
WASHINGTON DC 20536

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| BI INCORPORATED 6400 LOOKOUT ROAD BOULDER CO 803013377 | | 9B. DATED (SEE ITEM 11) |
| | X | 10A. MODIFICATION OF CONTRACT/ORDER NO. HSCEDM-14-D-00004 HSCEDM-14-J-00033 |
| CODE 0941609590000   FACILITY CODE | | 10B. DATED (SEE ITEM 13) 09/08/2014 |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers   ☐ is extended.   ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA (If required) | Net Increase: | |
|---|---|---|
| See Schedule | | |

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| CHECK ONE | | |
|---|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. | |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). | |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF | |
| X | D. OTHER (Specify type of modification and authority) Funding Only Action | |

E. IMPORTANT: Contractor ☒ is not, ☐ is required to sign this document and return _____0_____ copies to the issuing office.

**14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)**

DUNS Number: 094160959
The purpose of Modification P00007 is as follows:

1) Adjust the estimated number of participant days for each clin based on HSCEDM-14-D-00004 Mod 6.

2) Provide additional funding in the amount of [          ] for the continuation of support services for the Intensive Supervision Appearance Program (ISAP) III.

The total obligated award amount for Task Order HSCEDM-14-J-00033 is hereby changed:

From: [          ]
Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR (Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED 5/14/15 |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HSCEDM-14-D-00004/HSCEDM-14-J-00033/P00007 | PAGE<br>2 | OF<br>12 |
|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| (b)(4) | By: _____<br>To:   $38,213,100.02<br><br>All other prices, terms and conditions of this<br>Task Order remained unchanged.<br>Exempt Action: Y<br>Delivery: 30 Days After Award<br>Discount Terms:<br>         Net 30<br>Accounting Info: | | | | |
| (b)(4)(b)(4)(E) | | | | | |
| | FOB: Destination<br>Period of Performance: 09/08/2014 to 09/07/2019<br><br>Change Item 0002A to read as follows(amount shown<br>is the obligated amount): | | | | |
| 0002A | Office Visit-Every Week<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall administer, monitor, track,<br>and report various stages of supervision (i.e.<br>Office visits, Home visits) for each ISAP III<br>participant in accordance with Sections 6.3 of<br>the SOW.<br>CLIN 0002A Base Year NTE Amount: | | | | (b)(4) |
| (b)(4) | | | | | |
| (b)(4) | Current Funding: | | | | |
| | Base Period of Performance:<br>08 September 2014 through 07 September 2015<br><br>Delivery Location Code: ICE/ERO<br>ICE ENFORCEMENT  REMOVAL<br>IMMIGRATION AND CUSTOMS ENFORCEMENT<br>801 I STREET NW | | | | |
| (b)(6),(b)(4)(C) | WASHINGTON DC 20536<br><br>Change Item 0002B to read as follows(amount shown<br>is the obligated amount): | | | | |
| 0002B | Office Visit-Once Every Two Weeks<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br>Continued ... | | | | (b)(4) |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HSCEDM-14-D-00004/HSCEDM-14-J-00033/P00007 | PAGE<br>3 | OF<br>12 |
|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Office visits) for each ISAP III participant in accordance with Sections 6.3 of the SOW. | | | | |
| (b)(4) | CLIN 0002B Base Year NTE Amount: | | | | |
| (b)(4) | Current Funding: | | | | |
| | Base Period of Performance:<br>08 September 2014 through 07 September 2015 | | | | |
| (b)(6),(b)(7)(C) | Delivery Location Code: ICE/ERO<br>ICE ENFORCEMENT   REMOVAL<br>IMMIGRATION AND CUSTOMS ENFORCEMENT<br>801 I STREET NW<br>WASHINGTON DC 20536 | | | | |
| | Change Item 0002C to read as follows(amount shown is the obligated amount): | | | | |
| 0002C | Office Visit-Once Every Four Weeks<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD) | | | | (b)(4) |
| | The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Office visits) for each ISAP III participant in accordance with Sections 6.3 of the SOW. | | | | |
| (b)(4) | CLIN 0002C Base Year NTE Amount: | | | | |
| (b)(4) | Current funding: | | | | |
| | Base Period of Performance:<br>08 September 2014 through 07 September 2015 | | | | |
| (b)(6),(b)(7)(C) | Delivery Location Code: ICE/ERO<br>ICE ENFORCEMENT   REMOVAL<br>IMMIGRATION AND CUSTOMS ENFORCEMENT<br>801 I STREET NW<br>WASHINGTON DC 20536 | | | | |
| | Continued ... | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED HSCEDM-14-D-00004/HSCEDM-14-J-00033/P00007 | PAGE 4 | OF 12 |
|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | Change Item 0002D to read as follows(amount shown is the obligated amount): | | | | |
| 0002D | Office Visit-Once Every Eight Weeks Fixed Unit Price The unit EA represents a Participant Day (PD) | | | | (b)(4) |
| | The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Office visits) for each ISAP III participant in accordance with Sections 6.3 of the SOW. | | | | |
| (b)(4) | CLIN 0002D Base Year NTE Amount: | | | | |
| (b)(4) | Current Funding | | | | |
| | Base Period of Performance: 08 September 2014 through 07 September 2015 | | | | |
| | Delivery Location Code: ICE/ERO ICE ENFORCEMENT  REMOVAL IMMIGRATION AND CUSTOMS ENFORCEMENT | | | | |
| (b)(6),(b)(7)(C) | 801 I STREET NW | | | | |
| | WASHINGTON DC 20536 | | | | |
| | Change Item 0003A to read as follows(amount shown is the obligated amount): | | | | |
| 0003A | Home Visit-Once Every Two Weeks Fixed Unit Price The unit EA represents a Participant Day (PD) | | | | (b)(4) |
| | The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Home visits) for each ISAP III participant in accordance with Sections 6.4 of the SOW. | | | | |
| (b)(4) | CLIN 0003A Base Year NTE Amount: | | | | |
| (b)(4) | Current Funding | | | | |
| | Base Period of Performance: 08 September 2014 through 07 September 2015 | | | | |
| | Delivery Location Code: ICE/ERO Continued ... | | | | |

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HSCEDM-14-D-00004/HSCEDM-14-J-00033/P00007 | | PAGE<br>5 | OF<br>12 |
|---|---|---|---|---|

**NAME OF OFFEROR OR CONTRACTOR**
BI INCORPORATED

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| (b)(6),(b)(7)(C) | ICE ENFORCEMENT  REMOVAL<br>IMMIGRATION AND CUSTOMS ENFORCEMENT<br>801 I STREET NW<br><br>WASHINGTON DC 20536<br><br>Change Item 0003B to read as follows(amount shown is the obligated amount): | | | | |
| 0003B | Home Visit-Once Every Four Weeks<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Home visits) for each ISAP III participant in accordance with Sections 6.4 of the SOW. | | | | (b)(4) |
| (b)(4) | CLIN 0003B Base Year NTE Amount: | | | | |
| (b)(4) | Current Funding: | | | | |
| | Base Period of Performance:<br>08 September 2014 through 07 September 2015<br><br>Delivery Location Code: ICE/ERO<br>ICE ENFORCEMENT  REMOVAL<br>IMMIGRATION AND CUSTOMS ENFORCEMENT<br>801 I STREET NW<br><br>WASHINGTON DC 20536<br><br>Change Item 0003C to read as follows(amount shown is the obligated amount): | | | | |
| (b)(6),(b)(7)(C) | | | | | |
| 0003C | Home Visit-Once Every Eight Weeks<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Home visits) for each ISAP III participant in accordance with Sections 6.4 of the SOW. | | | | (b)(4) |
| (b)(4) | CLIN 0003C Base NTE Amount:<br><br>Current Funding:<br>Continued ... | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED HSCEDM-14-D-00004/HSCEDM-14-J-00033/P00007 | PAGE 6 | OF 12 |
|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| (b)(4) | | | | | |
| | Base Period of Performance: 08 September 2014 through 07 September 2015 | | | | |
| | Delivery Location Code: ICE/ERO ICE ENFORCEMENT  REMOVAL IMMIGRATION AND CUSTOMS ENFORCEMENT 801 I STREET NW | | | | |
| (b)(6),(b)(7)(C) | WASHINGTON DC 20536 | | | | |
| | Change Item 0004 to read as follows(amount shown is the obligated amount): | | | | |
| 0004 | Case Management Fixed Unit Price The unit EA represents a Participant Day (PD) | | | | (b)(4) |
| | The Contractor shall administer, monitor, track, and report ISAP III participants in their Case Management system in accordance with Section 6.2 of the SOW. | | | | |
| (b)(4) | CLIN 0004 Base Year NTE Amount: | | | | |
| (b)(4) | Current Funding: | | | | |
| | Base Period of Performance: 08 September 2014 through 07 September 2015 | | | | |
| | Delivery Location Code: ICE/ERO ICE ENFORCEMENT  REMOVAL IMMIGRATION AND CUSTOMS ENFORCEMENT 801 I STREET NW | | | | |
| (b)(6),(b)(7)(C) | WASHINGTON DC 20536 | | | | |
| | Change Item 0005 to read as follows(amount shown is the obligated amount): | | | | |
| 0005 | Orientation/ Enrollment Fixed Unit Price The unit EA represents a Participant Day (PD) | | | | (b)(4) |
| | The Contractor shall provide enrollment and orientation to ISAP III participants in accordance with Section 6.6 of the SOW. Continued ... | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED HSCEDM-14-D-00004/HSCEDM-14-J-00033/P00007 | | | PAGE 7 | OF 12 |
|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| (b)(4) | CLIN 0005 Base Year NTE Amount: | | | | |
| (b)(4) | Current Funding: | | | | |
| | Base Period of Performance: 08 September 2014 through 07 September 2015 | | | | |
| | Delivery Location Code: ICE/ERO ICE ENFORCEMENT REMOVAL IMMIGRATION AND CUSTOMS ENFORCEMENT 801 I STREET NW | | | | |
| (b)(6),(b)(7)(C) | | | | | |
| | WASHINGTON DC 20536 | | | | |
| | Change Item 0006 to read as follows(amount shown is the obligated amount): | | | | |
| 0006 | GPS Fixed Unit Price The unit EA represents a Participant Day (PD) The Contractor shall provide Technology to ISAP III participants in accordance with Section 6.5 of the SOW and Attachment 6- Detailed GPS Ankle Bracelets and Tracking/Monitoring System and Telephonic Reporting System. | | | | (b)(4) |
| (b)(4) | CLIN 0006 Base Year NTE Amount: | | | | |
| (b)(4) | Current Funding: | | | | |
| | Base Period of Performance: 08 September 2014 through 07 September 2015 | | | | |
| | Delivery Location Code: ICE/ERO ICE ENFORCEMENT REMOVAL IMMIGRATION AND CUSTOMS ENFORCEMENT 801 I STREET NW | | | | |
| (b)(6),(b)(7)(C) | | | | | |
| | WASHINGTON DC 20536 | | | | |
| | Change Item 0007 to read as follows(amount shown is the obligated amount): | | | | |
| 0007 | Telephonic Reporting Continued ... | | | | (b)(4) |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED HSCEDM-14-D-00004/HSCEDM-14-J-00033/P00007 | PAGE 8 | OF 12 |
|---|---|---|---|

**NAME OF OFFEROR OR CONTRACTOR**
BI INCORPORATED

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | Fixed Unit Price The unit EA represents a Participant Day (PD) | | | | |
| | The Contractor shall provide Technology to ISAP III participants in accordance with Section 6.5 of the SOW and Attachment 6- Detailed GPS Ankle Bracelets and Tracking/Monitoring System and Telephonic Reporting System. | | | | |
| (b)(4) | CLIN 0007 Base Year NTE Amount: | | | | |
| (b)(4) | Current funding: | | | | |
| | Base Period of Performance: 08 September 2014 through 07 September 2015 | | | | |
| | Delivery Location Code: ICE/ERO ICE ENFORCEMENT  REMOVAL IMMIGRATION AND CUSTOMS ENFORCEMENT | | | | |
| (b)(6),(b)(7)(C) | 801 I STREET NW | | | | |
| | WASHINGTON DC 20536 | | | | |
| | Change Item 0008 to read as follows(amount shown is the obligated amount): | | | | |
| 0008 | Court Tracking Fixed Unit Price The unit EA represents a Participant Day (PD) | | | | (b)(4) |
| | The Contractor shall provide Court Tracking (Tracking of Court Case and Reminder Call to Participant before Court) to ISAP III participants in accordance with Section 6.1 of the SOW. | | | | |
| (b)(4) | CLIN 0008 Base Year NTE Amount: | | | | |
| (b)(4) | Current Funding: | | | | |
| | Base Period of Performance: 08 September 2014 through 07 September 2015 | | | | |
| | Delivery Location Code: ICE/ERO ICE ENFORCEMENT  REMOVAL IMMIGRATION AND CUSTOMS ENFORCEMENT Continued ... | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED HSCEDM-14-D-00004/HSCEDM-14-J-00033/P00007 | PAGE 9 | OF 12 |
|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| (b)(6),(b)(7)(C) | 801 I STREET NW<br><br>[ ]<br><br>WASHINGTON DC 20536<br><br>Change Item 0009 to read as follows(amount shown is the obligated amount): | | | | |
| 0009 | Alert Management<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall provide Alert Management (GPS & Telephonic Alerts) to ISAP III participants in accordance with Section 6.1 of the SOW. | | | | (b)(4) |
| (b)(4) | CLIN 0009 Base Year NTE Amount: [ ] | | | | |
| (b)(4) | Current Funding [ ] | | | | |
| | Base Period of Performance:<br>08 September 2014 through 07 September 2015<br><br>Delivery Location Code: ICE/ERO<br>ICE ENFORCEMENT REMOVAL<br>IMMIGRATION AND CUSTOMS ENFORCEMENT<br>801 I STREET NW | | | | |
| (b)(6),(b)(7)(C) | [ ]<br><br>WASHINGTON DC 20536<br><br>Add Item 0011 as follows: | | | | |
| 0011 | T-Site Orientation/ Enrollment<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>ATD officers will determine T site enrollments, ATD officers will complete enrollment forms and give them to BI personnel for processing. Processing by BI will be abbreviated from a standard orientation and will include:<br>• Device assignment, attachment, activation.<br>• Explanation of care, maintenance, and requirements of the dedicated technology.<br>• Record creation in the monitoring program.<br>• Reporting date and location requirements will be explained thoroughly to ensure the participant understands what happens next, what they need to Continued ... | | | | (b)(4) |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED HSCEDM-14-D-00004/HSCEDM-14-J-00033/P00007 | | | PAGE 10 | OF 12 |
|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | do, and where they need to go.<br>• BI will notify the appropriate Alternative to Detention Monitoring Office (AMO) of all alerts for monitoring and tracking purposes.<br><br>CLIN 0011 Base Year NTE Amount:<br>(b)(4)<br><br>CLIN 0011 Base Year Current Funding:<br>(b)(4)<br><br>Base Period of Performance:<br>08 September 2014 through 31 August 2015<br><br>Delivery Location Code: ICE/ERO<br>ICE ENFORCEMENT REMOVAL<br>IMMIGRATION AND CUSTOMS ENFORCEMENT<br>801 I STREET NW<br>(b)(6),(b)(7)(C)<br>WASHINGTON DC 20536<br><br>Add Item 0012 as follows: | | | | |
| 0012 | S-Site Orientation/ Enrollment<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>ATD officers will determine "S"site enrollments, ATD officers will complete enrollment forms and give them to BI personnel for processing. Processing by BI will be abbreviated from a standard orientation and will include:<br>• Device assignment, attachment, activation.<br>• Explanation of care, maintenance, and requirements of the dedicated technology.<br>• Record creation in the monitoring program.<br>• Reporting date and location requirements will be explained thoroughly to ensure the participant understands what happens next, what they need to do, and where they need to go.<br>• BI will notify the designated Alternatives to Detention (ATD) officer(s) for their respective AoRs of all alerts for monitoring and tracking purposes until such time as the participants report and are re-assigned for appropriate case management and reporting.<br><br>CLIN 0012 Base Year NTE Amount:<br>(b)(4)<br>Continued ... | | | | (b)(4) |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED | | PAGE | OF |
|---|---|---|---|---|
| | HSCEDM-14-D-00004/HSCEDM-14-J-00033/P00007 | | 11 | 12 |

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | Base Period of Performance:<br>08 September 2014 through 31 August 2015 | | | | |
| | Delivery Location Code: ICE/ERO<br>ICE ENFORCEMENT  REMOVAL<br>IMMIGRATION AND CUSTOMS ENFORCEMENT<br>801 I STREET NW<br><br>WASHINGTON DC 20536 | | | | |
| | Add Item 0013 as follows: | | | | |
| 0013 | Devices lost or damaged beyond repair while a<br>participant is enrolled through an "S" site.<br>Shall be billed at _____ per device. | | | | (b)(4) |
| | Will be billed per occurence. | | | | |
| | Base Period of Performance:<br>08 September 2014 through 31 August 2015 | | | | |
| | Delivery Location Code: ICE/DRO<br>ICE DETENTION  REMOVAL<br>IMMIGRATION AND CUSTOMS ENFORCEMENT<br>801 I STREET NW<br><br>WASHINGTON DC 20536 | | | | |
| | Add Item 0014 as follows: | | | | |
| 0014 | "S" site participants transitioned into full<br>service. . | | | | (b)(4) |
| | CLIN 0014 Base Year NTE Amount: | | | | |
| | Base Period of Performance:<br>08 September 2014 through 31 August 2015 | | | | |
| | Delivery Location Code: ICE/ERO<br>ICE ENFORCEMENT  REMOVAL<br>IMMIGRATION AND CUSTOMS ENFORCEMENT<br>801 I STREET NW<br><br>WASHINGTON DC 20536<br>Please note the following:<br>1) All terms and conditions of Contract #<br>HSCEDM-14-D-00004 are hereby incorporated by<br>Continued ... | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HSCEDM-14-D-00004/HSCEDM-14-J-00033/P00007 | | | PAGE<br>12 | OF<br>12 |
|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| (b)(6),(b)(7)(C)<br>(b)(6),(b)(7)(C)<br><br>(b)(6),(b)(7)(C)<br>(b)(6),(b)(7)(C)<br>(b)(6),(b)(7)(C)<br>(b)(6),(b)(7)(C) | reference to Task Order HSCEDM-14-J-00033<br>2) Task order# HSCEDM-14-J-00033 fully funds CLIN 0001 (Contract Management) and incrementally funds the remaining CLINs/SLINs. Additional funding shall be provided via formal modification to the task order as the Government requires additional participant days (PDs).<br><br>Contact information:<br>DHS/ICE/ Office of Acquisition Management (OAQ)<br>Contracting Officer: _____-202-732-___<br>_____@ice.dhs.gov<br><br>ICE/ERO/Alternatives to Detention Unit (ATD)<br>COR: _____@ice.dhs.gov (202) 732-___<br>ACOR: _____@ice.dhs.gov (202) 732-___ | | | | (b)(6),(b)(7)(C) |

NSN 7540-01-152-8087

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1 CONTRACT ID CODE | | PAGE OF PAGES |
|---|---|---|---|---|
| | | | 1 | 4 |

| 2 AMENDMENT/MODIFICATION NO | 3 EFFECTIVE DATE | 4 REQUISITION/PURCHASE REQ NO | 5 PROJECT NO (If applicable) |
|---|---|---|---|
| P00008 | See Block 16C | | |

| 6 ISSUED BY | CODE | ICE/DCR | 7 ADMINISTERED BY (If other than Item 6) | CODE | ICE/DCR |
|---|---|---|---|---|---|

ICE DETENTION COMPLIANCE REMOVALS
IMMIGRATION AND CUSTOMS ENFORCEMENT
OFFICE OF ACQUISITION MANAGEMENT
(b)(6) 801 I STREET NW
WASHINGTON DC 20536

ICE DETENTION COMPLIANCE REMOVALS
IMMIGRATION AND CUSTOMS ENFORCEMENT
OFFICE OF ACQUISITION MANAGEMENT
801 I STREET NW (b)(6)(b)(7)(C)
WASHINGTON DC 20536

| 8 NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | (x) | 9A AMENDMENT OF SOLICITATION NO |
|---|---|---|

BI INCORPORATED
6400 LOOKOUT ROAD
BOULDER CO 803013377

9B DATED (SEE ITEM 11)

| | X | 10A MODIFICATION OF CONTRACT/ORDER NO |
|---|---|---|

HSCEDM-14-D-00004
HSCEDM-14-J-00033

10B DATED (SEE ITEM 13)

| CODE | 0941609590000 | FACILITY CODE | 09/08/2014 |
|---|---|---|---|

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended. ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12 ACCOUNTING AND APPROPRIATION DATA (If required)    Net Decrease:    (b)(6)
See Schedule

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| CHECK ONE | | |
|---|---|---|
| | A THIS CHANGE ORDER IS ISSUED PURSUANT TO (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A | |
| | B THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b) | |
| | C THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF | |
| | D OTHER (Specify type of modification and authority) | |
| X | Funding Only Action | |

E. IMPORTANT:  Contractor  ☒ is not.  ☐ is required to sign this document and return  0  copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
DUNS Number: 094160959
The purpose of Modification P00008 is to move funding as follows:

(b)(6) 1) Transfer [____] From CLIN 6-GPS (Item 84 MDL 1) to CLIN 13- Devices Lose or damaged.
2) Transfer [____] from CLIN 0002B - Office Visits-Once Every Two Weeks (Item 76 MDL 1) to CLIN 12-S-Site Orientation/Enrollment.
(b)(6) 3) Transfer [____] from CLIN 0002B- Office Visits-Once Every Two Weeks (Item 76 MDL 1) to CLIN 14-"S" site participants transition into Full Service.

The total obligated award amount for Task Order HSCEDM-14-J-00033 is hereby reduced as follows:
Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9 A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A NAME AND TITLE OF SIGNER (Type or print) | 16A NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| (b)(6)(b)(7)(C) | |

| 15B CONTRACTOR/OFFEROR | 15C DATE SIGNED | 16B UNITED STATES OF AMERICA | 16C DATE SIGNED |
|---|---|---|---|
| (Signature of person authorized to sign) | | | 7/21/15 |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED HSCEDM-14-D-00004/HSCEDM-14-J-00033/P00008 | PAGE 2 | OF 4 |
|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| (b)(4) | From:      By:      To:   $38,213,100.00 <br><br> All other prices, terms and conditions of this Task Order remained unchanged. <br> Exempt Action: Y <br> Delivery: 30 Days After Award <br> Discount Terms: <br>        Net 30 <br> Delivery Location Code: ICE/ERO <br> ICE ENFORCEMENT  REMOVAL <br> IMMIGRATION AND CUSTOMS ENFORCEMENT <br> 801 I STREET NW <br><br> WASHINGTON DC 20536 | | | | |
| (b)(6),(b)(7)(C) | | | | | |
| (b)(7)(E) | Accounting Info: <br><br><br> FOB: Destination <br> Period of Performance: 09/08/2014 to 09/07/2019 <br><br> Change Item 0002B to read as follows(amount shown is the obligated amount): | | | | |
| 0002B | Office Visit-Once Every Two Weeks <br> Fixed Unit Price <br> The unit EA represents a Participant Day (PD) <br><br> The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Office visits) for each ISAP III participant in accordance with Sections 6.3 of the SOW. | | | | (b)(4) |
| (b)(4) | CLIN 0002B Base Year NTE Amount: | | | | |
| (b)(4) | Current Funding: <br><br> Base Period of Performance: <br> 08 September 2014 through 07 September 2015 <br><br> Change Item 0006 to read as follows(amount shown is the obligated amount): | | | | |
| 0006 | GPS <br> Continued ... | | | | (b)(4) |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED HSCEDM-14-D-00004/HSCEDM-14-J-00033/P00008 | PAGE 3 | OF 4 |
|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | Fixed Unit Price The unit EA represents a Participant Day (PD) | | | | |
| | The Contractor shall provide Technology to ISAP III participants in accordance with Section 6.5 of the SOW and Attachment 6- Detailed GPS Ankle Bracelets and Tracking/Monitoring System and Telephonic Reporting System. | | | | |
| (b)(4) | CLIN 0006 Base Year NTE Amount: | | | | |
| (b)(4) | Current Funding: | | | | |
| | Base Period of Performance: 08 September 2014 through 07 September 2015 | | | | |
| | Change Item 0012 to read as follows(amount shown is the obligated amount): | | | | |
| 0012 | S-Site Orientation/ Enrollment Fixed Unit Price The unit EA represents a Participant Day (PD) | | | | (b)(4) |
| | ATD officers will determine "S"site enrollments, ATD officers will complete enrollment forms and give them to BI personnel for processing. Processing by BI will be abbreviated from a standard orientation and will include: • Device assignment, attachment, activation. • Explanation of care, maintenance, and requirements of the dedicated technology. • Record creation in the monitoring program. • Reporting date and location requirements will be explained thoroughly to ensure the participant understands what happens next, what they need to do, and where they need to go. • BI will notify the designated Alternatives to Detention (ATD) officer(s) for their respective AoRs of all alerts for monitoring and tracking purposes until such time as the participants report and are re-assigned for appropriate case management and reporting. | | | | |
| (b)(4) | CLIN 0012 Base Year NTE Amount: | | | | |
| | Continued ... | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| | CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HSCEDM-14-D-00004/HSCEDM-14-J-00033/P00008 | | | | PAGE<br>4 | OF<br>4 |

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | Current Funding | | | | |
| | | | | | |
| | Base Period of Performance:<br>08 September 2014 through 31 August 2015 | | | | |
| | | | | | |
| | Change Item 0013 to read as follows(amount shown is the obligated amount): | | | | |
| 0013 | Devices lost or damaged beyond repair while a participant is enrolled through an "S" site. Shall be billed at [        ] per device. | | | | (b)(4) |
| | | | | | |
| | Will be billed per occurence. | | | | |
| | | | | | |
| | Base Period of Performance:<br>08 September 2014 through 31 August 2015 | | | | |
| | | | | | |
| | Change Item 0014 to read as follows(amount shown is the obligated amount): | | | | |
| 0014 | "S" site participants transitioned into full service. . | | | | (b)(4) |
| | | | | | |
| | CLIN 0014 Base Year NTE Amount: | | | | |
| | | | | | |
| | CLIN 0014 Current funding: | | | | |
| | | | | | |
| | Base Period of Performance:<br>08 September 2014 through 31 August 2015 | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | | PAGE OF PAGES |
|---|---|---|---|---|
| | | | | 1    6 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| P00004 | See Block 16C | 192115EROBQATD004 | |

| 6. ISSUED BY | CODE | ICE/DCR | 7. ADMINISTERED BY (If other than Item 6) | CODE | ICE/DCR |
|---|---|---|---|---|---|

ICE DETENTION COMPLIANCE REMOVALS
IMMIGRATION AND CUSTOMS ENFORCEMENT
OFFICE OF ACQUISITION MANAGEMENT
801 I STREET NW
WASHINGTON DC 20536

ICE DETENTION COMPLIANCE REMOVALS
IMMIGRATION AND CUSTOMS ENFORCEMENT
OFFICE OF ACQUISITION MANAGEMENT
801 I STREET NW
WASHINGTON DC 20536

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|

BI INCORPORATED
6400 LOOKOUT ROAD
BOULDER CO 803013377

9B. DATED (SEE ITEM 11)

| X | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
|---|---|
| | HSCEDM-14-D-00004 |
| | HSCEDM-14-J-00033 |

10B. DATED (SEE ITEM 13)
09/08/2014

| CODE | 0941609590000 | FACILITY CODE | |
|---|---|---|---|

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods. (a) By completing Items 8 and 15, and returning _____ copies of the amendment, (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA (If required) | Net Increase: | |
|---|---|---|
| See Schedule | | |

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| CHECK ONE | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification and authority) Funding Only Action |

| E. IMPORTANT: | Contractor ☒ is not, ☐ is required to sign this document and return _____ C _____ copies to the issuing office. |
|---|---|

**14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)**

DUNS Number: 094160959
The purpose of Modification P00004 is as follows:

1) Provide additional funding in the amount of $1,825,190.42 for the continuation of support services for the Intensive Supervision Appearance Program (ISAP) III.

The total obligated award amount for Task Order HSCEDM-14-J-00033 is hereby changed
From:
By:
To: $17,912,912.24

Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
|---|---|---|---|
| (Signature of person authorized to sign) | | (Signature of Contracting Officer) | |

| NSN 7540-01-152-8070 | STANDARD FORM 30 (REV. 10-83) |
|---|---|
| Previous edition unusable | Prescribed by GSA |
| | FAR (48 CFR) 53.243 |

**CONTINUATION SHEET**

REFERENCE NO. OF DOCUMENT BEING CONTINUED
HSCEDM-14-D-00004/HSCEDM-14-J-00033/P00004

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | All other prices, terms and conditions of this Task Order remained unchanged. Exempt Action: Y Delivery: 30 Days After Award Discount Terms: Net 30 Delivery Location Code: ICE/ERO ICE ENFORCEMENT REMOVAL IMMIGRATION AND CUSTOMS ENFORCEMENT 801 I STREET NW (b)(6),(b)(7)(C) WASHINGTON DC 20536 | | | | |
| | Accounting Info: (b)(7)(E) | | | | |
| | FOB: Destination Period of Performance: 09/08/2014 to 09/07/2019 Change Item 0002C to read as follows(amount shown is the obligated amount): | | | | |
| 0002C | Office Visit-Once Every Four Weeks Fixed Unit Price The unit EA represents a Participant Day (PD) The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Office visits) for each ISAP III participant in accordance with Sections 6.3 of the SOW. | (b)(4) | | | |
| | CLIN 0002C Base Year NTE Amount: (b)(4) | | | | |
| | Current funding: (b)(4) | | | | |
| | Base Period of Performance: 08 September 2014 through 07 September 2015 Change Item 0002D to read as follows(amount shown is the obligated amount): | | | | |
| 0002D | Office Visit-Once Every Eight Weeks Fixed Unit Price The unit EA represents a Participant Day (PD) The Contractor shall administer, monitor, track, Continued ... | (b)(4) | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| | | | PAGE | OF |
|---|---|---|---|---|
| **CONTINUATION SHEET** | REFERENCE NO. OF DOCUMENT BEING CONTINUED HSCEDM-14-D-00004/HSCEDM-14-J-00033/P00004 | | 3 | 6 |

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | and report various stages of supervision (i.e. Office visits) for each ISAP III participant in accordance with Sections 6.3 of the SOW. | | | | |
| (b)(4) | CLIN 0002D Base Year NTE Amount: | | | | |
| (b)(4) | Current Funding | | | | |
| | Base Period of Performance: 08 September 2014 through 07 September 2015 | | | | |
| | Change Item 0003B to read as follows(amount shown is the obligated amount): | | | | |
| 0003B | Home Visit-Once Every Four Weeks Fixed Unit Price The unit EA represents a Participant Day (PD) | | | | (b)(4) |
| | The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Home visits) for each ISAP III participant in accordance with Sections 6.4 of the SOW. | | | | |
| (b)(4) | CLIN 0003B Base Year NTE Amount: | | | | |
| (b)(4) | Current Funding: | | | | |
| | Base Period of Performance: 08 September 2014 through 07 September 2015 | | | | |
| | Change Item 0003C to read as follows(amount shown is the obligated amount): | | | | |
| 0003C | Home Visit-Once Every Eight Weeks Fixed Unit Price The unit EA represents a Participant Day (PD) | | | | (b)(4) |
| | The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Home visits) for each ISAP III participant in accordance with Sections 6.4 of the SOW. | | | | |
| (b)(4) | CLIN 0003C Base NTE Amount: | | | | |
| | Continued ... | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED | PAGE | OF |
|---|---|---|---|
| | HSCEDM-14-D-00004/HSCEDM-14-J-00033/P00004 | 4 | 6 |

NAME OF OFFEROR OR CONTRACTOR

BI INCORPORATED

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| (b)(4) | **Current Funding:** | | | | |
| | Base Period of Performance: 08 September 2014 through 07 September 2015 | | | | |
| | Change Item 0004 to read as follows(amount shown is the obligated amount): | | | | |
| 0004 | Case Management Fixed Unit Price The unit EA represents a Participant Day (PD) | | | | (b)(4) |
| | The Contractor shall administer, monitor, track, and report ISAP III participants in their Case Management system in accordance with Section 6.2 of the SOW. | | | | |
| (b)(4) | CLIN 0004 Base Year NTE Amount: | | | | |
| (b)(4) | Current Funding: | | | | |
| | Base Period of Performance: 08 September 2014 through 07 September 2015 | | | | |
| | Change Item 0006 to read as follows(amount shown is the obligated amount): | | | | |
| 0006 | GPS Fixed Unit Price The unit EA represents a Participant Day (PD) | | | | (b)(4) |
| | The Contractor shall provide Technology to ISAP III participants in accordance with Section 6.5 of the SOW and Attachment 6- Detailed GPS Ankle Bracelets and Tracking/Monitoring System and Telephonic Reporting System. | | | | |
| (b)(4) | CLIN 0006 Base Year NTE Amount: | | | | |
| (b)(4) | Current Funding: | | | | |
| | Base Period of Performance: Continued ... | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED | PAGE | OF |
|---|---|---|---|
| | HSCEDM-14-D-00004/HSCEDM-14-J-00033/P00004 | 5 | 6 |

NAME OF OFFEROR OR CONTRACTOR

BI INCORPORATED

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | 08 September 2014 through 07 September 2015 | | | | |
| | Change Item 0007 to read as follows(amount shown is the obligated amount): | | | | |
| 0007 | Telephonic Reporting<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall provide Technology to ISAP III participants in accordance with Section 6.5 of the SOW and Attachment 6- Detailed GPS Ankle Bracelets and Tracking/Monitoring System and Telephonic Reporting System.<br><br>CLIN 0007 Base Year NTE Amount: | | | | (b)(4) |
| (b)(4) | Current funding: | | | | |
| (b)(4) | Base Period of Performance:<br>08 September 2014 through 07 September 2015 | | | | |
| | Change Item 0008 to read as follows(amount shown is the obligated amount): | | | | |
| 0008 | Court Tracking<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall provide Court Tracking (Tracking of Court Case and Reminder Call to Participant before Court) to ISAP III participants in accordance with Section 6.1 of the SOW.<br><br>CLIN 0008 Base Year NTE Amount: | | | | (b)(4) |
| (b)(4) | Current Funding: | | | | |
| (b)(4) | Base Period of Performance:<br>08 September 2014 through 07 September 2015 | | | | |
| | Change Item 0009 to read as follows(amount shown<br>Continued ... | | | | |

| **CONTINUATION SHEET** | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HSCEDM-14-D-00004/HSCEDM-14-J-00033/P00004 | | | PAGE<br>6 | OF<br>6 |

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | is the obligated amount): | | | | |
| 0009 | Alert Management<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD) | | | | (b)(4) |
| | The Contractor shall provide Alert Management<br>(GPS & Telephonic Alerts) to ISAP III<br>participants in accordance with Section 6.1 of<br>the SOW. | | | | |
| | CLIN 0009 Base Year NTE Amount: | | | | |
| (b)(4) | | | | | |
| | Current Funding: | | | | |
| (b)(4) | | | | | |
| | Base Period of Performance:<br>08 September 2014 through 07 September 2015 | | | | |
| | Please note the following:<br>1) All terms and conditions of Contract #<br>HSCEDM-14-D-00004 are hereby incorporated by<br>reference to Task Order HSCEDM-14-J-00033<br>2) Task order# HSCEDM-14-J-00033 fully funds CLIN<br>0001 (Contract Management) and incrementally<br>funds the remaining CLINs/SLINs. Additional<br>funding shall be provided via formal modification<br>to the task order as the Government requires<br>additional participant days (PDs). | | | | |
| | Contact information:<br>DHS/ICE/ Office of Acquisition Management (OAQ) | | | | |
| (b)(6),(b)(7)(C)<br>(b)(6),(b)(7)(C) | Contracting Officer: [              ]-202-732-[    ]<br>[              ]@ice.dhs.gov | | | | (b)(6),(b)(7)(C) |
| | ICE/ERO/Alternatives to Detention Unit (ATD) | | | | |
| (b)(6),(b)(7)(C)<br>(b)(6),(b)(7)(C) | COR: [                    ]@ice.dhs.gov (202)<br>732-[  ] | | | | |
| (b)(6),(b)(7)(C)<br>(b)(6),(b)(7)(C) | ACOR: [              ]<br>[              ]@ice.dhs.gov (202) 732-[    ] | | | | |

| AWARD/CONTRACT | 1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 350) | RATING | PAGE OF PAGES 1 , 108 |
|---|---|---|---|

**2. CONTRACT (Proc. Inst. Ident.) NO.**
HSCEDM-14-D-00004

**3. EFFECTIVE DATE**
See Block 20C

**4. REQUISITION/PURCHASE REQUEST/PROJECT NO.**

**5. ISSUED BY** CODE ICE/DCR

ICE/Detention Compliance & Removals
Immigration and Customs Enforcement
Office of Acquisition Management
801 I Street, NW
WASHINGTON DC 20536

**6. ADMINISTERED BY (If other than Item 5)** CODE ICE/DCR

ICE/Detention Compliance & Removals
Immigration and Customs Enforcement
Office of Acquisition Management
801 I Street NW,
Washington DC 20536

**7. NAME AND ADDRESS OF CONTRACTOR (No., Street, City, Country, State and ZIP Code)**

BI INCORPORATED
6400 LOOKOUT ROAD
BOULDER CO 803013377

CODE 0941609590000    FACILITY CODE

**8. DELIVERY**
☐ FOB ORIGIN   ☒ OTHER (See below)

**9. DISCOUNT FOR PROMPT PAYMENT**
Net 30

**10. SUBMIT INVOICES**
(4 copies unless otherwise specified)
TO THE ADDRESS SHOWN IN ▶   ITEM

**11. SHIP TO/MARK FOR** CODE ICE/DRO

ICE Detention & Removal
Immigration and Customs Enforcement
801 I Street, NW
Washington DC 20536

**12. PAYMENT WILL BE MADE BY** CODE ICE-ERO-FHQ-CED

DHS, ICE
Burlington Finance Center
P.O. Box 1620
Attn: ICE-ERO-FHQ-CED
Willington VT 05495-1620

**13. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION:**
☐ 10 U.S.C. 2304 (c) ( )   ☐ 41 U.S.C. 253 (c) ( )

**14. ACCOUNTING AND APPROPRIATION DATA**
See Schedule

| 15A. ITEM NO | 15B. SUPPLIES/SERVICES | 15C. QUANTITY | 15D. UNIT | 15E. UNIT PRICE | 15F. AMOUNT |
|---|---|---|---|---|---|
| | Continued | | | | |
| | 15G. TOTAL AMOUNT OF CONTRACT ▶ | | | | $0.00 |

**16. TABLE OF CONTENTS**

| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| | A | SOLICITATION/CONTRACT FORM | | | I | CONTRACT CLAUSES | |
| | B | SUPPLIES OR SERVICES AND PRICES/COSTS | | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH. | |
| | C | DESCRIPTION/SPECS./WORK STATEMENT | | | J | LIST OF ATTACHMENTS | |
| | D | PACKAGING AND MARKING | | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| | E | INSPECTION AND ACCEPTANCE | | | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | |
| | F | DELIVERIES OR PERFORMANCE | | | | | |
| | G | CONTRACT ADMINISTRATION DATA | | | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | |
| | H | SPECIAL CONTRACT REQUIREMENTS | | | M | EVALUATION FACTORS FOR AWARD | |

**CONTRACTING OFFICER WILL COMPLETE ITEM 17 OR 18 AS APPLICABLE**

**17. ☒ CONTRACTOR'S NEGOTIATED AGREEMENT** (Contractor is required to sign this document and return _1_ copies to issuing office.) Contractor agrees to furnish and deliver all items or perform all the services set forth or otherwise identified above and on any continuation sheets for the consideration stated herein. The rights and obligations of the parties to this contract shall be subject to and governed by the following documents: (a) this award/contract, (b) the solicitation, if any, and (c) such provisions, representations, certifications, and specifications, as are attached or incorporated by reference herein. (Attachments are listed herein.)

**18. ☐ AWARD** (Contractor is not required to sign this document.) Your offer on Solicitation Number HSCECR-14-R-00001 _____ including the additions or changes made by you which additions or changes are set forth in full above, is hereby accepted as to the items listed above and on any continuation sheets. This award consummates the contract which consists of the following documents: (a) the Government's solicitation and your offer, and (b) this award/contract. No further contractual document is necessary.

**19A. NAME AND TITLE OF SIGNER (Type or print)**
Divisional Vice President

**19B.** *(signature)* BY

**19C. DATE SIGNED**
9/8/14

**20A. NAME OF CONTRACTING OFFICER**

**20B.** *(signature)*

**20C. DATE SIGNED**
9/8/2014

NSN 7
PREV

STANDARD FORM 26 (Rev. 4-85)
Prescribed by GSA
FAR (48 CFR) 53.214(a)

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HSCEDM-14-D-00004 | PAGE<br>2 | OF<br>108 |
|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

BI INCORPORATED

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | DUNS Number: 094160959<br>CONTRACT AWARD HSCEDM-14-D-00004 - PROFESSIONAL<br>SUPPORT SERVICES FOR THE INTENSIVE SUPERVISION<br>APPEARANCE PROGRAM (ISAP) III FOR THE<br>ICE/ERO/ALTERNATIVES-TO-DETENTION (ATD) UNIT.<br><br>PLEASE NOTE THE FOLLOWING:<br><br>1.  This award incorporates BI Incorporated's<br>proposal dated July 10, 2014 to include the<br>Staffing Plan, the individual Subcontracting<br>Plan, and all Operations Plans. Additionally, the<br>area wide Wage Determinations are attached and<br>hereby incorporated into the contract.<br><br>2.  This award is an Indefinite<br>Delivery-Requirements (ID-R) contract.  The<br>Government has provided estimated, maximum<br>quantities of participant days (PDs) for each<br>CLIN/ SLIN in each contract year.  There will be<br>no minimum number of guaranteed PDs.<br><br>3.  The Government will only pay for each PD<br>managed by BI in each CLIN/SLIN, along with the<br>fixed monthly price for contract program<br>management.<br><br>4.  The total amount for each CLIN/SLIN, in any<br>contract year, represents the total not-to-exceed<br>amount.  The contractor exceeds these amounts at<br>its own risk.<br><br>5.  The total contract ceiling will be the<br>cumulative price of all CLIN/SLINs referenced<br>herein for any contract period.<br><br>6.  The Government reserves the right to exceed<br>the estimated number of PDs in any particular<br>stage within the overall contract annual ceiling.<br><br>7.  Task Orders will be issued on an annual basis<br>against Contract HSCEDM-14-D-00004 to<br>incrementally fund ISAP III services.<br>Exempt Action: Y<br>Delivery: 30 Days After Award<br>FOB: Destination<br>Period of Performance: 09/08/2014 to 09/07/2019 | | | | |
| 0001 | CONTRACT MANAGEMENT - The Contractor shall<br>Continued ... | | | | (b)(4) |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)<br>Sponsored by GSA<br>FAR (48 CFR) 53.110

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED | PAGE | OF |
|---|---|---|---|
| | HSCEDM-14-D-00004 | 3 | 108 |

NAME OF OFFEROR OR CONTRACTOR

BI INCORPORATED

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | provide all contractual and program management, oversight, reporting and quality control of the ISAP III program to include on-site and off-site Contractor personnel. ISAP III personnel shall comply with the Education/ Training/ Licenses/Certification Requirements outlined in Section 6.9:Training of the SOW. | | | | |
| (b)(4) | CLIN 0001 Base Year Amount: | | | | |
| | Base Period of Performance: 08 September 2014 through 07 September 2015 | | | | |
| | Accounting Info: Attachment A Funded: $0.00 | | | | |
| 0002 | Office Visits- The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Office visits, Home visits) for each ISAP III participant in accordance with Sections 6.3 of the SOW. The requirements for each corresponding level of supervision will be provided under SLINs 0002A, 0002B, 0002C, and 0002D. | | EA | | 0.00 |
| | Base Period of Performance: 08 September 2014 through 07 September 2015 (Not Separately Priced) | | | | |
| (b)(4) | Accounting Info: | | | | |
| | Funded: $0.00 | | | | |
| 0002A | Office Visit-Every Week Fixed Unit Price The unit EA represents a Participant Day (PD) | | (b)(4) | | (b)(4) |
| | The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Office visits, Home visits) for each ISAP III participant in accordance with Sections 6.3 of the SOW. | | | | |
| (b)(4) | CLIN 0002A Base Year NTE Amount: | | | | |
| | Base Period of Performance: Continued ... | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED HSCEDM-14-D-00004 | | | PAGE 4 | OF 108 |
|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

BI INCORPORATED

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | 08 September 2014 through 07 September 2015 | | | | |
| (b)(4) | Accounting Info: | | | | |
| | Funded: $0.00 | | | | |
| 0002B | Office Visit-Once Every Two Weeks Fixed Unit Price The unit EA represents a Participant Day (PD) The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Office visits) for each ISAP III participant in accordance with Sections 6.3 of the SOW. | (b)(4) | | | (b)(4) |
| (b)(4) | CLIN 0002B Base Year NTE Amount: | | | | |
| | Base Period of Performance: 08 September 2014 through 07 September 2015 | | | | |
| (b)(4) | Accounting Info: | | | | |
| | Funded: $0.00 | | | | |
| 0002C | Office Visit-Once Every Four Weeks Fixed Unit Price The unit EA represents a Participant Day (PD) The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Office visits) for each ISAP III participant in accordance with Sections 6.3 of the SOW. | (b)(4) | | | (b)(4) |
| (b)(4) | CLIN 0002C Base Year NTE Amount: | | | | |
| | Base Period of Performance: 08 September 2014 through 07 September 2015 | | | | |
| (b)(4) | Accounting Info: | | | | |
| | Funded: $0.00 | | | | |
| | Continued ... | | | | |

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HSCEDM-14-D-00004 | PAGE<br>5 | OF<br>108 |
|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

BI INCORPORATED

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| 0002D | Office Visit-Once Every Eight Weeks<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Office visits) for each ISAP III participant in accordance with Sections 6.3 of the SOW.<br><br>CLIN 0002D Base Year NTE Amount:<br><br><br>Base Period of Performance:<br>08 September 2014 through 07 September 2015<br><br>Accounting Info:<br><br><br>Funded: $0.00 | | | | (b)(4) |
| 0003 | Home Visits- The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Home visits) for each ISAP III participant in accordance with Sections 6.4 of the SOW. The requirements for each corresponding level of supervision will be provided under SLINs 0003A, 0003B, 0003C, and 0003D.<br>(Not Separately Priced)<br><br>Accounting Info:<br><br><br>Funded: $0.00 | | EA | | 0.00 |
| 0003A | Home Visit-Once Every Two Weeks<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Home visits) for each ISAP III participant in accordance with Sections 6.4 of the SOW.<br><br>CLIN 0003A Base Year NTE Amount:<br><br><br>Base Period of Performance:<br>08 September 2014 through 07 September 2015<br>Continued ... | | | | (b)(4) |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HSCEDM-14-D-00004 | PAGE<br>6 | OF<br>108 |
|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

BI INCORPORATED

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| (b)(4) | Accounting Info:<br><br><br>Funded: $0.00 | | | | |
| 0003B | Home Visit-Once Every Four Weeks<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Home visits) for each ISAP III participant in accordance with Sections 6.4 of the SOW. | | | | (b)(4) |
| (b)(4) | CLIN 0003B Base Year NTE Amount:<br><br><br>Base Period of Performance:<br>08 September 2014 through 07 September 2015 | | | | |
| (b)(4) | Accounting Info:<br><br><br>Funded: $0.00 | | | | |
| 0003C | Home Visit-Once Every Eight Weeks<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Home visits) for each ISAP III participant in accordance with Sections 6.4 of the SOW. | | | | (b)(4) |
| (b)(4) | CLIN 0003C Base NTE Amount:<br><br><br>Base Period of Performance:<br>08 September 2014 through 07 September 2015 | | | | |
| (b)(4) | Accounting Info:<br><br><br>Funded: $0.00 | | | | |
| 0004 | Case Management<br>Continued ... | | | | (b)(4) |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)<br>Sponsored by GSA<br>FAR (48 CFR) 53.110

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED HSCEDM-14-D-00004 | | PAGE 7 | OF 108 |
|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

BI INCORPORATED

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| (X) | Fixed Unit Price The unit EA represents a Participant Day (PD) The Contractor shall administer, monitor, track, and report ISAP III participants in their Case Management system in accordance with Section 6.2 of the SOW. CLIN 0004 Base Year NTE Amount: [ ] | | | | |
| (X)(X) | Base Period of Performance: 08 September 2014 through 07 September 2015 Accounting Info: [ ] Funded: $0.00 | | | | |
| 0005 | Orientation/ Enrollment Fixed Unit Price The unit EA represents a Participant Day (PD) The Contractor shall provide enrollment and orientation to ISAP III participants in accordance with Section 6.6 of the SOW. | [ ] | | [ ] | (X) |
| (X) | CLIN 0005 Base Year NTE Amount: [ ] | | | | |
| (X)(X) | Base Period of Performance: 08 September 2014 through 07 September 2015 Accounting Info: [ ] Funded: $0.00 | | | | |
| 0006 | GPS Fixed Unit Price The unit EA represents a Participant Day (PD) The Contractor shall provide Technology to ISAP III participants in accordance with Section 6.5 of the SOW and Attachment 6- Detailed GPS Ankle Bracelets and Tracking/Monitoring System and Telephonic Reporting System. Continued ... | [ ] | | [ ] | (X) |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| **CONTINUATION SHEET** | REFERENCE NO. OF DOCUMENT BEING CONTINUED HSCEDM-14-D-00004 | PAGE 8 | OF 108 |
|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

BI INCORPORATED

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| (X)(X) | CLIN 0006 Base Year NTE Amount: | | | | |
| | Base Period of Performance: 08 September 2014 through 07 September 2015 | | | | |
| (X)(X) | Accounting Info: | | | | |
| | Funded: $0.00 | | | | |
| 0007 | Telephonic Reporting Fixed Unit Price The unit EA represents a Participant Day (PD) | | | | (X)(X) |
| | The Contractor shall provide Technology to ISAP III participants in accordance with Section 6.5 of the SOW and Attachment 6- Detailed GPS Ankle Bracelets and Tracking/Monitoring System and Telephonic Reporting System. | | | | |
| (X)(X) | CLIN 0007 Base Year NTE Amount: | | | | |
| | Base Period of Performance: 08 September 2014 through 07 September 2015 | | | | |
| (X)(X) | Accounting Info: | | | | |
| | Funded: $0.00 | | | | |
| 0008 | Court Tracking Fixed Unit Price The unit EA represents a Participant Day (PD) | | | | (X)(X) |
| | The Contractor shall provide Court Tracking (Tracking of Court Case and Reminder Call to Participant before Court) to ISAP III participants in accordance with Section 6.1 of the SOW. | | | | |
| (X)(X) | CLIN 0008 Base Year NTE Amount: | | | | |
| | Base Period of Performance: 08 September 2014 through 07 September 2015 | | | | |
| | Accounting Info: Continued ... | | | | |

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED HSCEDM-14-D-00004 | | | PAGE 9 | OF 108 |
|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

BI INCORPORATED

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| (b)(4) | | | | | (b)(4) |
| | Funded: $0.00 | | | | |
| 0009 | Alert Management Fixed Unit Price The unit EA represents a Participant Day (PD) | | | | (b)(4) |
| | The Contractor shall provide Alert Management (GPS & Telephonic Alerts) to ISAP III participants in accordance with Section 6.1 of the SOW. | | | | |
| | CLIN 0009 Base Year NTE Amount: | | | | |
| (b)(4) | | | | | |
| | Base Period of Performance: 08 September 2014 through 07 September 2015 | | | | |
| (b)(4) | Accounting Info: | | | | |
| | Funded: $0.00 | | | | |
| 1001 | CONTRACT MANAGEMENT - The Contractor shall provide all contractual and program management, oversight, reporting and quality control of the ISAP III program to include on-site and off-site Contractor personnel. ISAP III personnel shall comply with the Education/ Training/ Licenses/Certification Requirements outlined in Section 6.9:Training of the SOW. | | | | (b)(4) |
| | CLIN 1001 Option Year 1 Amount: | | | | |
| (b)(4) | | | | | |
| | Option Year 1 Period of Performance: 08 September 2015 through 07 September 2016 Amount: $4,113,372.00(Option Line Item) 09/01/2015 | | | | |
| | Accounting Info: Attachment A Funded: $0.00 | | | | |
| 1002 | Office Visits- The Contractor shall administer, monitor, track, and report various stages of Continued ... | | EA | | 0.00 |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED | PAGE | OF |
|---|---|---|---|
| | HSCEDM-14-D-00004 | 10 | 108 |

NAME OF OFFEROR OR CONTRACTOR

BI INCORPORATED

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| (b)(4) | supervision (i.e. Office visits, Home visits) for each ISAP III participant in accordance with Sections 6.3 of the SOW. The requirements for each corresponding level of supervision will be provided under SLINs 1002A, 1002B, 1002C, and 1002D.<br><br>Option Year 1 Period of Performance:<br>08 September 2015 through 07 September 2016<br>Amount: $0.00(Option Line Item)<br>09/01/2015<br>(Not Separately Priced)<br><br>Accounting Info:<br><br>Funded: $0.00 | | | | |
| 1002A | Office Visit-Every Week<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Office visits, Home visits) for each ISAP III participant in accordance with Sections 6.3 of the SOW.<br>CLIN 1002A Option Year 1 NTE Amount: (b)(4)<br><br>Option Year 1 Period of Performance:<br>08 September 2015 through 07 September 2016<br>Amount: $7,793,716.59(Option Line Item)<br>09/01/2015<br><br>Accounting Info:<br><br>Funded: $0.00 | | | | (b)(4) |
| 1002B | Office Visit-Once Every Two Weeks<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Office visits) for each ISAP III participant in accordance with Sections 6.3 of the SOW.<br>Continued ... | | | | (b)(4) |

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HSCEDM-14-D-00004 | PAGE<br>11 | OF<br>108 |
|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

BI INCORPORATED

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| (b)(4) | CLIN 1002B Option Year 1 NTE Amount: | | | | |
| | Option Year 1 Period of Performance:<br>08 September 2015 through 07 September 2016<br>Amount: $15,451,442.00(Option Line Item)<br>09/01/2015 | | | | |
| (b)(4)(E) | Accounting Info: | | | | |
| | Funded: $0.00 | | | | |
| 1002C | Office Visit-Once Every Four Weeks<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall administer, monitor, track,<br>and report various stages of supervision (i.e.<br>Office visits) for each ISAP III participant in<br>accordance with Sections 6.3 of the SOW. | | | | (b)(4) |
| (b)(4) | CLIN 1002C Option Year 1 NTE Amount: | | | | |
| | Option Year 1 Period of Performance:<br>08 September 2014 through 07 September 2015<br>Amount: $494,216.60(Option Line Item)<br>09/01/2015 | | | | |
| (b)(4)(E) | Accounting Info: | | | | |
| | Funded: $0.00 | | | | |
| 1002D | Office Visit-Once Every Eight Weeks<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall administer, monitor, track,<br>and report various stages of supervision (i.e.<br>Office visits) for each ISAP III participant in<br>accordance with Sections 6.3 of the SOW. | | | | (b)(4) |
| (b)(4) | CLIN 1002D Option Year 1 NTE Amount: | | | | |
| | Continued ... | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HSCEDM-14-D-00004 | | | PAGE<br>12 | OF<br>108 |
|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

BI INCORPORATED

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | Option Year 1 Period of Performance:<br>08 September 2015 through 07 September 2016<br>Amount: $350,068.25(Option Line Item)<br>09/01/2015 | | | | |
| (b)(4) | Accounting Info: | | | | |
| | Funded: $0.00 | | | | |
| 1003 | Home Visits- The Contractor shall administer,<br>monitor, track, and report various stages of<br>supervision (i.e. Home visits) for each ISAP III<br>participant in accordance with Sections 6.4 of<br>the SOW. The requirements for each corresponding<br>level of supervision will be provided under SLINs<br>1003A, 1003B, 1003C, and 1003D.<br>Amount: $0.00(Option Line Item)<br>09/01/2015<br>(Not Separately Priced) | | EA | | 0.00 |
| (b)(4) | Accounting Info: | | | | |
| | Funded: $0.00 | | | | |
| 1003A | Home Visit-Once Every Two Weeks<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall administer, monitor, track,<br>and report various stages of supervision (i.e.<br>Home visits) for each ISAP III participant in<br>accordance with Sections 6.4 of the SOW. | | | (b)(4) | |
| (b)(4) | CLIN 1003A Option Year 1 NTE Amount: | | | | |
| | Option Year 1 Period of Performance:<br>08 September 2015 through 07 September 2016<br>Amount: $6,560,367.50(Option Line Item)<br>09/01/2015 | | | | |
| (b)(4) | Accounting Info: | | | | |
| | Funded: $0.00<br>Continued ... | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED HSCEDM-14-D-00004 | PAGE 13 | OF 108 |
|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

BI INCORPORATED

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| 1003B | Home Visit-Once Every Four Weeks Fixed Unit Price The unit EA represents a Participant Day (PD) | | | | (b)(4) |
| | The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Home visits) for each ISAP III participant in accordance with Sections 6.4 of the SOW. | | | | |
| | CLIN 1003B Option Year 1 NTE Amount: | | | | |
| (b)(4) | | | | | |
| | Option Year 1 Period of Performance: 08 September 2015 through 07 September 2016 Amount: $11,641,221.00(Option Line Item) 09/01/2015 | | | | |
| | Accounting Info: | | | | |
| (b)(4) | | | | | |
| | Funded: $0.00 | | | | |
| 1003C | Home Visit-Once Every Eight Weeks Fixed Unit Price The unit EA represents a Participant Day (PD) | | | | (b)(4) |
| | The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Home visits) for each ISAP III participant in accordance with Sections 6.4 of the SOW. | | | | |
| | CLIN 1003C Option Year 1 NTE Amount: | | | | |
| (b)(4) | | | | | |
| | Option Year 1 Period of Performance: 08 September 2015 through 07 September 2016 Amount: $260,050.70(Option Line Item) 09/01/2015 | | | | |
| | Accounting Info: | | | | |
| (b)(4) | | | | | |
| | Funded: $0.00 | | | | |
| 1004 | Case Management Fixed Unit Price The unit EA represents a Participant Day (PD) Continued ... | | | | (b)(4) |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED HSCEDM-14-D-00004 | | PAGE 14 | OF 108 |
| --- | --- | --- | --- | --- |

NAME OF OFFEROR OR CONTRACTOR

BI INCORPORATED

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
| --- | --- | --- | --- | --- | --- |
| | The Contractor shall administer, monitor, track, and report ISAP III participants in their Case Management system in accordance with Section 6.2 of the SOW.<br><br>CLIN 1004 Option Year 1 NTE Amount:<br><br>(b)(4)<br><br>Option Year 1 Period of Performance:<br>08 September 2015 through 07 September 2016<br>Amount: $8,573,850.00 (Option Line Item)<br>09/01/2015<br><br>Accounting Info:<br><br>(b)(4)<br><br>Funded: $0.00 | | | | |
| 1005 | Orientation/ Enrollment<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall provide enrollment and orientation to ISAP III participants in accordance with Section 6.6 of the SOW.<br><br>CLIN 0005 Option Year 1 NTE Amount:<br><br>(b)(4)<br><br>Option Year 1 Period of Performance:<br>08 September 2015 through 07 September 2016<br>Amount: $1,094,534.40 (Option Line Item)<br>09/01/2015<br><br>Accounting Info:<br><br>(b)(4)<br><br>Funded: $0.00 | | | | (b)(4) |
| 1006 | GPS<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall provide Technology to ISAP III participants in accordance with Section 6.5 of the SOW and Attachment 6- Detailed GPS Ankle Bracelets and Tracking/Monitoring System and Continued ... | | | | (b)(4) |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED HSCEDM-14-D-00004 | PAGE 15 | OF 108 |
|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

BI INCORPORATED

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| (b)(4) | Telephonic Reporting System.<br><br>CLIN 1006 Option Year 1 NTE Amount:<br><br>Option Year 1 Period of Performance:<br>08 September 2015 through 07 September 2016<br>Amount: $10,408,582.35(Option Line Item)<br>09/01/2015 | | | | |
| (b)(4) | Accounting Info:<br><br>Funded: $0.00 | | | | |
| 1007 | Telephonic Reporting<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall provide Technology to ISAP III participants in accordance with Section 6.5 of the SOW and Attachment 6- Detailed GPS Ankle Bracelets and Tracking/Monitoring System and Telephonic Reporting System. | | | (b)(4) | |
| (b)(4) | CLIN 1007 Option Year 1 NTE Amount:<br><br>Option Year 1 Period of Performance:<br>08 September 2015 through 07 September 2016<br>Amount: $1,340,766.73(Option Line Item)<br>09/01/2015 | | | | |
| (b)(4) | Accounting Info:<br><br>Funded: $0.00 | | | | |
| 1008 | Court Tracking<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall provide Court Tracking (Tracking of Court Case and Reminder Call to Participant before Court) to ISAP III participants in accordance with Section 6.1 of the SOW.<br><br>Continued ... | | | (b)(4) | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED HSCEDM-14-D-00004 | | | PAGE 16 | OF 108 |
|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

BI INCORPORATED

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| (b)(4) | CLIN 1008 Option Year 1 NTE Amount:<br><br>Option Year 1<br>08 September 2015 through 07 September 2016<br>Amount: $1,058,500.00(Option Line Item)<br>09/01/2015 | | | | |
| (b)(4) | Accounting Info:<br><br><br>Funded: $0.00 | | | | |
| 1009 | Alert Management<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall provide Alert Management<br>(GPS & Telephonic Alerts) to ISAP III<br>participants in accordance with Section 6.1 of<br>the SOW. | | | | (b)(4) |
| (b)(4) | CLIN 1009 Option Year 1 NTE Amount:<br><br>Option Year 1 Period of Performance:<br>08 September 2015 through 07 September 2016<br>Amount: $5,186,650.00(Option Line Item)<br>09/01/2015 | | | | |
| (b)(4) | Accounting Info:<br><br><br>Funded: $0.00 | | | | |
| 2001 | CONTRACT MANAGEMENT - The Contractor shall<br>provide all contractual and program management,<br>oversight, reporting and quality control of the<br>ISAP III program to include on-site and off-site<br>Contractor personnel. ISAP III personnel shall<br>comply with the Education/ Training/<br>Licenses/Certification Requirements outlined in<br>Section 6.9:Training of the SOW. | | | | (b)(4) |
| (b)(4) | CLIN 2001 Option Year 2 Amount:<br><br>Continued ... | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HSCEDM-14-D-00004 | | PAGE<br>17 | OF<br>108 |
|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

BI INCORPORATED

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | Option Year 2 Period of Performance:<br>08 September 2016 through 07 September 2017<br>Amount: $4,266,360.00(Option Line Item)<br>09/01/2016<br><br>Accounting Info:<br>Attachment A<br>Funded: $0.00 | | | | |
| 2002 | Office Visits- The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Office visits, Home visits) for each ISAP III participant in accordance with Sections 6.3 of the SOW. The requirements for each corresponding level of supervision will be provided under SLINs 2002A, 2002B, 2002C, and 2002D.<br><br>Base Period of Performance:<br>08 September 2016 through 07 September 2017<br>Amount: $0.00(Option Line Item)<br>09/01/2016<br>(Not Separately Priced)<br><br>Accounting Info: | | EA | | 0.00 |
| (b)(4) | | | | | |
| | Funded: $0.00 | | | | |
| 2002A | Office Visit-Every Week<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD) | (b)(4) | | | (b)(4) |
| | The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Office visits, Home visits) for each ISAP III participant in accordance with Sections 6.3 of the SOW.<br>CLIN 2002A Option Year 2 NTE Amount: | | | | |
| (b)(4) | | | | | |
| | Option Year 2 Period of Performance:<br>08 September 2016 through 07 September 2017<br>Amount: $7,872,441.00(Option Line Item)<br>09/01/2016<br><br>Accounting Info: | | | | |
| (b)(4) | | | | | |
| | Continued ... | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)<br>Sponsored by GSA<br>FAR (48 CFR) 53.110

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HSCEDM-14-D-00004 | | | PAGE<br>18 | OF<br>108 |
|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

BI INCORPORATED

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | 000001<br>Funded: $0.00 | | | | |
| 2002B | Office Visit-Once Every Two Weeks<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Office visits) for each ISAP III participant in accordance with Sections 6.3 of the SOW.<br><br>CLIN 2002B Option Year 2 NTE Amount:<br><br><br>Option Year 2 Period of Performance:<br>08 September 2016 through 07 September 2017<br>Amount: $15,451,442.00(Option Line Item)<br>09/01/2016<br><br>Accounting Info:<br><br><br>Funded: $0.00 | | | | (b)(4) |
| 2002C | Office Visit-Once Every Four Weeks<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Office visits) for each ISAP III participant in accordance with Sections 6.3 of the SOW.<br><br>CLIN 2002C Option Year 2 NTE Amount:<br><br><br>Option Year 2 Period of Performance:<br>08 September 2016 through 07 September 2017<br>Amount: $491,615.46(Option Line Item)<br>09/01/2016<br><br>Accounting Info:<br><br><br>Funded: $0.00 | | | | (b)(4) |
| 2002D | Office Visit-Once Every Eight Weeks<br>Continued ... | | | | (b)(4) |

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED HSCEDM-14-D-00004 | | | PAGE 19 | OF 108 |
|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

BI INCORPORATED

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | Fixed Unit Price The unit EA represents a Participant Day (PD) | | | | |
| | The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Office visits) for each ISAP III participant in accordance with Sections 6.3 of the SOW. | | | | |
| (b)(4) | CLIN 2002D Option Year 2 NTE Amount: | | | | |
| | Option Year 2 Period of Performance: 08 September 2016 through 07 September 2017 Amount: $348,067.86(Option Line Item) 09/01/2016 | | | | |
| (b)(4) | Accounting Info: | | | | |
| | Funded: $0.00 | | | | |
| 2003 | Home Visits- The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Home visits) for each ISAP III participant in accordance with Sections 6.4 of the SOW. The requirements for each corresponding level of supervision will be provided under SLINs 2003A, 2003B, 2003C, and 2003D. Amount: $0.00(Option Line Item) 09/01/2016 (Not Separately Priced) | | EA | | 0.00 |
| (b)(4) | Accounting Info: | | | | |
| | Funded: $0.00 | | | | |
| 2003A | Home Visit-Once Every Two Weeks Fixed Unit Price The unit EA represents a Participant Day (PD) | | | | (b)(4) |
| | The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Home visits) for each ISAP III participant in accordance with Sections 6.4 of the SOW. | | | | |
| (b)(4) | CLIN 2003A Option Year 2 NTE Amount: | | | | |
| | Continued ... | | | | |

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED | PAGE | OF |
|---|---|---|---|
| | HSCEDM-14-D-00004 | 20 | 108 |

NAME OF OFFEROR OR CONTRACTOR

BI INCORPORATED

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| (b)(4) | Option Year 2 Period of Performance: 08 September 2016 through 07 September 2017 Amount: $6,770,299.26(Option Line Item) 09/01/2016<br><br>Accounting Info:<br>[redacted]<br>Funded: $0.00 | | | | |
| 2003B | Home Visit-Once Every Four Weeks Fixed Unit Price The unit EA represents a Participant Day (PD)<br><br>The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Home visits) for each ISAP III participant in accordance with Sections 6.4 of the SOW.<br><br>CLIN 2003B Option Year 2 NTE Amount: [redacted]<br><br>Option Year 2 Period of Performance: 08 September 2016 through 07 September 2017 Amount: $11,796,437.28(Option Line Item) 09/01/2015<br><br>Accounting Info:<br>[redacted]<br>Funded: $0.00 | | | | (b)(4) |
| 2003C | Home Visit-Once Every Eight Weeks Fixed Unit Price The unit EA represents a Participant Day (PD)<br><br>The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Home visits) for each ISAP III participant in accordance with Sections 6.4 of the SOW.<br><br>CLIN 2003C Option Year 2 NTE Amount: [redacted]<br><br>Option Year 2 Period of Performance: 08 September 2016 through 07 September 2017 Amount: $264,051.48(Option Line Item) Continued ... | | | | (b)(4) |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HSCEDM-14-D-00004 | | PAGE<br>21 | OF<br>108 |

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | 09/01/2016 | | | | |
| (b)(4) | Accounting Info: | | | | |
| | Funded: $0.00 | | | | |
| 2004 | Case Management<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall administer, monitor, track, and report ISAP III participants in their Case Management system in accordance with Section 6.2 of the SOW. | | | | (b)(4) |
| (b)(4) | CLIN 2004 Option Year 2 NTE Amount: | | | | |
| | Option Year 2 Period of Performance:<br>08 September 2016 through 07 September 2017<br>Amount: $8,785,550.00(Option Line Item)<br>09/01/2016 | | | | |
| (b)(4) | Accounting Info: | | | | |
| | Funded: $0.00 | | | | |
| 2005 | Orientation/ Enrollment<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall provide enrollment and orientation to ISAP III participants in accordance with Section 6.6 of the SOW. | | | | (b)(4) |
| (b)(4) | CLIN 2005 Option Year 2 NTE Amount: | | | | |
| | Option Year 2 Period of Performance:<br>08 September 2016 through 07 September 2017<br>Amount: $1,111,165.80(Option Line Item)<br>09/01/2016 | | | | |
| (b)(4) | Accounting Info: | | | | |
| | Continued ... | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HSCEDM-14-D-00004 | | | PAGE<br>22 | OF<br>108 |
|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

BI INCORPORATED

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| (b)(4) | Funded: $0.00 | | | | |
| 2006 | GPS<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall provide Technology to ISAP III participants in accordance with Section 6.5 of the SOW and Attachment 6- Detailed GPS Ankle Bracelets and Tracking/Monitoring System and Telephonic Reporting System.<br><br>CLIN 2006 Option Year 2 NTE Amount: | | | | (b)(4) |
| (b)(4) | | | | | |
| | Option Year 2 Period of Performance:<br>08 September 2016 through 07 September 2017<br>Amount: $10,267,449.03(Option Line Item)<br>09/01/2016<br><br>Accounting Info: | | | | |
| (b)(4) | | | | | |
| | Funded: $0.00 | | | | |
| 2007 | Telephonic Reporting<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall provide Technology to ISAP III participants in accordance with Section 6.5 of the SOW and Attachment 6- Detailed GPS Ankle Bracelets and Tracking/Monitoring System and Telephonic Reporting System.<br><br>CLIN 2007 Option Year 2 NTE Amount: | | | | (b)(4) |
| (b)(4) | | | | | |
| | Option Year 2 Period of Performance:<br>08 September 2016 through 07 September 2017<br>Amount: $1,270,200.06(Option Line Item)<br>09/01/2016<br><br>Accounting Info: | | | | |
| (b)(4) | | | | | |
| | Funded: $0.00<br>Continued ... | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED HSCEDM-14-D-00004 | PAGE 23 | OF 108 |
|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

BI INCORPORATED

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| 2008 | Court Tracking Fixed Unit Price The unit EA represents a Participant Day (PD) The Contractor shall provide Court Tracking (Tracking of Court Case and Reminder Call to Participant before Court) to ISAP III participants in accordance with Section 6.1 of the SOW. CLIN 2008 Option Year 2 NTE Amount: Option Year 2 08 September 2016 through 07 September 2017 Amount: $1,164,350.00(Option Line Item) 09/01/2016 Accounting Info: Funded: $0.00 | | | | (b)(4) |
| 2009 | Alert Management Fixed Unit Price The unit EA represents a Participant Day (PD) The Contractor shall provide Alert Management (GPS & Telephonic Alerts) to ISAP III participants in accordance with Section 6.1 of the SOW. CLIN 2009 Option Year 2 NTE Amount: Option Year 2 Period of Performance: 08 September 2016 through 07 September 2017 Amount: $5,186,650.00(Option Line Item) 09/01/2016 Accounting Info: Funded: $0.00 | | | | (b)(4) |
| 3001 | CONTRACT MANAGEMENT - The Contractor shall Continued ... | | | | (b)(4) |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED HSCEDM-14-D-00004 | PAGE 24 | OF 108 |
|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

BI INCORPORATED

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | provide all contractual and program management, oversight, reporting and quality control of the ISAP III program to include on-site and off-site Contractor personnel. ISAP III personnel shall comply with the Education/ Training/ Licenses/Certification Requirements outlined in Section 6.9:Training of the SOW. | | | | |
| | CLIN 3001 Option Year 3 Amount: | | | | |
| | Option Year 3 Period of Performance: 08 September 2017 through 07 September 2018 Amount: $4,369,056.00(Option Line Item) 09/01/2017 | | | | |
| | Accounting Info: Attachment A Funded: $0.00 | | | | |
| 3002 | Office Visits- The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Office visits, Home visits) for each ISAP III participant in accordance with Sections 6.3 of the SOW. The requirements for each corresponding level of supervision will be provided under SLINs 3002A, 3002B, 3002C, and 3002D. | | EA | | 0.00 |
| | Option Year 3 Period of Performance: 08 September 2017 through 07 September 2018 Amount: $0.00(Option Line Item) 09/01/2017 (Not Separately Priced) | | | | |
| | Accounting Info: | | | | |
| | Funded: $0.00 | | | | |
| 3002A | Office Visit-Every Week Fixed Unit Price The unit EA represents a Participant Day (PD) | | | | |
| | The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Office visits, Home visits) for each ISAP III participant in accordance with Sections 6.3 of the SOW. Continued ... | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED | PAGE | OF |
|---|---|---|---|
| | HSCEDM-14-D-00004 | 25 | 108 |

NAME OF OFFEROR OR CONTRACTOR

BI INCORPORATED

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| (b)(4) | CLIN 3002A Option Year 3 NTE Amount: | | | | |
| | Option Year 3 Period of Performance: 08 September 2017 through 07 September 2018 Amount: $7,872,441.00(Option Line Item) 09/01/2017 | | | | |
| (b)(4) | Accounting Info: | | | | |
| | Funded: $0.00 | | | | |
| 3002B | Office Visit-Once Every Two Weeks Fixed Unit Price The unit EA represents a Participant Day (PD) | | | | (b)(4) |
| | The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Office visits) for each ISAP III participant in accordance with Sections 6.3 of the SOW. | | | | |
| (b)(4) | CLIN 3002B Option Year 3 NTE Amount: | | | | |
| | Option Year 3 Period of Performance: 08 September 2017 through 07 September 2018 Amount: $15,376,435.00(Option Line Item) 09/01/2017 | | | | |
| (b)(4) | Accounting Info: | | | | |
| | Funded: $0.00 | | | | |
| 3002C | Office Visit-Once Every Four Weeks Fixed Unit Price The unit EA represents a Participant Day (PD) | | | | (b)(4) |
| | The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Office visits) for each ISAP III participant in accordance with Sections 6.3 of the SOW. | | | | |
| (b)(4) | CLIN 3002C Option Year 3 NTE Amount: | | | | |
| | Option Year 3 Period of Performance: Continued ... | | | | |

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HSCEDM-14-D-00004 | PAGE<br>26 | OF<br>108 |
|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

BI INCORPORATED

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| (b)(4) | 08 September 2017 through 07 September 2018<br>Amount: $491,615.46(Option Line Item)<br>09/01/2017<br><br>Accounting Info:<br><br><br>Funded: $0.00 | | | | |
| 3002D | Office Visit-Once Every Eight Weeks<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall administer, monitor, track,<br>and report various stages of supervision (i.e.<br>Office visits) for each ISAP III participant in<br>accordance with Sections 6.3 of the SOW.<br><br>CLIN 3002D Option Year 3 NTE Amount:<br><br><br>Option Year 3 Period of Performance:<br>08 September 2017 through 07 September 2018<br>Amount: $348,067.86(Option Line Item)<br>09/01/2017<br><br>Accounting Info:<br><br><br>Funded: $0.00 | | | | (b)(4) |
| 3003 | Home Visits- The Contractor shall administer,<br>monitor, track, and report various stages of<br>supervision (i.e. Home visits) for each ISAP III<br>participant in accordance with Sections 6.4 of<br>the SOW. The requirements for each corresponding<br>level of supervision will be provided under SLINs<br>3003A, 3003B, 3003C, and 3003D.<br>Amount: $0.00(Option Line Item)<br>09/01/2017<br>(Not Separately Priced)<br><br>Accounting Info:<br><br><br>Funded: $0.00<br><br>Continued ... | | EA | | 0.00 |

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HSCEDM-14-D-00004 | | PAGE<br>27 | OF<br>108 |
|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

BI INCORPORATED

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| 3003A | Home Visit-Once Every Two Weeks<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Home visits) for each ISAP III participant in accordance with Sections 6.4 of the SOW.<br><br>CLIN 3003A Option Year 3 NTE Amount:<br><br>Option Year 3 Period of Performance:<br>08 September 2017 through 07 September 2018<br>Amount: $6,849,023.67(Option Line Item)<br>09/01/2017<br><br>Accounting Info:<br><br><br><br>Funded: $0.00 | | | (b)(4) | (b)(4) |
| 3003B | Home Visit-Once Every Four Weeks<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Home visits) for each ISAP III participant in accordance with Sections 6.4 of the SOW.<br><br>CLIN 3003B Option Year 3 NTE Amount:<br><br>Option Year 3 Period of Performance:<br>08 September 2017 through 07 September 2018<br>Amount: $11,796,437.28(Option Line Item)<br>09/01/2017<br><br>Accounting Info:<br><br><br><br>Funded: $0.00 | | | | (b)(4) |
| 3003C | Home Visit-Once Every Eight Weeks<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>Continued ... | | | | (b)(4) |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HSCEDM-14-D-00004 | PAGE<br>28 | OF<br>108 |
|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

BI INCORPORATED

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Home visits) for each ISAP III participant in accordance with Sections 6.4 of the SOW. | | | | |
| (b)(4) | CLIN 3003C Option Year 3 NTE Amount:<br>[redacted] | | | | |
| | Option Year 3 Period of Performance:<br>08 September 2017 through 07 September 2018<br>Amount: $264,051.48(Option Line Item)<br>09/01/2017 | | | | |
| (b)(4)(b) | Accounting Info:<br>[redacted]<br>Funded: $0.00 | | | | |
| 3004 | Case Management<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD) | | | | (b)(4) |
| | The Contractor shall administer, monitor, track, and report ISAP III participants in their Case Management system in accordance with Section 6.2 of the SOW. | | | | |
| (b)(4) | CLIN 3004 Option Year 3 NTE Amount:<br>[redacted] | | | | |
| | Option Year 3 Period of Performance:<br>08 September 2017 through 07 September 2018<br>Amount: $8,891,400.00(Option Line Item)<br>09/01/2017 | | | | |
| (b)(4)(b) | Accounting Info:<br>[redacted]<br>Funded: $0.00 | | | | |
| 3005 | Orientation/ Enrollment<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD) | | | | (b)(4) |
| | The Contractor shall provide enrollment and orientation to ISAP III participants in accordance with Section 6.6 of the SOW.<br><br>Continued ... | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)<br>Sponsored by GSA<br>FAR (48 CFR) 53.110

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HSCEDM-14-D-00004 | PAGE<br>29 | OF<br>108 |
|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

BI INCORPORATED

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| (b)(4) | CLIN 3005 Option Year 3 NTE Amount: | | | | |
| | Option Year 3 Period of Performance:<br>08 September 2017 through 07 September 2018<br>Amount: $1,123,717.80(Option Line Item)<br>09/01/2017 | | | | |
| (b)(4)(b)(6) | Accounting Info: | | | | |
| | Funded: $0.00 | | | | |
| 3006 | GPS<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD) | | | | (b)(4) |
| | The Contractor shall provide Technology to ISAP III participants in accordance with Section 6.5 of the SOW and Attachment 6- Detailed GPS Ankle Bracelets and Tracking/Monitoring System and Telephonic Reporting System. | | | | |
| (b)(4) | CLIN 3006 Option Year 3 NTE Amount: | | | | |
| | Option Year 3 Period of Performance:<br>08 September 2017 through 07 September 2018<br>Amount: $10,126,315.71(Option Line Item)<br>09/01/2017 | | | | |
| (b)(4)(b)(6) | Accounting Info: | | | | |
| | Funded: $0.00 | | | | |
| 3007 | Telephonic Reporting<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD) | | | | (b)(4) |
| | The Contractor shall provide Technology to ISAP III participants in accordance with Section 6.5 of the SOW and Attachment 6- Detailed GPS Ankle Bracelets and Tracking/Monitoring System and Telephonic Reporting System. | | | | |
| (b)(4) | CLIN 3007 Option Year 3 NTE Amount: | | | | |

Continued ...

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HSCEDM-14-D-00004 | PAGE<br>30 | OF<br>108 |
|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

BI INCORPORATED

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| (b)(4) | Option Year 3 Period of Performance:<br>08 September 2017 through 07 September 2018<br>Amount: $1,270,200.06(Option Line Item)<br>09/01/2017<br><br>Accounting Info:<br><br><br>Funded: $0.00 | | | | |
| 3008 | Court Tracking<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall provide Court Tracking<br>(Tracking of Court Case and Reminder Call to<br>Participant before Court) to ISAP III<br>participants in accordance with Section 6.1 of<br>the SOW.<br><br>CLIN 3008 Option Year 3 NTE Amount: | | | | (b)(4) |
| (b)(4) | Option Year 3<br>08 September 2017 through 07 September 2018<br>Amount: $1,164,350.00(Option Line Item)<br>09/01/2017<br><br>Accounting Info:<br><br><br>Funded: $0.00 | | | | |
| 3009 | Alert Management<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall provide Alert Management<br>(GPS & Telephonic Alerts) to ISAP III<br>participants in accordance with Section 6.1 of<br>the SOW.<br><br>CLIN 3009 Option Year 3 NTE Amount: | | | | (b)(4) |
| (b)(4) | Option Year 3 Period of Performance:<br>08 September 2017 through 07 September 2018<br>Continued ... | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED HSCEDM-14-D-00004 | PAGE 31 | OF 108 |
|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

BI INCORPORATED

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | Amount: $5,186,650.00(Option Line Item) 09/01/2017 | | | | |
| (b)(4) | Accounting Info: | | | | |
| | Funded: $0.00 | | | | |
| 4001 | CONTRACT MANAGEMENT - The Contractor shall provide all contractual and program management, oversight, reporting and quality control of the ISAP III program to include on-site and off-site Contractor personnel. ISAP III personnel shall comply with the Education/ Training/ Licenses/Certification Requirements outlined in Section 6.9:Training of the SOW. | | | | (b)(4) |
| (b)(4) | CLIN 4001 Option Year 4 Amount: | | | | |
| | Option Year 4 Period of Performance: 08 September 2018 through 07 September 2019 Amount: $4,521,828.00(Option Line Item) 09/01/2018 | | | | |
| | Accounting Info: Attachment A Funded: $0.00 | | | | |
| 4002 | Office Visits- The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Office visits, Home visits) for each ISAP III participant in accordance with Sections 6.3 of the SOW. The requirements for each corresponding level of supervision will be provided under SLINs 4002A, 4002B, 4002C, and 4002D. | | EA | | 0.00 |
| | Base Period of Performance: 08 September 2018 through 07 September 2019 Amount: $0.00(Option Line Item) 09/01/2018 (Not Separately Priced) | | | | |
| (b)(4) | Accounting Info: | | | | |
| | Continued ... | | | | |

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HSCEDM-14-D-00004 | | PAGE<br>32 | OF<br>108 |
|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

BI INCORPORATED

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | Funded: $0.00 | | | | |
| 4002A | Office Visit-Every Week<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Office visits, Home visits) for each ISAP III participant in accordance with Sections 6.3 of the SOW.<br>CLIN 4002A Base Year NTE Amount: | | | | (b)(4) |
| | Base Period of Performance:<br>08 September 2018 through 07 September 2019<br>Amount: $7,872,441.00(Option Line Item)<br>09/01/2018<br><br>Accounting Info: | | | | |
| | Funded: $0.00 | | | | |
| 4002B | Office Visit-Once Every Two Weeks<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Office visits) for each ISAP III participant in accordance with Sections 6.3 of the SOW.<br><br>CLIN 4002B Base Year NTE Amount: | | | | (b)(4) |
| | Base Period of Performance:<br>08 September 2018 through 07 September 2019<br>Amount: $15,376,435.00(Option Line Item)<br>09/01/2018<br><br>Accounting Info: | | | | |
| | Funded: $0.00 | | | | |
| 4002C | Office Visit-Once Every Four Weeks<br>Fixed Unit Price<br>Continued ... | | | | (b)(4) |

| | | | | | |
|---|---|---|---|---|---|
| **CONTINUATION SHEET** | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HSCEDM-14-D-00004 | | | PAGE<br>33 | OF<br>108 |

NAME OF OFFEROR OR CONTRACTOR

BI INCORPORATED

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | The unit EA represents a Participant Day (PD) | | | | |
| | The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Office visits) for each ISAP III participant in accordance with Sections 6.3 of the SOW. | | | | |
| (b)(4) | CLIN 4002C Option Year 4 NTE Amount: | | | | |
| | Option Year 4 Period of Performance:<br>08 September 2018 through 07 September 2019<br>Amount: $491,615.46(Option Line Item)<br>09/01/2018 | | | | |
| (b)(4) | Accounting Info: | | | | |
| | Funded: $0.00 | | | | |
| 4002D | Office Visit-Once Every Eight Weeks<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD) | | | | (b)(4) |
| | The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Office visits) for each ISAP III participant in accordance with Sections 6.3 of the SOW. | | | | |
| (b)(4) | CLIN 4002D Option Year 4 NTE Amount: | | | | |
| | Option Year 4 Period of Performance:<br>08 September 2018 through 07 September 2019<br>Amount: $348,067.86(Option Line Item)<br>09/01/2018 | | | | |
| (b)(4) | Accounting Info: | | | | |
| | Funded: $0.00 | | | | |
| 4003 | Home Visits- The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Home visits) for each ISAP III participant in accordance with Sections 6.4 of the SOW. The requirements for each corresponding level of supervision will be provided under SLINs<br>Continued ... | | EA | | 0.00 |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)<br>Sponsored by GSA<br>FAR (48 CFR) 53.110

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HSCEDM-14-D-00004 | | | PAGE<br>34 | OF<br>108 |
|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

BI INCORPORATED

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | 4003A, 4003B, 4003C, and 4003D.<br>Amount: $0.00(Option Line Item)<br>09/01/2018<br>(Not Separately Priced)<br><br>Accounting Info:<br><br>Funded: $0.00 | | | | |
| 4003A | Home Visit-Once Every Two Weeks<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Home visits) for each ISAP III participant in accordance with Sections 6.4 of the SOW.<br><br>CLIN 4003A Option Year 4 NTE Amount:<br><br>Option Year 4 Period of Performance:<br>08 September 2018 through 07 September 2019<br>Amount: $6,875,265.14(Option Line Item)<br>09/01/2018<br><br>Accounting Info:<br><br>Funded: $0.00 | | | | |
| 4003B | Home Visit-Once Every Four Weeks<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Home visits) for each ISAP III participant in accordance with Sections 6.4 of the SOW.<br><br>CLIN 3003B Option Year 4 NTE Amount:<br><br>Option Year 4 Period of Performance:<br>08 September 2018 through 07 September 2019<br>Amount: $11,874,045.42(Option Line Item)<br>09/01/2018<br>Continued ... | | | | |

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HSCEDM-14-D-00004 | PAGE<br>35 | OF<br>108 |
|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

BI INCORPORATED

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| (b)(4) | Accounting Info:<br><br>Funded: $0.00 | | | | |
| 4003C | Home Visit-Once Every Eight Weeks<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall administer, monitor, track,<br>and report various stages of supervision (i.e.<br>Home visits) for each ISAP III participant in<br>accordance with Sections 6.4 of the SOW. | | | | (b)(4) |
| (b)(4) | CLIN 4003C Option Year 4 NTE Amount: | | | | |
| | Option Year 4 Period of Performance:<br>08 September 2018 through 07 September 2019<br>Amount: $264,051.48(Option Line Item)<br>09/01/2018 | | | | |
| (b)(4) | Accounting Info:<br><br>Funded: $0.00 | | | | |
| 4004 | Case Management<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall administer, monitor, track,<br>and report ISAP III participants in their Case<br>Management system in accordance with Section 6.2<br>of the SOW. | | | | (b)(4) |
| (b)(4) | CLIN 4004 Option Year 4 NTE Amount: | | | | |
| | Option Year 4 Period of Performance:<br>08 September 2018 through 07 September 2019<br>Amount: $9,103,100.00(Option Line Item)<br>09/01/2018 | | | | |
| (b)(4) | Accounting Info:<br><br>Continued ... | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HSCEDM-14-D-00004 | | | PAGE<br>36 | OF<br>108 |
|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

BI INCORPORATED

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| (b)(4) | | | | | (b)(4) |
| | Funded: $0.00 | | | | |
| 4005 | Orientation/ Enrollment<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall provide enrollment and orientation to ISAP III participants in accordance with Section 6.6 of the SOW. | | | | (b)(4) |
| (b)(4) | CLIN 4005 Option Year 4 NTE Amount: | | | | |
| | Option Year 4 Period of Performance:<br>08 September 2018 through 07 September 2019<br>Amount: $1,135,642.20(Option Line Item)<br>09/01/2018 | | | | |
| (b)(4) | Accounting Info: | | | | |
| | Funded: $0.00 | | | | |
| 4006 | GPS<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall provide Technology to ISAP III participants in accordance with Section 6.5 of the SOW and Attachment 6- Detailed GPS Ankle Bracelets and Tracking/Monitoring System and Telephonic Reporting System. | | | | (b)(4) |
| (b)(4) | CLIN 4006 Option Year 4 NTE Amount: | | | | |
| | Option Year 4 Period of Performance:<br>08 September 2018 through 07 September 2019<br>Amount: $9,949,899.06(Option Line Item)<br>09/01/2018 | | | | |
| (b)(4) | Accounting Info: | | | | |
| | Funded: $0.00 | | | | |
| 4007 | Telephonic Reporting<br>Continued ... | | | | (b)(4) |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)<br>Sponsored by GSA<br>FAR (48 CFR) 53.110

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HSCEDM-14-D-00004 | PAGE<br>37 | OF<br>108 |
|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

BI INCORPORATED

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| (b)(4) | Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall provide Technology to ISAP III participants in accordance with Section 6.5 of the SOW and Attachment 6- Detailed GPS Ankle Bracelets and Tracking/Monitoring System and Telephonic Reporting System.<br><br>CLIN 4007 Option Year 4 NTE Amount:<br><br>Option Year 4 Period of Performance:<br>08 September 2018 through 07 September 2019<br>Amount: $1,270,200.06(Option Line Item)<br>09/01/2018 | | | | |
| (b)(4) | Accounting Info:<br><br><br>Funded: $0.00 | | | | |
| 4008 | Court Tracking<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall provide Court Tracking (Tracking of Court Case and Reminder Call to Participant before Court) to ISAP III participants in accordance with Section 6.1 of the SOW.<br><br>CLIN 4008 Option Year 4 NTE Amount:<br><br>Option Year 4<br>08 September 2018 through 07 September 2019<br>Amount: $1,164,350.00(Option Line Item)<br>09/01/2018 | | | | (b)(4) |
| (b)(4) | Accounting Info:<br><br><br>Funded: $0.00 | | | | |
| 4009 | Alert Management<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br>Continued ... | | | | (b)(4) |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)<br>Sponsored by GSA<br>FAR (48 CFR) 53.110

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED HSCEDM-14-D-00004 | | | PAGE 38 | OF 108 |
|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

BI INCORPORATED

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | The Contractor shall provide Alert Management (GPS & Telephonic Alerts) to ISAP III participants in accordance with Section 6.1 of the SOW. | | | | |
| (b)(4) | CLIN 4009 Option Year 4 NTE Amount: | | | | |
| | Option Year 4 Period of Performance: 08 September 2018 through 07 September 2019 Amount: $5,186,650.00(Option Line Item) 09/01/2018 | | | | |
| (b)(4) | Accounting Info: | | | | |
| | Funded: $0.00 | | | | |
| | The total amount of award: $373,023,879.59. The obligation for this award is shown in box 15G. | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

## 1.0 Background

The Alternatives to Detention (ATD) Unit of the Office of Enforcement and Removal Operations (ERO) within the U.S. Department of Homeland Security's (DHS) Immigration and Customs Enforcement (ICE) component is responsible for the development and implementation of programs that provide cost-effective alternatives to secure detention. These alternatives are designed to improve rates of appearance at immigration interviews and hearings by aliens released from secure detention and otherwise part of the non-detained population (i.e. those who have never been detained), and also intended to improve compliance with final orders issued by immigration judges.

Limited detention capacity and an increasing detainee population coupled with the need to lower absconder rates have sparked national efforts over the past several years to integrate the use of various alternatives to detention for aliens who do not require mandatory detention. Alternatives to detention offer the prospect of a considerable cost savings over secure detention for eligible aliens.

The Intensive Supervision Appearance Program (ISAP III) is a flight-mitigation program that uses technology and case management to increase compliance with release conditions, court appearances and final orders of removal while allowing aliens to remain in their community. Adults 18 years of age or older may be eligible for placement into the ATD program if they are not subject to mandatory detention and are currently in some stage of removal proceedings. Program participants will consist of people from a varying range of criminality with a focus on enforcement priority cases. The program will include varying degrees of supervision and electronic monitoring options as assigned by ERO officers. ATD participants are mandated to use some form of technology, either GPS or Telephonic Reporting. ERO officers will have the discretion to choose the type of technology as well as the mandated frequency for office visits and home visits on a case by case basis.

Services will be required at the locations listed in Attachment 4 -Location Overview. The program will consist of contractor stand-alone offices (C-site), a single contractor working at government office (G-site) and sites without a physical contractor or government offices (T-site) (See Section 6.7 of SOW for more information). A single ATD location may have multiple sites operating simultaneously with Headquarters Alternatives to Detention (HQ ATD) approval.

## 2.0 Scope

The contractor shall develop and implement an individualized service plan (ISP) and perform services in accordance with the requirements of this SOW at ERO locations nationwide based upon the participant's case and circumstances. The ISP provides the participant with recommendations on how to participate in the program successfully. ERO consists of 24 Field

Offices/Areas of Responsibility (AORs) which are divided into Regions across the Nation. These AORs and Regions are subject to change at any time. The current ATD locations, AORs and Regions are shown in Attachment 4. The services provided shall consist of community-based supervision, in-person reporting, telephonic reporting and GPS monitoring. The organization, design, and administration of the program shall comply with all applicable federal, state, and local licensing provisions, as well as ERO requirements as put forth in this SOW and elsewhere in the ATD contract. The contractor shall provide management oversight for the implementation and operations set forth in this SOW.

## 3.0 Definitions – See Attachment 5 for additional definitions and explanations.

    a. Technologies refer to the following:
        i. GPS Ankle Bracelets and a Tracking / Monitoring System
        ii. Telephonic Reporting Voice Recognition / Verification System
        iii. Technologies are further defined in Attachment 6

    b. For our purposes/purposes of this statement of work, legal stages will only comprise of :

        i. Pre-Order – The Alien has been placed into removal proceedings and has not received a case decision from the Immigration Judge.

        ii. Post-Order    An alien who is in the legal stage of post order is:

            1. An alien who has received an order of removal from an Immigration Judge; neither party has appealed, one party has reserved appeal but has not filed it, or if either party has reserved appeal, the statutory thirty (30)-day period has elapsed.
            2. An alien has received an order of removal from a Designated Authorized Immigration Official or Federal District Judge.
            3. An alien has been granted Voluntary Departure by an Immigration Judge or Designated Authorized Immigration Official

        iii. Appeal    The Immigration Court has issued a decision and either the participant or ICE has filed a Notice of Appeal (NOA) with the BIA and the appeal is pending before the BIA.

## 4.0 Contractor Personnel and Position Descriptions

i. Contractor Personnel
        i. The contractor shall supply the COR and the ERO Security Officer with a monthly list of all employees working on the contract.
        ii. The contractor shall obtain prior written concurrence from the CO for appointment and replacement of key personnel as established within the contract clause entitled "Key Personnel."

a. Program Director/Deputy Program Director (Key Personnel)
   i. Requirements

      1. Have documented experience, certification, and credentials applicable to the goals and objectives of this program sufficient to communicate, direct, counsel, and evaluate subordinate staff that would be appropriate for and commensurate with a typical community program with similar goals and objectives.

   ii. Duties

      1. The contractor personnel filling this position shall be designated "Key Personnel." The contractor Program Director is the person responsible and accountable for the overall execution and administration of the program under this contract. This person functions as the single point of contact for the COR and CO.
      2. The contractor shall create and maintain a management organization that has its program director as a single point of contact for ERO.
      3. As key personnel, absent any reasons supporting a termination for cause on behalf of the contractor, the contractor shall ensure that the program director retain his or her position on the ATD contract for not less than one year from the date of contract award.
      4. Should the contractor terminate the Program Director, or Deputy Program Director at any time during the contract period, the contractor's replacement must be approved by the COR and CO prior to his or her assignment on the ATD Contract.
      5. The Program Director and Deputy Program Director, with authority to act on behalf of the Program Director, shall be accessible to ERO by mobile phone 24 hours per day, 7 days per week, 365 days per year.

b. Program Manager (PM)
   i. Requirements

      1. Possess a bachelor's degree in an appropriate discipline from an accredited university (an associate's degree with two or more years of relevant experience may be substituted for a bachelor's degree)
      2. Have at least two years of documented experience in a field related to law, social work, detention, corrections, or similar occupational area; certification, licensure, and credentials applicable to the professional accreditation of the position
      3. Demonstrate experience applicable to the goals and objectives of this program sufficient to communicate with other staff, and appropriate for a similar program environment
      4. Possess and maintain appropriate state licensure
      5. The Program Manager, or the person designated to act on their behalf, shall be accessible to ERO by mobile phone 24 hours per day, 7 days per week, 365 days per year.

   ii. Duties

      1. Supervises Case Specialists and Administrative Assistants

2. Must meet the minimum requirements as established to be a Case Specialist
3. Must be able to train and perform the duties of the Case Specialist
4. There must be at least one PM at each C-Site.

c. Case Specialist (CS)
  i. Requirements
     1. Possess a bachelor's degree in an appropriate discipline from an accredited university (an associate's degree with two or more years of relevant experience may be substituted for a bachelor's degree)
     2. Have at least two years of documented experience in a field related to law, social work, detention, corrections, or similar occupational area; certification, licensure, and credentials applicable to the professional accreditation of the position
     3. Demonstrate experience applicable to the goals and objectives of this program sufficient to communicate with other staff, and appropriate for a similar program environment
     4. Possess and maintain appropriate state licensure

  ii. Duties
     1. Provide program services to participants in accordance with this SOW and required by ERO.
     2. Direct communication with program participants
     3. Create participant service plans
     4. Maintain case records
     5. Execute case management plans in accordance with this SOW and as required by ERO.
     6. Maintain current training and certification requirements in accordance with state and ICE/ERO standards

d. Administrative Assistant (AA)
  i. Requirements
     1. Possess an associate's degree in an appropriate discipline from an accredited university (two or more years of relevant experience may be substituted for an associate's degree)
     2. Have at least two years of experience working with computers.
     3. Demonstrate experience applicable to the goals and objectives of this program sufficient to communicate with other staff, and appropriate for a similar program environment

  ii. Duties
     1. Communicate with program participants in the office
     2. Assist the Case Specialist in providing program services to participants
     3. Assist the Case Specialist with duties performed during office visits
     4. Help with the maintenance of case records and systems
     5. Assist the Program Manager as needed
     6. Maintain current training and certification requirements in accordance with state and ICE/ERO standards

## 5.0 Operations Constraints / Assumptions

a. Contract performance shall fully comply with the following:
   i. The Immigration and Nationality Act (INA) as amended, 8 U.S.C. 1101 et seq.
   ii. Homeland Security Act of 2002 (HSA), as amended
   iii. Title 8 Code of Federal Regulations (CFR), as amended
   iv. Title VI of the Civil Rights Act of 1964, as amended
   v. The Rehabilitation Act of 1973, as amended
   vi. The Americans with Disabilities Act of 1990, as amended

b. The contractor cannot refuse to accept a participant referred by ICE unless:
   i. The Alien resides more than 75 miles (or the agreed upon distance with concurrence from the ERO offices in the field, the contractor, and HQ ATD) from the nearest Contractor Office (C-Site or G-site)
   ii. There is no technology option available for this Alien.
   iii. Note: T-sites will have no distance limitations from aliens' residences to the reporting ERO offices unless otherwise determined by local ERO discretion.

c. Standards of Conduct
   i. The contractor shall be responsible for developing and maintaining standards of conduct for employee competency, conduct, appearance, integrity and shall be responsible for its employees' performance and the quality of the services they provide.

      1. The contractor shall provide all employees with a copy of the program's standards of conduct.
      2. All employees shall certify in writing that they have read and understand these standards.
      3. A record of this certificate shall be provided to the COR prior to the employee's beginning work under this contract.
      4. Contractor staff shall not display favoritism or preferential treatment to one program participant or group of program participants over another.
      5. No contractor employee shall enter into a personal relationship with a program participant.
      6. Contractor staff shall be prohibited from accepting for themselves or any member of their family any personal gift, favor, or service from program participants or from the program participants' families or close associates, no matter how trivial the gift or service may seem. All staff shall be required to immediately report any such offers to the Program Director via the Office Manager. In addition, no staff shall give any gift, favors, or service not authorized under the ATD contract to program participants, their families, or close associates.
      7. Contractor staff shall not enter any business relationship with program participants or their families (e.g., selling, buying, trading personal property, etc.).
      8. Contractor staff shall not have any outside or social contact with program participants, their families or close associates.

9. The contractor shall immediately report to the COR any violations or attempted violations of the standards of conduct.

10. Violations may result in employee dismissal by the contractor or removal at the discretion of the CO.

11. Failure on the part of the contractor to report a known violation or to take appropriate disciplinary action against offending employee or employees shall subject the contractor to appropriate action up to and including termination of the contract for default.

d. Removal from Duty

    i. The contractor shall notify the COR immediately upon learning of adverse or disqualifying information regarding any employee. The contractor shall immediately remove the employee from performing duties under this contract or any other DHS contract and comply with further guidance from the CO upon learning of adverse or disqualifying information. Disqualifying information may include, but is not limited to:

      1. Arrest or conviction of a crime (felony or misdemeanor offenses)

      2. A record of arrests for traffic offenses (especially DUI)

      3. False information entered on suitability forms

      4. The contractor shall immediately remove from assignment to this contract or any DHS contract any employee who has been disqualified for security reasons or is deemed unfit to perform his or her duties.

      5. The contractor shall immediately notify the COR when removing an employee from duty. A determination of being unfit for duty may include, but is not limited to, incidents involving misconduct as set forth below:

      6. Neglect of duty or failure to carry out assigned tasks

      7. Falsification or unlawful concealment, removal, mutilation, or destruction of any official documents or records, or concealment of material facts by willful omissions from official documents or records

      8. Theft, assault, vandalism or any other criminal actions

      9. Possession of or selling, consuming, or being under the influence of intoxicants, drugs, or other mind-altering substances

      10. Unethical or improper use of official authority

      11. Violations of security procedures or regulations

      12. Fraternization with program participants

      13. Failure to maintain or fulfill training requirements

      14. The contractor shall notify the COR in writing of any employee terminations, suspensions, resignations, or any other adverse personnel actions taken for any reason.

    ii. Contractor cannot discuss or give any legal advice to any enrolled participant.

    iii. Contractor will not discuss any enrolled participants' case management with regard to monitoring/reporting with anyone other than ERO and the participant.

    iv.  Contractor can allow official legal counsel retained by any enrolled participant into the contractor office waiting area, provided they are not soliciting for business or causing a disruption. Contractor will not permit legal counsel to attend face to face meetings between participants and their case specialist. Contractor will not discuss anything regarding the participants' immigration case, legal stage or case management with a participant's legal representative. All questions from participants' attorneys should be referred to ERO.

    v.  Contractor staff shall be prohibited from providing legal advice to program participants and from interfering with a program participant's immigration status proceedings or the execution of final orders of the Immigration Court. Failure to comply could result in the termination of the contract and/or possible criminal charges against the employee.

## 6.0 Required Services

ERO will determine the expected capacities, technology, and levels of supervision anticipated at each geographic location. The initial number to be used for the new contract will be the current total in place from the ISAP II contract at the time the RFP is issued (See Current Population in Attachment 4). Requests for establishing or adding additional capacity at C-Sites, G-sites or T-sites must be approved through the HQ – ATD unit, prior to implementation and will be performed based upon Government need and funding availability.

6.1 List of Service Options

    a.  ERO Officers will complete an ATD Participant Enrollment Form (Attachment 3) for each ATD Participant at time of enrollment and as changes in services are required. ERO will have the flexibility to adjust services as the ATD Officer deems necessary. Change requests and terminations required by ERO will be issued to change the services required and/or frequency of home visits or office visits. Once a contractor receives an enrollment request, change request or termination from ERO, it must be completed in one business day or less.

    b.  The contractor shall provide the following services remotely, when selected and assigned by ATD Officers on a case by case basis, regardless of distance from a contractor location:

        i.  Court Tracking – A Case Specialist (CS) will perform the following actions:

            1.  Executive Office of Immigration Review (EOIR) Hearings

                a.  If no hearing is scheduled but should be based upon participant's immigration stage:

                    i.  The CS will call the EOIR court line weekly until an update is received

                    ii.  Every thirty days an EOIR hearing is not scheduled, the CS must contact ERO, Task Manager and HQ, and provide an update

                b.  Once a hearing is scheduled:

      i. The CS updates the ISP
     ii. The Participant signs the Court Appearance Contract form
    iii. The CS issues EOIR location, time, and directions to the Participant
    iv. The transportation plan is reviewed with the participant and a backup plan is also identified
     v. Prior to the hearing, the CS reminds the Participant during every contact to attend the hearing
    vi. The CS attempts to contact the Participant 24 hours prior to the hearing to remind the Participant to attend the hearing
   vii. The Participant reports for an office visit immediately, or no later than 48 hours after the hearing to provide Court results
  viii. The CS updates appropriate databases with results.

c. If the Court issues a decision:
      i. CS notifies Task Manager by email or phone
     ii. CS makes change to supervision as required by Task Manager (Participant must be in person with the CS while making the changes)
    iii. CS updates ISP and Participant and CS sign and date

2. Appellate Monitoring – BIA – if a decision is issued
  a. CS notifies Task Manager by email or phone
  b. CS makes change to supervision as required by Task Manager (Participant must be in person with the CS while making the changes)
  c. CS updates ISP and Participant and CS sign and date

3. Appellate Monitoring – Circuit Court or Higher – if a decision is issued
  a. CS contacts Clerk of Court of Appeals to obtain date of mandate issuance
  b. CS notifies Task Manager of decision and date of mandate by email or phone
  c. CS makes change to supervision as required by Task Manager (Participant must be in person with the CS while making the changes)
  d. CS documents decision, date of issuance, and all actions in appropriate databases with results
  e. CS updates ISP and Participant and CS sign and date

ii. Alert Management – A Case Specialist (CS) will perform the following actions:
  1. Identify the type of alert generated
  2. Attempt to contact the participant to discuss the alert
  3. If the Participant is unavailable, the CS will attempt to contact the Participant's designed points-of-contact

      4. If the Participant has been assigned an electronic monitoring device, attempt to locate the device and retrieve as necessary during standard working hours

      5. Document all actions and responses in chronological order

  iii. Notify Task Manager, via preferred method, as soon as the event has been verified and if no meaningful contact has been established with the Participant.

c. The contractor shall provide the following services, when selected and assigned by ATD Officers on a case by case basis, when the participant's residence is within 75 miles (or an appropriate distance as agreed to by the contractor, local ERO, and HQ – ATD) of the nearest contractor location (C-site or G-site):

  i. Office Visits – A Case Specialist (CS) will perform the following actions

      1. Verify status of removal proceedings

      2. Verify next court action based upon supervision stage through PACER, the BIA or 800 court line

      3. Verify Participant contact and residence information

      4. Update travel document and departure plans, if necessary

      5. Review participant activity in electronic monitoring software system.

      6. Check electronic monitoring unit, if applicable

      7. Determine program and electronic monitoring compliance and address violations

      8. Review Individualized Supervision Plan (ISP) and update as necessary; Participant signs ISP to confirm ISP was reviewed and to agree to changes

      9. Confirm next scheduled office visit, Court appearance and ERO appointment, if applicable

      10. Review participant stability, (basic life needs) and make appropriate referrals as necessary

  ii. Home Visits – A Case Specialist (CS) will perform the following actions:

      1. Enter the participant's home

      2. Make visual observations of surroundings; note things in the home that might be helpful in locating a Participant who stops reporting to the ISAP program

      3. Information about people residing at the residence

      4. Any detail relevant for other staff who might visit the residence i.e.: pets, children, fences, entry systems, property details, etc.

      5. Identify possible signs of absconding/program violations

      6. Scan Participant ID card

      7. Discuss next scheduled visit, court status updates, etc as needed

      8. Abort visit and immediately contact supervisor if safety issues arise

  iii. Program Enrollment & Orientation – A Case Specialist (CS) will perform the following actions within 24 hours (end of next business day) after referral from ERO:

      1. Record all demographic information including

        a. Criminal history

        b. Community ties

        c. Languages spoken

        d.  Disability (if any)

        e.  Country of origin

        f.  A-number

        g.  Immigration court status

2. Complete all appropriate forms (in the participant's language)to include:
   a. Placement worksheet
   b. Orders of Release or Orders of Supervision (only copy and maintain existing form with details issued by ERO)
   c. Intake form
   d. Program Rules and Orientation Acknowledgement form
   e. Consent to Release Information forms (as needed)
   f. Participant Agreement Electronic Monitoring form (GPS or telephonic reporting)
   g. Participant schedule
   h. Assessment form
   i. Individual Service Plan (ISP)
   j. Court Appearance Contract form (as needed)

3. Provide an overview of the program, rules, regulations, procedures, consequences for violation of any of these policies, the immigration court process, an explanation of the ISP, and a specific description of reporting requirements and progression of changes in the participant's language

4. Orientation will be documented

5. Participants receive a Program Orientation/Information handbook describing all rules, services, and procedures in their language

6. Orientation will be presented in a language the Participant understands

7. Participants will be given a current ERO-provided list of pro-bono legal service providers

8. Participants will be issued a photo ID card and are required to carry their card at all times. The cart must be presented for identification purposes during office and home visits

9. Participants will view a video presentation about the program. Videos will be available for Participants to review if a refresher is needed.

10. Participant must sign forms stating they have received a complete orientation in their language and agree to all the program requirements

11. Participants sign and CS countersigns paperwork to indicate that rules, regulations, conditions, and handbook are understood.

12. Participant will receive referrals to community providers as necessary

13. Call EOIR court line to identify court date, time, location and provide to the participant as necessary

iv.  Court Tracking – See 'Court Tracking' above

v.  Alert Management – See 'Alert Management' above

vi.  Residence Verification  - see 'Home Visits' above

    d. ERO Officers will complete and submit an ATD Termination Form (Attachment 8) for each ATD Participant when a determination is made that services are no longer required from the Contractor.

## 6.2 Case Management Requirements

    i. The contractor shall operate a Case Management process to include, but not be limited to the following:

    ii. Case Management
        1. The contractor shall establish a case management system for administering and supervising all aspects of a participant's involvement in the program. The system shall provide for monitoring and documenting a participant's compliance from enrollment to termination from the program. The contractor shall be proactive in managing cases and use all appropriate tools and techniques available. This includes use of the Public Access to Court Electronic Records (PACER) system to obtain immediate knowledge when an immigration court decision is issued, as well as making inquiries with courts.
        2. The Contractor shall use PACER and any other relevant public systems to ascertain each Participant's status with the EOIR, and make the appropriate updates and adjustments in their database for tracking and reporting purposes.
        3. All Contractor IT systems that handle Personally Identifiable Information (PII) must adhere to the strict requirements as established by OCIO and must be properly certified and accredited by ICE OCIO prior to implementation of ATD services to participants. ICE ERO will assist with coordination between the contractor and ICE OCIO as necessary.

    iii. Case Records

        1. The contractor shall develop, maintain, and safeguard individual program participant case records at the contractor's operational location (i.e. either the contractor's facility or the government facility to which the contractor is assigned). The contractor shall develop a system of accountability that preserves the confidentiality of case records and protects case records from unauthorized use or disclosure. The contractor shall verify that all official documents accompanying program participants are complete and accurate so that they precisely identify the program participant.

        2. Original travel and identity documents (e.g. visas, passports) will be maintained by ICE.

        3. Case records shall include, at a minimum:
            a. Name
            b. Alien Registration Number
            c. Language
            d. Disability (if any)
            e. ATD Enrollment ID
            f. ATD Service ID

g. EARM Case ID NumberCountry of Citizenship
h. Date of birth
i. Relevant biographical Participant information
j. Orientation and enrollment forms
k. Written change requests
l. Copy of immigration release paperwork
m. Case information from the referral source
n. Comprehensive assessment
o. Individual service plans and case notes
p. Progress reports
q. Program rules and disciplinary policies
r. Copies of disciplinary actions
s. Referrals to other service agencies
t. Copies of identification documents; (e.g., driver licenses, identification cards)
u. Copies of immigration court paperwork (as applicable)
v. Copies of travel documents
w. Reported Employment Information
x. Termination Forms

4. Time Date Stamp Requirement
   a. Any system that the contractor uses for updating participant records including, but not limited to, those listed above in this section must satisfy the requirement that the relevant changes or updates be date-stamped, preferably with an automated, system-generated time-stamp. All previous time-stamps shall be preserved and visible next to each sequential update or change with the most recent update annotated (e.g. by highlighting the most recent time-stamped revision). For example:
      i. 9/12/2013 12:30PM: Participant came to the office for a scheduled office visit. Equipment was checked and appeared to be tamper free. Unannounced home visit scheduled for 9/26/2013.

      ii. MOST RECENT UPDATE 9/10/2013 3:10PM: Home visit conducted. Verified Participant's presence in his home; utilities were working, no apparent signs of participant attempting to abscond or move. Participant's next office visit / face to face is set for 9/19/2013 at 9:00 am.

iv. Scheduling
   1. The contractor shall be available to perform scheduled office visits and random unscheduled home visits in order to effectively accomplish the required level of supervision deemed appropriate by the ERO ATD Officer.

2. Frequency of office visits and home visits will be determined by the ERO ATD officer in accordance to the limitations of the SOW.
3. All visits will be conducted during the standard working hours of 8 am through 6 pm, Monday through Friday.

v. Rescheduling of Unsuccessful Unannounced Residence Verifications
1. If the participant is not physically present in his or her home at the time of the visit, telephonic contact must be immediately initiated to locate the Participant and determine why he or she is not at the required location.

vi. Grievances
1. The contractor shall develop procedures for reporting and handling grievances. All formal grievances shall be reported in the monthly program reports to the CO. Any formal grievances from participant's concerning equal opportunity to the program's services shall be forwarded to the ICE Office of Diversity and Civil Rights for processing a[＿＿＿＿＿＿]@ice.dhs.gov .

6.3 Office Visits – will include the following:

i. Scan the Participant's ID Card
ii. Verify Technology Compliance
iii. Update the Individual Service Plan
iv. Update:
v. Address
vi. Participant/Family/Friends Contact Numbers
vii. Vehicle License Plates
viii. Miscellaneous Numbers / IDs
ix. Employment Information
x. Next Scheduled Office Visit
xi. Next Scheduled "Unannounced/Unscheduled" Home Visit (if subscribed to this service)
xii. Clear and visible physical changes to include but not limited to: hair styles, facial hair, scars, marks, tattoos, etc.

xiii. Court Tracking/ Case Check (as appropriate)
xiv. Executive Office of Immigration Review (EOIR) Court Line / Board of Immigration Appeals (BIA) / Public Access to Court Electronic Records (PACER)
xv. Check for the following:
1. Date of Hearing
2. Type of Hearing
3. Hearing Location
4. Case Status
5. Decision Information
xvi. This shall be checked at each office visit and at least once a month if the participant is receiving Court Tracking Services.

b. Alert Management

     i. The contractor will monitor and respond to notifications sent regarding the status or compliance of an ATD participant within GPS or Telephonic Reporting Program, 24 Hours a day, 7 days a week, 365 days a year.

    ii. The contractor will monitor, respond and make any and all attempts to resolve alerts. If the contractor is not able to resolve the alert and it is a violation, then the unresolved alert or violation must be forwarded to ERO within a designated period of time (see Attachment 6)

   iii. This shall be checked at each office visit and at least once a month if the participant is receiving Alert Management Services.

c. Travel Document Status

d. Receipt of actual travel document from participant.

e. Contractor will make community resources/referrals available to all enrolled participants. Referrals include but are not limited to:
     i. Transportation Assistance Programs
    ii. Substance Abuse Programs
   iii. Shelters (homeless, women's shelters etc.)
   iv. Food and clothing assistance
    v. Medical clinics
   vi. Mental health referrals/suicide prevention

f. Court Transportation Plan

**6.4 Home Visits** – will include the following:

a. Verification that the Home Visit was conducted by scanning the Participant's ID Card with a device that records the GPS coordinates and nearest address

b. Look for evidence of possible flight risk and verify that the utilities are working

c. Update/Verify current vehicle plates

d. Document any officer safety concerns/criminal activity associated with the participant, property or neighborhood

e. Each Home Visit is required to be conducted inside the participant's residence

f. All Home Visits will be unannounced/unscheduled

g. Home visits will be performed such that they do not overlap or are too closely performed to scheduled office visits

**6.5 Technology**

a. There will only be one (1) type of GPS service – which shall capture GPS coordinates at least once every three (3) minutes and upload these data points at regular intervals, not to exceed once every four hours.

b. Contractor may have a " Locate Now" function that will enable the GPS Units to have a continuous reporting mode with automatic location updates in real time or at a minimum of once per minute. The "Locate Now" function will remain active for two (2) hours, after which time the GPS unit will resume normal operations. Refer to Attachment 6.

## 6.6 Enrollment/Orientations

Enrollment/Orientations for those subjects accepted and enrolled in the program will be conducted at a C-site, G-site, T-site or in the field as per ERO direction on an as needed basis 24 hours a day, 7 days a week, 365 days a year. At no time will the contractor be required to perform an after-hours or off-site enrollment without ERO presence. In the event that an installation of technology is needed in the field by ERO direction, a scaled down version of an enrollment would be completed until a full enrollment/orientation can be performed in the office. Orientations shall include:

    a. Explanation of the technology being installed and office reporting requirements.

    b. Full Enrollment/Orientations will include the following:

        i. ATD Program participants will be treated with dignity, care and respect.
        ii. Communication with the participant will be in a language they understand.
        iii. Enrollment form
        iv. Orientation video for all components of the program
        v. Individual Service Plan
        vi. Completion of participant's schedule and contact information
        vii. Issuance of ID card (to include but not limited to color photo, full name, date of birth spelled out {i.e. *August 16, 1986*}, alien number in barcode format).
        viii. Installation of Technology
        ix. Meeting with Case Specialist
        x. List of free legal services

    c. ATD Program Participant Rules
        i. The contractor shall provide program participants with program rules at orientation and obtain written confirmation from the participant that he/she has read, fully understands, and agrees to comply with the rules. This shall be done in the participant's language. The CO shall approve the standards for rules and procedures in writing. The rules shall specify prohibited actions and the penalties that may be imposed by ERO. The contractor shall exercise professional judgment and discretion in creating rules. The program should provide participants with adequate counseling to facilitate their compliance. All violations should be documented and reported to the local ERO Task Manager.

## 6.7 Site Requirements

## 6.7.1 Contractor Office Sites (C-site) should have the following:

    a. Accessibility to Public Transportation
    b. Proximity to ERO Office (must be within 10 miles)
    c. Must have parking available for ERO ATD Officers on an as needed basis.
    d. Must make office space available to ERO ATD Officers for interviews or other specific tasks, if required. The contractor will not be required to provide office or computer equipment.

e.  The contractor shall provide offices/office space adequate for all personnel, vehicles, and equipment at each of its designated (C-site) operational locations under this contract. Initial locations at commencement of contract, where the contractor must provide office space are contained in Attachment 4. The contractor will work in ERO offices at all G-site locations. Services such as Court Tracking and Alert Management may be provided remotely to T-site locations.

f.  Offices/office space will be obtained by the contractor. The contractor shall be responsible for its maintenance, janitorial service, upkeep, repair and utilities.

g.  The contractor shall provide the COR with written certification that the office/office space complies with state and local emergency and safety codes prior to beginning work under this contract.

h.  The contractor shall enforce a tobacco-free environment in all of its ATD offices.

i.  The contractor shall ensure that all of its ATD offices provide private rooms for participant interviews.

j.  Each contractor site must have at least one (1) contractor owned vehicle (COV) available 24 hours a day to meet contractual requirements

k.  Each contractor site must have at least one (1) contractor available to resolve alerts, violations, and assist in enrollments at all times according to contractual limitations and agreed upon distances.

l.  In the event that ERO requires a participant to be enrolled after standard business hours, ERO may deliver the participant to the Contractor facility. If the participant is to be enrolled in the field, ERO must be present with the Contractor until installation is complete.

m.  Each C-site office shall be comprised, at a minimum of a Program Manager (PM), two (2) Case Specialists (CS) and an Administrative Assistant. Any deviations are subject to discussion and approval with ERO and the Contracting Officer.

n.  Each Program Manager (PM) must ensure that the C-site shall have appropriate coverage at all times to fulfill all requirements of this contract.

o.  C-Site staffing ratios for each site will be based on the active participant population utilizing a 30-day moving average. (i.e. if the thirty (30) day moving average number of participants is at 201 then a third case specialist would be immediately required)

p.  A minimum of 2 Case Specialists per each C-Site location at inception of the contract

q.  No more than 100 participants per each Case Specialist

r.  The contractor shall provide its staff with all IT equipment and networking at its own facilities.

s.  Program services shall be provided in a nondiscriminatory manner and without regard to a participant's race, color, national origin, gender, religion, or disability.

t.  The contractor shall maintain an aesthetically appealing office that reflects positively on DHS ICE and is appropriate for the community area in which it is located.

u.  Whether operating at a contractor site on contractor-owned equipment or at an ERO site on government furnished equipment, when accessing information and applications behind the DHS and ICE firewalls, the contractor shall ensure that its operations under the ATD contract comply with all applicable DHS and ICE OCIO requirements.

v.  The contractor shall affirmatively demonstrate through appropriate documentation that occupancy meets all applicable state licensing requirements for zoning, building, fire, occupational health and safety, and occupancy.

6.7.2 Government Office Sites (G-site)

    a. ERO will assign the necessary IT equipment, standard ICE desktop software, accesses, infrastructure and technical support to contractor staff subject to compliance with ICE Office of the Chief Information Officer (OCIO) and Office of Asset Management (OAM) Policy.

    b. Contractor must have must have the ability to conduct HVs whether the Government assigns HVs or not. Therefore, the contractor must provide a vehicle for the CS.

6.7.3 No Contractor or Government Office Sites (T-site)

    a. The Government may determine that an alien may require some services available under the ISAP III contract but not have the benefit of having a local contractor to handle the full suite of services (i.e. home visits, scheduled office visits, orientation, etc.) In those instances, the Government may assign some services that do not require the physical presence of the contractor (EOIR tracking, limited alert management, etc.). These locations will be known as T-sites.

6.8 Travel Documents

    a. Contractor shall assist in obtaining a valid travel document/passport from any enrolled participant, unless ERO has indicated that they already have the document in question. Contractor assistance may be limited to providing the passport application and the appropriate information on how the participant should obtain a travel document. The contractor will not deal directly with the consular or any foreign Governments on behalf of the participant.

    b. Should the participant submit their passport application with a return receipt or tracking number, the Contractor shall obtain the tracking number and verify receipt and delivery.

    c. Upon receipt of the travel document, the contractor shall be required to:
        1. Notify the ERO Task Manager of the receipt of all travel documents the same business day they are received.
        2. Maintain an electronic and hard copy log including:
        3. Date received
        4. Alien Number
        5. Name of participant
        6. Country of Citizenship
        7. Type of document
        8. Name of contractor receiving document
        9. Date given to ERO
        10. ERO Officer initials confirming receipt
        11. Travel document number
        12. Travel document issuance date
        13. Travel document validity dates

    d. All travel documents/passports received by the contractor are to be maintained in a fireproof box with a locking mechanism. The documents will be maintained by the contractor in this manner until an ERO Officer is available to receive the documents from the contractor.

## 6.9 Training

### 6.9.1 Contractor will provide ICE with contractor systems training upon award of the contract.

    a. The contractor shall train its staff in accordance with a written Training Plan for all employees that incorporates the mandatory training requirements listed below, as well as other related training courses developed by the contractor that are necessary for successful performance while working on the program.

### 6.9.2 Contractor Certification

    a. The contractor shall certify that employees have been trained and shall provide documentation of training upon COR request. Under no circumstances shall a contractor employee perform duties under this contract until all initial training, or refresher training as required in this subsection, is successfully completed and certified by the contractor in writing to the COR. The COR must provide written approval prior to the assignment of any employee beginning to perform any duties under this contract. All employees shall be given annual refresher training occurring each subsequent year of employment.

### 6.9.3 Documentation and Orientation

    a. The contractor shall ensure that the mandatory training as well as the training required to be developed by the contractor is provided to all employees. The contractor may either provide the required training or have an institution acceptable to the COR provide the training. Failure of any employee to successfully complete mandatory training is sufficient reason to disqualify him or her from duty. All aspects of the training and all types of documentation associated with the ATD Contract are subject to evaluation, monitoring, and approval by the COR. The contractor shall provide to the COR monthly documentation of the training completed for each contractor employee, including but not limited to the number of training hours, type of training, date and location of training, and name of the instructor. The contractor shall provide the COR copies of all certifications. Upon contract award, ERO will provide the initial orientation training for the contractor's staff. Contractor staff will then be responsible for training utilizing a "train the trainer" approach. Upon approval of each successive option year, the Contractor and ERO will ensure that all training is up-to-date and in compliance with all regulations and ERO mission needs. If there are any significant changes, ERO will provide the new orientation training for the contractor's staff in a train the trainer approach. The contractor will provide all subsequent orientation training for all employees, including those added throughout the duration of the contract.

### 6.9.4 Administrative Staff

    a. The contractor shall provide 20 hours of training to all administrative support contractor employees who have office contact with participants, in addition to orientation. This

training should be completed within 14 days of employment and prior to being assigned duties. All contractor employees in this category shall be given annual refresher training consisting of the mandatory training each subsequent year of employment.

### 6.9.5 Case Specialists and Management Staff

a. The contractor shall provide each case specialist and managerial staff member with all of the mandatory training courses described below. These courses shall be completed within 14 days of employment. In addition, the managerial personnel shall complete 24 hours of general management training during the first year and each subsequent year of employment. The contractor shall provide the COR copies of training certification.

b. Courses – The following is a list of mandatory training subjects and minimum hours of training that shall be included in the contractor's Training Plan:
   1. Ethics and Authority (2 hours)
   2. Note-Taking and Report Writing (4 hours)
   3. Self-Defense (8 hours)
   4. Human Relations (1 hour)
   5. Handling Disorderly Conduct, Civil Disturbances, and Other Incidents (3 hours)
   6. Communicating Across Cultures (1 hour)
   7. EEO & Diversity: Managers and Supervisors (1 hour)
   8. Orientation (1 hour)

c. In addition, supervisors shall attend 24 hours of additional training that includes:

   1. Communications
   2. Solving performance problems
   3. Counseling employees
   4. Leadership skills (emphasizing styles, motivation, and career development)
   5. Scheduling
   6. Equal employment practices

d. The Successful offeror will be required to fulfill ERO training requirements for contractors, as designated by ERO Leadership, which may change from time to time.

e. The contractor shall complete all ICE mandatory training for contractors. The mandatory training courses can change from year to year. The training is available online at the ICE Virtual University. Access to the ICE Virtual University may be made available to the contractor's staff following contract award. In the event access is not available, the COR will provide the contractor with a CD version.

f. Current Training Requirements:

   1. Privacy Training for SharePoint Collaboration Site Users

2. Information Assurance Awareness Training (IAAT)
3. Operations Security (OPSEC) Basic
4. Privacy at DHS: Protecting Personal Information
5. DHS Basic Records Management
6. DHS Department Wide File Plan
7. Electronic Records Management
8. Vital Records Guidance

## 6.10 Quality Control

For all areas of responsibility detailed within this SOW, the contractor shall also define and implement quality control review and internal audit procedures in its Quality Control Plan, execute and document the results of such reviews and audits, and ensure that all documentation (e.g. internal audit reports) related to them are available to the Contracting Officer's Representative (COR) and/or Contracting Officer (CO) at any time during the execution and close-out of the ATD contract for a period of five years. ERO will conduct yearly audits of multiple locations at random to evaluate the contractor's quality control review, internal audit procedures, and verify the results to ensure compliance.

## 6.11 Translators

The contractor shall provide professional translators or bilingual staff to communicate with program participants who do not speak or comprehend English. The contractor may use commercial telephonic interpretation services for this purpose as approved by the CO.

## 6.12 Emergencies

a. The contractor shall create an emergency preparedness plan.
b. The contractor shall include in its emergency preparedness plans (e.g. Continuity of Operations Plan, Disaster Recovery Plan):
    i. Written evacuation and alternate staging procedures for use in event of fire, flood or any other similar emergency, or should a C-site facility become unfit for its intended use for any period of time.
    ii. Written back-up procedures for IT systems used to support continuity of operations during an event
c. The contractor shall review its plans annually, update as necessary, and reissue to the local fire jurisdiction and the COR, as well as ensuring awareness of the plan and procedures by the staff and the program participants.

## 6.13 Credentials

a. All program staff shall carry approved identification credentials at all times while performing under this contract. Credentials must be generated by the contractor and not mirror current Government identification in appearance or in lettering. Credentials must contain the following for each employee:
    1. A photograph of the employee that is at least one square inch. The photograph shall show, as a maximum, the head and shoulders of the employee and shall be no more than one year old at the time the credential is issued.

2. Signature of the employee
3. Validation by the issuing authority
4. Contractor designation

b. Credentials shall be valid for up to five years and shall be unique from any other credentials issued by the contractor to other (non ISAP contract) employees.

c. The contractor shall void and immediately make the appropriate disposition of all identification credentials upon completion of assignments that result in program staff no longer performing under this contract.

## 6.14 Security Requirements

a. Security requirements for this contract are described in Section H.5.

6.15 ICE will provide basic training to contractors regarding removal/appeal process at a time that is mutually convenient to the Contractor and the Task Manager.

## 6.16 Data Collection

1. ERO will require the collection of miscellaneous data as specified below:

a. The Successful bidder shall be required to have the EARM Case ID number incorporated into their systems as provided by ERO.

b. The successful bidder shall establish a unique "ATD Enrollment ID" field    (different from the EARM Case number ID) to track the continuous participation of an alien as they move through the different services of ATD, for each enrollment until terminated. Contractor will work with ERO in the requirements of the ATD Tracking ID and the information that must be captured.

c. The successful bidder shall establish a unique "ATD Service ID" to track when a participant's case management or monitoring level is changed. The contractor will be required to track the change and the date it took place. This includes changes in technology, case management, and all other assignable options. The associated Service IDs will be linked to a participant's appropriate ATD Enrollment ID.

d. When ERO issues a termination from the program for a participant, the contractor will be required to track the termination code along with the sub-category (when applicable).

2. Reports are very important to the proper management of the ATD program. They will be required at regular intervals and may change as necessary to meet operational needs. In addition to regular reports, there will be a need for custom reports on demand. The data fields required for each report are detailed in Attachment 7. The interval for reports may be daily, weekly, monthly, quarterly or yearly. The following is a list of reports/notifications that are anticipated :

a. Emergency Reports –

i.  Emergency Reports will be generated within one (1) business day of an
    established event.

ii.  The following events require an Emergency Report:

   1. Strap tampers that are not resolved within 24 hours
   2. Evidence of tampering with a device
   3. Unauthorized Absence / Failed Office or Home visit that remains
      unresolved for more than one (1) business day
   4. Death , Hospitalization or Serious Medical Condition
   5. Suicide Attempt
   6. Suspected abuse or neglect
   7. Suspected violation of a restraining order
   8. Police Contact
   9. Unauthorized Travel
   10. Inappropriate Conduct or Behavior between contract staff and alien
   11. Contacts or threats by individuals believed to represent alien
       smuggling syndicates or organized crime
   12. Media Interest

iii.  Emergency Reports will Include the following information:

   1. Program Location
   2. Biographical Information

      a. A-Number
      b. EARM Case ID Number
      c. ATD Enrollment IDDate of Birth
      d. Language
      e. Disability (if any)
      f. Phone Numbers
      g. Address
      h. Employment information
      i. Photo
      j. Height
      k. Weight
      l. Vehicle information
      m. Personal Contacts

   3. Enrollment Date with ATD Summary & Current Services
      a. ATD Enrollment ID
      b. Active ATD Service IDs
   4. Immigration History, current legal stage, and any known criminal
      history or gang affiliation
   5. Previous emergency report dates and types
   6. Narrative of Incident
      a. Actions Taken to resolve
      b. ERO Notifications including dates, times, and recipients.

      c.   Any known media interest

  b.   Summary of Emergency Reports Issued
      i.   This is a weekly report containing all of the emergency reports
      ii.   This report should include the following data elements:
          1.   Total by ATD Location
          2.   Total by AOR
          3.   Total by Region
          4.   Total by Nationwide
          5.   Emergency Data By Type
      iii.   Repeat violations:
          1.   Include A-number
          2.   ATD Enrollment ID
          3.   Type of violation
          4.   Number of violations

  c.   Exception & Alert Repo ts -

      i.   Exceptions refer to Voice Calls and will be provided instantly as a notification for the following events:
          1.   Missed Calls – participant fails to return call within 10 minutes
          2.   Late Return Calls – participant fails to return call in less than 5 minutes
          3.   Voice Failure – participant's voice does not match the voice print on file
          4.   Bad Location  participant returned the call from an unauthorized number
          5.   Call Failed   The call fails to connect (Busy or Disconnected Number)
          6.   Reports shall indicate if the alert remains unresolved for more than 72 hours.
          7.   Instant Notifications will be delivered to the ATD Location
          8.   Exception Daily Report shall be provided to the ATD Location daily for exceptions that remain unresolved.
          9.   Exception Summary Reports will be sent weekly to ATD Locations, AORs, Regions and Nationwide for exceptions that remain unresolved for more than 72 hours.

      ii.   Alerts refer to GPS Ankle Monitoring Equipment and will be provided instantly as a notification for the following events:
          1.   Tamper Open Strap – participant's GPS ankle bracelet strap is open
          2.   Tamper – participant's GPS device is registering a tamper
          3.   Restore – participant's GPS device has properly reset
          4.   Low battery – participant's battery is registering at or below 25% and needs to be charged
          5.   Missed Call Back   participant's GPS has failed to upload its location at the expected interval

6. Exclusion Zone – participant's GPS has registered as entering a restricted area
7. Inclusion Zone – participant's GPS has registered as having exited an approved area
8. Instant Notifications will be delivered to the field
9. Alert Daily Report shall be provided to the ATD Location daily for alerts that remain unresolved.
10. Alert Summary Reports will be sent weekly to ATD Locations, AORs, Regions and Nationwide for alerts that remain unresolved for more than 72 hours.

   iii. Refer to Attachment 7 for specific data fields required.

d. Summary of Exception and Open Alerts Report
   i. This is a weekly report containing all of the Unresolved Exceptions and Open Alerts
   ii. This report should include the following data elements:
      1. Total by ATD Location
         a. Include A-number
         b. ATD Enrollment ID
         c. Type of violation
         d. Number of violations

      2. Total by Region
      3. Total by Nationwide
   iii. Refer to Attachment 7 for specific data fields required.

e. Court Reports
   i. A list of all participants and their next scheduled court date
   ii. This report should include the data elements as referenced in Attachment 7
   iii. This report should be generated monthly
   iv. This report should be sent to the ATD Location, AOR, Region and Nationwide

f. Custom Reports on Demand / Ad Hoc Reports
   i. These requests will be coming from the Contracting Officer's Representative (COR) or the Acting COR

g. GPS Frequency Report
   i. This report will provide information such as common location patterns a GPS participant demonstrates.
   ii. This report shall be generated on demand as needed

      iii. The required data fields should be the same as the participant report found in Attachment 7, with the addition of the addresses associated with the common location patterns from the participant GPS data

  h. Notification of Confirmed Pregnancy
      i. Once a participant makes a claim and provides medical documentation of a pregnancy, a notification should immediately be made to local ERO ATD personnel via e-mail
      ii. This notification should include the following data elements:
        1. Last Name
        2. First Name
        3. A-Number
        4. Language
        5. Disability (if any)
        6. EARM Case ID
        7. ATD Enrollment ID
        8. ATD Location
        9. AOR
        10. Date of Confirmed Pregnancy
        11. Expected Due Date (if known)
        12. Type of Technology
        13. Name, address, telephone and relationship to child's father (if known)
      iii. A Summary Report of notifications of confirmed pregnancy
        1. Will be sent weekly
        2. Will be sent to ATD Locations, AORs, Regions and Nationwide.

  i. Notification of Change of Address Report
      i. Once a participant reports a new address, a notification should be made to local ERO ATD personnel via e-mail immediately
      ii. This notification should include the following data elements:
        1. Name
        2. A-Number
        3. COC
        4. Case ID
        5. Language
        6. Disability (if any)
        7. ATD Enrollment ID
        8. Updated Phone number (if any)
        9. Old Address
        10. New Address
        11. Date of effective change (if known)
        12. List of Services Provided
      iii. Once a week a summary report of all address changes will be sent to local ERO ATD personnel

  j. Travel Document Report
      i. The travel document status of every active program participant
      ii. Refer to Attachment 7 for specific data fields required.

   iii. This report should be generated monthly

 k. Participant Count by Billing Services (PCBS)
   i. Will be sent monthly
   ii. Will be sent to ATD Locations, AORs, Regions and Nationwide.
   iii. Refer to Attachment 7 for specific data fields required.

 l. Termination Report by Term Code
   i. The required data elements are referenced in Attachment 7.

 m. Compliance Report
   i. A list of all participants who have not had any program violations within 90 days
   ii. Refer to Attachment 7 for specific data fields required.
   iii. Once a week a summary report of all compliant participants will be sent to ATD Locations, AOR, Region and Nationwide.

 n. Participant Report
   i. The required data elements are referenced in Attachment 7.

 o. Daily Count by Office for Supervised and Unsupervised Offices
   i. The required data elements are referenced in Attachment 7.

 p. Change in Legal Stage Report
   i. The required data elements are referenced in Attachment 7.

 q. Missing Data Report
   i. The required data elements are referenced in Attachment 7.

 r. No Technology Report
   i. The required data elements are referenced in Attachment 7.

 s. Monthly Program Progress Report

   i. The contractor shall submit written Monthly Program Progress Reports by the fifth workday after the end of each month. Monthly reports shall include information regarding contract compliance, immigration court appearance rates, participant statistics, and significant events. These reports shall include, at a minimum, the following for both the overall program and individual sites, where applicable:

     a. Number of active participants at the end of the reporting month, total number of participants over the month, year to date, and since program inception
     b. Number of terminations (program wide) using the codes provided by ERO ICE for each ERO field office or sub-office, with the corresponding percentage and roll-up for all offices

    c.   Number of grievances filed with the contractor by reporting month, year to date, and since program inception

    d.   Immigration Court compliance ra–es - Executive Office for Immigration Review (EOIR) hearings scheduled, EOIR hearings attended, percentage compliance, hearings of final decision, and hearings of final decision ordered in absentia

    e.   Participant status in the removal process and partici'ant's hearing status with EOIR (Master Calendar Hearing, Custody Hearing, Merits Hearing, etc.) from the partici'ant's enrollment date into the program until they are terminated from the program.

    f.   Based on the above information, the contractor will provide statistics on
the number of participants who at the time of enrollment have not had a
hearing with EOIR, have had a Master Calendar Hearing, Custody Hearing, or Merits Hearing, have a final order of removal, have an appeal
pending, number of continuances and number of days between hearing dates as well as individual participant appearance rates with the immigration court.

    g.   Participant turnover summary

    h.   Number of active and inactive by nationality (i.e. country of citizenship) and location

    i.   Average days to final hearing and average number of hearings before the final hearing (i.e. hearing appearance rates per participant, by location, by hearing type and number of days between hearings/continuances).

t.   Contractor's ATD contract personnel roster that includes, at a minimum

    i.   Full name of employee
    ii.   Employee's official job title (e.g. Program Director, Case Specialist)
    iii.   Date of hire
    iv.   Date of assignment to ATD contract
    v.   Training status
    vi.   Date removed/terminated from ATD contract duties
    vii.   Case specialist-to-participant ratio (by location and overall program)

u.   Quarterly Program Report
    i.   Written reports are due the fifth workday after the end of the quarter.
    ii.   Quarterly reports shall not duplicate information provided in the monthly reports but provide additional information as follows:

1. Average length in program by location and type—active and inactive
2. Program compliance by year and year-to-date by type and location
3. Participants with legal representation by location

v. Annual Report
   i. At the conclusion of each period of performance, the contractor shall prepare an annual report
   ii. Information for the annual reports shall address, at a minimum:
      1. Program expectations compared to actual function in the previous 12 months
      2. Significant events
      3. Performance measures, such as percentage of appearances by participants—home visits, office reporting, Immigration Court, compliance of T-site participants with monitoring requirements, participants terminated from the program, absences without permission, media issues, necessary administrative changes and fiscal issues
      4. Recommendations for program improvement

w. ERO/Contractor Meeting Minutes
   i. The contractor's representatives shall meet with the COR and the CO on a regular basis, as determined by the CO and/or COR. These meetings will provide a management-level review and assessment of contractor performance, and a discussion/resolution of any program issues. A mutual effort will be made to resolve all identified problems or issues.

   ii. The contractor shall prepare written minutes of the meetings and shall submit the minutes within five days for COR review and approval. Upon COR approval, the contractor shall distribute copies to all attendees.

6.17 Records Retention

a. The contractor shall provide written plans, policies, and procedures that describe the format and reporting criteria for all records and reports. The contractor shall maintain all logs and records required to execute and document the operational and managerial aspects of the ATD program in compliance with the requirements of this contract. All logs and records shall be maintained at the contractor's office (or, as applicable, the ICE ERO office) in locked cabinets within the administrative area. All contractor employees assigned to perform duties under the ATD contract shall be trained in and comply with ICE Records Management policies and procedures. All records are subject to inspection and review by the CO and COR at any time during the term of the contract or thereafter. All reporting requirements contained within this contract shall comply with this paragraph. The contractor shall not destroy or alter any logs or records pertaining to this contract. At the completion or termination of this contract, the contractor shall submit all logs and records to ICE ERO as directed by the CO.

## 7.0 Tasks and Deliverables

In addition to the reports described above, please refer to table below for additional guidance on the tasks and deliverables that will be required.

| Required Task List Item No. | Description | Due | Review/Update |
|---|---|---|---|
| 1 | Conduct and Document Internal Quality Assurance Audits | Determined by the Quality Control Plan submitted in response to this solicitation | Review and update Quality Control Procedures as required, but no less frequent than annually. |
| 2 | Develop and Implement Case Management System | As required in 6.1 & 6.2 of the SOW | Annually within 60 days of exercising contract renewal option or at direction of CO |
| 3 | Create and Maintain Case Records | As required in 6.1 & 6.2 of the SOW | Daily |
| 4 | Conduct Program Enrollments & Orientations with Participants that are subscribed to Home visits, Office Visits and when this service is selected on a case by case basis | Must be available to place ankle bracelets and conduct enrollments and orientations, as needed 24 hours a day, 7 days a week, and 365 days a year at contractor's office, government office or in the field | Daily or as required |
| 5 | Develop Individual Service Plans (ISP) for Each Participant subscribed to Office Visits | Prior to the end of Participant's Orientation Interview | Update ISP at a minimum of each month or at each office visit (whichever is greater) |
| 6 | Conduct Face-to-Face Interviews with Participants subscribed to Office Visits | As required in 6.3 of the SOW | Daily |
| 7 | Provide and monitor GPS Ankle Bracelets and Telephonic Reporting Equipment | As required in 6.5 of the SOW and Attachment 6-Detailed GPS Ankle Bracelets and Tracking/Monitoring System and Telephonic Reporting System | 24 hours per day/7 days per week, 365 days per year |
| 8 | Maintain GPS Equipment Inventory | As required in 6.5 of the SOW and Attachment 6-Detailed GPS Ankle Bracelets and Tracking/Monitoring System and Telephonic Reporting System | As required to fulfill SOW requirements |

| Required Task List Item No. | Description | Due | Review/Update |
|---|---|---|---|
| 9 | Provide Translator Services | As required in Section 6.11 of the SOW | Monthly |
| 10 | Develop and Enforce Contractor Employee Standards of Conduct | As required in Section 5 of the SOW | Annually within 60 days of exercising contract renewal option; enforce 24 hours a day, 7 days a week, 365 days a year |
| 11 | Contractor Personnel Report | As required in Section 4.0 of the SOW | Monthly |
| 12 | Training Report | As required in Section 6.9.2 of the SOW | Monthly or as Requested |
| 13 | Reports Requirements | As required in Section 6.16 of the SOW and Attachment 7 | Requirements vary by report |

Contract Number HSCEDM-14-D-00004

## SECTION D - PACKAGING AND MARKING

D.1    Packaging and Marking

All information and/or correspondence submitted to the Contracting Officer or the COR shall be clearly marked and indicate the contract number.

D.2    Report Cover Sheet

Each report submitted by the Contractor shall have a cover sheet containing the following information:

1. Name and Address of the COR
2. Contract Number
3. Name and Address of the Contractor
4. Title of Report
5. Report Number and Type
6. Period Covered by the Report

Source Selection Information - - See FAR 3.104

## SECTION E – INSPECTION AND ACCEPTANCE

## CLAUSES IN FULL TEXT:

### 52.246-4 Inspection of Services -- Fixed-Price (Aug. 1996)

(a) *Definition:* "Services," as used in this clause, includes services performed, workmanship, and material furnished or utilized in the performance of services.

(b) The Contractor shall provide and maintain an inspection system acceptable to the Government covering the services under this contract. Complete records of all inspection work performed by the Contractor shall be maintained and made available to the Government during contract performance and for as long afterwards as the contract requires.

(c) The Government has the right to inspect and test all services called for by the contract, to the extent practicable at all times and places during the term of the contract. The Government shall perform inspections and tests in a manner that will not unduly delay the work.

(d) If the Government performs inspections or tests on the premises of the Contractor or a subcontractor, the Contractor shall furnish, and shall require subcontractors to furnish, at no increase in contract price, all reasonable facilities and assistance for the safe and convenient performance of these duties.

(e) If any of the services do not conform to contract requirements, the Government may require the Contractor to perform the services again in conformity with contract requirements, at no increase in contract amount. When the defects in services cannot be corrected by reperformance, the Government may --

      (1) Require the Contractor to take necessary action to ensure that future performance conforms to contract requirements; and

      (2) Reduce the contract price to reflect the reduced value of the services performed.

(f) If the Contractor fails to promptly perform the services again or to take the necessary action to ensure future performance in conformity with contract requirements, the Government may --

      (1) By contract or otherwise, perform the services and charge to the Contractor any cost incurred by the Government that is directly related to the performance of such service; or

      (2) Terminate the contract for default.

(End of Clause)

## SECTION F - DELIVERIES OR PERFORMANCE

### F.1    Term of Contract

The initial term of this contract shall be for a 12-month base period, consisting of a 60-day transition period and a 10 month performance period, with four (4) one-year option periods. The entire contract term including options shall not exceed 60 months (five years) in duration.

### F.2    Period of Performance

The period of performance of this contract is as follows:

Base Period -    September 8, 2014 through September 7, 2015
Option Year 1 – September 8, 2015 through September 7, 2016
Option Year 2 – September 8, 2016 through September 7, 2017
Option Year 3 – September 8, 2017 through September 7, 2018
Option Year 4 – September 8, 2018 through September 7, 2019

### F.3    Place of Performance

Work shall be performed (service shall be provided) at the sites listed in Attachment 4 Location Overview. This list is subject to change at any time.

### F.4    52.242-15 Stop-Work Order (AUG 1989)

(a) The Contracting Officer may, at any time, by written order to the Contractor, require the Contractor to stop all, or any part, of the work called for by this contract for a period of 90 days after the order is delivered to the Contractor, and for any further period to which the parties may agree. The order shall be specifically identified as a stop-work order issued under this clause. Upon receipt of the order, the Contractor shall immediately comply with its terms and take all reasonable steps to minimize the incurrence of costs allocable to the work covered by the order during the period of work stoppage. Within a period of 90 days after a stop-work is delivered to the Contractor, or within any extension of that period to which the parties shall have agreed, the Contracting Officer shall either -

      (1) Cancel the stop-work order; or

      (2) Terminate the work covered by the order as provided in the Default, or the Termination for Convenience of the Government, clause of this contract.

(b) If a stop-work order issued under this clause is canceled or the period of the order or any extension thereof expires, the Contractor shall resume work. The Contracting Officer shall make an equitable adjustment in the delivery schedule or contract price, or both, and the contract shall be modified, in writing, accordingly, if -

      (1) The stop-work order results in an increase in the time required for, or in the Contractor's cost properly allocable to, the performance of any part of this contract; and

      (2) The Contractor asserts its right to the adjustment within 30 days after the end of the period of work stoppage; provided, that, if the Contracting Officer decides the facts justify the action, the Contracting Officer may receive and act upon the claim submitted at any time before final payment under this contract.

Contract Number HSCEDM-14-D-00004

(c) If a stop-work order is not canceled and the work covered by the order is terminated for the convenience of the Government, the Contracting Officer shall allow reasonable costs resulting from the stop-work order in arriving at the termination settlement.

(d) If a stop-work order is not canceled and the work covered by the order is terminated for default, the Contracting Officer shall allow, by equitable adjustment or otherwise, reasonable costs resulting from the stop-work order.

## Section G: Contract Administration Data

Offerors please use these procedures when you submit an invoice for all acquisitions emanating from ICE/OAQ and pertain to all invoices submitted. The offeror should include the payment address in the proposal if it is different from that shown in the submittal.

1. Invoices shall now be submitted via one of the following three methods:

a. By mail:
DHS,ICE, Burlington Finance Center
P.O. Box 1620
Attn: ICE-ERO-FHQ-DMD
Willinston, VT 05495-1620

or

b. By facsimile (fax) at:  802-288-7658 (include a cover sheet with point of contact & # of pages)

(b)(6),(b)(7)(C) c. By e-mail at: [          ]@ice.dhs.gov

Invoices submitted by other than these three methods will be returned.

The Burlington Finance Center (BFC) handles both payment submission and payment processing.   The BFC customer support number for payment inquiries is: 1-866-233[          ] (b)(6),(b)(7)(C)

1. Contractor Taxpayer Identification Number (TIN) must be registered in the Central Contractor Registration (http://www.ccr.gov) prior to award and shall be notated on every invoice submitted to ICE/OAQ to ensure prompt payment provisions are met. The ICE program office identified in the delivery order/contract shall also be notated on every invoice.

2. In accordance with Contract Clauses, FAR 52.212-4 (g)(1), Contract Terms and Conditions, Commercial Items, the information required with each invoice submission is as follows:

An invoice must include:
(i) Name and address of the Contractor;
(ii) Invoice date and number;
(iii) Contract number, CONTRACT LINE ITEM NUMBER (CLIN) and, if applicable, the order number;
(iv) Description, quantity, unit of measure, unit price and extended price of the items delivered;
(v) Shipping number and date of shipment, including the bill of lading number and weight of shipment if shipped on Government bill of lading;
(vi) Terms of any discount for prompt payment offered;
(vii) Name and address of official to whom payment is to be sent;
(viii) Name, title, and phone number of person to notify in event of defective invoice; and
(ix) Taxpayer Identification Number (TIN).  The Contractor shall include its TIN on the invoice only if required elsewhere in this contract. (See paragraph 1 above.)
(x) Electronic funds transfer (EFT) banking information.
(A) The Contractor shall include EFT banking information on the invoice only if required elsewhere in this contract.

Source Selection Information - - See FAR 3.104

(B) If EFT banking information is not required to be on the invoice, in order for the invoice to be a proper invoice, the Contractor shall have submitted correct EFT banking information in accordance with the applicable solicitation provision, contract clause (e.g., 52.232-33, Payment by Electronic Funds Transfer; Central Contractor Registration by Electronic Funds Transfer; Other Than Central Contractor Registration), or applicable agency procedures.
(C) EFT banking information is not required if the Government waived the requirement to pay by EFT.

Invoices without the above information may be returned for resubmission.

Source Selection Information - - See FAR 3.104

Contract Number HSCEDM-14-D-00004

## Section H: Special Contract Requirements

### H.1  52.216-18 -- Ordering (Oct 1995)

(a) Any supplies and services to be furnished under this contract shall be ordered by issuance of delivery orders or task orders by the individuals or activities designated in the Schedule. Such orders may be issued from date of award through expiration of the contract period of performance.

(b) All delivery orders or task orders are subject to the terms and conditions of this contract. In the event of conflict between a delivery order or task order and this contract, the contract shall control.

(c) If mailed, a delivery order or task order is considered "issued" when the Government deposits the order in the mail. Orders may be issued orally, by facsimile, or by electronic commerce methods only if authorized in the Schedule.

**(End of Clause)**

### H.2  52.216-19 -- Order Limitations (Oct 1995)

(a) *Minimum order.* When the Government requires supplies or services covered by this contract in an amount of less than $1.00, the Government is not obligated to purchase, nor is the Contractor obligated to furnish, those supplies or services under the contract.

(b) *Maximum order.* The Contractor is not obligated to honor --

    (1) Any order for a single item in excess of the contract period of performance ceiling price for the contract year in effect;

    (2) Any order for a combination of items in excess of the contract period of performance ceiling price for the contract year in effect; or

    (3) A series of orders from the same ordering office within 365 days that together call for quantities exceeding the limitation in subparagraph (b)(1) or (2) of this section.

(c) If this is a requirements contract (*i.e.*, includes the Requirements clause at subsection 52.216-21 of the Federal Acquisition Regulation (FAR)), the Government is not required to order a part of any one requirement from the Contractor if that requirement exceeds the maximum-order limitations in paragraph (b) of this section.

(d) Notwithstanding paragraphs (b) and (c) of this section, the Contractor shall honor any order exceeding the maximum order limitations in paragraph (b), unless that order (or orders) is returned to the ordering office within 5 days after issuance, with written notice stating the Contractor's intent not to ship the item (or items) called for and the reasons. Upon receiving this notice, the Government may acquire the supplies or services from another source.  **(End of Clause)**

Source Selection Information -- See FAR 3.104

## H.3   52.216-21 -- Requirements (Oct 1995)

(a) This is a requirements contract for the supplies or services specified, and effective for the period stated, in the Schedule. The quantities of supplies or services specified in the Schedule are estimates only and are not purchased by this contract. Except as this contract may otherwise provide, if the Government's requirements do not result in orders in the quantities described as "estimated" or "maximum" in the Schedule, that fact shall not constitute the basis for an equitable price adjustment.

(b) Delivery or performance shall be made only as authorized by orders issued in accordance with the Ordering clause. Subject to any limitations in the Order Limitations clause or elsewhere in this contract, the Contractor shall furnish to the Government all supplies or services specified in the Schedule and called for by orders issued in accordance with the Ordering clause. The Government may issue orders requiring delivery to multiple destinations or performance at multiple locations.

(c) Except as this contract otherwise provides, the Government shall order from the Contractor all the supplies or services specified in the Schedule that are required to be purchased by the Government activity or activities specified in the Schedule.

(d) The Government is not required to purchase from the Contractor requirements in excess of any limit on total orders under this contract.

(e) If the Government urgently requires delivery of any quantity of an item before the earliest date that delivery may be specified under this contract, and if the Contractor will not accept an order providing for the accelerated delivery, the Government may acquire the urgently required goods or services from another source.

(f) Any order issued during the effective period of this contract and not completed within that period shall be completed by the Contractor within the time specified in the order. The contract shall govern the Contractor's and

Government's rights and obligations with respect to that order to the same extent as if the order were completed during the contract's effective period; provided, that the Contractor shall not be required to make any deliveries under this contract after 05 November 2019. **(End of Clause)**

## H.4   Procedure for Activation of Additional ISAP III Field Office/Sub-Office Locations

In accordance with Attachment 4 Location Overview of the Statement of Work (SOW), it is the Government's intent to expand its ISAP coverage to additional Enforcement and Removal Operations (ERO) Field Office and Sub-Office locations under the ISAP III contract through the establishment of new contractor facilities and assignment of contractor personnel working on-site at government facilities. The awardee shall be notified in writing of the Government's intent to open a new ISAP III Field Office or Sub-Office location(s). This authorization letter shall be signed by the ISAP III Contracting Officer and issued to the ISAP III Program Director and/or Deputy Program Director. It should be noted that the designated field office and/or sub-office location(s) may require "Contractor Site" or "Government Site" services.   The awardee shall have no more than thirty (30) calendar days for "Government Site" locations and no more than sixty (60) calendar days for "Contractor Site" locations from receipt of the letter to commence ISAP III services and fulfill all SOW requirements at the specific field office and/or sub-office location(s) identified herein.  The awardee must be prepared with sufficient staff and equipment to provide ISAP III services for

the full (i.e., maximum) number of anticipated ISAP III participant slots for that location. Each written authorization letter issued by the Government is not a task order, and therefore, shall not have any funding associated with it. All funding for ISAP III services shall be awarded against the resultant award on an annual basis via task orders. These annual task orders shall be incrementally funded, as needed, by CLIN and/or SLIN for the various levels of supervision and Electronic Monitoring (EM) Technology-Only services.

## H.5 Security Requirements
### H.5.1 GENERAL
The United States Immigration and Customs Enforcement (ICE) has determined that performance of the tasks as described in the solicitation, requires that the Contractor, subcontractor(s), vendor(s), etc. (herein known as Contractor) have access to sensitive DHS information, and that the Contractor will adhere to the following.

## H.5.2 PRELIMINARY DETERMINATION
ICE will exercise full control over granting; denying, withholding or terminating unescorted government facility and/or sensitive Government information access for Contractor employees, based upon the results of a background investigation. ICE may, as it deems appropriate, authorize and make a favorable expedited pre-employment determination based on preliminary security checks. The expedited pre-employment determination will allow the employees to commence work temporarily prior to the completion of the full investigation. The granting of a favorable pre-employment determination shall not be considered as assurance that a favorable full employment determination will follow as a result thereof. The granting of a favorable pre-employment determination or a full employment determination shall in no way prevent, preclude, or bar the withdrawal or termination of any such access by ICE, at any time during the term of the contract. No employee of the Contractor shall be allowed to enter on duty and/or access sensitive information or systems without a favorable preliminary fitness determination or final fitness determination by the Office of Professional Responsibility, Personnel Security Unit (OPR-PSU). No employee of the Contractor shall be allowed unescorted access to a Government facility without a favorable pre-employment determination or full employment determination by the OPR-PSU. Contract employees are processed under the DHS Management Directive 6-8.0. The contractor shall comply with the pre-screening requirements specified in the DHS Special Security Requirement – Contractor Pre-Screening paragraph located in this contract, if HSAR clauses 3052.204-70, Security Requirements for Unclassified Information Technology (IT) Resources; and/or 3052.204-71, Contractor Employee Access are included in the Clause section of this contract.

## H.5.3 BACKGROUND INVESTIGATIONS
Contract employees (to include applicants, temporaries, part-time and replacement employees) under the contract, needing access to sensitive information, shall undergo a position sensitivity analysis based on the duties each individual will perform on the contract. The results of the position sensitivity analysis shall identify the appropriate background investigation to be conducted. Background investigations will be processed through the Personnel Security Unit. Prospective Contractor employees shall submit the following completed forms to the Personnel Security Unit through the Contracting Offices Representative (COR), no less than 35 days before the starting date of the contract or 5 days prior to the expected entry on duty of any employees, whether a replacement, addition, subcontractor employee, or vendor:

1.    Standard Form 85P "Questionnaire for Public Trust Positions" Form will be submitted via e-QIP (electronic Questionnaires for Investigation Processing) (Original and One Copy)

2.      Three signed eQip Signature forms:  Signature Page, Release of Information and Release of Medical Information (Originals and One Copy)

3.      Two FD Form 258, "Fingerprint Card"

4.      Foreign National Relatives or Associates Statement (Original and One Copy)

5.      DHS 11000-9, "Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act" (Original and One Copy)

6.      Optional Form 306 Declaration for Federal Employment (applies to contractors as well) Original and One Copy)

Prospective Contractor employees who currently have an adequate current investigation and security clearance issued by the Department of Defense Central Adjudications Facility (DoD CAF) or by another Federal Agency may not be required to submit complete security packages, and the investigation will be accepted for adjudication under reciprocity.

An adequate and current investigation is one where the investigation is not more than five years old and the subject has not had a break in service of more than two years.

Required forms will be provided by ICE at the time of award of the contract.  Only complete packages will be accepted by the OPR-PSU.  Specific instructions on submission of packages will be provided upon award of the contract.

Be advised that unless an applicant requiring access to sensitive information has resided in the US for three of the past five years, the Government may not be able to complete a satisfactory background investigation. In such cases, DHS retains the right to deem an applicant as ineligible due to insufficient background information.

The use of Non-U.S. citizens, including Lawful Permanent Residents (LPRs), is not permitted in the performance of this contract for any position that involves access to DHS /ICE IT systems and the information contained therein, to include, the development and / or maintenance of DHS/ICE IT systems; or access to information contained in and / or derived from any DHS/ICE IT system.

## H.5.4 TRANSFERS FROM OTHER DHS CONTRACTS:

Personnel may transfer from other DHS Contracts provided they have an adequate and current investigation (see above). If the prospective employee does not have an adequate and current investigation an eQip Worksheet will be submitted to the Intake Team to initiate a new investigation.

Transfers will be submitted on the COR Transfer Form which will be provided by the Dallas PSU Office along with other forms and instructions.

## H.5.5 CONTINUED ELIGIBILITY
If a prospective employee is found to be ineligible for access to Government facilities or information, the COR will advise the Contractor that the employee shall not continue to work or to be assigned to work under the contract.

Source Selection Information - - See FAR 3.104

Contract Number HSCEDM-14-D-00004

The OPR-PSU may require drug screening for probable cause at any time and/ or when the contractor independently identifies, circumstances where probable cause exists.

The OPR-PSU will conduct reinvestigations every 5 years, or when derogatory information is received, to evaluate continued eligibility.

ICE reserves the right and prerogative to deny and/ or restrict the facility and information access of any Contractor employee whose actions are in conflict with the standards of conduct, 5 CFR 2635 and 5 CFR 3801, or whom ICE determines to present a risk of compromising sensitive Government information to which he or she would have access under this contract.

## H.5.6 REQUIRED REPORTS:

The Contractor will notify OPR-PSU of all terminations/ resignations within five days of occurrence. The Contractor will return any expired ICE issued identification cards and building passes, or those of terminated employees to the COR. If an identification card or building pass is not available to be returned, a report must be submitted to the COR, referencing the pass or card number, name of individual to whom issued, the last known location and disposition of the pass or card. The COR will return the identification cards and building passes to the responsible ID Unit.

The Contractor will report any adverse information coming to their attention concerning contract employees under the contract to the OPR-PSU through the COR, as soon as possible. Reports based on rumor or innuendo should not be made. The subsequent termination of employment of an employee does not obviate the requirement to submit this report. The report shall include the employees' name and social security number, along with the adverse information being reported.

The Contractor will provide, through the COR a Quarterly Report containing the names of personnel who are active, pending hire, have departed within the quarter or have had a legal name change (Submitted with documentation). The list shall include the Name, Position and SSN (Last Four) and should be derived from system(s) used for contractor payroll/voucher processing to ensure accuracy.

(b)(6);(b)(7)(C) Submit reports to the email address [          ]@ice.dhs.gov

## H.5.7 EMPLOYMENT ELIGIBILITY
The contractor will agree that each employee working on this contract will successfully pass the DHS Employment Eligibility Verification (E-Verify) program operated by USCIS to establish work authorization.

The E-Verify system, formerly known as the Basic Pilot/Employment Eligibility verification Program, is an Internet-based system operated by DHS USCIS, in partnership with the Social Security Administration (SSA) that allows participating employers to
electronically verify the employment eligibility of their newly hired employees. E-Verify represents the best means currently available for employers to verify the work authorization of their employees.

The Contractor must agree that each employee working on this contract will have a Social Security Card issued and approved by the Social Security Administration. The Contractor shall be responsible to the Government for acts and omissions of his own employees and for any Subcontractor(s) and their employees.

Subject to existing law, regulations and/or other provisions of this contract, illegal or undocumented aliens will not be employed by the Contractor, or with this contract. The Contractor will ensure that this provision is expressly incorporated into any and all Subcontracts or subordinate agreements issued in support of this contract.

## H.5.8 SECURITY MANAGEMENT
The Contractor shall appoint a senior official to act as the Corporate Security Officer. The individual will interface with the OPR-PSU through the COR on all security matters, to include physical, personnel, and protection of all Government information and data accessed by the Contractor.

The COR and the OPR-PSU shall have the right to inspect the procedures, methods, and facilities utilized by the Contractor in complying with the security requirements under this contract. Should the COR determine that the Contractor is not complying with the security requirements of this contract, the Contractor will be informed in writing by the Contracting Officer of the proper action to be taken in order to effect compliance with such requirements.

The following computer security requirements apply to both Department of Homeland Security (DHS) U.S. Immigration and Customs Enforcement (ICE) operations and to the former Immigration and Naturalization Service operations (FINS). These entities are hereafter referred to as the Department.

## H.5.9 INFORMATION TECHNOLOGY
When sensitive government information is processed on Department telecommunications and automated information systems, the Contractor agrees to provide for the administrative control of sensitive data being processed and to adhere to the procedures governing such data as outlined in DHS IT Security Program Publication DHS MD 4300.Pub. or its replacement. Contractor personnel must have favorably adjudicated background investigations commensurate with the defined sensitivity level.

Contractors who fail to comply with Department security policy are subject to having their access to Department IT systems and facilities terminated, whether or not the failure results in criminal prosecution. Any person who improperly discloses sensitive information is subject to criminal and civil penalties and sanctions under a variety of laws (e.g., Privacy Act).

## H.5.10 INFORMATION TECHNOLOGY SECURITY TRAINING AND OVERSIGHT
All contractor employees using Department automated systems or processing Department sensitive data will be required to receive Security Awareness Training. This training will be provided by the appropriate component agency of DHS.

Contractors who are involved with management, use, or operation of any IT systems that handle sensitive information within or under the supervision of the Department, shall receive periodic training at least annually in security awareness and accepted security practices and systems rules of behavior. Department contractors, with significant security responsibilities, shall receive specialized training specific to their security responsibilities annually. The level of training shall be commensurate with the individual's duties and responsibilities and is intended to promote a consistent understanding of the principles and concepts of telecommunications and IT systems security.

All personnel who access Department information systems will be continually evaluated while performing these duties. Supervisors should be aware of any unusual or inappropriate behavior by personnel accessing

Contract Number HSCEDM-14-D-00004

systems. Any unauthorized access, sharing of passwords, or other questionable security procedures should be reported to the local Security Office or Information System Security Officer (ISSO).

## H.6 PRIVACY REQUIREMENTS
### H.6.1 Definitions

"Breach," as used in this clause, means the loss of control, compromise, unauthorized disclosure, unauthorized acquisition, unauthorized access, or any similar situation where persons other than authorized users, and for other than authorized purpose, have access or potential access to Personally Identifiable Information, in usable form whether physical or electronic. "Breach" may be used interchangeably with "Privacy Incident".

"Personally Identifiable Information (PII)," as used in this clause, means any information that permits the identity of an individual to be directly or indirectly inferred, including any other information that is linked or linkable to that individual regardless of whether the individual is a citizen of the United States, legal permanent resident, or a visitor to the United States.

Examples of PII include: name, date of birth, mailing address, telephone number, Social Security Number (SSN), email address, zip code, account numbers, certificate/license numbers, vehicle identifiers including license plates, uniform resource locators (URLs), Internet protocol addresses, biometric identifiers (e.g., fingerprints), photographic facial images, or any other unique identifying number or characteristic, and any information where it is reasonably foreseeable that the information will be linked with other information to identify the individual.

"Sensitive Personally Identifiable Information (Sensitive PII)," as used in this clause, is a subset of Personally Identifiable Information, which if lost, compromised or disclosed without authorization, could result in substantial harm, embarrassment, inconvenience, or unfairness to an individual. Complete social security numbers (SSN), alien registration numbers (A-number) and biometric identifiers (e.g., fingerprint, voiceprint, iris scan) are considered Sensitive PII even if they are not coupled with additional PII. Additional examples include any groupings of information that contains an individual's name or other unique identifier plus one or more of the following elements:

    (1) Driver's license number, passport number, or truncated SSN (such as last 4 digits)
    (2) Date of birth (month, day, and year)
    (3) Citizenship or immigration status
    (4) Financial information such as account numbers or Electronic Funds Transfer Information
    (5) Medical Information
    (6) System authentication information such as mother's maiden name, account passwords or personal
        identification numbers (PIN)

Other Personally Identifiable Information may be "sensitive" depending on its context, such as a list of employees with less than satisfactory performance ratings or an unlisted home address or phone number. In contrast, a business card or public telephone directory of agency employees contains Personally Identifiable Information but it is not sensitive.

"Real Data," as used in this clause, means data from a production system, vendor, or public records, or any other dataset which otherwise contains operational data.

Examples of real data include a dataset that is a ten-year old backup of an existing system and contains data about real individuals, matters, or cases, would be real data. A set of public records that was purchased from a vendor for use in testing would also be real data.

## H.6.2 Systems Access

Work to be performed under this contract requires the handling of Sensitive PII. The contractor shall provide the Government access to, and information regarding systems the contractor operates on behalf of the Government under this contract, when requested by the Government, as part of its responsibility to ensure compliance with security requirements, and shall otherwise cooperate with the Government in assuring compliance with such requirements. Government access shall include independent validation testing of controls, system penetration testing by the Government, Federal Information Security Management Act (FISMA) data reviews, and access by agency Inspectors General for its reviews.

## H.6.3 Data Security

Contractor shall limit access to the data covered by this clause to those employees and subcontractors who require the information in order to perform their official duties under this contract. The contractor, contractor employees, and subcontractors must physically secure Sensitive PII when not in use and/or under the control of an authorized individual, and when in transit to prevent unauthorized access or loss. When Sensitive PII is no longer needed or required to be retained under applicable Government records retention policies, it must be destroyed through means that will make the Sensitive PII irretrievable.

The contractor shall only use Sensitive PII obtained under this contract for purposes of the contract, and shall not collect or use such information for any other purpose without the prior written approval of the contracting officer. At expiration or termination of this contract, the contractor shall turn over all Sensitive PII obtained under the contract that is in its possession to the Government.

The Department of Homeland Security (DHS) has determined that performance of the tasks as described in this contract requires that the Contractor, vendor(s), etc. (herein known as Contractor) have access to sensitive DHS information, and that the Contractor will adhere to the following:

(1) The contractor will safeguard any PII information and conduct training regarding the handling and protection of PII.

(2) The contractor must report all suspected or confirmed incidents involving the loss and/or disclosure of PII to the Contracting Officer's Representative (COR).

(3) The contractor agrees to reimburse ICE for the full cost of procuring victim remediation services, acquired following a loss or compromise of any identifying information about individuals, due to any act or omission of contractor or its employees, agents, subcontractors, or lower tier subcontractors. In its sole discretion, ICE will determine what victim remediation services are reasonable under the circumstances. The contractor will promptly notify the COR of a "security incident" as set forth in the DHS Handbook for safeguarding sensitive PII. Upon such notification, ICE/OAQ will secure from a Department entity or the Office of Inspector General an independent risk analysis of the data breach to determine the level of risk associated with the data breach for the potential misuse of any sensitive personal information involved in the data breach.

(4) The contractor will hold harmless and unconditionally indemnify the government for the full extent of any liability, loss, cost, claim, damage, or expense resulting from, or in connection with, a loss or disclosure of PII in connection with the work performed under this contract due to any act or omission of contractor or its employees, agents, subcontractors, or lower tier subcontractors.

Note: The term 'data breach' means the loss, theft, or other unauthorized access to data containing sensitive personal information, in electronic or printed form, that results in the potential compromise of the confidentiality or integrity of the data. Contractor shall fully cooperate with the entity performing the risk analysis. Contractor agrees that failure to cooperate maybe deemed a material breach of the contract by the government. The DHS Handbook for safeguarding sensitive PII can be found at:
http://www.dhs.gov/xlibrary/assets/privacy/privacy-guide-spii-handbook.pdf

## H.6.4 Pass-Through to Subcontractors

The contractor agrees to incorporate the substance of this clause, its terms and requirements, in all subcontracts under this contract, and to require written subcontractor acknowledgement of same. Violation by a subcontractor of any provision set forth in this clause will be attributed to the contractor.

## H.6.5 Enhanced and More Specific IT Security Provisions

Contractor and sub-Contractors shall encrypt all "Sensitive Personally Identifiable Information" (Sensitive PII) data provided to them, collected for, or created under the contract. This requirement applies to all Sensitive PII data at rest and in transit and regardless of the physical or logical location of the data. The encryption must meet FIPS PUB 140-2 (Federal Information Processing Standards, established by the National Institute of Standards and Technology). An example encryption method that meets FIPS PUB 140-2 is AES 256 bit encryption. If the Contractor does not meet these standards, it should be considered and dealt with as a nonperformance issue.

DHS has published a guidebook defining Sensitive PII and setting standards for Sensitive PII handling and protection. The *DHS Handbook for Safeguarding Sensitive PII* is a public document on the DHS Privacy Office website. Link: http://www.dhs.gov/xlibrary/assets/privacy/privacy_guide_Sensitive_PII_handbook.pdf

## H.6.6 Required Privacy Training for Contractors

Contractor shall provide training for all employees and sub-Contractors that have access to Sensitive PII as well as the creation, use, dissemination and / or destruction of Sensitive PII, at the outset of the sub-Contractor's / employee's work on the contract and every year thereafter. Said training would include procedures on how to properly handle Sensitive PII, to include security requirements for transporting of transmitting Sensitive PII information, reporting requirements for a suspected breach or loss of Sensitive PII information, etc.

The Federal Information Security Management Act (FISMA) requires all individuals accessing ICE information, regardless of their employment status, be they Federal or contract type employees, to take the annual Information Assurance Awareness Training (IAAT). In addition, all Contractor employees are required to complete ICE's Records Management Training annually.

Both courses (IAAT and Records Management) can be obtained via government provided CD. Contractor shall maintain copies of certificates as a record of compliance. The Contractor must submit an annual e-mail notification to the ICE COR that the required training has been completed for all the Contractor's employees.

Source Selection Information - - See FAR 3.104

Contract Number HSCEDM-14-D-00004

## H.6.7 Reporting Suspected Loss of Sensitive PII

Contractors must report the suspected loss or compromise of Sensitive PII to ICE in a timely manner and cooperate with ICE's Inquiry into the incident and efforts to remediate any harm to potential victims. The contracts should require the following (for existing and all new contracts involving Contracts handling Sensitive PII):

1. Contractor must report the suspected loss or compromise of Sensitive PII by its employees or sub-Contractors to the ICE Contracting Officer's Representative (COR) or Contracting Officer within one (1) hour of the initial discovery.

2. The Contractor must develop and include in its security plan (which is submitted to ICE) an internal system by which its employees and sub-Contractors are trained to identify and report potential loss or compromise of Sensitive PII.

3. The Contractor must provide a written report to ICE within 24 hours of the suspected loss or compromise of Sensitive PII containing the following information:

   a. Narrative, detailed description of the events surrounding the suspected loss/compromise.
   b. Date, time, and location of the incident.
   c. Type of information lost or compromised.
   d. Contractor's assessment of the likelihood that the information was compromised or lost and the reasons behind the assessment.
   e. Names of person(s) involved, including victim, Contractor employee/sub-Contractor and any witnesses.
   f. Cause of the incident and whether the company's security plan was followed or not, and which specific provisions were not followed.
   g. Actions that have been or will be taken to minimize damage and/or mitigate further compromise.
   h. Recommendations to prevent similar situations in the future, including whether the security plan needs to be modified in any way and whether additional training may be required.

4. The Contractor must cooperate with ICE or other government agency inquiries into the suspected loss or compromise of Sensitive PII.

5. At the government's discretion, Contractor employees or sub-Contractor employees may be identified as no longer eligible to access Sensitive PII or to work on that contract based on their actions related to the loss or compromise of Sensitive PII.

## H.6.8 Separation Checklist for Contractor Employees

Contractors shall enact a protocol to use a separation checklist before its employees terminate working in the contract. The separation check list would cover areas such as:
   (1) Return of any government-furnished equipment;
   (2) Return or proper disposal of Sensitive PII (paper or electronic) in the custody of the Contractor employee or independent Contractor, including the wiping of data on any computer systems or media as appropriate; and
   (3) Termination of any technological access to the Contractor's facilities or systems that would permit the terminated employee's access Sensitive PII.

Contract Number HSCEDM-14-D-00004

In the event of adverse job actions resulting in the dismissal of a Contractor employee or sub-Contractor, the Contractor shall notify the COR within 24 hours. For normal separations, the Contractor shall submit the checklist on the last day of the employment or work on the contract. The Contractor shall provide a copy of the checklist to the COR, if request by the COR, within 5-business days following the employee's termination.

### H.6.9 Restrictions on Testing Using Real Data Containing PII

The use of real data containing Sensitive PII, from any source, for testing purposes is generally prohibited. The Contractor shall use synthetic or de-identified real data for testing whenever feasible. ICE policy requires that any proposal to use real data or de-identified data for IT system testing be approved by the ICE Privacy Officer and Chief Information Security Officer in advance. In the event performance of the contract requires or necessitates the use of real data for system testing purposes, the Contractor in coordination with the CO or COR and government program manager shall obtain approval from OCIO and the ICE Privacy Office and complete any required documentation.

### H.6.10 Restrictions on Training Using Real Data Containing PII

The use of real data containing Sensitive PII, from any source, for training purposes is generally prohibited. The Contractor shall use synthetic or de-identified real data for training whenever feasible. ICE policy requires that any proposal to use real data or de-identified data for IT system training be approved by the ICE Privacy Officer and Chief Information Security Officer in advance. In the event performance of the contract requires or necessitates the use of real data for training purposes, the Contractor in coordination with the CO or COR and government program manager shall obtain approval from OCIO and the ICE Privacy Office and complete any required documentation.

### H.6.11 Contractor IT Systems Hosting Government Data

The Contractor is required to obtain a Certification and Accreditation for any IT environment owned or controlled by the Contractor, or any subcontractor, on which Government data shall reside for purposes of IT system development, design, data migration, testing, training, or disposal. The Contractor shall certify in writing the destruction or return of all Government data at the conclusion of the contract.

### H.6.12 Support Completion of Privacy Compliance Documents

The Contractor shall support the completion of the Privacy Threshold Analysis (PTA) document when it is required. PTAs are triggered by the creation, modification, upgrade, or disposition of an IT system, and must be renewed at least every three years. Upon review of the PTA, the DHS Privacy Office determines whether a Privacy Impact Assessment (PIA) and/or Privacy Act System of Records Notice (SORN), or modifications thereto, are required. The Contractor shall provide adequate support to complete the PIA in a timely manner, and shall ensure that project management plans and schedules include the PTA, PIA, and SORN (to the extent required) as milestones.

Additional information on the privacy compliance process at DHS, including PTAs, PIAs, and SORNs, is located on the DHS Privacy Office website (www.dhs.gov/privacy) under "Privacy Compliance Process & Templates." DHS Privacy Policy Guidance Memorandum 2008-02 sets forth when a PIA will be required at

Contract Number HSCEDM-14-D-00004

DHS, and the Privacy Impact Assessment Guidance and Template outline the requirements and format for the PIA.

Contract Number HSCEDM-14-D-00004

## Section I:  Contract Clauses

## CLAUSES INCLUDED BY REFERENCE:

| | |
|---|---|
| 52.202-1 | Definitions (Nov 2013) |
| 52.203-3 | Gratuities (Apr 1984) |
| 52.203-5 | Covenant Against Contingent Fees (Apr 1984) |
| 52.203-6 | Restrictions on Subcontractor Sales to the Government (Sep 2006) |
| 52.203-7 | Anti-Kickback Procedures (Oct 2010) |
| 52.203-8 | Cancellation, Rescission, and Recovery of Funds for Illegal or Improper Activity (Jan 1997) |
| 52.203-10 | Price or Fee Adjustment for Illegal or Improper Activity (Jan 1997) |
| 52.203-12 | Limitation on Payments to Influence Certain Federal Transactions (Oct 2010) |
| 52.204-4 | Printed or Copied Double-Sided on Postconsumer Fiber Content Paper (May 2011) |
| 52.204-7 | System for Award Management (Jul 2013) |
| 52.204-9 | Personal Identity Verification of Contractor Personnel (Jan 2011) |
| 52.204-10 | Reporting Executive Compensation and First-Tier Subcontract Awards (Jul 2013) |
| 52.209-6 | Protecting the Government's Interest When Subcontracting with Contractors Debarred, Suspended, or Proposed for Debarment (Aug 2013) |
| 52.215-2 | Audit and Records -- Negotiation (Jun 1999) |
| 52.215-8 | Order of Precedence -- Uniform Contract Format (Oct 1997) |
| 52.219-8 | Utilization of Small Business Concerns (Jul 2013) |
| 52.219-9 | Small Business Subcontracting Plan -Alternate II (Oct 2001) (Jul 2013) |
| 52.219-16 | Liquidated Damages -- Subcontracting Plan (Jan 1999) |
| 52.219-28 | Post-Award Small Business Program Representations (Jul 2013) |
| 52.222-1 | Notice to the Government of Labor Disputes (Feb 1997) |
| 52.222-3 | Convict Labor (June 2003) |
| 52.222-17 | Nondisplacement of Qualified Workers (Jan 2013) |
| 52.222-21 | Prohibition of Segregated Facilities (Feb 1999) |
| 52.222-26 | Equal Opportunity (Mar 2007) |
| 52.222-35 | Equal Opportunity for Veterans (Sep 2010) |
| 52.222-37 | Employment Reports on Veterans (Sep 2010) |
| 52.222-41 | Service Contract Act of 1965.  (Nov 2007) |
| 52.222-43 | Fair Labor Standards Act and Service Contract Labor Standards -- Price Adjustment (Multiple Year and Option Contracts). (May 2014) |
| 52.222-50 | Combating Trafficking in Persons (Feb 2009) |
| 52.222-54 | Employment Eligibility Verification (Aug 2013) |
| 52.223-6 - | Drug-Free Workplace (May 2001) |
| 52.224-1 | Privacy Act Notification (Apr 1984) |
| 52.224-2 | Privacy Act (Apr 1984) |
| 52.225-13 | Restriction on Certain Foreign Purchases (Jun 2008) |
| 52.225-25 | Prohibition on Contracting with Entities Engaged in Sanctioned Activities Relating to Iran - Representation and Certification.  (Dec 2012) |
| 52.227-14 | Rights in Data -- General (Dec 2007) |
| 52.228-5 | Insurance -- Work on a Government Installation (Jan 1997) |
| 52.229-3 | Federal, State, and Local Taxes (Feb 2013) |
| 52.232-1 | Payments (Apr. 1984) |
| 52.232-8 | Discounts for Prompt Payment (Feb 2002) |

| | |
|---|---|
| 52.232-17 | Interest (Oct 2010) |
| 52.232-23 | Assignment of Claims (Jan 1986) |
| 52.232-25 | Prompt Payment (Jul 2013) |
| 52.232-33 | Payment by Electronic Funds Transfer--System for Award Management (Jul 2013) |
| 52.232-39 | Unenforceability of Unauthorized Obligations.  (Jun 2013) |
| 52.233-1 | Disputes (July 2002) |
| 52.233-02 | Service of Protest.  (Sep 2006) |
| 52.233-3 | Protest after Award (Aug. 1996) |
| 52.233-4 | Applicable Law For Breach Of Contract Claim (Oct 2004) |
| 52.237-2 | Protection of Government Buildings, Equipment, and Vegetation (Apr 1984) |
| 52.237-3 | Continuity of Services (Jan 1991) |
| 52.239-1 | Privacy or Security Safeguards (Aug. 1996) |
| 52.242-3 | Penalties for Unallowable Costs (May 2001) |
| 52.242-13 | Bankruptcy (Jul 1995) |
| 52.242-15 | Stop-Work Order (Aug. 1989) |
| 52.243-1 | Changes -- Fixed Price - *Alternate III (Apr 1984)* (Aug 1987) |
| 52.245-1 | Government Property - *Alternate I* (Apr 2012) |
| 52.245-9 | Use and Charges (Apr 2012) |
| 52.246-20 | Warranty of Services (May 2001) |
| 52.246-25 | Limitation of Liability – Services (Feb 1997) |
| 52.249-14 | Excusable Delays (Apr 1984) |

Source Selection Information - - See FAR 3.104

## CLAUSES IN FULL TEXT:

**52.203-13 -- Contractor Code of Business Ethics and Conduct. (Apr 2010)**

(a) *Definition*. As used in this clause--

"Agent" means any individual, including a director, an officer, an employee, or an independent Contractor, authorized to act on behalf of the organization.

"Full cooperation"—

(1) Means disclosure to the Government of the information sufficient for law enforcement to identify the nature and extent of the offense and the individuals responsible for the conduct. It includes providing timely and complete response to Government auditors' and investigators' request for documents and access to employees with information;

(2) Does not foreclose any Contractor rights arising in law, the FAR, or the terms of the contract. It does not require—

(i) A Contractor to waive its attorney-client privilege or the protections afforded by the attorney work product doctrine; or

(ii) Any officer, director, owner, or employee of the Contractor, including a sole proprietor, to waive his or her attorney client privilege or Fifth Amendment rights; and

(3) Does not restrict a Contractor from—

(i) Conducting an internal investigation; or

(ii) Defending a proceeding or dispute arising under the contract or related to a potential or disclosed violation.

"Principal" means an officer, director, owner, partner, or a person having primary management or supervisory responsibilities within a business entity (e.g., general manager; plant manager; head of a division or business segment; and similar positions).

"Subcontract" means any contract entered into by a subcontractor to furnish supplies or services for performance of a prime contract or a subcontract.

"Subcontractor" means any supplier, distributor, vendor, or firm that furnished supplies or services to or for a prime contractor or another subcontractor.

"United States" means the 50 States, the District of Columbia, and outlying areas.

(b) Code of business ethics and conduct.

(1) Within 30 days after contract award, unless the Contracting Officer establishes a longer time period, the Contractor shall—

(i) Have a written code of business ethics and conduct;

(ii) Make a copy of the code available to each employee engaged in performance of the contract.

(2) The Contractor shall—

(i) Exercise due diligence to prevent and detect criminal conduct; and

(ii) Otherwise promote an organizational culture that encourages ethical conduct and a commitment to compliance with the law.

(3)

(i) The Contractor shall timely disclose, in writing, to the agency Office of the Inspector General (OIG), with a copy to the Contracting Officer, whenever, in connection with the award, performance, or closeout of this contract or any subcontract thereunder, the Contractor has credible evidence that a principal, employee, agent, or subcontractor of the Contractor has committed—

(A) A violation of Federal criminal law involving fraud, conflict of interest, bribery, or gratuity violations found in Title 18 of the United States Code; or

(B) A violation of the civil False Claims Act (31 U.S.C. 3729-3733).

(ii) The Government, to the extent permitted by law and regulation, will safeguard and treat information obtained pursuant to the Contractor's disclosure as confidential where the information has been marked

"confidential" or "proprietary" by the company. To the extent permitted by the law and regulation, such information will not be released by the Government to the public pursuant to a Freedom of Information Act request, 5 U.S.C. Section 552, without prior notification to the Contractor. The Government may transfer documents provided by the Contractor to any department or agency within the Executive Branch if the information relates to matters within the organization's jurisdiction.

(iii) If the violation relates to an order against a Governmentwide acquisition contract, a multi-agency contract, a multiple-award schedule contract such as the Federal Supply Schedule, or any other procurement instrument intended for use by multiple agencies, the Contractor shall notify the OIG of the ordering agency and the IG of the agency responsible for the basic contract.

(c) *Business ethics awareness and compliance program and internal control system.* This paragraph (c) does not apply if the Contractor has represented itself as a small business concern pursuant to the award of this contract or if this contract is for the acquisition of a commercial item as defined at FAR 2.101. The Contractor shall establish the following within 90 days after contract award, unless the Contracting Officer establishes a longer time period:

(1) An ongoing business ethics awareness and compliance program.

(i) This program shall include reasonable steps to communicate periodically and in a practical manner the Contractor's standards and procedures and other aspects of the Contractor's business ethics awareness and compliance program and internal control system, by conducting effective training programs and otherwise disseminating information appropriate to an individual's respective roles and responsibilities.

(ii) The training conducted under this program shall be provided to the Contractor's principals and employees, and as appropriate, the Contractor's agents and subcontractors.

(2) An internal control system.

(i) The Contractor's internal control system shall—

(A) Establish standards and procedures to facilitate timely discovery of improper conduct in connection with Government contracts; and

(B) Ensure corrective measures are promptly instituted and carried out.

(ii) At a minimum, the Contractor's internal control system shall provide for the following:

(A) Assignment of responsibility at a sufficiently high level and adequate resources to ensure effectiveness of the business ethics awareness and compliance program and internal control system.

(B) Reasonable efforts not to include an individual as a principal, whom due diligence would have exposed as having engaged in conduct that is in conflict with the Contractor's code of business ethics and conduct.

(C) Periodic reviews of company business practices, procedures, policies, and internal controls for compliance with the Contractor's code of business ethics and conduct and special requirements of Government contracting, including—

(*1*) Monitoring and auditing to detect criminal conduct;

(*2*) Periodic evaluation of the effectiveness of the business ethics awareness and compliance program and internal control system, especially if criminal conduct has been detected; and

(*3*) Periodic assessment of the risk of criminal conduct, with appropriate steps to design, implement, or modify the business ethics awareness and compliance program and the internal control system as necessary to reduce the risk of criminal conduct identified through this process.

(D) An internal reporting mechanism, such as a hotline, which allows for anonymity or confidentiality, by which employees may report suspected instances of improper conduct, and instructions that encourage employees to make such reports.

(E) Disciplinary action for improper conduct or for failing to take reasonable steps to prevent or detect improper conduct.

(F) Timely disclosure, in writing, to the agency OIG, with a copy to the Contracting Officer, whenever, in connection with the award, performance, or closeout of any Government contract performed by the Contractor or a subcontractor thereunder, the Contractor has credible evidence that a principal, employee,

agent, or subcontractor of the Contractor has committed a violation of Federal criminal law involving fraud, conflict of interest, bribery, or gratuity violations found in Title 18 U.S.C. or a violation of the civil False Claims Act (31 U.S.C. 3729-3733).

(1) If a violation relates to more than one Government contract, the Contractor may make the disclosure to the agency OIG and Contracting Officer responsible for the largest dollar value contract impacted by the violation.

(2) If the violation relates to an order against a Governmentwide acquisition contract, a multi-agency contract, a multiple-award schedule contract such as the Federal Supply Schedule, or any other procurement instrument intended for use by multiple agencies, the contractor shall notify the OIG of the ordering agency and the IG of the agency responsible for the basic contract, and the respective agencies' contracting officers.

(3) The disclosure requirement for an individual contract continues until at least 3 years after final payment on the contract.

(4) The Government will safeguard such disclosures in accordance with paragraph (b)(3)(ii) of this clause.

(G) Full cooperation with any Government agencies responsible for audits, investigations, or corrective actions.

(d) Subcontracts.

(1) The Contractor shall include the substance of this clause, including this paragraph (d), in subcontracts that have a value in excess of $5,000,000 and a performance period of more than 120 days.

(2) In altering this clause to identify the appropriate parties, all disclosures of violation of the civil False Claims Act or of Federal criminal law shall be directed to the agency Office of the Inspector General, with a copy to the Contracting Officer.

(End of clause)


**52.203-14 – Display of Hotline Poster(s) (Dec 2007)**

(a) *Definition.*

"United States," as used in this clause, means the 50 States, the District of Columbia, and outlying areas.

(b) Display *of fraud hotline poster(s).* Except as provided in paragraph (c)—

> (1) During contract performance in the United States, the Contractor shall prominently display in common work areas within business segments performing work under this contract and at contract work sites—
>
>> (i) Any agency fraud hotline poster or Department of Homeland Security (DHS) fraud hotline poster identified in paragraph (b)(3) of this clause; and
>>
>> (ii) Any DHS fraud hotline poster subsequently identified by the Contracting Officer.
>
> (2) Additionally, if the Contractor maintains a company website as a method of providing information to employees, the Contractor shall display an electronic version of the poster(s) at the website.
>
> (3) Any required posters may be obtained as follows:
>
> Poster(s) Obtain from
> Department of Homeland Security Office of Inspector General Hotline Poster
> Department of Homeland Security
> Washington, DC 20528
> Attn: Office of Inspector General, Hotline
> (i) Appropriate agency name(s) and/or title of applicable Department of Homeland Security fraud hotline poster); and
> (ii) The website(s) or other contact information for obtaining the poster(s).) The poster may be located and downloaded from:
> http://www.oig.dhs.gov/assets/Hotline/DHS_OIG_Hotline-optimized.jpg

Source Selection Information - - See FAR 3.104

DHS Office of Inspector General Hotline may be located at: http://www.oig.dhs.gov/index.php?option=com_content&view=article&id=51&Itemid -133 , or DHS OIG Hotline at (800) 323-8603

(c) If the Contractor has implemented a business ethics and conduct awareness program, including a reporting mechanism, such as a hotline poster, then the Contractor need not display any agency fraud hotline posters as required in paragraph (b) of this clause, other than any required DHS posters.

(d) *Subcontracts.* The Contractor shall include the substance of this clause, including this paragraph (d), in all subcontracts that exceed $5,000,000, except when the subcontract—

    (1) Is for the acquisition of a commercial item; or

    (2) Is performed entirely outside the United States.

(End of clause)

## 52.217-8 -- Option to Extend Services (Nov 1999)

The Government may require continued performance of any services within the limits and at the rates specified in the contract. These rates may be adjusted only as a result of revisions to prevailing labor rates provided by the Secretary of Labor. The option provision may be exercised more than once, but the total extension of performance hereunder shall not exceed 6 months. The Contracting Officer may exercise the option by written notice to the Contractor within **sixty (60) days prior to the end of the contract period**. (End of Clause)

## 52.217-9 -- Option to Extend the Term of the Contract (Mar 2000)

(a) The Government may extend the term of this contract by written notice to the Contractor within **sixty (60) days prior to the end of the contract period** provided that the Government gives the Contractor a preliminary written notice of its intent to extend **at least thirty (30) days before the contract expires**. The preliminary notice does not commit the Government to an extension.

(b) If the Government exercises this option, the extended contract shall be considered to include this option clause.

(c) The total duration of this contract, including the exercise of any options under this clause, shall not exceed **sixty-six (66) months**. (End of Clause)

## 52.222-39 – Notification Of Employee Rights Concerning Payment Of Union Dues Or Fees (Dec 2004)

(a) Definition. As used in this clause--

"United States" means the 50 States, the District of Columbia, Puerto Rico, the Northern Mariana Islands, American Samoa, Guam, the U.S. Virgin Islands, and Wake Island.

(b) Except as provided in paragraph (e) of this clause, during the term of this contract, the Contractor shall post a notice, in the form of a poster, informing employees of their rights concerning union membership and payment of union dues and fees, in conspicuous places in and about all its plants and offices, including all places where notices to employees are customarily posted. The notice shall include the following information (except that the information pertaining to National Labor Relations Board shall not be included in notices posted in the plants or offices of carriers subject to the Railway Labor Act, as amended (45 U.S.C. 151-188)).

  Notice to Employees

  Under Federal law, employees cannot be required to join a union or maintain membership in a union in order to retain their jobs. Under certain conditions, the law permits a union and an employer to enter into a union-security agreement requiring employees to pay uniform periodic dues and initiation fees. However, employees who are not union members can object to the use of their

Contract Number HSCEDM-14-D-00004

payments for certain purposes and can only be required to pay their share of union costs relating to collective bargaining, contract administration, and grievance adjustment.

If you do not want to pay that portion of dues or fees used to support activities not related to collective bargaining, contract administration, or grievance adjustment, you are entitled to an appropriate reduction in your payment. If you believe that you have been required to pay dues or fees used in part to support activities not related to collective bargaining, contract administration, or grievance adjustment, you may be entitled to a refund and to an appropriate reduction in future payments.

For further information concerning your rights, you may wish to contact the National Labor Relations Board (NLRB) either at one of its Regional offices or at the following address or toll free number:

National Labor Relations Board
Division of Information
1099 14th Street, N.W.
Washington, DC 20570
1-866-667-
1-866-316-6572 (TTY)
To locate the nearest NLRB office, see NLRB's website at http://www.nlrb.gov

(c) The Contractor shall comply with all provisions of Executive Order 13201 of February 17, 2001, and related implementing regulations at 29 CFR Part 470, and orders of the Secretary of Labor.

(d) In the event that the Contractor does not comply with any of the requirements set forth in paragraphs (b), (c), or (g), the Secretary may direct that this contract be cancelled, terminated, or suspended in whole or in part, and declare the Contractor ineligible for further Government contracts in accordance with procedures at 29 CFR part 470, Subpart B--Compliance Evaluations, Complaint Investigations and Enforcement Procedures. Such other sanctions or remedies may be imposed as are provided by 29 CFR Part 470, which implements Executive Order 13201, or as are otherwise provided by law.

(e) The requirement to post the employee notice in paragraph (b) does not apply to--

(1) Contractors and subcontractors that employ fewer than 15 persons;

(2) Contractor establishments or construction work sites where no union has been formally recognized by the Contractor or certified as the exclusive bargaining representative of the Contractor's employees;

(3) Contractor establishments or construction work sites located in a jurisdiction named in the definition of the United States in which the law of that jurisdiction forbids enforcement of union-security agreements;

(4) Contractor facilities where upon the written request of the Contractor, the Department of Labor Deputy Assistant Secretary for Labor-Management Programs has waived the posting requirements with respect to any of the Contractor's facilities if the Deputy Assistant Secretary finds that the Contractor has demonstrated that--

(i) The facility is in all respects separate and distinct from activities of the Contractor related to the performance of a contract; and

(ii) Such a waiver will not interfere with or impede the effectuation of the Executive order; or

(5) Work outside the United States that does not involve the recruitment or employment of workers within the United States.

(f) The Department of Labor publishes the official employee notice in two variations; one for contractors covered by the Railway Labor Act and a second for all other contractors. The Contractor shall--

Contract Number HSCEDM-14-D-00004

(1) Obtain the required employee notice poster from the Division of Interpretations and Standards, Office of Labor-Management Standards, U.S. Department of Labor, 200 Constitution Avenue, NW, Washington, DC 20210, or from any field office of the Department's Office of Labor-Management Standards or Office of Federal Contract Compliance Programs;

(2) Download a copy of the poster from the Office of Labor-Management Standards website at http://www.olms.dol.gov; or

(3) Reproduce and use exact duplicate copies of the Department of Labor's official poster.

(g) The Contractor shall include the substance of this clause in every subcontract or purchase order that exceeds the simplified acquisition threshold, entered into in connection with this contract, unless exempted by the Department of Labor Deputy Assistant Secretary for Labor-Management Programs on account of special circumstances in the national interest under authority of 29 CFR 470.3(c). For indefinite quantity subcontracts, the Contractor shall include the substance of this clause if the value of orders in any calendar year of the subcontract is expected to exceed the simplified acquisition threshold. Pursuant to 29 CFR Part 470, Subpart B--Compliance Evaluations, Complaint Investigations and Enforcement Procedures, the Secretary of Labor may direct the Contractor to take such action in the enforcement of these regulations, including the imposition of sanctions for noncompliance with respect to any such subcontract or purchase order. If the Contractor becomes involved in litigation with a subcontractor or vendor, or is threatened with such involvement, as a result of such direction, the Contractor may request the United States, through the Secretary of Labor, to enter into such litigation to protect the interests of the United States.

(End of Clause)

## 52.232-19 -- Availability of Funds for the Next Fiscal Year (Apr 1984)

Funds are not presently available for performance under this contract beyond the contract year in effect. The Government's obligation for performance of this contract beyond that date is contingent upon the availability of appropriated funds from which payment for contract purposes can be made. No legal liability on the part of the Government for any payment may arise for performance under this contract beyond the contract year in effect until funds are made available to the Contracting Officer for performance and until the Contractor receives notice of availability, to be confirmed in writing by the Contracting Officer. (End of Clause)

## 52.244-2 -- Subcontracts (Oct 2010)

(a) *Definitions.* As used in this clause—

"Approved purchasing system" means a Contractor's purchasing system that has been reviewed and approved in accordance with Part 44 of the Federal Acquisition Regulation (FAR)

"Consent to subcontract" means the Contracting Officer's written consent for the Contractor to enter into a particular subcontract.

"Subcontract" means any contract, as defined in FAR Subpart 2.1, entered into by a subcontractor to furnish supplies or services for performance of the prime contract or a subcontract. It includes, but is not limited to, purchase orders, and changes and modifications to purchase orders.

(b) When this clause is included in a fixed-price type contract, consent to subcontract is required only on unpriced contract actions (including unpriced modifications or unpriced delivery orders), and only if required in accordance with paragraph (c) or (d) of this clause.

(c) If the Contractor does not have an approved purchasing system, consent to subcontract is required for any subcontract that-

(1) Is of the cost-reimbursement, time-and-materials, or labor-hour type; or

(2) Is fixed-price and exceeds—

(i) For a contract awarded by the Department of Defense, the Coast Guard, or the National Aeronautics and Space Administration, the greater of the simplified acquisition threshold or 5 percent of the total estimated cost of the contract; or

(ii) For a contract awarded by a civilian agency other than the Coast Guard and the National Aeronautics and Space Administration, either the simplified acquisition threshold or 5 percent of the total estimated cost of the contract.

(d) If the Contractor has an approved purchasing system, the Contractor nevertheless shall obtain the Contracting Officer's written consent before placing the following subcontracts:

N/A

_____

_____

_____

(e)(1) The Contractor shall notify the Contracting Officer reasonably in advance of placing any subcontract or modification thereof for which consent is required under paragraph (b), (c), or (d) of this clause, including the following information:

(i) A description of the supplies or services to be subcontracted.

(ii) Identification of the type of subcontract to be used.

(iii) Identification of the proposed subcontractor.

(iv) The proposed subcontract price.

(v) The subcontractor's current, complete, and accurate certified cost or pricing data and Certificate of Current Cost or Pricing Data, if required by other contract provisions.

(vi) The subcontractor's Disclosure Statement or Certificate relating to Cost Accounting Standards when such data are required by other provisions of this contract.

(vii) A negotiation memorandum reflecting -

(A) The principal elements of the subcontract price negotiations;

(B) The most significant considerations controlling establishment of initial or revised prices;

(C) The reason certified cost or pricing data were or were not required;

(D) The extent, if any, to which the Contractor did not rely on the subcontractor's certified cost or pricing data in determining the price objective and in negotiating the final price;

(E) The extent to which it was recognized in the negotiation that the subcontractor's certified cost or pricing data were not accurate, complete, or current; the action taken by the Contractor and the subcontractor; and the effect of any such defective data on the total price negotiated;

(F) The reasons for any significant difference between the Contractor's price objective and the price negotiated; and

(G) A complete explanation of the incentive fee or profit plan when incentives are used. The explanation shall identify each critical performance element, management decisions used to quantify each incentive element, reasons for the incentives, and a summary of all trade-off possibilities considered.

(2) The Contractor is not required to notify the Contracting Officer in advance of entering into any subcontract for which consent is not required under paragraph (b), (c), or (d) of this clause.

(f) Unless the consent or approval specifically provides otherwise, neither consent by the Contracting Officer to any subcontract nor approval of the Contractor's purchasing system shall constitute a determination -

(1)    Of    the    acceptability    of    any    subcontract    terms    or    conditions;

(2)    Of    the    allowability    of    any    cost    under    this    contract;    or

(3) To relieve the Contractor of any responsibility for performing this contract.

(g) No subcontract or modification thereof placed under this contract shall provide for payment on a cost-plus-a-percentage-of-cost basis, and any fee payable under cost-reimbursement type subcontracts shall not exceed the fee limitations in FAR 15.404-4(c)(4)(i).

(h) The Contractor shall give the Contracting Officer immediate written notice of any action or suit filed and prompt notice of any claim made against the Contractor by any subcontractor or vendor that, in the opinion of the Contractor, may result in litigation related in any way to this contract, with respect to which the Contractor may be entitled to reimbursement from the Government.

(i) The Government reserves the right to review the Contractor's purchasing system as set forth in FAR Subpart 44.3.

(j) Paragraphs (c) and (e) of this clause do not apply to the following subcontracts, which were evaluated during negotiations:

(End of Clause)

## 52.249-2 -- Termination for Convenience of the Government (Fixed-Price) (Apr 2012)

(a) The Government may terminate performance of work under this contract in whole or, from time to time, in part if the Contracting Officer determines that a termination is in the Government's interest. The Contracting Officer shall terminate by delivering to the Contractor a Notice of Termination specifying the extent of termination and the effective date.

(b) After receipt of a Notice of Termination, and except as directed by the Contracting Officer, the Contractor shall immediately proceed with the following obligations, regardless of any delay in determining or adjusting any amounts due under this clause:

(1) Stop work as specified in the notice.

(2) Place no further subcontracts or orders (referred to as subcontracts in this clause) for materials, services, or facilities, except as necessary to complete the continued portion of the contract.

(3) Terminate all subcontracts to the extent they relate to the work terminated.

(4) Assign to the Government, as directed by the Contracting Officer, all right, title, and interest of the Contractor under the subcontracts terminated, in which case the Government shall have the right to settle or to pay any termination settlement proposal arising out of those terminations.

(5) With approval or ratification to the extent required by the Contracting Officer, settle all outstanding liabilities and termination settlement proposals arising from the termination of subcontracts; the approval or ratification will be final for purposes of this clause.

(6) As directed by the Contracting Officer, transfer title and deliver to the Government --

(i) The fabricated or unfabricated parts, work in process, completed work, supplies, and other material produced or acquired for the work terminated; and

(ii) The completed or partially completed plans, drawings, information, and other property that, if the contract had been completed, would be required to be furnished to the Government.

(7) Complete performance of the work not terminated.

(8) Take any action that may be necessary, or that the Contracting Officer may direct, for the protection and preservation of the property related to this contract that is in the possession of the Contractor and in which the Government has or may acquire an interest.

(9) Use its best efforts to sell, as directed or authorized by the Contracting Officer, any property of the types referred to in subparagraph (b)(6) of this clause; *provided*, however, that the Contractor

    (i) is not required to extend credit to any purchaser and

    (ii) may acquire the property under the conditions prescribed by, and at prices approved by, the Contracting Officer.

    The proceeds of any transfer or disposition will be applied to reduce any payments to be made by the Government under this contract, credited to the price or cost of the work, or paid in any other manner directed by the Contracting Officer.

(c) The Contractor shall submit complete termination inventory schedules no later than 120 days from the effective date of termination, unless extended in writing by the Contracting Officer upon written request of the Contractor within this 120-day period.

(d) After expiration of the plant clearance period as defined in Subpart 49.001 of the Federal Acquisition Regulation, the Contractor may submit to the Contracting Officer a list, certified as to quantity and quality, of termination inventory not previously disposed of, excluding items authorized for disposition by the Contracting Officer. The Contractor may request the Government to remove those items or enter into an agreement for their storage. Within 15 days, the Government will accept title to those items and remove them or enter into a storage agreement. The Contracting Officer may verify the list upon removal of the items, or if stored, within 45 days from submission of the list, and shall correct the list, as necessary, before final settlement.

(e) After termination, the Contractor shall submit a final termination settlement proposal to the Contracting Officer in the form and with the certification prescribed by the Contracting Officer. The Contractor shall submit the proposal promptly, but no later than 1 year from the effective date of termination, unless extended in writing by the Contracting Officer upon written request of the Contractor within this 1-year period. However, if the Contracting Officer determines that the facts justify it, a termination settlement proposal may be received and acted on after 1 year or any extension. If the Contractor fails to submit the proposal within the time allowed, the Contracting Officer may determine, on the basis of information available, the amount, if any, due the Contractor because of the termination and shall pay the amount determined.

(f) Subject to paragraph (e) of this clause, the Contractor and the Contracting Officer may agree upon the whole or any part of the amount to be paid or remaining to be paid because of the termination. The amount may include a reasonable allowance for profit on work done. However, the agreed amount, whether under this paragraph (f) or paragraph (g) of this clause, exclusive of costs shown in subparagraph (g)(3) of this clause, may not exceed the total contract price as reduced by

    (1) the amount of payments previously made and

(2) the contract price of work not terminated.

The contract shall be modified, and the Contractor paid the agreed amount. Paragraph (g) of this clause shall not limit, restrict, or affect the amount that may be agreed upon to be paid under this paragraph.

(g) If the Contractor and the Contracting Officer fail to agree on the whole amount to be paid because of the termination of work, the Contracting Officer shall pay the Contractor the amounts determined by the Contracting Officer as follows, but without duplication of any amounts agreed on under paragraph (f) of this clause:

(1) The contract price for completed supplies or services accepted by the Government (or sold or acquired under subparagraph (b)(9) of this clause) not previously paid for, adjusted for any saving of freight and other charges.

(2) The total of --

(i) The costs incurred in the performance of the work terminated, including initial costs and preparatory expense allocable thereto, but excluding any costs attributable to supplies or services paid or to be paid under subparagraph (g)(1) of this clause;

(ii) The cost of settling and paying termination settlement proposals under terminated subcontracts that are properly chargeable to the terminated portion of the contract if not included in subdivision (g)(2)(i) of this clause; and

(iii) A sum, as profit on subdivision (g)(2)(i) of this clause, determined by the Contracting Officer under 49.202 of the Federal Acquisition Regulation, in effect on the date of this contract, to be fair and reasonable; however, if it appears that the Contractor would have sustained a loss on the entire contract had it been completed, the Contracting Officer shall allow no profit under this subdivision (g)(2)(iii) and shall reduce the settlement to reflect the indicated rate of loss.

(3) The reasonable costs of settlement of the work terminated, including --

(i) Accounting, legal, clerical, and other expenses reasonably necessary for the preparation of termination settlement proposals and supporting data;

(ii) The termination and settlement of subcontracts (excluding the amounts of such settlements); and

(iii) Storage, transportation, and other costs incurred, reasonably necessary for the preservation, protection, or disposition of the termination inventory.

(h) Except for normal spoilage, and except to the extent that the Government expressly assumed the risk of loss, the Contracting Officer shall exclude from the amounts payable to the Contractor under paragraph (g) of this clause, the fair value as determined by the Contracting Officer, for the loss of the Government property.

(i) The cost principles and procedures of Part 31 of the Federal Acquisition Regulation, in effect on the date of this contract, shall govern all costs claimed, agreed to, or determined under this clause.

(j) The Contractor shall have the right of appeal, under the Disputes clause, from any determination made by the Contracting Officer under paragraph (e), (g), or (l) of this clause, except that if the Contractor failed to submit the termination settlement proposal or request for equitable adjustment within the time provided in paragraph (e) or (l), respectively, and failed to request a time extension, there is no right of appeal.

(k) In arriving at the amount due the Contractor under this clause, there shall be deducted --

(1) All unliquidated advance or other payments to the Contractor under the terminated portion of this contract;

(2) Any claim which the Government has against the Contractor under this contract; and

(3) The agreed price for, or the proceeds of sale of, materials, supplies, or other things acquired by the Contractor or sold under the provisions of this clause and not recovered by or credited to the Government.

(l) If the termination is partial, the Contractor may file a proposal with the Contracting Officer for an equitable adjustment of the price(s) of the continued portion of the contract. The Contracting Officer shall make any equitable adjustment agreed upon. Any proposal by the Contractor for an equitable adjustment under this clause shall be requested within 90 days from the effective date of termination unless extended in writing by the Contracting Officer.

(m)

(1) The Government may, under the terms and conditions it prescribes, make partial payments and payments against costs incurred by the Contractor for the terminated portion of the contract, if the Contracting Officer believes the total of these payments will not exceed the amount to which the Contractor will be entitled.

(2) If the total payments exceed the amount finally determined to be due, the Contractor shall repay the excess to the Government upon demand, together with interest computed at the rate established by the Secretary of the Treasury under 50 U.S.C. App. 1215(b)(2). Interest shall be computed for the period from the date the excess payment is received by the Contractor to the date the excess is repaid. Interest shall not be charged on any excess payment due to a reduction in the Contractor's termination settlement proposal because of retention or other disposition of termination inventory until 10 days after the date of the retention or disposition, or a later date determined by the Contracting Officer because of the circumstances.

(n) Unless otherwise provided in this contract or by statute, the Contractor shall maintain all records and documents relating to the terminated portion of this contract for 3 years after final settlement. This includes all books and other evidence bearing on the Contractor's costs and expenses under this contract. The Contractor shall make these records and documents available to the Government, at the Contractor's office, at all reasonable times, without any direct charge. If approved by the Contracting Officer, photographs, microphotographs, or other authentic reproductions may be maintained instead of original records and documents.

(End of Clause)

**52.249-8 -- Default (Fixed-Price Supply and Service) (Apr 1984)**

(a)

(1) The Government may, subject to paragraphs (c) and (d) of this clause, by written notice of default to the Contractor, terminate this contract in whole or in part if the Contractor fails to --

(i) Deliver the supplies or to perform the services within the time specified in this contract or any extension;

(ii) Make progress, so as to endanger performance of this contract (but see subparagraph (a)(2) of this clause); or

(iii) Perform any of the other provisions of this contract (but see subparagraph (a)(2) of this clause).

(2) The Government's right to terminate this contract under subdivisions (a)(1)(ii) and (1)(iii) of this clause, may be exercised if the Contractor does not cure such failure within 10 days (or more if authorized in writing by the Contracting Officer) after receipt of the notice from the Contracting Officer specifying the failure.

(b) If the Government terminates this contract in whole or in part, it may acquire, under the terms and in the manner the Contracting Officer considers appropriate, supplies or services similar to those terminated, and the Contractor will be liable to the Government for any excess costs for those supplies or services. However, the Contractor shall continue the work not terminated.

(c) Except for defaults of subcontractors at any tier, the Contractor shall not be liable for any excess costs if the failure to perform the contract arises from causes beyond the control and without the fault or negligence of the Contractor. Examples of such causes include

(1) acts of God or of the public enemy,
(2) acts of the Government in either its sovereign or contractual capacity,
(3) fires,
(4) floods,
(5) epidemics,
(6) quarantine restrictions,
(7) strikes,
(8) freight embargoes, and
(9) unusually severe weather.

In each instance the failure to perform must be beyond the control and without the fault or negligence of the Contractor.

(d) If the failure to perform is caused by the default of a subcontractor at any tier, and if the cause of the default is beyond the control of both the Contractor and subcontractor, and without the fault or negligence

of either, the Contractor shall not be liable for any excess costs for failure to perform, unless the subcontracted supplies or services were obtainable from other sources in sufficient time for the Contractor to meet the required delivery schedule.

(e) If this contract is terminated for default, the Government may require the Contractor to transfer title and deliver to the Government, as directed by the Contracting Officer, any

> (1) completed supplies, and

> (2) partially completed supplies and materials, parts, tools, dies, jigs, fixtures, plans, drawings, information, and contract rights (collectively referred to as "manufacturing materials" in this clause) that the Contractor has specifically produced or acquired for the terminated portion of this contract.

> Upon direction of the Contracting Officer, the Contractor shall also protect and preserve property in its possession in which the Government has an interest.

(f) The Government shall pay contract price for completed supplies delivered and accepted. The Contractor and Contracting Officer shall agree on the amount of payment for manufacturing materials delivered and accepted and for the protection and preservation of the property. Failure to agree will be a dispute under the Disputes clause. The Government may withhold from these amounts any sum the Contracting Officer determines to be necessary to protect the Government against loss because of outstanding liens or claims of former lien holders.

(g) If, after termination, it is determined that the Contractor was not in default, or that the default was excusable, the rights and obligations of the parties shall be the same as if the termination had been issued for the convenience of the Government.

(h) The rights and remedies of the Government in this clause are in addition to any other rights and remedies provided by law or under this contract. (End of Clause)

### 52.252-2 -- Clauses Incorporated by Reference (Feb 1998)
This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es): http://farsite.hill.af.mil, http://www.dtic.mil/fars or http://www.arnet.gov/far (End of Clause)


### 3052.204-70 SECURITY REQUIREMENTS FOR UNCLASSIFIED INFORMATION TECHNOLOGY RESOURCES (JUN 2006)
(a) The Contractor shall be responsible for Information Technology (IT) security for all systems connected to a DHS network or operated by the Contractor for DHS, regardless of location. This clause applies to all or any part of the contract that includes information technology resources or services for which the Contractor must have physical or electronic access to sensitive information contained in DHS unclassified systems that directly support the agency's mission.
(b) The Contractor shall provide, implement, and maintain an IT Security Plan. This plan shall describe the processes and procedures that will be followed to ensure appropriate security of IT resources that are developed, processed, or used under this contract.

(1) Within SIXTY **(60) days** after contract award, the contractor shall submit for approval its IT Security Plan, which shall be consistent with and further detail the approach contained in the offeror's proposal. The plan, as approved by the Contracting Officer, shall be incorporated into the contract as a compliance document.

(2) The Contractor's IT Security Plan shall comply with Federal laws that include, but are not limited to, the Computer Security Act of 1987 (40 U.S.C. 1441 et seq.); the Government Information Security Reform Act of 2000; and the Federal Information Security Management Act of 2002; and with Federal policies and procedures that include, but are not limited to, OMB Circular A-130.

(3) The security plan shall specifically include instructions regarding handling and protecting sensitive information at the Contractor's site (including any information stored, processed, or transmitted using the Contractor's computer systems), and the secure management, operation, maintenance, programming, and system administration of computer systems, networks, and telecommunications systems.

(c) Examples of tasks that require security provisions include--

(1) Acquisition, transmission or analysis of data owned by DHS with significant replacement cost should the contractor's copy be corrupted; and

(2) Access to DHS networks or computers at a level beyond that granted the general public (e.g., such as bypassing a firewall).

(d) At the expiration of the contract, the contractor shall return all sensitive DHS information and IT resources provided to the contractor during the contract, and certify that all non-public DHS information has been purged from any contractor-owned system. Components shall conduct reviews to ensure that the security requirements in the contract are implemented and enforced.

(e) Within 6 months after contract award, the contractor shall submit written proof of IT Security accreditation to DHS for approval by the DHS Contracting Officer. Accreditation will proceed according to the criteria of the DHS Sensitive System Policy Publication, 4300A (Version 2.1, July 26, 2004) or any replacement publication, which the Contracting Officer will provide upon request. This accreditation will include a final security plan, risk assessment, security test and evaluation, and disaster recovery plan/continuity of operations plan. This accreditation, when accepted by the Contracting Officer, shall be incorporated into the contract as a compliance document. The contractor shall comply with the approved accreditation documentation. (End of clause)

## 3052.204-71 CONTRACTOR EMPLOYEE ACCESS (Sep 2012)

(a) *Sensitive Information*, as used in this clause, means any information, which if lost, misused, disclosed, or, without authorization is accessed, or modified, could adversely affect the national or homeland security interest, the conduct of Federal programs, or the privacy to which individuals are entitled under section 552a of title 5, United States Code (the Privacy Act), but which has not been specifically authorized under criteria established by an Executive Order or an Act of Congress to be kept secret in the interest of national defense, homeland security or foreign policy. This definition includes the following categories of information:

(1) Protected Critical Infrastructure Information (PCII) as set out in the Critical Infrastructure Information Act of 2002 (Title II, Subtitle B, of the Homeland Security Act, Public Law 107-296, 196 Stat. 2135), as amended, the implementing regulations thereto (Title 6, Code of Federal Regulations, Part 29) as amended, the applicable PCII Procedures Manual, as amended, and any supplementary guidance officially communicated by an authorized official of the Department of Homeland Security (including the PCII Program Manager or his/her designee);

(2) Sensitive Security Information (SSI), as defined in Title 49, Code of Federal Regulations, Part 1520, as amended, "Policies and Procedures of Safeguarding and Control of SSI," as amended, and any supplementary

guidance officially communicated by an authorized official of the Department of Homeland Security (including the Assistant Secretary for the Transportation Security Administration or his/her designee);

(3) Information designated as "For Official Use Only," which is unclassified information of a sensitive nature and the unauthorized disclosure of which could adversely impact a person's privacy or welfare, the conduct of Federal programs, or other programs or operations essential to the national or homeland security interest; and

(4) Any information that is designated "sensitive" or subject to other controls, safeguards or protections in accordance with subsequently adopted homeland security information handling procedures.

(b) "Information Technology Resources" include, but are not limited to, computer equipment, networking equipment, telecommunications equipment, cabling, network drives, computer drives, network software, computer software, software programs, intranet sites, and internet sites.

(c) Contractor employees working on this contract must complete such forms as may be necessary for security or other reasons, including the conduct of background investigations to determine suitability. Completed forms shall be submitted as directed by the Contracting Officer. Upon the Contracting Officer's request, the Contractor's employees shall be fingerprinted, or subject to other investigations as required. All Contractor employees requiring recurring access to Government facilities or access to sensitive information or IT resources are required to have a favorably adjudicated background investigation prior to commencing work on this contract unless this requirement is waived under Departmental procedures.

(d) The Contracting Officer may require the Contractor to prohibit individuals from working on the contract if the Government deems their initial or continued employment contrary to the public interest for any reason, including, but not limited to, carelessness, insubordination, incompetence, or security concerns.

(e) Work under this contract may involve access to sensitive information. Therefore, the Contractor shall not disclose, orally or in writing, any sensitive information to any person unless authorized in writing by the Contracting Officer. For those Contractor employees authorized access to sensitive information, the Contractor shall ensure that these persons receive training concerning the protection and disclosure of sensitive information both during and after contract performance.

(f) The Contractor shall include the substance of this clause in all subcontracts at any tier where the subcontractor may have access to Government facilities, sensitive information, or resources.

(End of clause)

ALTERNATE I

(SEP 2012)

When the contract will require contractor employees to have access to Information Technology (IT) resources, add the following paragraphs:

(g) Before receiving access to IT resources under this contract the individual must receive a security briefing, which the Contracting Officer's Representative (COR) will arrange, and complete any nondisclosure agreement furnished by DHS.

(h) The Contractor shall have access only to those areas of DHS information technology resources explicitly stated in this contract or approved by the COR in writing as necessary for performance of the work under this contract. Any attempts by Contractor personnel to gain access to any information technology resources

not expressly authorized by the statement of work, other terms and conditions in this contract, or as approved in writing by the COR, is strictly prohibited. In the event of violation of this provision, DHS will take appropriate actions with regard to the contract and the individual(s) involved.

(i) Contractor access to DHS networks from a remote location is a temporary privilege for mutual convenience while the Contractor performs business for the DHS Component. It is not a right, a guarantee of access, a condition of the contract, or Government Furnished Equipment (GFE).

(j) Contractor access will be terminated for unauthorized use. The Contractor agrees to hold and save DHS harmless from any unauthorized use and agrees not to request additional time or money under the contract for any delays resulting from unauthorized use or access.

(k) Non-U.S. citizens shall not be authorized to access or assist in the development, operation, management or maintenance of Department IT systems under the contract, unless a waiver has been granted by the Head of the Component or designee, with the concurrence of both the Department's Chief Security Officer (CSO) and the Chief Information Officer (CIO) or their designees. Within DHS Headquarters, the waiver may be granted only with the approval of both the CSO and the CIO or their designees. In order for a waiver to be granted:

(1) There must be a compelling reason for using this individual as opposed to a U. S. citizen; and

(2) The waiver must be in the best interest of the Government.

(l) Contractors shall identify in their proposals the names and citizenship of all non-U.S. citizens proposed to work under the contract. Any additions or deletions of non-U.S. citizens after contract award shall also be reported to the Contracting Officer.

(End of clause)

### 3052.209-70 PROHIBITION ON CONTRACTS WITH CORPORATE EXPATRIATES (JUN 2006)
(a) Prohibitions.
Section 835 of the Homeland Security Act, 6 U.S.C. 395, prohibits the Department of Homeland Security from entering into any contract with a foreign incorporated entity which is treated as an inverted domestic corporation as defined in this clause, or with any subsidiary of such an entity. The Secretary shall waive the prohibition with respect to any specific contract if the Secretary determines that the waiver is required in the interest of national security.
(b) Definitions. As used in this clause:
*Expanded Afiliated Group* means an affiliated group as defined in section 1504(a) of the Internal Revenue Code of 1986 (without regard to section 1504(b) of such Code), except that section 1504 of such Code shall be applied by substituting 'more than 50 percent' for 'at least 80 percent' each place it appears.
*Foreign Incorporated Entity* means any entity which is, or but for subsection (b) of section 835 of the Homeland Security Act, 6 U.S.C. 395, would be, treated as a foreign corporation for purposes of the Internal Revenue Code of 1986.
*Inverted Domestic Corporation.* A foreign incorporated entity shall be treated as an inverted domestic corporation if, pursuant to a plan (or a series of related transactions)—
(1) The entity completes the direct or indirect acquisition of substantially all of the properties held directly or indirectly by a domestic corporation or substantially all of the properties constituting a trade or business of a domestic partnership;

(2) After the acquisition at least 80 percent of the stock (by vote or value) of the entity is held—

(i) In the case of an acquisition with respect to a domestic corporation, by former shareholders of the domestic corporation by reason of holding stock in the domestic corporation; or

(ii) In the case of an acquisition with respect to a domestic partnership, by former partners of the domestic partnership by reason of holding a capital or profits interest in the domestic partnership; and

(3) The expanded affiliated group which after the acquisition includes the entity does not have substantial business activities in the foreign country in which or under the law of which the entity is created or organized when compared to the total business activities of such expanded affiliated group.

*Person, domestic, and foreign* have the meanings given such terms by paragraphs (1), (4), and (5) of section 7701(a) of the Internal Revenue Code of 1986, respectively.

(c) Special rules. The following definitions and special rules shall apply when determining whether a foreign incorporated entity should be treated as an inverted domestic corporation.

(1) *Certain Stock Disregarded.* For the purpose of treating a foreign incorporated entity as an inverted domestic corporation these shall not be taken into account in determining ownership:

(i) Stock held by members of the expanded affiliated group which includes the foreign incorporated entity; or

(ii) stock of such entity which is sold in a public offering related to the acquisition described in subsection (b)(1) of Section 835 of the Homeland Security Act, 6 U.S.C. 395(b)(1).

(2) *Plan Deemed In Certain Cases.* If a foreign incorporated entity acquires directly or indirectly substantially all of the properties of a domestic corporation or partnership during the 4-year period beginning on the date which is 2 years before the ownership requirements of subsection (b)(2) are met, such actions shall be treated as pursuant to a plan.

(3) *Certain Transfers Disregarded.* The transfer of properties or liabilities (including by contribution or distribution) shall be disregarded if such transfers are part of a plan a principal purpose of which is to avoid the purposes of this section.

*(d) Special Rule for Related Partnerships.* For purposes of applying section 835(b) of the Homeland Security Act, 6 U.S.C. 395(b) to the acquisition of a domestic partnership, except as provided in regulations, all domestic partnerships which are under common control (within the meaning of section 482 of the Internal Revenue Code of 1986) shall be treated as a partnership.

(e) Treatment of Certain Rights.

(1) Certain rights shall be treated as stocks to the extent necessary to reflect the present value of all equitable interests incident to the transaction, as follows:

(i) warrants;

(ii) options;

(iii) contracts to acquire stock;

(iv) convertible debt instruments; and

(v) others similar interests.

(2) Rights labeled as stocks shall not be treated as stocks whenever it is deemed appropriate to do so to reflect the present value of the transaction or to disregard transactions whose recognition would defeat the purpose of Section 835.

(f) *Disclosure.* The offeror under this solicitation represents that [Check one]: _ it is not a foreign incorporated entity that should be treated as an inverted domestic corporation pursuant to the criteria of (HSAR) 48 CFR 3009.104-70 through 3009.104-73;

_ it is a foreign incorporated entity that should be treated as an inverted domestic corporation pursuant to the criteria of (HSAR) 48 CFR 3009.104-70 through 3009.104-73, but it has submitted a request for waiver pursuant to 3009.104-74, which has not been denied; or

_ it is a foreign incorporated entity that should be treated as an inverted domestic corporation pursuant to the criteria of (HSAR) 48 CFR 3009.104-70 through 3009.104-73, but it plans to submit a request for waiver pursuant to 3009.104-74.

(g) A copy of the approved waiver, if a waiver has already been granted, or the waiver request, if a waiver has been applied for, shall be attached to the bid or proposal. (End of provision)

## 3052.215-70 KEY PERSONNEL OR FACILITIES (DEC 2003)

(a) The personnel or facilities specified below are considered essential to the work being performed under this contract and may, with the consent of the contracting parties, be changed from time to time during the course of the contract by adding or deleting personnel or facilities, as appropriate.

(b) Before removing or replacing any of the specified individuals or facilities, the Contractor shall notify the Contracting Officer, in writing, before the change becomes effective. The Contractor shall submit sufficient information to support the proposed action and to enable the Contracting Officer to evaluate the potential impact of the change on this contract. The Contractor shall not remove or replace personnel or facilities until the Contracting Officer approves the change. **The Key Personnel or Facilities under this Contract are: Program Director and Deputy Program Director.** (End of clause)

## 3052.219-70 SMALL BUSINESS SUBCONTRACTING PLAN REPORTING (JUN 2006)

(a) The Contractor shall enter the information for the Subcontracting Report for Individual Contracts (formally the Standard Form 294 (SF 294)) and the Summary Subcontract Report (formally the Standard Form 295 (SF-295)) into the Electronic Subcontracting Reporting System (eSRS) at www.esrs.gov .

(b) The Contractor shall include this clause in all subcontracts that include the clause at (FAR) 48 CFR 52.219-9. (End of clause)

## 3052.222-70 STRIKES OR PICKETING AFFECTING TIMELY COMPLETION OF THE CONTRACT WORK (DEC 2003)

Notwithstanding any other provision hereof, the Contractor is responsible for delays arising out of labor disputes, including but not limited to strikes, if such strikes are reasonably avoidable. A delay caused by a strike or by picketing which constitutes an unfair labor practice is not excusable unless the Contractor takes all reasonable and appropriate action to end such a strike or picketing, such as the filing of a charge with the National Labor Relations Board, the use of other available Government procedures, and the use of private boards or organizations for the settlement of disputes. (End of clause)

## 3052.222-71 STRIKES OR PICKETING AFFECTING ACCESS TO A DHS FACILITY (DEC 2003)

If the Contracting Officer notifies the Contractor in writing that a strike or picketing: (a) is directed at the Contractor or subcontractor or any employee of either; and (b) impedes or threatens to impede access by any person to a DHS facility where the site of the work is located, the Contractor shall take all appropriate action to end such strike or picketing, including, if necessary, the filing of a charge of unfair labor practice with the National Labor Relations Board or the use of other available judicial or administrative remedies. (End of clause)

## 3052.228-70 INSURANCE (DEC 2003)

In accordance with the clause entitled "Insurance - Work on a Government Installation" [*or Insurance - Liability to Third Persons*] in Section I, insurance of the following kinds and minimum amounts shall be provided and maintained during the period of performance of this contract:

(a) Worker's compensation and employer's liability. The contractor shall, as a minimum, meet the requirements specified at (FAR) 48 CFR 28.307-2(a).

(b) General liability. The contractor shall, as a minimum, meet the requirements specified at (FAR) 48 CFR 28.307-2(b).

(c) Automobile liability. The contractor shall, as a minimum, meet the requirements specified at (FAR) 48 CFR 28.307-2(c). (End of clause)

## 3052.242-71 DISSEMINATION OF CONTRACT INFORMATION (DEC 2003)

The Contractor shall not publish, permit to be published, or distribute for public consumption, any information, oral or written, concerning the results or conclusions made pursuant to the performance of this contract, without the prior written consent of the Contracting Officer. An electronic or printed copy of any material proposed to be published or distributed shall be submitted to the Contracting Officer. (End of clause)

## 3052.242-72 CONTRACTING OFFICER'S REPRESENTATIVE (DEC 2003)

(a) The Contracting Officer may designate Government personnel to act as the Contracting Officer's Representative (COR) to perform functions under the contract such as review or inspection and acceptance of supplies, services, including construction, and other functions of a technical nature. The Contracting Officer will provide a written notice of such designation to the Contractor within five working days after contract award or for construction, not less than five working days prior to giving the contractor the notice to proceed. The designation letter will set forth the authorities and limitations of the COR under the contract.

(b) The Contracting Officer cannot authorize the COR or any other representative to sign documents, such as contracts, contract modifications, etc., that require the signature of the Contracting Officer.
(End of clause)

## 3052.245-70 GOVERNMENT PROPERTY REPORTS (JUN 2006)

(a) The Contractor shall prepare an annual report of Government property in its possession and the possession of its subcontractors.

(b) The report shall be submitted to the Contracting Officer not later than September 15 of each calendar year on DHS Form 0700-5, Contractor Report of Government Property. (End of clause)

Source Selection Information - - See FAR 3.104

Contract Number HSCEDM-14-D-00004

Section J:  List of Documents, Exhibits and other Attachments

ATTACHMENT 4: LOCATION OVERVIEW
ATTACHMENT 5: TERMS, DEFINITIONS, AND PARTIAL EXPLANATIONS
ATTACHMENT 6: DETAILED GPS ANKLE BRACELETS AND TRACKING/MONITORING SYSTEM
             AND TELEPHONIC REPORTING SYSTEM
ATTACHMENT 7:  REQUIRED REPORTS

Source Selection Information - - See FAR 3.104

## ATTACHMENT 4

**ATD Location Overview**

| Location | AOR | Region | Current Office Type | Suggested Full Service Capacity | Current Population | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Full Service | | | Technology Only | | | Grand Total | | |
| | | | | | GPS | TR | Total | GPS | TR | Total | GPS | TR | Total |
| Agana, GU | San Francisco | NW | TO Only | NA | | | | | | | | | |
| Albany, NY | Buffalo | NE | TO Only | NA | | | | | | | | | |
| Albuquerque, NM | El Paso | SW | TO Only | NA | | | | | | | | | |
| Anchorage, AK | Seattle | NW | TO Only | NA | | | | | | | | | |
| Atlanta, GA | Atlanta | SE | FS and TO | 425 | | | | | | | | | |
| Bakersfield, CA | San Francisco | NW | FS and TO | 300 | | | | | | | | | |
| Baltimore, MD | Baltimore | NE | FS and TO | 600 | | | | | | | | | |
| Boise, ID | Salt Lake City | NW | TO Only | NA | | | | | | | | | |
| Boston, MA | Boston | NE | TO Only | NA | | | | | | | | | |
| Buffalo, NY | Buffalo | NE | FS and TO | 400 | | | | | | | | | |
| Charleston, SC | Atlanta | SE | FS and TO, G-Site | 100 | | | | | | | | | |
| Charlotte, NC | Atlanta | SE | FS and TO | 200 | | | | | | | | | |
| Chicago, IL | Chicago | NE | FS and TO | 450 | | | | | | | | | |
| Cleveland, OH | Detroit | NE | FS and TO, G-Site | 100 | | | | | | | | | |
| Columbus, OH | Detroit | NE | FS and TO, G-Site | 100 | | | | | | | | | |
| Dallas, TX | Dallas | SE | FS and TO | 800 | | | | | | | | | |
| Delray, FL | Miami | SE | FS Only | 350 | | | | | | | | | |
| Denver, CO | Denver | NW | FS and TO | 700 | | | | | | | | | |
| Detroit, MI | Detroit | NE | FS and TO | 350 | | | | | | | | | |
| Dover, DE | Philadelphia | NE | TO Only | NA | | | | | | | | | |
| El Paso, TX | El Paso | SW | FS and TO | 225 | | | | | | | | | |
| Fort Smith, AR | New Orleans | SE | TO Only | NA | | | | | | | | | |
| Fresno, CA | San Francisco | NW | FS and TO, G-Site | 100 | | | | | | | | | |
| Harlingen, TX | San Antonio | SW | TO Only | NA | | | | | | | | | |
| Hartford, CT | Boston | NE | FS and TO | 125 | | | | | | | | | |
| Honolulu, HI | San Francisco | NW | TO Only | NA | | | | | | | | | |
| Houston, TX | Houston | SE | FS and TO | 300 | | | | | | | | | |
| Idaho Falls, ID | Salt Lake City | NW | TO Only | NA | | | | | | | | | |
| Indianapolis, IN | Chicago | NE | TO Only | NA | | | | | | | | | |
| Jacksonville, FL | Miami | SE | TO Only | NA | | | | | | | | | |
| Kansas City, MO | Chicago | NE | FS and TO | 250 | | | | | | | | | |
| Las Vegas, NV | Salt Lake City | NW | TO Only | NA | | | | | | | | | |

| Los Angeles, CA | Los Angeles | SW | FS and TO | 1250 |
|---|---|---|---|---|
| Manchester, NH | Boston | NE | TO Only | NA |
| Marlton, NJ | Newark | NE | FS and TO, C-Site | 300 |
| Miami, FL | Miami | SE | FS and TO | 1700 |
| Milwaukee, WI | Chicago | NE | TO Only | NA |
| Miramar, FL | Miami | SE | FS and TO, G-Site | 100 |
| New Orleans, LA | New Orleans | SE | FS and TO | 175 |
| New York, NY | New York | NE | FS and TO | 1500 |
| Newark, NJ | Newark | NE | FS and TO | 300 |
| Oklahoma City, OK | Dallas | SE | FS and TO, G-Site | 100 |
| Omaha, NE | St Paul | NW | FS and TO, G-Site | 100 |
| Orlando, FL | Miami | SE | FS and TO | 500 |
| Philadelphia, PA | Philadelphia | NE | FS and TO | 700 |
| Phoenix, AZ | Phoenix | SW | FS and TO | 400 |
| Pittsburgh, PA | Philadelphia | NE | TO Only | NA |
| Portland, OR | Seattle | NW | FS and TO | 200 |
| Providence, RI | Boston | NE | FS and TO, G-Site | 100 |
| Reno, NV | Salt Lake City | NW | TO Only | NA |
| Richmond, VA | WashingtonDC | NE | FS and TO, G-Site | 100 |
| Sacramento, CA | San Francisco | NW | FS and TO, G-Site | 100 |
| Salt Lake City, UT | Salt Lake City | NW | FS and TO | 300 |
| San Antonio, TX | San Antonio | SW | FS and TO | 175 |
| San Bernardino, CA | Los Angeles | SW | FS and TO | 1250 |
| San Diego, CA | San Diego | SW | FS and TO | 375 |
| San Francisco, CA | San Francisco | NW | FS and TO | 1050 |
| San Juan, PR | Miami | SE | TO Only | NA |
| Santa Ana, CA | Los Angeles | SW | FS and TO | 900 |
| Seattle, WA | Seattle | NW | FS and TO | 350 |
| Sioux City, IA | St Paul | NW | TO Only | NA |
| Springfield, MO | Chicago | NE | TO Only | NA |
| St Louis, MO | Chicago | NE | FS and TO, G-Site | 100 |
| St Paul, MN | St Paul | NW | FS and TO | 750 |
| Stockton, CA | San Francisco | NW | TO Only | NA |
| Tallahassee, FL | Miami | SE | TO Only | NA |
| Tampa, FL | Miami | SE | FS and TO, G-Site | 100 |
| Tulsa, OK | Dallas | SE | TO Only | NA |
| Twin Falls, ID | Salt Lake City | NW | TO Only | NA |
| Ventura, CA | Los Angeles | SW | TO Only | NA |
| Washington, VA | WashingtonDC | NE | FS and TO | 1025 |
| Wichita, KS | Chicago | NE | TO Only | NA |
| Grand Total | - | - | - | |

| ATD Active Population, 6.12.2014, by Gender | | | | | |
|---|---|---|---|---|---|
| Location | F | % | M | % | Grand Total |
| Agana, GU | | | | | |
| Albany, NY | | | | | |
| Albuquerque, NM | | | | | |
| Anchorage, AK | | | | | |
| Atlanta, GA | | | | | |
| Bakersfield, CA | | | | | |
| Baltimore, MD | | | | | |
| Boise, ID | | | | | |
| Boston, MA | | | | | |
| Buffalo, NY | | | | | |
| Charleston, SC | | | | | |
| Charlotte, NC | | | | | |
| Chicago, IL | | | | | |
| Cleveland, OH | | | | | |
| Columbus, OH | | | | | |
| Dallas, TX | | | | | |
| Delray, FL | | | | | |
| Denver, CO | | | | | |
| Detroit, MI | | | | | |
| Dover, DE | | | | | |
| El Paso, TX | | | | | |
| Fort Smith, AR | | | | | |
| Fresno, CA | | | | | |
| Harlingen, TX | | | | | |
| Hartford, CT | | | | | |
| Honolulu, HI | | | | | |
| Houston, TX | | | | | |
| Idaho Falls, ID | | | | | |
| Indianapolis, IN | | | | | |
| Jacksonville, FL | | | | | |
| Kansas City, MO | | | | | |
| Las Vegas, NV | | | | | |
| Los Angeles, CA | | | | | |
| Manchester, NH | | | | | |
| Marlton, NJ | | | | | |
| Miami, FL | | | | | |
| Milwaukee, WI | | | | | |
| New Orleans, LA | | | | | |
| New York, NY | | | | | |
| Newark, NJ | | | | | |
| Oklahoma City, OK | | | | | |
| Omaha, NE | | | | | |
| Orlando, FL | | | | | |
| Philadelphia, PA | | | | | |

| | |
|---|---|
| Phoenix, AZ | |
| Pittsburgh, PA | |
| Portland, OR | |
| Providence, RI | |
| Reno, NV | |
| Richmond, VA | |
| Sacramento, CA | |
| Salt Lake City, UT | |
| San Antonio, TX | |
| San Bernardino, CA | |
| San Diego, CA | |
| San Francisco, CA | |
| San Juan, PR | |
| Santa Ana, CA | |
| Seattle, WA | |
| Sioux City, IA | |
| Springfield, MO | |
| St Louis, MO | |
| St Paul, MN | |
| Stockton, CA | |
| Tallahassee, FL | |
| Tampa, FL | |
| Tulsa, OK | |
| Twin Falls, ID | |
| Ventura, CA | |
| Washington, VA | |
| Wichita, KS | |
| **Grand Total** | |

# ATTACHMENT 5:

# TERMS, DEFINITIONS, AND PARTIAL EXPLANATIONS

**Admission**
The lawful entry of an alien into the United States after inspection and authorization by an Immigration Officer. *See* INA § 101(a)(A).

**Adjudicated Adult (legal definition)**
Any person who has been convicted and incarcerated as an adult for a criminal offense in accordance with and in recognition of the findings of the respective criminal court that the person is not a "child." Similarly, any person under the age of 18 who has been emancipated in accordance with and in recognition of the findings of the civil court that the person is not a "child.**"

**Adult**
A person eighteen (18) years or older.

**Aggravated Felon**
An alien who has been convicted of a crime defined by INA § 101(a)(43) as an aggravated felony.

**Aggravated Felony**
A crime defined by INA § 101(a)(43) within the definition of aggravated felony are certain violent criminal offenses, theft offenses, sexual offenses, narcotics offenses and others. A crime falls within the definition of "aggravated felony" regardless of the date of conviction, whether the crime was for a violation of state of federal law, and also applies to convictions in foreign countries when the sentence was completed within 15 years.

**Alien**
Any person not a citizen or national of the U.S.

**Alternatives to Detention Program (ATD)**
The Alternatives to Detention Unit within the Custody Management Unit (CMU) of the ICE Office of Enforcement and Removal Operations is the unit responsible for developing and implementing programs that improve the immigration court appearance rates, court order compliance rates and removal rates of aliens released from ICE custody.

**Area of Responsibility (AOR)**
The geographical area associated with each ERO Field Office or Sub-Office, and the corresponding area of coverage the contractor provides at each service location.

**Asylee**
An alien in the United States or at a port of entry who is found to be unable or unwilling to return to his or her country of nationality and/or is seeking protection from that country because of persecution or a well-founded fear of persecution. Persecution or the fear thereof must be based on the alien's race, religion, nationality, membership in a particular social group, or political opinion. For persons with no nationality, the country of nationality is considered to be the country in which the alien last habitually resided. Asylees are eligible to adjust to lawful permanent resident status after one year of continuous presence in the United States.

**Average Length in Program (ALIP)**
The average number of days a program Participant is enrolled in ISAP from intake through termination from the program.

**Board of Immigration Appeals (BIA)**
The appellate body within the U.S. Department of Justice (DOJ) Executive Office for Immigration Review (EOIR) tasked with the responsibility of reviewing decisions of Immigration Judges that were appealed by an alien or DHS. The members of the BIA are attorneys appointed by the U.S. Attorney General.

**Cancellation of Removal**
 ***For Permanent Residents*** - Relief from removal which may be granted by an Immigration Judge (IJ) pursuant to INA § 240A(a) to certain eligible lawful permanent residents, in effect "canceling" the removal which otherwise would occur as a result of the alien's violation of the INA and finding by the IJ that the alien is inadmissible or deportable.
 ***For non-Permanent Residents*** - Relief from removal which may be granted by an IJ pursuant to INA § 240A(b) to certain aliens who are not lawful permanent residents and who have been found to be inadmissible or deportable from the U.S. Aliens receiving this relief are made lawful permanent residents of the U.S.

**Case Specialist**
A contractor employee with case management and service plan (see also Individual Service Plan) responsibility within the ATD Program. This employee is the Participant point of contact and is responsible for the physical or electronic means of accounting for that Participant. The Case Specialist creates the ISP and executes the procedures necessary to achieve the supervision objectives in the program. These duties include residence verification, unannounced home visits, in-person reporting at the Contractor office and ensuring that Participants provide travel document information.

**Contracting Officer (CO)**
Contracting officer is a person with the authority to enter into, administer, and/or terminate contracts and make related determinations and findings on the part of the federal government, in this case ICE. The term includes certain authorized representatives of the contracting officer acting within the limits of their authority as delegated by the contracting officer. Administrative contracting officer (ACO) refers to a contracting officer who is administering contracts. 42 C.F.R. § 2.101

**Contracting Officer's Representative (COR)**
The CO is assisted in his or her duties by the Contracting Officer's Representatives (COR), who usually does not have the authority of a Contracting Officer. The ATD COR, located at ICE Headquarters is responsible for monitoring the day-to-day performance, activities and technical aspects of the contract and is supported on this contract by local Task Managers. Task Managers assist the COR in monitoring contract performance at the AOR field office or sub-office level.

**Contractor**
The entity that provides services described in this Statement of Work (SOW) under a federal contract.

**Conviction**
With respect to an alien, a formal judgment of guilt entered by a court, or if adjudication of guilt has been withheld, where a judge or jury has found the alien guilty, or the alien has entered a plea of guilty/nolo contendere or has admitted sufficient facts to warrant a finding of guilt and the judge has ordered some form of punishment, penalty or restraint on the alien's liberty to be imposed.

**Deciding Official**
A DHS employee who has been authorized by the Immigration and Nationality Act and/or implementing regulation to make a determination in a specific matter or on a particular issue.

**Deportation/Removal/Exclusion**
The formal removal of an alien from the United States when the alien has been found removable for violating the immigration laws. Deportation, Removal or Exclusion is ordered by an immigration judge without any punishment being imposed or contemplated; deportation or removal may also be ordered by a DHS deciding official under certain statutory provisions.

**Deportation Officer (DO)**
An ICE employee assigned to an ERO Field- or Sub-Office who conducts legal research to support decisions on deportation/removal/exclusion cases and assist attorneys in representing the Government in court actions. Works with other Federal law enforcement officials to identify, locate and/or apprehend aliens; prepare, present and defend deportation, removal or exclusion proceedings; and ensure the physical removal of aliens from the United States. Officer works with both criminal and/or non-criminal aliens in the United Sates at various stages of their deportation, removal or exclusion proceedings. Officer is responsible for conducting complex investigations, conducting surveillance work, preparing investigative reports and assisting in complex, difficult or sensitive seizures.

**Enforcement and Removal Operations (ERO)**
The component within DHS/ICE that promotes public safety and national security by ensuring the lawful departure of all removable aliens from the United States.

**Department of Homeland Security (DHS)**
The Executive Branch Department tasked with leading the unified national effort to secure the U.S. and preserve its freedoms. While the Department was created to secure the U.S. against those who seek to disrupt the American way of life, the DHS charter also includes preparation for and response to all hazards and disasters.

**Emergency**
Any disruption of normal facility procedures, policy or activity caused by riot, strike, escape, fire, natural disaster or other serious incident.

**Employment**
Any labor or occupation for which compensation is given or received. Employment in the United States is authorized for aliens who are lawful permanent residents (LPRs), or aliens who have a valid employment authorization document issued by USCIS. Note: Participation in the ATD program does not require employment, nor authorize employment for those without proper authorization.

**Enrollment**
The procedure in which a Contractor processes an alien into the ATD program after referral by ERO.

**Enter on duty (EOD)**
For the purposes of this contract, to begin employment, after having received a DHS suitability determination granted by written authorization by the COR to perform duties under this contract.

**Executive Office for Immigration Review (EOIR)**
The component within the US Department of Justice (DOJ) whose primary mission is to adjudicate immigration cases in a careful manner, including cases involving detained aliens, criminal aliens, and aliens seeking asylum as a form of relief from removal, while ensuring the standards of due process and fair treatment for all parties involved. Included within EOIR are immigration judges, immigration courts and the Board of Immigration Appeals.

**Expedited Removal (ER)**
DHS has the authority to quickly order the removal of certain inadmissible aliens from the United States. The authority covers aliens who are inadmissible because they have no entry documents or because they have used counterfeit, altered, or otherwise fraudulent or improper documents. The authority covers aliens who arrive in, attempt to enter, or have entered the United States without having been admitted or paroled by an immigration officer at a port-of-entry. The alien is not referred to an immigration judge except under certain circumstances after an alien makes a claim to lawful status in the United States or demonstrates a credible fear of persecution if returned to his or her home country.

**Face-to-Face Contact**
For purposes of this contract a face to face contact is defined as an official meeting in person between an alien and his/her assigned case specialist in person at specified scheduled intervals that are determined by ERO.

**Facility**
Offices, office space or other accommodation chosen by the contractor in which employees work performing duties required under this contract.

**Fugitive**

An ICE fugitive is defined as an alien who has failed to depart the United States pursuant to a final order of removal, deportation or exclusion; or who has failed to report to an Officer from Enforcement and Removal Operations after receiving notice to do so.

**Global Positioning System (GPS)-unit**

For purposes of this contract Global Positioning System (GPS unit) is an ankle monitor that operates and transmits its location by way of navigation satellites and cellular towers.

**Grievance**

A written complaint filed by a Participant concerning personal health/welfare or the operations and services of the Program.

**Habeas Corpus**

The right of a person in the U.S. to challenge the authority of the federal government to continue to hold him or her in detention.

**Health and Safety Assessment**

A structured observation and/or initial health screening to identify any medical issues of an alien.

**Immigration and Customs Enforcement (ICE)**

Created in March 2003, U.S. Immigration and Customs Enforcement (ICE) is the largest investigative branch of the Department of Homeland Security (DHS). Its mission is to protect America and uphold public safety. The agency fulfills this mission by identifying criminal activities and eliminating vulnerabilities that pose a threat to our nation's borders, as well as enforcing economic, transportation, and infrastructure security. By protecting our national and border security, ICE seeks to eliminate the potential threat of terrorist acts against the United States.

**Immigration Enforcement Agent (IEA)**

According to the position description, full-performance IEA's are required to spend 25 to 75 percent of their time performing two major duties: detention and deportation/transport/escort Detention duties include responsibilities such as detainee care, processing, supervision, and transportation for prison pick-ups and medical or court appointments. Deportation/transport/ escort duties include responsibilities associated with processing and transporting or escorting aliens under final orders of removal to their country of citizenship. In addition to the two major duties, IEAs are required to perform one of five other duties for at least 25 percent of their time as assigned by their supervisor. These duties include jail check and Institutional Removal Program (IRP), secure communities, prosecutions, determining alienage and fugitive operations, operational support, or law enforcement liaison; and Criminal Alien Program (CAP), law enforcement agency support, multi-agency task forces, quick response teams, or duty officer.

**Immigrant Visa**

Permission properly granted by a consular officer at his or her office outside the United States to an immigrant eligible to enter and remain in the United States on a permanent basis under the INA.

**Immigration and Nationality Act (INA or the Act)**
8 USC §1101 *et seq.*

**Immigration Court**
The court in which an immigration judge conducts immigration hearings, also known as proceedings, in order to determine whether an alien is removable from the U.S. or is eligible and warrants a benefit defined in the INA.

**Immigration Judge**
An attorney employee of EOIR appointed by the US Attorney General as an administrative judge to conduct specified classes of hearings, including alien removal proceedings

**Inadmissible**
The INA defines certain categories of aliens eligible to lawfully enter or be admitted to the United States. If an alien does not fall within one of these categories, he or she is inadmissible to the United States.

**Individual Service Plan (ISP)**
The written plan containing detailed supervisory focus for each participant, prepared by the case specialist taking into account individual supervision factors, the participant's range of supervision, history, orders of supervision and program success to date.

**Legal Permanent Resident (LPR)**
An alien with the status of having been lawfully accorded the privilege of residing permanently in the U.S. in accordance with the INA. This status terminates upon entry of a final administrative order of exclusion, deportation, or removal.

**National**
Citizen of the United States or non-citizen who owes permanent allegiance to the United States.
See 22 CFR § 50.1(d)

**National Crime Information Center (NCIC)**
A Department of Justice *(DOJ)* database used by law enforcement agencies to determine whether an individual has committed a civil or criminal violation.

**Naturalization**
The conferring of nationality of the U.S. upon a person after birth by any means whatsoever.

**Non-Immigrant Visa**
A visa properly issued to an alien as an eligible nonimmigrant by a competent officer as defined in the INA, allowing an alien to apply for admission or remain in the United States for a specified period of time and a specific purpose.

**Office Manager**
The on-site contractor employee in each service location that is responsible to ICE for management and administration of the ATD Program.

**Participant**
An alien who is 18 years of age or older and who is either in removal proceedings, under a final order of removal, on appeal, is not in ICE custody and being supervised in the ATD program.

**Participant Records**
Records that contain information concerning the Participant's personal, criminal and medical history combined with behavior and activities while participating in the ATD program. Participant records include but are not limited to photographs, disciplinary infractions and actions taken, grievance reports, documentation supporting excused absences from appearance appointments (e.g. "doctor's notes"), and employment history.

**Policy**
As used within the scope of the ATD contract, a written, official statement and method of action that guides and determines present and future decisions and actions.

**Program Absconder**
For purposes of this contract a program absconder is defined as an alien who while enrolled in the ATD program, flees from their current address without any notification, forwarding information or cannot be located by the contractor or ICE/ERO.

**Program Violator**
An alien currently enrolled in the ATD program that is not compliant with any supervision service or other requirement.

**Random Frequency**
Applies to quality assurance events initiated by the ICE CO or COR that are unplanned or unscheduled.

**Refugee**
Loosely, an alien who is outside his or her country of nationality who is unable or unwilling to return to that country because of persecution or a well-founded fear of persecution on account of race, religion, nationality, political affiliation, and/or membership in a particular social group.

**Removal Proceedings**
A hearing conducted by an Immigration Judge for the sole purpose of deciding the inadmissibility or deportability of an alien.

**Supervision**
All activities conducted by contractor personnel to ensure program participants comply with the terms and conditions of their enrollment in ISAP as described in each participant's ISP. See also Individual Service Plan.

**Supervision Services**
The various methods and activities of supervising program participants enrolled in the ATD program including GPS monitoring, telephonic monitoring, residence verification, unannounced home visits, office visits, court verification and travel document updates.

**Task Managers**
Designated ICE employees who assist the COR in monitoring day-to-day activities and technical aspects of the contract and contractor performance. Due to the complexity and nationwide scope of the contract, task managers are appointed to assist the COR by performing delegated tasks within defined Areas of Responsibility.

**Telephone Reporting System**
A monitoring system designed to electronically monitor aliens with the use of a telephone. The system will create a biometric voiceprint for an alien utilizing their own specified language. The system will make automated (check-in) calls monthly, weekly or daily to the alien's phone number at specified intervals and registers the success or failure of the check in.

**Termination**
For purposes of this contract termination is defined as processing an alien out of the ATD program as directed by ICE.

**Termination of Proceedings**
An action by an IJ ending removal proceedings with or without a final determination on the removal charge(s). Removal proceedings can be terminated without prejudice, with the ability to re-calendar the case before the court or terminated altogether. Termination orders may be appealed to the BIA by either party.

**Training**
An organized, planned and evaluated activity designed to achieve specific learning objectives. Training may occur on-site, at an academy or training center, at an institution of higher learning, through contract service, at professional meetings or through closely supervised on-the-job training. Meetings of professional associations are considered training when there is clear evidence of the above elements.

**Translator**
For purposes of this contract a translator is defined as: A person who translates from one language into another. This could be the translation of speech or written documents.

**Unauthorized Absence (UA)**
If a participant is not present for any scheduled or unscheduled face-to-face office interview, home visit, or other official at an in-person ICE appointment, the participant will be described as UA.

**United States Citizen (USC)**
See 8 U.S.C. §§1401-1453.

**U.S. Circuit Court of Appeals**
Established by Article III of the U.S. Constitution, there are 12 U.S. courts of appeals assigned to hear cases arising out of 12 regional U.S. circuits. A court of appeals hears appeals from the district courts located within its circuit, as well as appeals from decisions of federal administrative agencies. In general, federal courts may decide cases that involve the United States government, the United States Constitution or federal laws, or controversies between states or between the United States and foreign governments.

**U.S. Citizenship and Immigration Services (USCIS)**
The component in DHS that oversees lawful immigration into the United States of America. USCIS establishes immigration services, policies and priorities to preserve America's legacy as a nation of immigrants while ensuring that no one is admitted who is a threat to public safety. USCIS adjudicates the petitions and applications of potential immigrants, including immigrant visa petitions, naturalization petitions, asylum and refugee applications, and work authorization.

**U.S. Customs and Border Protection (CBP)**
The component in DHS whose primary mission is to secure the sovereign borders of the United States and to keep terrorists and their weapons out of the United States. It also has a responsibility for securing and facilitating trade and travel while enforcing hundreds of U.S. regulations, including immigration and drug laws.

**U.S. District Court (U.S.D.C.)**
Established pursuant to Article III of the U.S. Constitution, district courts are general trial courts in the federal system with jurisdiction to hear certain categories of federal cases, including both civil and criminal matters.

**Voluntary Departure (VD)**
An administrative decision granted by an Immigration Judge either prior to completion or at the completion of removal proceedings granting an alien permission to depart the United States voluntarily and at the alien's own expense.

# ATTACHMENT 6

**DETAILED GPS ANKLE BRACELETS AND TRACKING / MONITORING SYSTEM AND TELEPHONIC REPORTING SYSTEM**

1. **GPS ANKLE BRACELETS AND TRACKING / MONITORING SYSTEM**

   a. The Contractor shall own, warehouse, install, monitor and reclaim all of the Electronic Monitoring equipment as stated in this requirements document. Upon completion of the task order, the Department of Homeland Security (DHS) shall make participants available for the Contractor to recover all monitoring and transmitting equipment. The Contractor shall be solely responsible for all coordination and any and all failures and deficiencies resulting from equipment or services provided to DHS under this task order. The Contractor shall provide replacement equipment for all monitoring/transmitting units that DHS determines to be defective.

   b. In the event that ERO requires that a participant be enrolled after standard business hours, ERO has the option to deliver the participant to the Contractor facility for enrollment or to be enrolled in the field. If the participant is to be enrolled in the field, ERO will accompany the Contractor until installation is complete.

   c. The Contractor shall provide an Electronic Monitoring System that provides redundant processors with memory shadowing, high reliability and minimal downtime. The Contractor shall provide equipment that has a verifiable test function from a monitoring center or a remote site.

   d. The Contractor shall use FCC certified equipment. Systems or equipment without FCC certification shall be deemed technically unacceptable and the fault of the Contractor to provide services under this contract. The Contractor shall provide a copy of the FCC certification for each component of the Electronic Monitoring System for approval by the ICE Contracting Officer/Headquarters COR.

2. **MONITORING EQUIPMENT: GPS ANKLE BRACELET**

   a. The Contractor shall provide FCC certified tamper resistant transmitters that are capable of being affixed to a Participant's ankle.

   b. Transmitter Technology & Specifications

      i. The contractor shall provide GPS technology, as directed by the local ERO Task Manager for Participants. Transmitters shall communicate to the monitoring center either through a monitoring unit or directly via cellular transmission.

      ii. The Contractor shall provide a Transmitter Tracking Unit that sends and/or receives signals from GPS satellites and/or cell towers for use with GPS transmitters as specified in this Appendix.

      iii. GPS Transmitter Tracking Specifications:

1. The system may offer a "Locate Now" function that will enable the transmitting unit and monitoring system to have a continuous reporting mode with automatic location updates in real time or at a minimum of once per minute. This function will be accessible via secure Internet web browser and smart phone mobile application with turn-by-turn directions to device's location. The "Locate Now" function will remain active for two (2) hours, after which time the GPS unit will resume normal operations. All software must be compliant with ICE OCIO standards.

2. Normal Operations for the GPS Ankle Bracelet Transmitter will allow for the continuous tracking of the Participant's whereabouts by storing the coordinates of the device internally every three (3) minutes and then uploading those GPS coordinates at least once every four hours to a monitoring system.

3. The Contractor shall provide GPS transmitters that are able to monitor the Participant's whereabouts inside Exclusion and/or Inclusion zones. Exclusion Zone is defined as a geographical area programmed as satellite coordinates into the tracking system that the Participant shall not enter. Inclusion Zone is defined as a geographical area programmed as satellite coordinates into the tracking system that the Participant is permitted to enter or shall remain within.

4. Signal Range Extender – On an as needed basis, the contractor shall provide a signal range extender to participants to use at their home or office, at no additional cost. A Signal Range Extender shall provide a reliable Radio Frequency (RF) link that serves as a transmitter. When the client comes within range of a signal range extender, he or she is then monitored via RF technology while the tracking unit enters a low power state which conserves battery power while maintaining participant monitoring. The transmitter shall emit a composite RF signal at least once every 30 seconds. The signal content shall identify the Participant, power status, tamper/removal status and be encrypted to discourage duplication.

5. Physical Characteristics - The transmitter shall be adjustable to fit the ankle of any size Participant. The transmitter shall be capable of being affixed to the Participant so that efforts to tamper with or remove the transmitter are obvious upon inspection. It shall be shock resistant, water and moisture proof, and function reliably under normal atmospheric and environmental conditions. The device should be comfortable and durable enough to withstand the strains of everyday wear, which may consist of working, recreational activities, resting or sleeping. The transmitter shall not pose a safety hazard or unduly restrict the activities of the Participant. The contractor shall provide GPS Tracking Units that meet or exceed these same characteristics if the tracking unit is external to the GPS transmitter.

6. The transmitter shall be tamper resistant and have features that reliably detect efforts to tamper with or remove the device.

7. The transmitter shall not require an external battery. The transmitter shall have an internal power source capable of functioning continuously for at

Page 2

least six (6) months. It shall transmit a signal to indicate when its internal power supply is low.

8. The transmitter must have an option to allow participants to charge their unit without restricting their mobility and freedom of movement.

iv. Monitoring Unit / Transmitter

1. The contractor shall provide a monitoring unit that is capable of using two or more location detection technologies to determine participant location.

2. Monitoring Unit Requirements - The monitoring unit shall include an internal clock to time/date stamp all detected monitoring events. The unit shall have a backup operation feature, backup power source and sufficient memory to store data if communication with the monitoring center is disrupted or if AC power fails. If communications with the monitoring center are disrupted, the monitoring unit shall transmit stored data to the monitoring center as soon as communications are restored. The monitoring unit shall not pose a safety hazard to the participant or others and shall function reliably under normal environmental and atmospheric conditions. It shall include surge protection for electrical and communications interfaces.

3. Monitoring Unit Installation - Prior to the end of the Enrollment/Orientation with the participant (refer to the ATD SOW), the Contractor shall install the monitoring device on the Participant. Participants shall not be permitted to exit the interview until all enrollment procedures have been completed and the Participant has been fitted with the prescribed GPS device. The Contractor shall conduct an operational equipment test on the device to ensure it is in good working condition prior to dismissing the participant from the interview. Equipment that requires component installation in the Participant's residence must be installed and operational within eighteen (18) hours of intake. Exceptions for extraordinary circumstances must be coordinated for approval with the local ERO Task Manager or COR.

4. Tamper Resistance and Notification Features - The monitoring unit shall be equipped with a location feature and a tamper notification system that alerts the monitoring center of any attempts to enter the unit or alter the routine operation of the unit.

5. GPS Monitoring Unit Documentation - The Contractor shall provide written documentation with instructions that enable an ERO Officer to use the GPS monitoring unit and be familiar with their operation. The Contractor shall provide Participants with brochures explaining how to operate the GPS equipment.

6. The Contractor shall provide all necessary tools to install, adjust, and remove the monitoring unit and transmitter in the event that ERO needs to perform these tasks. At a minimum, one tool set shall be provided to each ERO ATD Field Officer.

c. Spares and Maintenance

i. The Contractor shall maintain a sufficient inventory of GPS Ankle Bracelets / Monitoring Equipment to complete installations within 18 hours of intake; broken parts and replacement parts within 24 hours and supporting special operations. The Contractor shall maintain the inventory in good operating condition and arrange for prompt repair and replacement to meet the demands of the Program.

d. Equipment and Service Upgrades/Improvements

i. Throughout the life of the task order, the Contractor shall provide GPS equipment that is in good working order and capable of fulfilling mission requirements. At contract start, the Contractor must establish its GPS equipment inventory with the most up-to-date versions (as determined by the COR, prior to award) and refresh inventory every 24 months or as updates become available, whichever is sooner and a benefit to the Government. All equipment provided under this contract shall have completed final testing, FCC certification and be commercially available. All GPS Tracking equipment and service upgrades or changes shall be submitted in writing, via the COR, to the Contracting Officer for approval.

## 3. CENTRAL MONITORING FACILITY

a. The Contractor shall, at a centrally located monitoring system/facility, receive, store and disseminate information generated by the monitoring equipment and systems described in this document. The Contractor may choose the location of its monitoring system/facility; however, the Contractor's monitoring system/facility shall be located at a secure location where access to the center and all records is restricted only to authorized individuals. The Contractor shall establish an information exchange system within the monitoring center that sends and receives information to and from the GPS Monitoring equipment.

## 4. BACKUP MONITORING SYSTEM / FACILITY

a. The Contractor shall maintain a contingency plan for movement to a backup monitoring system immediately following a monitoring system malfunction. The ERO Headquarters COR shall approve any change in the location of the monitoring center or any backup center in advance and in writing.

## 5. SECURITY AND SAFEGUARDS OF MONITORING SYSTEM INFORMATION

a. The Contractor shall maintain a physical facility compliant with all applicable Federal, State and local regulations (e.g., building codes, fire and safety codes) and shall not endanger the health and safety of employees and the community. The Contractor shall specify the security safeguards to prevent unauthorized access to monitoring data inside the monitoring facility by monitoring employees or other staff. The Contractor shall include a listing of the employees authorized to make changes or modify Participant data or other agency program settings should the Case Specialist request this. The Contractor shall also detail how it determines, maintains, and communicates this authorization to its employees. The Contractor shall provide security codes to the ERO offices to guarantee the security of data modifications made remotely or over communication systems/lines with the monitoring system or manually on the telephone with a monitoring center employee. The Contractor is prohibited from accessing system user IDs of ERO employees except when specifically required to resolve help-desk issues.

b. Continuous Operation of Monitoring System - The Contractor staff shall be at the monitoring site and shall operate the monitoring system continuously 24 hours a day, 7 days a week. The monitoring center shall

promptly detect and notify Case Specialists and/or ERO Officers of key event(s). In the event that remote access is temporarily inoperable, Contractor staff shall implement a contingency to manually provide data entry upon requests by Case Specialists and/or ERO Officers of all Participant enrollments, schedule changes and other monitoring information requests and reports and otherwise respond to all inquiries from the staff referenced above.

## 6. MONITORING SYSTEM ARCHITECTURE

a. The Contractor shall provide information on monitoring system architecture to include the hardware, software and power source(s). This shall include a description of contingency plans for ensuring continuous uninterrupted monitoring upon the occurrence of a monitoring component or system failure.

b. Key events for Electronic Monitoring Systems:

    i. To ensure compliance with electronic monitoring restrictions, the Contractor shall test for the location of Participants at specific locations randomly. The Contractor shall notify the Case Specialist and/or ERO Officers of any or all of the following applicable key events:

        1. Unauthorized absence from Participant residence

        2. GPS zone violations

        3. Failure to return to Participant residence from a scheduled absence

        4. Late arrivals or early departures from Participant residence

        5. Equipment (including, but not limited to Transmitter, Monitoring unit) malfunctions

        6. Tampering with equipment

        7. Loss of electrical power or telephone service

        8. Low battery

        9. Location verification failure

        10. Missed calls from the Monitoring Unit.

    ii. Upon the occurrence of any Key Event, the monitoring system shall notify the Case Specialist and ERO case officer using the Notification Schedule.

    iii. The Contractor shall comply with the notification schedule for all Enforcement and Removal offices. Notification parameters in the monitoring system shall not exceed five (5) minutes. The Contractor's system shall be capable of providing for two or more simultaneous or time-delayed backup notifications by e-mail or telephone call.

    iv. The Contractor must telephonically contact the Participant immediately upon system notification of a band or device tamper alert. In the event of such an alert the Contractor must arrange a residence visit or an office visit, as appropriate, to occur no later than the next business day to examine the equipment to ensure that it has not been tampered with. If the Contractor is able to make contact with the participant, then written notification of the band/strap/device tamper can be made within 48 hours if there are no further issues. If the contractor is not able to contact the participant

Page 5

telephonically, then the local ERO Task Manager must be contacted within one hour of the initial alert.

v.  The Contractor must telephonically contact the Participant immediately upon system notification of a low battery alert (20% battery life remaining) to ensure the Participant charges the device appropriately. Should the battery life remaining reach 10% or less, the Contractor must notify the ERO case officer using the Notification Schedule.

## 7.  REMOTE ACCESS TO MONITORING SYSTEM

a.  The contractor shall provide ERO officers a remote access capability via the Internet for accessing the monitoring system to view, print, download, enter/modify participant monitoring information, and have the ability to perform all standard functions. The contractor shall provide multiple additional definable fields to allow for local and national customization of the system to accommodate a Field Office's desire to input and maintain other information as needed. The system shall have the ability to query the database using any data field, to sort by any data field, and to search by any data field. Downloadable data shall be in a format that is compatible for use with the Microsoft Office Product Suite.

b.  The remotely accessible system shall minimize user interaction whenever possible. Utilization of a scheduled batch facility for automatic off-hours production of reports is one example of minimized user interaction. The system shall also keep a behind-the-scenes historical transaction record of up to ten updates. The transaction log shall record the login ID and date of update for a minimum of 90 days.

c.  The remotely accessible system shall provide a separate ERO/HQ management/supervisor interface.

d.  The remotely accessible system shall have an adequate security infrastructure to prevent unauthorized users from gaining access to participant data, ensuring that it meets current ICE OCIO compliance standards. The system shall use the most current monitoring systems at multiple levels (e.g., firewall, database). The security system shall provide information on attempted intrusions and other relevant or useful information that can be reported for further investigation and referral for criminal action.

## 8.  REMOTELY ACCESSIBLE DATABASE

a.  The Contractor's remotely accessible database shall be compatible for use with the Microsoft Office Suite of Products and shall provide a minimum number of database fields (specified below). DHS reserves the right to reasonably increase the number of fields at no additional cost.   The following minimum specification for database fields, functions, and reports are as follows:

     i.  Participant ID
    ii.  Last Name First Name
   iii.  Alien Registration Number
   iv.  EARM Case ID
    v.  ATD Tracking ID
   vi.  Alias
  vii.  Participant type (e.g., pre-order, POCR)
 viii.  Date of Birth
   ix.  Sex
    x.  Office location
   xi.  Country of birth

      xii.   Language spoken
     xiii.   Address
     xiv.   City
      xv.   State
     xvi.   Zip code
    xvii.   Phone #
   xviii.   Phone #2
     xix.   Time Zone
      xx.   Daylight savings
     xxi.   Customizable Fields
    xxii.   Transmitter ID
   xxiii.   Transmitter status
   xxiv.   Monitoring Unit ID
    xxv.   Monitoring Unit configuration
   xxvi.   Monitoring Unit status
  xxvii.   Case officer name
 xxviii.   ISAP Participant schedule
   xxix.   Schedule overview
    xxx.   Leave (out of range) date/time
   xxxi.   Enter (in range) date/time

b.   Event History of Participant transactions:

       i.   Date
      ii.   Event time
     iii.   Receive time
     iv.   Alarm events
      v.   Equipment type
     vi.   Event group
    vii.   Equipment status
   viii. Equipment Inventory
     ix.   Transmitter IDs
      x.   Monitoring Unit CDs

c.   COR and ERO Task Manager Remote Access

      i.   The contractor shall provide the ERO Headquarters COR and the local ERO Task Manager with remote access to the Monitoring System. The following items shall be monthly extractions available for remote viewing and downloading by the COR:

         1.   Installations/terminations by Field Office and immigration status of the ISAP Participant at the point of termination.

         2.   Actively monitored Participants at the end of each month.

         3.   Participant schedule changes and alerts by Field Office and case type.

Page 7

4. Transmitters returned for repair and the repairs made.

5. Time taken by monitoring center staff to answer Case Specialists' calls.

6. Alerts of specific Key Events.

7. Calls to Case Specialists.

## 9. Telephone Access to the Monitoring Facility

a. The Contractor shall provide a toll-free telephone number for ERO Officers and Case Specialists to call the Monitoring Center for technical support or assistance in entering, changing, or obtaining monitoring data. The maximum holding time for calls to the monitoring center for any purpose shall not exceed one minute.

## 10. Database Functions/Reports

a. New Participant Enrollments - Case Specialists shall complete a new Participant enrollment including relevant personal information for each participant, including name, address, alien registration number, telephone number(s), equipment serial numbers, case officer name, schedule curfew information and other pertinent information necessary to activate monitoring. The system must allow for, and differentiate between Temporary and Permanent schedules.

b. Data/Schedule Changes - Case Specialists shall be able to have direct access to make participant data and/or changes without the need for faxing or monitoring operator input.

c. Caseload Review - A listing of all Participant names, associated transmitter/receiver serial numbers, the current real-time status of the Participant referencing the single most recent event that was reported for each Participant. Additional detail shall be available, in real-time as events occur for each participant.

d. Case Specialist Caseload Report - A report that provides the current participant list of a Case Specialist's assigned cases.

e. Event/Report Analysis - Case Specialists shall be able to review real-time monitoring events as they occur, generate historical and analysis of events onscreen and download reports as needed.

f. Terminate Participants - Case Specialists shall be able to terminate monitoring on any Participant on their caseload, once directed by the local ERO Task Manager.

g. Daily Summary Report - A chronological list of all Participants' activities including date and time of occurrence based on the report dates requested. The report shall include Participant name, complete activity schedule, monitoring center comments, reference to any Key Events, and equipment configuration.

h. Equipment Utilization Report - A report that shows utilization by equipment ID.

## 11. MULTI-LINGUAL TELEPHONIC VOICE RECOGNITION / VERIFICATION REPORTING SYSTEM

Page 8

a. A Multi-lingual telephonic voice recognition/verification reporting system shall be provided.

b. The Reporting System must operate 24 hours a day, 7 days a week, 365 days a year and be tied directly into the contractor-owned monitoring center.

c. The system must operate with dual processors utilizing memory shadowing and redundancy, capable of delivering high reliability with minimal downtime.

d. The system must be capable of utilizing current technologies and relevant sources to immediately capture and store an accurate location for participants when they are reporting telephonically.

e. Reporting frequencies for the Telephonic Reporting System should be able to be scheduled by:
    i. Specific day of the week (i.e. Tuesdays)
    ii. Specific date of the month (i.e. 1st of the month)
    iii. By a two hour block of time 24 hours a day (i.e. 4PM – 6PM)
    iv. Scheduled monthly

f. The system must be capable of recognizing exceptions and sending notifications instantly as specified in the SOW.

g. Desired languages at a minimum are English, Spanish, French, German, Greek, Korean, Japanese, Dutch, Kurdish, Armenian, Swahili, Polish, Italian, Indonesian, Mandarin, Cantonese, Fuzhou, Haitian Creole, Vietnamese, Cambodian Khmer, Thai, Lao, Russian, Farsi, Arabic, Hindi, Urdu, Portuguese, Canjobal, Kiche, Somali, Bengali, Punjabi and Gujarati.

h. The Contractor shall implement policies and procedures prohibiting Participants from using Voice over Internet Protocol (VoIP) or mobile phones to access the telephonic reporting system as directed by ICE/ERO ATD Officers.

Page 9

## ATTACHMENT 7

| Report Field | Participant Report | Court Reports | Travel Document Report | Participant Count by Billing Service | Daily Count by Office | Change in Legal Stage Report | Exception & Alert Reports | Summary of Emergency Reports Generated | Missing Data Reports | Ad Hoc Reports |
|---|---|---|---|---|---|---|---|---|---|---|
| Last Name | X | X | X | X | | X | X | | X | X |
| First Name | X | X | X | X | | X | X | | X | X |
| A number | X | X | X | X | | X | X | X | X | X |
| Case ID | X | X | X | X | | X | X | X | X | X |
| ATD Enrollment ID | X | X | X | X | | X | X | X | X | X |
| ATD Service ID | X | X | | X | | X | X | X | X | X |
| ATD Location (City & State) | X | X | X | X | X | X | X | X | X | X |
| ATD Location Type (C,G,T) | X | X | X | X | X | X | X | X | X | X |
| AOR | X | X | X | X | X | X | X | X | X | X |
| Gender | X | X | X | X | | X | X | | X | X |
| Birth Date | X | X | X | X | | X | X | | X | X |
| Age | X | X | X | X | | X | X | | X | X |
| Citizenship/Country | X | X | X | X | | X | X | | X | X |
| Original Start Date | X | X | X | X | | X | X | | X | X |
| Inactive Date | X | X | X | X | | X | | | X | X |
| TC | X | X | X | X | | X | | | X | X |
| Program Status (Active/Inactive) | X | X | | X | | X | | | X | X |
| Technology | X | X | X | X | X | X | X | | X | X |
| Technology Start Date | | | | | | | | | X | X |
| Technology End Date | | | | | | | | | X | X |
| Legal Stage | X | X | X | X | | X | X | X | X | X |
| Legal Stage Start Date | | X | X | X | | X | | | X | X |
| Legal Stage End Date | | X | | X | | X | | | X | X |
| Home Visit (frequency) | X | | | X | X | | X | | X | X |
| Office Visit (frequency) | X | | | X | X | | X | | X | X |
| Court Tracking (as a service) | X | X | | X | X | | X | | X | X |

| | Weekly | Monthly | As Needed | Monthly | Daily | As Needed | Daily | Monthly | As Needed | As Needed |
|---|---|---|---|---|---|---|---|---|---|---|
| Alerts Management (as a service) | X | | | X | X | | X | | X | X |
| Court Date | | X | | X | | | | | | X |
| Type of Hearing | | X | | X | | | | | | X |
| Court Action | | X | | X | | | | | | X |
| Final Decision Result | | X | | X | | | | | | X |
| Final Decision Date | X | X | | X | | | | | | X |
| Travel Doc (Y/N) | X | X | X | X | | | | | | X |
| Travel Doc Country | | X | X | X | | | | | | X |
| Travel Doc Receive Date | | X | X | X | | | | | | X |
| **Frequency of Report** | Weekly | Monthly | As Needed | Monthly | Daily | As Needed | Daily | Monthly | As Needed | As Needed |

Last Name
First Name
AFN
Subject ID
Person ID
ATD Stay ID
Current Agency
AOR
Gender
Birth Date
Age
Citizenship/Country
Original Start Date
Inactive Date
TC
Status
ATD Type
Monitoring
Monitoring Start Date
Monitoring End Date
Legal Stage
Legal Stage Start Date
Legal Stage End Date


Travel Doc Country
Travel Doc Receive Date

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | | PAGE OF PAGES |
|---|---|---|---|---|
| | | | | 1    6 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| P00002 | See Block 16C | | |

| 6. ISSUED BY    CODE    ICE/DCR | 7. ADMINISTERED BY (If other than Item 6)    CODE    ICE/DCR |
|---|---|
| ICE/Detention Compliance & Removals<br>Immigration and Customs Enforcement<br>Office of Acquisition Management<br>801 I Street, NW<br>WASHINGTON DC 20536 | ICE/Detention Compliance & Removals<br>Immigration and Customs Enforcement<br>Office of Acquisition Management<br>801 I Street NW,<br>Washington DC 20536 |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | [x] | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| BI INCORPORATED<br>6400 LOOKOUT ROAD<br>BOULDER CO 803013377 | | |
| | | 9B. DATED (SEE ITEM 11) |
| | X | 10A. MODIFICATION OF CONTRACT/ORDER NO.<br>HSCEDR-14-D-00004 |
| CODE    0941609590000    FACILITY CODE | | 10B. DATED (SEE ITEM 13)<br>09/02/2014 |

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
See Schedule

13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| X | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT:    Contractor    [ ] is not.    [x] is required to sign this document and return    1    copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
DUNS Number:   094160959
THE PURPOSE OF MODIFICATION P00002 IS AS FOLLOWS:

1. In accordance with Section C of the ISAP III Statement of Work, it is the Government's intent to expand its Intensive Supervision Appearance Program (ISAP III) coverage to include the Statement of Work for the Rio Grande Valley Pilot (see attached revised BI Proposal). The pilot will begin on December 1, 2014.

2. No funding is being obligated on the ISAP III base contract. Funding will be provided via Task order HSCECR-14-J-00033.

All other prices, terms and conditions remain the same.
Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| VP, Financial Planning | |
| 15C. DATE SIGNED<br>12/1/14 | 16C. DATE SIGNED<br>12/1/14 |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HSCEDM-14-D-00004/P00002 | | | | PAGE<br>2 | OF<br>6 |
|---|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | Exempt Action: Y<br>Discount Terms:<br>          Net 30<br>FOB: Destination<br>Period of Performance: 09/08/2014 to 08/31/2019<br><br>Add Item 0010 as follows: | | | | |
| 0010 | Rio Grande Valley Pilot<br>Product/Service Code:  R408<br>Product/Service Description: SUPPORT-<br>PROFESSIONAL: PROGRAM MANAGEMENT/SUPPORT<br>Contact information:<br>DHS/ICE/ Office of Acquisition Management (OAQ)<br>Contracting Officer: _____ 202-732-____<br>_____ dhs.gov<br><br>ICE/ERO/Alternatives to Detention Unit (ATD)<br>COR: _____ ice.dhs.gov (202)<br>732-____<br>ACOR: _____<br>_____ ice.dhs.gov (202) 732-____ | | | | |

(b)(6),(b)(C)(C)
(b)(6),(b)(C)(C)

(b)(6),(b)(C)(C)
(b)(6),(b)(C)(C)
(b)(6),(b)(7)(C)

(b)(6),(b)(C)(C)



BI Incorporated
6400 Lookout Road
Boulder, CO 80301

Tel: 303.218.██ ████
800.241.████
Fax: 303.218.1250

November 24, 2014

☒☒☒☒☒☒ [            ] Contracting Officer, Compliance and Removals Division
U.S. Immigration and Customs Enforcement
Department of Homeland Security
☒☒☒☒☒☒ 801 I Street NW, [            ]
Washington, D.C. 20536

Re:     **Contract #HSCECR-14-R-0001 Intensive Supervision Appearance Program III
        (ISAP III)**

☒☒☒☒☒☒ Dear [            ]

☒☒☒☒☒☒ In response to a request from ATD Unit Chief [            ] and [            ] from ☒☒☒☒☒☒
ICE OAQ, BI Incorporated is providing our capability to operationalize a pilot for participants
released from the Rio Grande Valley.

We have included our amended understanding of the tasks required and provided our revised
proposed pricing. The pricing submitted is for the pilot phase only; BI reserves the right to revisit
pricing based on the results of the pilot and scope implications of the new services. BI may also
propose assessing changes to the management fee.

Thank you for your consideration and we look forward to your response.

Sincerely,

☒☒☒☒☒☒

Vice President and Program Director ISAPIII 303.218.[        ] ☒☒☒☒☒☒
☒☒☒☒☒☒ [            ]

www.bi.com

## Rio Grande Valley Pilot Specifications

Duration:
Commence Services: The week of 12/1/2014-upon execution of a contract modification.
Terminate Pilot: upon termination of all pilot participants by ERO

Population:
Not to exceed 250 Enrollments.

Technology:
250 GPS Units (Telephonic Reporting is not an option for this pilot).

Location:
Rio Grande Valley. Exact location(s) that BI Incorporated (BI) will perform services is
TBD. Intent is to do it from one site, but possibly two sites depending on agency
circumstances.

Services:
Enrollment, GPS installation, abbreviated orientation, and Electronic Monitoring (EM)
alert monitoring.

Data collection:
1) Number of tampers/alerts generated en-route.
2) Appearance/reporting to final destination rate.
3) Average length in time to report to final destination.

BI staffing:
Two (2) ISAP III staff members who are certified to perform contract services as either
Program Manager or Case Specialist.

Oversight:
ISAP III Program Director/Deputy Program Director.

Enrollment and Orientation:
ATD officers will determine who enrolls and who does not. ATD officers will complete
enrollment forms and give them to BI personnel on site for processing. Processing by BI
will be abbreviated from a standard orientation and will include:

- Device assignment, attachment, activation.

- Explanation of care, maintenance, and requirements of the GPS unit.

- Record creation in the monitoring program.

- Reporting date and location requirements will be explained thoroughly to
  ensure the participant understands what happens next, what they need to do,

and where they need to go.

- Assignments/enrollments will continue until all 250 units are assigned. It is anticipated that this will take two weeks or less.
- BI will attempt to resolve any alerts received with the understanding that there will not be a dedicated POC or number to call, nor will interception efforts be made in the field.
- BI will notify the appropriate Alternative to Detention Monitoring Office (AMO) of all alerts for tracking purposes.
- Upon arrival in the final location, ERO–ATD makes a final determination on appropriateness for case management and technology assignment. Absent extraordinary circumstances, participant will likely go into the equivalent of the FS component and will be handled as per ATD Standard Operating Procedures (SOPs), Multi Aspect Removal Verification Initiative (MARVIN), etc.

## Rio Grande Valley Pilot Pricing

The chart below includes BI's proposed rate for the Rio Grande Valley pilot. The pricing submitted is for the Pilot phase only; BI reserves the right to revisit pricing based on the scope implications of the new components. BI may also propose a change to the management fee.

| CLIN | Description | Unit Price |
|------|-------------|------------|
| N/A | Travel and Expenses | |
| N/A | Equipment Loss | |
| N/A | Pilot Enrollment | |
| 0006 | GPS | |
| 0009 | Alert Management | |

(b)(4)



| BI Incorporated |
| ISAP III |
| GPS Use from Border |

(b)(6),(b)(7)(C)   cc:   ATD Unit Chief
Incorporated, Divisional Vice President
Incorporated, Legal Counsel

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | PAGE OF PAGES | |
|---|---|---|---|---|
| | | | 1 | 3 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| P00003 | See Block 16C | | |

| 6. ISSUED BY | CODE | ICE/DCR | 7. ADMINISTERED BY (If other than Item 6) | CODE | ICE/DCR |
|---|---|---|---|---|---|

ICE/Detention Compliance & Removals
Immigration and Customs Enforcement
Office of Acquisition Management
801 I Street, NW,
WASHINGTON DC 20536

ICE/Detention Compliance & Removals
Immigration and Customs Enforcement
Office of Acquisition Management
801 I Street NW,
Washington DC 20536

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | (x) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| BI INCORPORATED 6400 LOOKOUT ROAD BOULDER CO 803013377 | | 9B. DATED (SEE ITEM 11) |
| | x | 10A. MODIFICATION OF CONTRACT/ORDER NO. HSCEDM-14-D-00004 |
| CODE 0941609590000 FACILITY CODE | | 10B. DATED (SEE ITEM 13) 09/02/2014 |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

**12. ACCOUNTING AND APPROPRIATION DATA (If required)**
See Schedule

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| CHECK ONE | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| X | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor ☐ is not. ☒ is required to sign this document and return ___1___ copies to the issuing office.

**14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)**

DUNS Number: 094160959
The purposes of modification 00003 are as follows:
1. A) Clarify Section 6.1.c.:
"c. The contractor shall provide the following services, when selected and assigned by ATD
Officers on a case by case basis, when the participant's residence is within 75 miles (or
an appropriate distance as agreed to by the ISAP III Program Director or Deputy Director,
local ERO, and HQ –ATD) of the nearest contractor location (C-site or G-site):"

B) Remove the following reports from the contract as they will no longer be required:
• Monthly Progress Report – Avg Length Between Hearings (SOW 6.16.2.s.i)
• Termination Report by Term Code (SOW 6.16.2.1)
Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|
| VP Financial Planning | | |
| 15C. DATE SIGNED 12/16/2014 | 16C. DATE SIGNED 12/16/14 | |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED | PAGE | OF |
|---|---|---|---|
| | HSCEDM-14-D-00004/P00003 | 2 | 3 |

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | •    Average Length in Program (SOW 6.16.2.u.ii.1) <br> •    Program Compliance (SOW 6.16.2.u.ii.2) <br> •    Legal Representation (SOW 6.16.2.u.ii.3) <br><br> C) Make the following changes to the reports that will continue to be required (A revised version of Attachment 7 will be incorporated in a subsequent modification.): <br> •    The Participant Count by Billing Service (PCBS) (SOW 6.16.2.k) refers to the required fields per Attachment 7.  It is agreed upon that the PCBS will have the following fields:  A#, Case ID#, Service ID#, start/stop, legal stage and count of # of days for the requested reporting time frame.  There will be a summary of total days by service type and 2 signature lines.  This will be included in the revision to Attachment 7. <br> •    Exception Daily Report - Voice (SOW 6.16.2.c.i.) -Required for T sites only and should use technology start/stop versus legal stage start stop.  Report will be combined with Alert Daily Report into one report so Voice and GPS alerts will be sent under one Alert Daily Report for T sites.  This will be included in the revision to Attachment 7. <br> •    Alert Daily Report - GPS (SOW.6.16.2.c.ii) -Required for T sites only and should use technology start/stop versus legal stage start stop.  This will be included in the revision to Attachment 7. <br> •    Summary of Exception and Open Alerts (SOW 6.16.2.d) - Report will provide listing of all open GPS and TR alerts greater than 72 hours for T sites only.  Report should use technology start/stop versus legal stage start stop.  This will be included in the revision to Attachment 7 <br> •    Summary of Emergency Reports Issues (SOW 6.16.2.6) - Need to modify Schedule 7 to say required weekly (not monthly). <br> •    Summary of Confirmed Pregnancies (SOW 6.16.2.h.iii) -Provided monthly instead of weekly. <br> •    Summary of Change of Address (SOW 6.16.2.i.ii) -Provided monthly instead of weekly. <br> •    Participant Report (SOW 6.16.2.n) - Add legal representation as a required field. This will be included in the revision to Attachment 7 <br> •    Missing Data Report (SOW 6.16.2.q) -Provided only upon request <br><br> 2. No funding is being obligated on the ISAP III Continued ... | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED HSCEDM-14-D-00004/P00003 | | | PAGE 3 | OF 3 |
|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| (b)(6),(b)(7)(C) (b)(6),(b)(7)(C) (b)(6),(b)(7)(C) (b)(6),(b)(7)(C) (b)(6),(b)(7)(C) | base contract. Funding will be provided via Task order HSCEDM-14-J-00033.<br><br>All other prices, terms and conditions remain the same.<br>Exempt Action: Y<br>Period of Performance: 09/08/2014 to 08/31/2019<br>Contact information:<br>DHS/ICE/ Office of Acquisition Management (OAQ)<br>Contracting Officer: [ ]-202-732-[ ]<br>[ ]@ice.dhs.gov<br><br>ICE/ERO/Alternatives to Detention Unit (ATD)<br>COR: [ ]@ice.dhs.gov (202) 732-[ ]<br>ACOR: [ ]<br>[ ]@ice.gov (202) 732-[ ] | | | | (b)(6),(b)(7)(C) |

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | | 1. CONTRACT ID CODE | PAGE OF PAGES |
|---|---|---|---|
| | | | -     9 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| PO0004 | See Block 16C | | |

| 6. ISSUED BY | CODE | ICE/DCR |
|---|---|---|

ICE/Detention Compliance & Removals
Immigration and Customs Enforcement
Office of Acquisition Management
801 I Street, NW,
WASHINGTON DC 20536

| 7. ADMINISTERED BY (If other than Item 6) | CODE | ICE/DCR |
|---|---|---|

ICE/Detention Compliance & Removals
Immigration and Customs Enforcement
Office of Acquisition Management
801 I Street NW,
Washington DC 20536

**8. NAME AND ADDRESS OF CONTRACTOR** (No., street, county, State and ZIP Code)

BI INCORPORATED
6400 LOOKOUT ROAD
BOULDER CO 803013377

(X)

| | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|
| | |
| | 9B. DATED (SEE ITEM 11) |
| | |
| X | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
| | HSCEDM-14-D-00004 |
| | 10B. DATED (SEE ITEM 13) |
| | 09/02/2014 |

| CODE | 0941609590000 | FACILITY CODE | |
|---|---|---|---|

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods. (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

**12. ACCOUNTING AND APPROPRIATION DATA** (If required)
See Schedule

## 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| X | |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor ☐ is not. ☒ is required to sign this document and return _____1_____ copies to the issuing office.

**14. DESCRIPTION OF AMENDMENT/MODIFICATION** (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

DUNS Number:   094160959

The purposes of modification 00004 are as follows:

A) Increase the ceiling of CLINs 0002C, 1002C, 2002C, 3002C and 4002C by _____
participant days. The new not to exceed amount for those CLINs will be:

CLIN 0002C _____ participant days x _____
CLIN 1002C _____ participant days x
CLIN 2002C _____ participant days x
CLIN 3002C _____ participant days x
CLIN 4002C _____ participant days x

B) Add a CLIN to the contract for the base and each option year for I-Site
Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| | |

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
|---|---|---|---|
| (Signature of person authorized to sign) | | (Signature of Contracting Officer) | |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED | PAGE | OF |
|---|---|---|---|
| | HSCEDM-14-D-00004/P00004 | 2 | 9 |

NAME OF OFFEROR OR CONTRACTOR

BI INCORPORATED

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|

Enrollments/Orientation

T site Enrollments:

ATD officers will determine T site enrollments.
ATD officers will complete enrollment forms and,
in locations where BI staff are physically
present,  will provide the forms and the
participant to BI personnel for processing.
Processing by BI will be abbreviated from a
standard orientation and will include:
• Device assignment, attachment, activation.
• Explanation of care, maintenance, and
requirements of the dedicated technology.
• Record creation in the monitoring program.
• Reporting date and location requirements will
be explained thoroughly to ensure the participant
understands what happens next, what they need to
do, and where they need to go.
• BI will notify the appropriate Alternative to
Detention Monitoring Office (AMO) of all alerts
for monitoring and tracking purposes.

Enrollment will be billed at _____ per
occurrence not to exceed _____ per contract
period.

C)  Make the following changes to the reports
section (A revised version of Attachment 7 will
be incorporated in a subsequent modification.):
1) Change in Legal Stage (SOW 6.16.2.p)-Report
not needed on a regular basis. If BI Inc. will be
able to report current legal stage, previous
legal stage, and legal stage change dates per
participant, this report can be ad-hoc.

2) Compliance Report (SOW 6.16.2.u.ii.2)-Report
is hereby removed from the contract. This will be
replaced with Participant termination codes, as
well as EOIR appearance stats, which will allow
ATD to quantify compliance.

3) Monthly Progress Report - Hearing Status (SOW
6.16.2.[e-f])
Synopsis and Purpose:
•              Highlights all Active Participants
and their next EOIR scheduled court hearing
•              Allows officers to adjust
monitoring frequency appropriately
•         Dates of program enrollments will include a
Continued ...

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| | | | PAGE | OF |
|---|---|---|---|---|
| **CONTINUATION SHEET** | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HSCEDM-14-D-00004/P00004 | | 3 | 9 |

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | start date for new & re-enrollments ("stints").<br>• The Monthly Progress Report will now be the Quarterly Progress Report & will be distributed as indicated by ERO ATD, to include headquarters and field staff (AMOs). | | | | |
| | Data-fields needed: AFN, EOIR Hearing Date, Location, AOR, Sub Office, Birth Date, Country, Client Type, Monitoring, Enrollment, ATD Type, ATD Stay ID | | | | |
| | ------------------------------------------------<br>1. No funding is being obligated on the ISAP III base contract. Funding will be provided via Task order HSCEDM-14-J-00033. | | | | |
| | All other prices, terms and conditions remain the same.<br>Exempt Action: Y<br>Delivery: 30 Days After Award<br>Discount Terms:<br>Net 30<br>Accounting Info: | | | | |
| (b)(4) | | | | | |
| | FOB: Destination<br>Period of Performance: 09/08/2014 to 08/31/2019 | | | | |
| | Change Item 0002C to read as follows(amount shown is the total amount): | | | | |
| 0002C | Office Visit-Once Every Four Weeks<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD) | (b)(4) | | | (b)(4) |
| | The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Office visits) for each ISAP III participant in accordance with Sections 6.3 of the SOW. | | | | |
| | CLIN 0002C Base Year NTE Amount: | | | | |
| (b)(4) | | | | | |
| | Base Period of Performance:<br>08 September 2014 through 31 August 2015 | | | | |
| | Delivery Location Code: ICE/ERO<br>Continued ... | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| | | | | | | PAGE | OF |
|---|---|---|---|---|---|---|---|
| **CONTINUATION SHEET** | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HSCEDM-14-D-00004/P00004 | | | | | 4 | 9 |

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| (b)(6)(b)(7)C | ICE Enforcement & Removal<br>Immigration and Customs Enforcement<br>801 I Street, NW<br><br>Washington DC 20536<br><br>Add Item 0011 as follows: | | | | |
| 0011 | T-Site Orientation/ Enrollment<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>ATD officers will determine T site enrollments.<br>ATD officers will complete enrollment forms and<br>give them to BI personnel for processing.<br>Processing by BI will be abbreviated from a<br>standard orientation and will include:<br>• Device assignment, attachment, activation.<br>• Explanation of care, maintenance, and<br>requirements of the dedicated technology.<br>• Record creation in the monitoring program.<br>• Reporting date and location requirements will<br>be explained thoroughly to ensure the participant<br>understands what happens next, what they need to<br>do, and where they need to go.<br>• BI will notify the appropriate Alternative to<br>Detention Monitoring Office (AMO) of all alerts<br>for monitoring and tracking purposes.<br><br>CLIN 0011 Base Year NTE Amount: | | | | (b)(4) |
| (b)(4) | | | | | |
| | Base Period of Performance:<br>08 September 2014 through 31 August 2015<br><br>Delivery Location Code: ICE/ERO<br>ICE Enforcement & Removal<br>Immigration and Customs Enforcement<br>801 I Street, NW<br><br>Washington DC 20536<br><br>Change Item 1002C to read as follows(amount shown<br>is the total amount): | | | | |
| (b)(6)(b)(7)C | | | | | |
| 1002C | Office Visit-Once Every Four Weeks<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall administer, monitor, track,<br>Continued ... | | | | (b)(4) |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| | | | | | |
|---|---|---|---|---|---|
| **CONTINUATION SHEET** | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HSCEDM-14-D-00004/P00004 | | | PAGE<br>5 | OF<br>9 |

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | and report various stages of supervision (i.e. Office visits) for each ISAP III participant in accordance with Sections 6.3 of the SOW.<br><br>CLIN 1002C Option Year 1 NTE Amount:<br>(b)(4)<br>Amount: $874,216.60(Option Line Item)<br>09/01/2015<br><br>Delivery Location Code: ICE/DRO<br>ICE Detention & Removal<br>Immigration and Customs Enforcement<br>801 I Street, NW<br>(b)(6),(b)(7)(C)<br>Washington DC 20536<br><br>Add Item 1010 as follows: | | | | |
| 1010 | T-Site Orientation/ Enrollment<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>ATD officers will determine T site enrollments, ATD officers will complete enrollment forms and give them to BI personnel for processing. Processing by BI will be abbreviated from a standard orientation and will include:<br>• Device assignment, attachment, activation.<br>• Explanation of care, maintenance, and requirements of the dedicated technology.<br>• Record creation in the monitoring program.<br>• Reporting date and location requirements will be explained thoroughly to ensure the participant understands what happens next, what they need to do, and where they need to go.<br>• BI will notify the appropriate Alternative to Detention Monitoring Office (AMO) of all alerts for monitoring and tracking purposes.<br><br>CLIN 1010 Option Year 1 NTE Amount:<br>(b)(4)<br>Amount: $48,750.00(Option Line Item)<br>09/01/2015<br><br>Delivery Location Code: ICE/DRO<br>ICE Detention & Removal<br>Immigration and Customs Enforcement<br>801 I Street, NW<br>(b)(6),(b)(7)(C)<br>Washington DC 20536<br>Continued ... | | | | (b)(4) |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| | | | | | |
|---|---|---|---|---|---|
| **CONTINUATION SHEET** | REFERENCE NO. OF DOCUMENT BEING CONTINUED HSCEDM-14-D-00004/P00004 | | | PAGE 6 | OF 9 |

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | Change item 2002C to read as follows(amount shown is the total amount): | | | | |
| 2002C | Office Visit-Once Every Four Weeks Fixed Unit Price The unit EA represents a Participant Day (PD) | | | | (b)(4) |
| | The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Office visits) for each TSAP ITT participant in accordance with Sections 6.3 of the SOW. | | | | |
| (b)(4) | CLIN 2002C Option Year 2 NTE Amount: | | | | |
| | Amount: $869,615.46(Option Line Item) 09/01/2016 | | | | |
| | Delivery Location Code: ICE/ERO ICE Enforcement & Removal Immigration and Customs Enforcement 801 I Street, NW | | | | |
| (b)(6),(b)(7)(C) | | | | | |
| | Washington DC 20536 | | | | |
| | Add item 2010 as follows: | | | | |
| 2010 | T-Site Orientation/ Enrollment Fixed Unit Price The unit EA represents a Participant Day (PD) | | | | (b)(4) |
| | ATD officers will determine T site enrollments, ATD officers will complete enrollment forms and give them to BI personnel for processing. Processing by BI will be abbreviated from a standard orientation and will include: • Device assignment, attachment, activation. • Explanation of care, maintenance, and requirements of the dedicated technology. • Record creation in the monitoring program. • Reporting date and location requirements will be explained thoroughly to ensure the participant understands what happens next, what they need to do, and where they need to go. • BI will notify the appropriate Alternative to Detention Monitoring Office (AMO) of all alerts for monitoring and tracking purposes. | | | | |
| (b)(4) | CLIN 2010 Option Year 2 NTE Amount: | | | | |
| | Continued ... | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **CONTINUATION SHEET** | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HSCEDM-14-D-00004/P00004 | | | PAGE<br>7 | OF<br>9 |

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| (b)(4) | Amount: [          ] (Option Line Item)<br>09/01/2016<br><br>Delivery Location Code: ICE/DRO<br>ICE Detention & Removal<br>Immigration and Customs Enforcement<br>801 I Street, NW | | | | |
| (b)(4),(b)(4) | [          ]<br>Washington DC 20536<br><br>Change Item 3002C to read as follows(amount shown<br>is the total amount): | | | | |
| 3002C | Office Visit-Once Every Four Weeks<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall administer, monitor, track,<br>and report various stages of supervision (i.e.<br>Office visits) for each ISAP III participant in<br>accordance with Sections 6.3 of the SOW. | | | | (b)(4) |
| (b)(4) | CLIN 3002C Option Year 3 NTE Amount: | | | | |
| (b)(4) | Amount:[          ] (Option Line Item)<br>09/01/2017<br><br>Delivery Location Code: ICE/ERO<br>ICE Enforcement & Removal<br>Immigration and Customs Enforcement<br>801 I Street, NW | | | | |
| (b)(4),(b)(4) | Washington DC 20536<br><br>Add Item 3010 as follows: | | | | |
| 3010 | T-Site Orientation/ Enrollment<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>ATD officers will determine T site enrollments,<br>ATD officers will complete enrollment forms and<br>give them to BI personnel for processing.<br>Processing by BI will be abbreviated from a<br>standard orientation and will include:<br>• Device assignment, attachment, activation.<br>• Explanation of care, maintenance, and<br>requirements of the dedicated technology.<br>• Record creation in the monitoring program.<br>• Reporting date and location requirements will<br>Continued ... | | | | (b)(4) |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | be explained thoroughly to ensure the participant understands what happens next, what they need to do, and where they need to go. <br> • BI will notify the appropriate Alternative to Detention Monitoring Office (AMO) of all alerts for monitoring and tracking purposes. <br><br> CLIN 3010 Option Year 3 NTE Amount: <br><br> (b)(4) <br> (b)(4) Amount: _____ (Option Line Item) <br> 09/01/2017 <br><br> Delivery Location Code: ICE/DRO <br> ICE Detention & Removal <br> Immigration and Customs Enforcement <br> 801 I Street, NW <br> (b)(6),(b)(7)(C) <br> Washington DC 20536 <br><br> Change Item 4002C to read as follows(amount shown is the total amount): | | | | |
| 4002C | Office Visit-Once Every Four Weeks <br> Fixed Unit Price <br> The unit EA represents a Participant Day (PD) <br><br> The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Office visits) for each ISAP III participant in accordance with Sections 6.3 of the SOW. <br><br> CLIN 4002C Option Year 4 NTE Amount: <br><br> (b)(4) <br> (b)(4) Amount: _____ (Option Line Item) <br> 09/01/2018 <br><br> Delivery Location Code: ICE/ERO <br> ICE Enforcement & Removal <br> Immigration and Customs Enforcement <br> 801 I Street, NW <br> (b)(6),(b)(7)(C) <br> Washington DC 20536 <br><br> Add Item 4010 as follows: | | | | (b)(4) |
| 4010 | T-Site Orientation/ Enrollment <br> Fixed Unit Price <br> The unit EA represents a Participant Day (PD) <br><br> ATD officers will determine T site enrollments, Continued ... | | | | (b)(4) |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53 110

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HSCEDM-14-D-00004/P00004 | | | PAGE<br>9 | OF<br>9 |

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | ATD officers will complete enrollment forms and give them to BI personnel for processing. Processing by BI will be abbreviated from a standard orientation and will include:<br>• Device assignment, attachment, activation.<br>• Explanation of care, maintenance, and requirements of the dedicated technology.<br>• Record creation in the monitoring program.<br>• Reporting date and location requirements will be explained thoroughly to ensure the participant understands what happens next, what they need to do, and where they need to go.<br>• BI will notify the appropriate Alternative to Detention Monitoring Office (AMO) of all alerts for monitoring and tracking purposes.<br><br>4010 Option Year 4 NTE Amount:<br><br>Amount:       (Option Line Item)<br>09/01/2018<br><br>Delivery Location Code: ICE/DRO<br>ICE Detention & Removal<br>Immigration and Customs Enforcement<br>801 I Street, NW<br><br>Washington DC 20536<br>Contact information:<br>DHS/ICE/ Office of Acquisition Management (CAQ)<br>Contracting Officer:    -202-732<br>    ice.dhs.gov<br><br>ICE/ERO/Alternatives to Detention Unit (ATD)<br>COR:    ice.gov (202) 732-<br>ACOR:<br>ice.dhs.gov (202) 732 | | | | |

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | | PAGE OF PAGES | |
|---|---|---|---|---|---|
| | | | | 1 | 4 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| P00005 | See Block 16C | | |

| 6. ISSUED BY | CODE | ICE/DCR | 7. ADMINISTERED BY (If other than Item 6) | CODE | ICE/DCR |
|---|---|---|---|---|---|
| ICE/Detention Compliance & Removals<br>Immigration and Customs Enforcement<br>Office of Acquisition Management<br>801 I Street, NW<br>WASHINGTON DC 20536 | | | ICE/Detention Compliance & Removals<br>Immigration and Customs Enforcement<br>Office of Acquisition Management<br>801 I Street NW,<br>Washington DC 20536 | | |

| 8 NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | (x) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| BI INCORPORATED<br>6400 LOOKOUT ROAD<br>BOULDER CO 803013377 | | |
| | | 9B. DATED (SEE ITEM 11) |
| | X | 10A. MODIFICATION OF CONTRACT/ORDER NO.<br>HSCEDM-14-D-00004 |
| CODE  0941609590000 | FACILITY CODE | 10B. DATED (SEE ITEM 13)<br>09/02/2014 |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended. ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA (If required) |
|---|
| See Schedule |

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| CHECK ONE | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification and authority)<br>FAR 43.103 Bilateral Modification |

| E. IMPORTANT: Contractor ☐ is not. ☒ is required to sign this document and return _____ 1 _____ copies to the issuing office. |
|---|

**14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)**

DUNS Number: 094160959

The purpose of modification 00005 is as follows:

A) Increase the ceiling of CLINs 0002C, 1002C, 2002C, 3002C and 4002C by [       ]
participant days. The new not to exceed amount for those CLINs will be:

CLIN 0002C [    ] participant days x [       ]
CLIN 1002C [    ] participant days x [       ]
CLIN 2002C [    ] participant days x [       ]
CLIN 3002C [    ] participant days x [       ]
CLIN 4002C [    ] participant days x [       ]

-----------------------------------------------

Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| VP, Financial Planning | |
| 15B. CONTRACTOR/OFFEROR (Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA (Signature of Contracting Officer) | 16C. DATE SIGNED |
| | 3/10/15 | | |

| Previous edition unusable | STANDARD FORM 30 (REV. 10-83)<br>Prescribed by GSA<br>FAR (48 CFR) 53.243 |
|---|---|

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HSCEDM-14-D-00004/P00005 | | PAGE<br>2 | OF<br>4 |
|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| (b)(4) | 1. No funding is being obligated on the ISAP III base contract. Funding will be provided via Task order HSCEDM-14-J-00033.<br><br>All other prices, terms and conditions remain the same.<br>Exempt Action: Y<br>Delivery: 30 Days After Award<br>Discount Terms:<br>      Net 30<br>Accounting Info: | | | | |
| | FOB: Destination<br>Period of Performance: 09/08/2014 to 08/31/2019<br><br>Change Item 0002C to read as follows(amount shown is the total amount): | | | | |
| 0002C | Office Visit-Once Every Four Weeks<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Office visits) for each ISAP III participant in accordance with Sections 6.3 of the SOW.<br><br>CLIN 0002C Base Year NTE Amount: | | | | (b)(4) |
| (b)(4) | Base Period of Performance:<br>08 September 2014 through 31 August 2015<br><br>Delivery Location Code: ICE/ERO<br>ICE Enforcement & Removal<br>Immigration and Customs Enforcement<br>801 I Street, NW | | | | |
| (b)(6) | Washington DC 20536<br><br>Change Item 1002C to read as follows(amount shown is the total amount): | | | | |
| 1002C | Office Visit-Once Every Four Weeks<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall administer, monitor, track, Continued ... | | | | (b)(4) |

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HSCEDM-14-D-00004/P00005 | | | PAGE<br>3 | OF<br>4 |

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| (b)(4) | and report various stages of supervision (i.e. Office visits) for each ISAP III participant in accordance with Sections 6.3 of the SOW.<br><br>CLIN 1002C Option Year 1 NTE Amount:<br><br>Amount: $1,634,216.60 (Option Line Item)<br>09/01/2015 | | | | |
| (b)(6),(b)(7)(C) | Delivery Location Code: ICE/DRO<br>ICE Detention & Removal<br>Immigration and Customs Enforcement<br>801 I Street, NW<br><br>Washington DC 20536<br><br>Change Item 2002C to read as follows (amount shown is the total amount): | | | | |
| 2002C | Office Visit-Once Every Four Weeks<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Office visits) for each ISAP III participant in accordance with Sections 6.3 of the SOW.<br><br>CLIN 2002C Option Year 2 NTE Amount: | | | | (b)(4) |
| (b)(4)<br>(b)(4) | Amount: [redacted] (Option Line Item)<br>09/01/2016 | | | | |
| (b)(6),(b)(7)(C) | Delivery Location Code: ICE/ERO<br>ICE Enforcement & Removal<br>Immigration and Customs Enforcement<br>801 I Street, NW<br><br>Washington DC 20536<br><br>Change Item 3002C to read as follows (amount shown is the total amount): | | | | |
| 3002C | Office Visit-Once Every Four Weeks<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Office visits) for each ISAP III participant in<br>Continued ... | | | | (b)(4) |

OPTIONAL FORM 336 (4-86)<br>Sponsored by GSA<br>FAR (48 CFR) 53.110

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED HSCEDM-14-D-00004/P00005 | | PAGE 4 | OF 4 |
|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | accordance with Sections 6.3 of the SOW. | | | | |
| | CLIN 3002C Option Year 3 NTE Amount: | | | | |
| (b)(4) | Amount: [_____] (Option Line Item) 09/01/2017 | | | | |
| | Delivery Location Code: ICE/ERO ICE Enforcement & Removal Immigration and Customs Enforcement 801 I Street, NW | | | | |
| (b)(6),(b)(7)C | Washington DC 20536 | | | | |
| | Change Item 4002C to read as follows(amount shown is the total amount): | | | | |
| 4002C | Office Visit-Once Every Four Weeks Fixed Unit Price The unit EA represents a Participant Day (PD) | | | | (b)(4) |
| | The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Office visits) for each ISAP III participant in accordance with Sections 6.3 of the SOW. | | | | |
| | CLIN 4002C Option Year 4 NTE Amount: | | | | |
| (b)(4) | Amount: [_____] (Option Line Item) 09/01/2018 | | | | |
| | Delivery Location Code: ICE/ERO ICE Enforcement & Removal Immigration and Customs Enforcement 801 I Street, NW | | | | |
| (b)(6),(b)(7)C | Washington DC 20536 Contact information: DHS/ICE/ Office of Acquisition Management (OAQ) Contracting Officer: [____]-202-732-[__] @ice.dhs.gov | | | | (b)(6),(b)(7)C |
| (b)(6),(b)(7)C | ICE/ERO/Alternatives to Detention Unit (ATD) COR: [____] @ice.dhs.gov (202) 732-[__] ACOR: [____] @ice.dhs.gov (202) 732-[__] | | | | (b)(6),(b)(7)C |

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE | PAGE OF PAGES | |
|---|---|---|---|
| | | 1 | 8 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| P00006 | See Block 16C | | |

| 6. ISSUED BY | CODE | ICE/DCR | 7. ADMINISTERED BY (If other than Item 6) | CODE | ICE/DCR |
|---|---|---|---|---|---|

ICE/Detention Compliance & Removals
Immigration and Customs Enforcement
Office of Acquisition Management
801 I Street, NW,
WASHINGTON DC 20536

ICE/Detention Compliance & Removals
Immigration and Customs Enforcement
Office of Acquisition Management
801 I Street NW,
Washington DC 20536

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|

BI INCORPORATED
6400 LOOKOUT ROAD
BOULDER CO 803013377

9B. DATED (SEE ITEM 11)

| X | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
|---|---|
| | HSCEDM-14-D-00004 |

10B. DATED (SEE ITEM 13)

| CODE | 0941609590000 | FACILITY CODE | | 09/02/2014 |
|---|---|---|---|---|

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
See Schedule

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| CHECK ONE | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification and authority) FAR 43.103 Bilateral Modification |

E. IMPORTANT: Contractor ☐ is not. ☒ is required to sign this document and return _____1_____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
DUNS Number: 094160959
The purposes of modification 00006 are as follows:
1) In accordance with Nationwide Program Expansion Requirements of the ISAP III Statement of Work (Attachment 4), it is the Government's intent to expand its ISAP III coverage to additional Field Office/Sub-Office locations by authorizing BI Incorporated to assign personnel as follows:

C-Site Slot Expansion
A) San Diego - Increase from 375 to 750 slots. (60 days to get a new lease and begin performance)
B) Sacramento, California - 200 slots. (60 days)
Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| VP, Financial Planning | |

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
|---|---|---|---|
| (Signature of person authorized to sign) | 4/28/15 | (Signature of Contracting Officer) | |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HSCEDM-14-D-00004/P00006 | | | | PAGE<br>2 | OF<br>8 |

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | G-Sites<br>A) Las Vegas, Nevada - 100 slots. (30 days)<br>B) Yakima, Washington - 100 slots. (30 days)<br><br>T-Sites -<br>A) Gadsen, Alabama.<br>B) Richland, Washington.<br><br>Per Section H.4 Procedure for Activation of Additional ISAP III Field Office/Sub-Office Locations of contract HSCEDM-14-D-00004, BI Incorporated has no more than sixty (60) calendar days for "Contractor Site" locations from receipt of the modification and no more than thirty (30) calendar days for "Government Site" locations to fulfill all SOW requirements at the specific field office and/or sub-office location(s) identified herein.<br><br><br>2) Increase the ceiling estimates for each CLIN in the base performance period as indicated in the following pages.<br><br>--------------------------------------------------<br>1. No funding is being obligated on the ISAP III base contract. Funding will be provided via Task order HSCEDM-14-J-00033.<br><br>All other prices, terms and conditions remain the same.<br>Exempt Action: Y<br>Delivery: 30 Days After Award<br>Discount Terms:<br>          Net 30<br>Accounting Info: | | | | |
| (b)(4)(b)(6) | | | | | |
| | FOB: Destination<br>Period of Performance: 09/08/2014 to 08/31/2019<br><br>Change Item 0002B to read as follows(amount shown is the total amount): | | | | |
| 0002B | Office Visit-Once Every Two Weeks<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>Continued ... | | | | (b)(4) |

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HSCEDM-14-D-00004/P00006 | | | PAGE<br>3 | OF<br>8 |
|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Office visits) for each ISAP III participant in accordance with Sections 6.3 of the SOW.<br><br>CLIN 0002B Base Year NTE Amount: | | | | |
| | Base Period of Performance:<br>08 September 2014 through 31 August 2015<br><br>Delivery Location Code: ICE/DRO<br>ICE Detention & Removal<br>Immigration and Customs Enforcement<br>801 I Street, NW<br><br>Washington DC 20536<br><br>Change Item 0002C to read as follows(amount shown is the total amount): | | | | |
| 0002C | Office Visit-Once Every Four Weeks<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Office visits) for each ISAP III participant in accordance with Sections 6.3 of the SOW.<br><br>CLIN 0002C Base Year NTE Amount: | | | | |
| | Base Period of Performance:<br>08 September 2014 through 31 August 2015<br><br>Delivery Location Code: ICE/ERO<br>ICE Enforcement & Removal<br>Immigration and Customs Enforcement<br>801 I Street, NW<br><br>Washington DC 20536<br><br>Change Item 0002D to read as follows(amount shown is the total amount): | | | | |
| 0002D | Office Visit-Once Every Eight Weeks<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>Continued ... | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| | CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HSCEDM-14-D-00004/P00006 | | | | PAGE<br>4 | OF<br>8 |

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Office visits) for each ISAP III participant in accordance with Sections 6.3 of the SOW. | | | | |
| (b)(4) | CLIN 0002D Base Year NTE Amount: | | | | |
| | Base Period of Performance:<br>08 September 2014 through 31 August 2015 | | | | |
| (b)(6);(b)(7)(C) | Delivery Location Code: ICE/DRO<br>ICE Detention & Removal<br>Immigration and Customs Enforcement<br>801 I Street, NW<br>Washington DC 20536 | | | | |
| | Change Item 0003B to read as follows(amount shown is the total amount): | | | | |
| 0003B | Home Visit-Once Every Four Weeks<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD) | | | | (b)(4) |
| | The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Home visits) for each ISAP III participant in accordance with Sections 6.4 of the SOW. | | | | |
| (b)(4) | CLIN 0003B Base Year NTE Amount: | | | | |
| | Base Period of Performance:<br>08 September 2014 through 31 August 2015 | | | | |
| (b)(6);(b)(7)(C) | Delivery Location Code: ICE/DRO<br>ICE Detention & Removal<br>Immigration and Customs Enforcement<br>801 I Street, NW<br>Washington DC 20536 | | | | |
| | Change Item 0003C to read as follows(amount shown is the total amount): | | | | |
| 0003C | Home Visit-Once Every Eight Weeks<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD) | | | | (b)(4) |
| | Continued ... | | | | |

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HSCEDM-14-D-00004/P00006 | PAGE<br>5 | OF<br>8 |
|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Home visits) for each ISAP III participant in accordance with Sections 6.4 of the SOW. | | | | |
| (b)(4) | CLIN 0003C Base NTE Amount: | | | | |
| | Base Period of Performance:<br>08 September 2014 through 31 August 2015 | | | | |
| (b)(6),(b)(7)(C) | Delivery Location Code: ICE/DRO<br>ICE Detention & Removal<br>Immigration and Customs Enforcement<br>801 I Street, NW<br>Washington DC 20536 | | | | |
| | Change Item 0004 to read as follows(amount shown is the total amount): | | | | |
| 0004 | Case Management<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD) | | | | (b)(4) |
| | The Contractor shall administer, monitor, track, and report ISAP III participants in their Case Management system in accordance with Section 6.2 of the SOW. | | | | |
| (b)(4) | CLIN 0004 Base Year NTE Amount: | | | | |
| | Base Period of Performance:<br>08 September 2014 through 31 August 2015 | | | | |
| (b)(6),(b)(7)(C) | Delivery Location Code: ICE/DRO<br>ICE Detention & Removal<br>Immigration and Customs Enforcement<br>801 I Street, NW<br>Washington DC 20536 | | | | |
| | Change Item 0006 to read as follows(amount shown is the total amount): | | | | |
| 0006 | GPS<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>Continued ... | | | | (b)(4) |

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HSCEDM-14-D-00004/P00006 | | | PAGE<br>6 | OF<br>8 |
|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | The Contractor shall provide Technology to ISAP III participants in accordance with Section 6.5 of the SOW and Attachment 6- Detailed GPS Ankle Bracelets and Tracking/Monitoring System and Telephonic Reporting System. | | | | |
| (b)(4) | CLIN 0006 Base Year NTE Amount: | | | | |
| | Base Period of Performance:<br>08 September 2014 through 31 August 2015 | | | | |
| | Delivery Location Code: ICE/DRO<br>ICE Detention & Removal<br>Immigration and Customs Enforcement | | | | |
| (b)(6),(b)(7)(C) | 801 I Street, NW | | | | |
| | Washington DC 20536 | | | | |
| | Change Item 0007 to read as follows(amount shown is the total amount): | | | | |
| 0007 | Telephonic Reporting<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD) | | | | (b)(4) |
| | The Contractor shall provide Technology to ISAP III participants in accordance with Section 6.5 of the SOW and Attachment 6- Detailed GPS Ankle Bracelets and Tracking/Monitoring System and Telephonic Reporting System. | | | | |
| (b)(4) | CLIN 0007 Base Year NTE Amount: | | | | |
| | Base Period of Performance:<br>08 September 2014 through 31 August 2015 | | | | |
| | Delivery Location Code: ICE/DRO<br>ICE Detention & Removal<br>Immigration and Customs Enforcement | | | | |
| (b)(6),(b)(7)(C) | 801 I Street, NW | | | | |
| | Washington DC 20536 | | | | |
| | Change Item 0008 to read as follows(amount shown is the total amount): | | | | |
| 0008 | Court Tracking<br>Fixed Unit Price<br>Continued ... | | | | (b)(4) |

NSN 7540-01-152-8057

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED HSCEDM-14-D-00004/P00006 | | | PAGE 7 | OF 8 |
|---|---|---|---|---|---|

**NAME OF OFFEROR OR CONTRACTOR**
BI INCORPORATED

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | The unit EA represents a Participant Day (PD) | | | | |
| | The Contractor shall provide Court Tracking (Tracking of Court Case and Reminder Call to Participant before Court) to ISAP III participants in accordance with Section 6.1 of the SOW. | | | | |
| (b)(4) | CLIN 0008 Base Year NTE Amount: | | | | |
| | Base Period of Performance: 08 September 2014 through 31 August 2015 | | | | |
| | Delivery Location Code: ICE/DRO ICE Detention & Removal Immigration and Customs Enforcement | | | | |
| (b)(6),(b)(7)(C) | 801 I Street, NW | | | | |
| | Washington DC 20536 | | | | |
| | Change Item 0009 to read as follows(amount shown is the total amount): | | | | |
| 0009 | Alert Management Fixed Unit Price | | | | (b)(4) |
| | The unit EA represents a Participant Day (PD) | | | | |
| | The Contractor shall provide Alert Management (GPS & Telephonic Alerts) to ISAP III participants in accordance with Section 6.1 of the SOW. | | | | |
| (b)(4) | CLIN 0009 Base Year NTE Amount: | | | | |
| | Base Period of Performance: 08 September 2014 through 31 August 2015 | | | | |
| | Delivery Location Code: ICE/DRO ICE Detention & Removal Immigration and Customs Enforcement | | | | |
| (b)(6),(b)(7)(C) | 801 I Street, NW | | | | |
| | Washington DC 20536 Contact information: DHS/ICE/ Office of Acquisition Management (OAQ) | | | | |
| (b)(6),(b)(7)(C) | Contracting Officer: ____-202-732____ | | | | (b)(6),(b)(7)(C) |
| (b)(6),(b)(7)(C) | ____@ice.dhs.gov | | | | |
| | ICE/ERO/Alternatives to Detention Unit (ATD) Continued ... | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| | REFERENCE NO. OF DOCUMENT BEING CONTINUED | PAGE | OF |
|---|---|---|---|
| **CONTINUATION SHEET** | HSCEDM-14-D-00004/P00006 | 8 | 8 |

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| (b)(6),(b)(7)(C) | COR: @ice.dhs.gov (202) 732 | | | | |
| (b)(6),(b)(7)(C) | ACOR: | | | | |
| (b)(6),(b)(7)(C) | @ice.dhs.gov (202) 732- | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | | 1. CONTRACT ID CODE | PAGE OF PAGES |
| --- | --- | --- | --- |
| | | | 1    4 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
| --- | --- | --- | --- |
| P00007 | See Block 16C | | |

| 6. ISSUED BY | CODE ICE/DCR | 7. ADMINISTERED BY (If other than item 6) | CODE ICE/DCR |
| --- | --- | --- | --- |
| ICE/Detention Compliance & Removals<br>Immigration and Customs Enforcement<br>Office of Acquisition Management<br>(b)(6)(b)(7c)801 I Street, NW<br>WASHINGTON DC 20536 | | ICE/Detention Compliance & Removals<br>Immigration and Customs Enforcement<br>Office of Acquisition Management<br>801 I Street NW,<br>Washington DC 20536 | (b)(6)(b)(7c) |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | (x) | 9A. AMENDMENT OF SOLICITATION NO. |
| --- | --- | --- |
| BI INCORPORATED<br>6400 LOOKOUT ROAD<br>BOULDER CO 803013377 | | |
| | | 9B. DATED (SEE ITEM 11) |
| | X | 10A. MODIFICATION OF CONTRACT/ORDER NO.<br>HSCEDM-14-D-00004 |
| CODE 0941609590000 | FACILITY CODE | 10B. DATED (SEE ITEM 13)<br>09/02/2014 |

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended. ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
See Schedule

13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | | |
| --- | --- | --- |
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. | |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). | |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: | |
| X | D. OTHER (Specify type of modification and authority)<br>FAR 43.103 Bilateral Modification | |

E. IMPORTANT: Contractor ☐ is not. ☒ is required to sign this document and return _____ 1 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

DUNS Number: 094160959

The purposes of modification 00007 are as follows:

A.    In accordance with Nationwide Program Expansion Requirements of the ISAP III Statement of Work (Attachment 4), it is the Government's intent to expand its ISAP III coverage to include "S" sites (as defined in CLIN 12 below) at the (i) Border Patrol McAllen Station, TX, (ii) ICE Field Office in San Diego, CA, and either (iii) ICE sub-office in Tucson, AZ or the ICE Field Office in Phoenix, AZ. Services at "S" sites, with the exception of Phoenix, AZ, shall commence on May 12, 2015 or upon full execution of this modification, whichever is later. The Phoenix, AZ, site shall commence no later than May 22, 2015. "S" sites shall be staffed Monday through Friday from 0700 to 1200 and 1300 to 1600.
Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
| --- | --- |
| (b)(6)(b)(7c) | |

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| --- | --- | --- | --- |
| (b)(6)(b)(7c) | 5/7/15 | | 5/8/15 |

NSN 7540-01-152-8070
Previous edition unusable

FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HSCEDM-14-D-00004/P00007 | | PAGE<br>2 | OF<br>4 |
|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| (b)(4)<br>(b)(4)<br><br>(b)(4)<br><br>(b)(4)<br><br>(b)(4)<br><br><br><br><br><br>(b)(4) | ISAP enrollments at S sites will be billed at ⬚ per participant, not to exceed ⬚ per contract period. ICE will be billed an additional ⬚ upon enrollment for participants that continue in ISAP. If an S site participant is referred for enrollment of full ISAP services after 30 days, ICE will be billed an additional ⬚ for each participant.<br><br>Devices lost or damaged beyond repair while a participant is enrolled through an "S" site shall be billed at ⬚ per device.<br><br>   B.   Add a CLIN for Lost or Damaged Equipment.<br>   C.   Add a CLIN for ⬚ for participants transitioning from an "S" site into full service.<br>   D.   Add a weekly report indicating the number of S-site enrollments and their start dates.<br>------------------------------------------------<br>1. No funding is being obligated on the ISAP III base contract. Funding will be provided via Task order HSCEDM-14-J-00033.<br><br>All other prices, terms and conditions remain the same.<br>Exempt Action: Y<br>Delivery: 30 Days After Award<br>Discount Terms:<br>          Net 30<br>Accounting Info:<br><br>⬚<br><br>FOB: Destination<br>Period of Performance: 09/08/2014 to 08/31/2019<br><br>Add Item 0012 as follows: | | | | |
| 0012 | S-Site Orientation/ Enrollment<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>ATD officers will determine "S"site enrollments, ATD officers will complete enrollment forms and give them to BI personnel for processing. Processing by BI will be abbreviated from a standard orientation and will include:<br>• Device assignment, attachment, activation.<br>• Explanation of care, maintenance, and<br>Continued ... | | | ⬚ | (b)(4) |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)<br>Sponsored by GSA<br>FAR (48 CFR) 53.110

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED HSCEDM-14-D-00004/P00007 | | | | PAGE 3 | OF 4 |
|---|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | requirements of the dedicated technology.<br>• Record creation in the monitoring program.<br>• Reporting date and location requirements will be explained thoroughly to ensure the participant understands what happens next, what they need to do, and where they need to go.<br>• BI will notify the designated Alternatives to Detention (ATD) officer(s) for their respective AoRs of all alerts for monitoring and tracking purposes until such time as the participants report and are re-assigned for appropriate case management and reporting. | | | | |
| | CLIN 0012 Base Year NTE Amount: | | | | |
| | Base Period of Performance:<br>08 September 2014 through 31 August 2015 | | | | |
| | Delivery Location Code: ICE/ERO<br>ICE Enforcement & Removal<br>Immigration and Customs Enforcement<br>801 I Street, NW | | | | |
| | Washington DC 20536 | | | | |
| | Add Item 0013 as follows: | | | | |
| 0013 | Devices lost or damaged beyond repair while a participant is enrolled through an "S" site. Shall be billed at _____ per device. | | | | |
| | Will be billed per occurence. | | | | |
| | Base Period of Performance:<br>08 September 2014 through 31 August 2015 | | | | |
| | Delivery Location Code: ICE/DRO<br>ICE Detention & Removal<br>Immigration and Customs Enforcement<br>801 I Street, NW | | | | |
| | Washington DC 20536 | | | | |
| | Add Item 0014 as follows: | | | | |
| 0014 | "S" site participants transitioned into full service. . | | | | |
| | Continued ... | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HSCEDM-14-D-00004/P00007 | | | PAGE<br>4 | OF<br>4 |
|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| (b)(-) | CLIN 0014 Base Year NTE Amount:<br><br><br>Base Period of Performance:<br>08 September 2014 through 31 August 2015<br><br>Delivery Location Code: ICE/ERO<br>ICE Enforcement & Removal<br>Immigration and Customs Enforcement<br>801 I Street, NW<br><br>Washington DC 20536<br>Contact information:<br>DHS/ICE/ Office of Acquisition Management (OAQ)<br>Contracting Officer: 202-732-<br>@ice.dhs.gov<br><br>ICE/ERO/Alternatives to Detention Unit (ATD)<br>COR: @ice.dhs.gov (202)<br>732-<br>ACOR:<br>@ice.dhs.gov (202) 732- | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | | | 1 CONTRACT ID CODE | | PAGE OF PAGES |
|---|---|---|---|---|---|
| | | | | | 1    2 |

| 2 AMENDMENT/MODIFICATION NO | 3 EFFECTIVE DATE | 4 REQUISITION/PURCHASE REQ NO | 5 PROJECT NO (If applicable) |
|---|---|---|---|
| P00010 | See Block 16C | | |

| 6 ISSUED BY | CODE | ICE/DCR |
|---|---|---|

ICE/Detention Compliance & Removals
Immigration and Customs Enforcement
Office of Acquisition Management
(b)(6)(b)(C) 801 I Street, NW
WASHINGTON DC 20536

| 7 ADMINISTERED BY (If other than Item 6) | CODE | ICE/DCR |
|---|---|---|

ICE/Detention Compliance & Removals
Immigration and Customs Enforcement
Office of Acquisition Management
801 I Street NW, (b)(6)(b)(C)
Washington DC 20536

| 8 NAME AND ADDRESS OF CONTRACTOR (No. street, county, State and ZIP Code) | (x) | 9A. AMENDMENT OF SOLICITATION NO |
|---|---|---|

BI INCORPORATED
6400 LOOKOUT ROAD
BOULDER CO 803013377

| | 9B DATED (SEE ITEM 11) |
|---|---|

| X | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
|---|---|
| | HSCEDM-14-D-00004 |

| CODE 0941609590000 | FACILITY CODE | 10B DATED (SEE ITEM 13) |
|---|---|---|
| | | 09/02/2014 |

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended. ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment. (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12 ACCOUNTING AND APPROPRIATION DATA (If required)
See Schedule

13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b) |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF |
| X | D. OTHER (Specify type of modification and authority) FAR 43.103 Bilateral Modification |

E. IMPORTANT: Contractor ☐ is not. ☒ is required to sign this document and return _____ 1 _____ copies to the issuing office.

14 DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
DUNS Number: 094160959
The purpose of modification 00010 is as follows:

1) In accordance with Nationwide Program Expansion Requirements of the ISAP III Statement of Work (Attachment 4), it is the Government's intent to expand its ISAP III coverage to additional Field Office/Sub-Office locations by authorizing BI Incorporated to assign personnel as follows:

C-Site Slot Expansion

A) Newark, New Jersey - Increase capacity from 454 to 600 slots.
B) Delray, Florida - Increase capacity from 350 to 700 slots.

Continued ...

(b)(6)(b)(C) Except as provided herein, all terms and conditions of the document referenced in Item 9 A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| VP, Financial Planning | |

| (b)(6)(b)(C) | 15C. DATE SIGNED | | 16C. DATE SIGNED |
|---|---|---|---|
| | 7/28/15 | | 7/28/15 |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HSCEDM-14-D-00004/P00010 | | | PAGE<br>2 | OF<br>2 |
|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | G-Sites<br>A) Nashville, Tennessee – 100 slots. (30 days)<br>B) Memphis, Tennessee - 100 slots. (30 days)<br>C) Louisville, Kentucky- 100 slots. (30 days)<br><br>Per Section H.4 Procedure for Activation of Additional ISAP III Field Office/Sub-Office Locations of contract HSCEDM-14-D-00004, BI Incorporated has no more than thirty (30) calendar days to fulfill all SOW requirements at the "Government Site" locations.<br><br>------------------------------------------<br>1. No funding is being obligated on the ISAP III base contract. Funding will be provided via Task order HSCEDM-14-J-00033.<br><br>All other prices, terms and conditions remain the same.<br>Exempt Action: Y<br>Period of Performance: 09/08/2014 to 08/31/2019<br>Contact information:<br>DHS/ICE/ Office of Acquisition Management (OAQ)<br>Contracting Officer: [ ]-202-732-[ ]<br>[ ]@ice.dhs.gov<br><br>ICE/ERO/Alternatives to Detention Unit (ATD)<br>COR: [ ]@ice.dhs.gov (202) 732-[ ]<br>ACOR: [ ]<br>[ ]@ice.dhs.gov (202) 732-[ ] | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE | | PAGE OF PAGES | |
|---|---|---|---|---|
| | | | 1 | 39 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| P00001 | See Block 16C | | |

| 6. ISSUED BY | CODE | ICE/DCR | 7. ADMINISTERED BY (If other than Item 6) | CODE | ICE/DCR |
|---|---|---|---|---|---|
| ICE/Detention Compliance & Removals<br>Immigration and Customs Enforcement<br>Office of Acquisition Management<br>(b)(6),(b)(7)(c) 801 I Street, NW<br>WASHINGTON DC 20536 | | | ICE/Detention Compliance & Removals<br>Immigration and Customs Enforcement<br>Office of Acquisition Management<br>801 I Street NW, (b)(6),(b)(7)(c)<br>Washington DC 20536 | | |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | (x) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| BI INCORPORATED<br>6400 LOOKOUT ROAD<br>BOULDER CO 803013377 | | 9B. DATED (SEE ITEM 11) |
| | X | 10A. MODIFICATION OF CONTRACT/ORDER NO.<br>HSCEDM-14-D-00004 |
| CODE  0941609590000 | FACILITY CODE | 10B. DATED (SEE ITEM 13)<br>09/02/2014 |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

**12. ACCOUNTING AND APPROPRIATION DATA (If required)**
See Schedule

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| CHECK ONE | | |
|---|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. | |
| X | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). | |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: | |
| | D. OTHER (Specify type of modification and authority) | |

E. IMPORTANT:  Contractor ☐ is not. ☒ is required to sign this document and return _____ 1 copies to the issuing office.

**14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)**
DUNS Number:  094160959
The purpose of this modification is to update the period of performance as follows:
Base Year- Transition 9/7/14-10/31/14
Full performance-11/1/2014-08/31/2015
Option year 1- 09/01/2015-08/31/2016
Option year 2- 09/01/2016-08/31/2017
Option year 3- 09/01/2017-08/31/2018
Option year 4- 09/01/2018-08/31/2019

Each of the CLINs have been revised to reflect this update.

Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| (b)(6),(b)(7)(c) | |
| Div. VicePres. | |
| 15C. DATE SIGNED<br>10/8/14 | 16C. DATE SIGNED<br>10/9/14 |

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HSCEDM-14-D-00004/P00001 | | | PAGE<br>2 | OF<br>39 |
|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | All other prices, terms and conditions remain the same.<br>Exempt Action: Y<br>Delivery: 30 Days After Award<br>Discount Terms:<br>Net 30<br>Delivery Location Code: TCE/DRO<br>ICE Detention & Removal<br>Immigration and Customs Enforcement<br>801 I Street, NW<br>(b)(6),(b)(7)(C)<br>Washington DC 20536<br><br>FOB: Destination<br>Period of Performance: 09/08/2014 to 08/31/2019<br><br>Change Item 0001 to read as follows(amount shown is the total amount): | | | | |
| 0001 | CONTRACT MANAGEMENT – The Contractor shall provide all contractual and program management, oversight, reporting and quality control of the ISAP III program to include on-site and off-site Contractor personnel. ISAP III personnel shall comply with the Education/ Training/ Licenses/Certification Requirements outlined in Section 6.9:Training of the SOW.<br><br>CLIN 0001 Base Year Amount:<br>(b)(4)<br><br>Base Period of Performance:<br>08 September 2014 through 31 August 2015<br><br>Accounting Info:<br>Attachment A<br>Funded: $0.00<br><br>Change Item 0002 to read as follows(amount shown is the total amount): | | | (b)(4) | (b)(4) |
| 0002 | Office Visits- The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Office visits, Home visits) for each ISAP III participant in accordance with Sections 6.3 of the SOW. The requirements for each corresponding level of supervision will be provided under SLINs 0002A, 0002B, 0002C, and 0002D.<br>Continued ... | | EA | | 0.00 |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)<br>Sponsored by GSA<br>FAR (48 CFR) 53.110

| | | | | |
|---|---|---|---|---|
| **CONTINUATION SHEET** | REFERENCE NO. OF DOCUMENT BEING CONTINUED HSCEDM-14-D-00004/P00001 | PAGE 3 | OF 39 | |

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | Base Period of Performance: 08 September 2014 through 31 August 2015 (Not Separately Priced) | | | | |
| (b)(4) | Accounting Info: | | | | |
| | Funded: $0.00 | | | | |
| | Change Item 0002A to read as follows(amount shown is the total amount): | | | | |
| 0002A | Office Visit-Every Week Fixed Unit Price The unit EA represents a Participant Day (PD) | | | | (b)(4) |
| | The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Office visits, Home visits) for each ISAP III participant in accordance with Sections 6.3 of the SOW. CLIN 0002A Base Year XTE Amount: | | | | |
| (b)(4) | | | | | |
| | Base Period of Performance: 08 September 2014 through 31 August 2015 | | | | |
| (b)(4) | Accounting Info: | | | | |
| | Funded: $0.00 | | | | |
| | Change Item 0002B to read as follows(amount shown is the total amount): | | | | |
| 0002B | Office Visit-Once Every Two Weeks Fixed Unit Price The unit EA represents a Participant Day (PD) | | | | (b)(4) |
| | The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Office visits) for each ISAP III participant in accordance with Sections 6.3 of the SOW. CLIN 0002B Base Year XTE Amount: | | | | |
| (b)(4) | | | | | |
| | Continued ... | | | | |

NSN 7540-01-152-8067 | OPTIONAL FORM 336 (4-86)

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED HSCEDM-14-D-00004/P00001 | | | PAGE 4 | OF 39 |
|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| (b)(4) | Base Period of Performance: 08 September 2014 through 31 August 2015<br><br>Accounting Info:<br><br><br><br>Funded: $0.00<br><br>Change Item 0002C to read as follows(amount shown is the total amount): | | | | |
| 0002C | Office Visit-Once Every Four Weeks Fixed Unit Price The unit EA represents a Participant Day (PD)<br><br>The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Office visits) for each TSAP ITT participant in accordance with Sections 6.3 of the SOW.<br><br>CLIN 0002C Base Year NTE Amount: | | | | (b)(4) |
| (b)(4) | | | | | |
| (b)(4) | Base Period of Performance: 08 September 2014 through 31 August 2015<br><br>Accounting Info:<br><br><br><br>Funded: $0.00<br><br>Change Item 0002D to read as follows(amount shown is the total amount): | | | | |
| 0002D | Office Visit-Once Every Eight Weeks Fixed Unit Price The unit EA represents a Participant Day (PD)<br><br>The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Office visits) for each TSAP ITT participant in accordance with Sections 6.3 of the SOW.<br><br>CLIN 0002D Base Year NTE Amount: | | | | (b)(4) |
| (b)(4) | | | | | |
| | Base Period of Performance: 08 September 2014 through 31 August 2015 Continued ... | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| | REFERENCE NO. OF DOCUMENT BEING CONTINUED | | | PAGE | OF |
|---|---|---|---|---|---|
| **CONTINUATION SHEET** | HSCEDM-14-D-00004/P00001 | | | 5 | 39 |

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| (b)(4) | Accounting Info: | | | | |
| | Funded: $0.00 | | | | |
| | Change Item 0003 to read as follows(amount shown is the total amount): | | | | |
| 0003 | Home Visits- The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Home visits) for each ISAP III participant in accordance with Sections 6.4 of the SOW. The requirements for each corresponding level of supervision will be provided under SLINs 0003A, 0003B, 0003C, and 0003D.<br>(Not Separately Priced) | | EA | | 0.00 |
| (b)(4) | Accounting Info: | | | | |
| | Funded: $0.00 | | | | |
| | Change Item 0003A to read as follows(amount shown is the total amount): | | | | |
| 0003A | Home Visit-Once Every Two Weeks<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Home visits) for each ISAP III participant in accordance with Sections 6.4 of the SOW. | | | (b)(4) | (b)(4) |
| (b)(4) | CLIN 0003A Base Year NTE Amount: | | | | |
| | Base Period of Performance:<br>08 September 2014 through 31 August 2015 | | | | |
| (b)(4) | Accounting Info: | | | | |
| | Funded: $0.00 | | | | |
| | Change Item 0003B to read as follows(amount shown<br>Continued ... | | | | |

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED HSCEDM-14-D-00004/P00001 | | | PAGE 6 | OF 39 |
|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | is the total amount): | | | | |
| 0003B | Home Visit-Once Every Four Weeks<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Home visits) for each ISAP III participant in accordance with Sections 6.4 of the SOW. | | | | (b)(4) |
| | CLIN 0003B Base Year NTE Amount:<br>(b)(4)<br><br>Base Period of Performance:<br>08 September 2014 through 31 August 2015<br><br>Accounting Info:<br>(b)(4)<br><br>Funded: $0.00<br><br>Change Item 0003C to read as follows(amount shown is the total amount): | | | | |
| 0003C | Home Visit-Once Every Eight Weeks<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Home visits) for each ISAP III participant in accordance with Sections 6.4 of the SOW. | | | | (b)(4) |
| | CLIN 0003C Base NTE Amount:<br>(b)(4)<br><br>Base Period of Performance:<br>08 September 2014 through 31 August 2015<br><br>Accounting Info:<br>(b)(4)<br><br>Funded: $0.00<br><br>Change Item 0004 to read as follows(amount shown is the total amount):<br><br>Continued ... | | | | |

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED HSCEDM-14-D-00004/P00001 | | | | PAGE 7 | OF 39 |
|---|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| 0004 | Case Management Fixed Unit Price The unit EA represents a Participant Day (PD) | | | | (b)(4) |
| | The Contractor shall administer, monitor, track, and report ISAP III participants in their Case Management system in accordance with Section 6.2 of the SOW. | | | | |
| | CLIN 0004 Base Year NTE Amount: | | | | |
| (b)(4) | | | | | |
| | Base Period of Performance: 08 September 2014 through 31 August 2015 | | | | |
| | Accounting Info: | | | | |
| (b)(4) | | | | | |
| | Funded: $0.00 | | | | |
| | Change Item 0005 to read as follows(amount shown is the total amount): | | | | |
| 0005 | Orientation/ Enrollment Fixed Unit Price The unit EA represents a Participant Day (PD) | | | | (b)(4) |
| | The Contractor shall provide enrollment and orientation to ISAP III participants in accordance with Section 6.6 of the SOW. | | | | |
| | CLIN 0005 Base Year NTE Amount: | | | | |
| (b)(4) | | | | | |
| | Base Period of Performance: 08 September 2014 through 31 August 2015 | | | | |
| | Accounting Info: | | | | |
| (b)(4) | | | | | |
| | Funded: $0.00 | | | | |
| | Change Item 0006 to read as follows(amount shown is the total amount): | | | | |
| 0006 | GPS Fixed Unit Price The unit EA represents a Participant Day (PD) Continued ... | | | | (b)(4) |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED HSCEDM-14-D-00004/P00001 | | PAGE 8 | OF 39 |
|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | The Contractor shall provide Technology to ISAP III participants in accordance with Section 6.5 of the SOW and Attachment 6- Detailed GPS Ankle Bracelets and Tracking/Monitoring System and Telephonic Reporting System. | | | | |
| (b)(4) | CLIN 0006 Base Year NTE Amount: | | | | |
| | Base Period of Performance: 08 September 2014 through 31 August 2015 | | | | |
| (b)(4) | Accounting Info: | | | | |
| | Funded: $0.00 | | | | |
| | Change Item 0007 to read as follows(amount shown is the total amount): | | | | |
| 0007 | Telephonic Reporting Fixed Unit Price The unit EA represents a Participant Day (PD) | | (b)(4) | | (b)(4) |
| | The Contractor shall provide Technology to ISAP III participants in accordance with Section 6.5 of the SOW and Attachment 6- Detailed GPS Ankle Bracelets and Tracking/Monitoring System and Telephonic Reporting System. | | | | |
| (b)(4) | CLIN 0007 Base Year NTE Amount: | | | | |
| | Base Period of Performance: 08 September 2014 through 31 August 2015 | | | | |
| (b)(4) | Accounting Info: | | | | |
| | Funded: $0.00 | | | | |
| | Change Item 0008 to read as follows(amount shown is the total amount): | | | | |
| 0008 | Court Tracking Fixed Unit Price The unit EA represents a Participant Day (PD) Continued ... | | (b)(4) | | (b)(4) |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED | | PAGE | OF |
|---|---|---|---|---|
| | HSCEDM-14-D-00004/P00001 | | 9 | 39 |

NAME OF OFFEROR OR CONTRACTOR

BI INCORPORATED

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| (b)(4) | The Contractor shall provide Court Tracking (Tracking of Court Case and Reminder Call to Participant before Court) to ISAP III participants in accordance with Section 6.1 of the SOW. CLIN 0008 Base Year NTE Amount: | | | | |
| (b)(4) | Base Period of Performance: 08 September 2014 through 31 August 2015 Accounting Info: Funded: $0.00 Change Item 0009 to read as follows(amount shown is the total amount): | | | | |
| 0009 | Alert Management Fixed Unit Price The unit EA represents a Participant Day (PD) The Contractor shall provide Alert Management (GPS & Telephonic Alerts) to ISAP III participants in accordance with Section 6.1 of the SOW. | | | | (b)(4) |
| (b)(4) | CLIN 0009 Base Year NTE Amount: | | | | |
| (b)(4) | Base Period of Performance: 08 September 2014 through 31 August 2015 Accounting Info: Funded: $0.00 Change Item 1001 to read as follows(amount shown is the total amount): | | | | |
| 1001 | CONTRACT MANAGEMENT – The Contractor shall provide all contractual and program management, oversight, reporting and quality control of the ISAP III program to include on-site and off-site Continued ... | | | | (b)(4) |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| | | | | | |
|---|---|---|---|---|---|
| **CONTINUATION SHEET** | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HSCEDM-14-D-00004/P00001 | | | PAGE<br>10 | OF<br>39 |

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | Contractor personnel. ISAP III personnel shall comply with the Education/ Training/ Licenses/Certification Requirements outlined in Section 6.9:Training of the SOW. | | | | |
| (b)(4) | CLIN 1001 Option Year 1 Amount: | | | | |
| (b)(4) | Option Year 1 Period of Performance:<br>08 September 2015 through 31 August 2016<br>Amount:          (Option Line Item)<br>09/01/2015<br><br>Accounting Info:<br>Attachment A<br>Funded: $0.00<br><br>Change Item 1002 to read as follows(amount shown is the total amount): | | | | |
| 1002 | Office Visits- The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Office visits, Home visits) for each ISAP III participant in accordance with Sections 6.3 of the SOW. The requirements for each corresponding level of supervision will be provided under SLINs 1002A, 1002B, 1002C, and 1002D.<br>Amount: $0.00(Option Line Item)<br>09/01/2015<br>(Not Separately Priced) | | EA | | 0.00 |
| (b)(4)(E) | Accounting Info:<br><br><br><br>Funded: $0.00<br><br>Change Item 1002A to read as follows(amount shown is the total amount): | | | | |
| 1002A | Office Visit-Every Week<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Office visits, Home visits) for each ISAP III participant in accordance with Sections 6.3 of the SOW.<br>Continued ... | | | | (b)(4) |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HSCEDM-14-D-00004/P00001 | | | PAGE<br>11 | OF<br>39 |
|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| (b)(4) | CLIN 1002A Option Year 1 NTE Amount:<br>[redacted]<br><br>Amount: $7,793,716.59(Option Line Item)<br>09/01/2015 | | | | |
| (b)(4) | Accounting Info:<br>[redacted]<br><br>Funded: $0.00<br><br>Change Item 1002B to read as follows(amount shown is the total amount): | | | | |
| 1002B | Office Visit-Once Every Two Weeks<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Office visits) for each ISAP III participant in accordance with Sections 6.3 of the SOW. | | | | (b)(4) |
| (b)(4) | CLIN 1002B Option Year 1 NTE Amount:<br>[redacted] | | | | |
| (b)(4) | Amount: [redacted] (Option Line Item)<br>09/01/2015 | | | | |
| (b)(4) | Accounting Info:<br>[redacted]<br><br>Funded: $0.00<br><br>Change Item 1002C to read as follows(amount shown is the total amount): | | | | |
| 1002C | Office Visit-Once Every Four Weeks<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Office visits) for each ISAP III participant in accordance with Sections 6.3 of the SOW. | | | | (b)(4) |
| (b)(4) | CLIN 1002C Option Year 1 NTE Amount:<br>[redacted]<br>Continued ... | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| | CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED | | PAGE | OF |
|---|---|---|---|---|---|
| | | HSCEDM-14-D-00004/P00001 | | 12 | 39 |

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| (b)(4) | Amount: [____] (Option Line Item) 09/01/2015 | | | | |
| | Accounting Info: | | | | |
| (b)(4)(6) | | | | | |
| | Funded: $0.00 | | | | |
| | Change item 1002D to read as follows(amount shown is the total amount): | | | | |
| 1002D | Office Visit-Once Every Eight Weeks Fixed Unit Price The unit EA represents a Participant Day (PD) The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Office visits) for each ISAP III participant in accordance with Sections 6.3 of the SOW. CLIN 1002D Option Year 1 NTE Amount: | | | | (b)(4) |
| (b)(4) (b)(4) | Amount: [____] (Option Line Item) 09/01/2015 | | | | |
| | Accounting Info: | | | | |
| (b)(4)(6) | | | | | |
| | Funded: $0.00 | | | | |
| | Change item 1003 to read as follows(amount shown is the total amount): | | | | |
| 1003 | Home Visits- The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Home visits) for each ISAP III participant in accordance with Sections 6.4 of the SOW. The requirements for each corresponding level of supervision will be provided under SLINs 1003A, 1003B, 1003C, and 1003D. Amount: $0.00(Option Line Item) 09/01/2015 (Not Separately Priced) | | EA | | 0.00 |
| | Accounting Info: | | | | |
| (b)(4)(6) | | | | | |
| | Continued ... | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED HSCEDM-14-D-00004/P00001 | | | | PAGE 13 | OF 39 |
|---|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | Funded: $0.00 | | | | |
| | Change Item 1003A to read as follows(amount shown is the total amount): | | | | |
| 1003A | Home Visit-Once Every Two Weeks Fixed Unit Price The unit EA represents a Participant Day (PD) | | | | (b)(4) |
| | The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Home visits) for each ISAP III participant in accordance with Sections 6.4 of the SOW. | | | | |
| (b)(4) | CLIN 1003A Option Year 1 NTE Amount: | | | | |
| | Amount: $6,560,367.50(Option Line Item) 09/01/2015 | | | | |
| (b)(4) | Accounting Info: | | | | |
| | Funded: $0.00 | | | | |
| | Change Item 1003B to read as follows(amount shown is the total amount): | | | | |
| 1003B | Home Visit-Once Every Four Weeks Fixed Unit Price The unit EA represents a Participant Day (PD) | | | | (b)(4) |
| | The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Home visits) for each ISAP III participant in accordance with Sections 6.4 of the SOW. | | | | |
| (b)(4) | CLIN 1003B Option Year 1 NTE Amount: | | | | |
| (b)(4) | Amount: [ ] (Option Line Item) 09/01/2015 | | | | |
| (b)(4) | Accounting Info: | | | | |
| | Funded: $0.00 | | | | |
| | Change Item 1003C to read as follows(amount shown is the total amount): Continued ... | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED HSCEDM-14-D-00004/P00001 | | | | PAGE 14 | OF 39 |

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| 1003C | Home Visit-Once Every Eight Weeks Fixed Unit Price The unit EA represents a Participant Day (PD)<br><br>The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Home visits) for each ISAP III participant in accordance with Sections 6.4 of the SOW.<br><br>CLIN 1003C Option Year 1 NTE Amount:<br><br>Amount: (Option Line Item)<br>09/01/2015<br><br>Accounting Info:<br><br><br>Funded: $0.00<br><br>Change Item 1004 to read as follows(amount shown is the total amount): | | | | (b)(4) |
| 1004 | Case Management Fixed Unit Price The unit EA represents a Participant Day (PD)<br><br>The Contractor shall administer, monitor, track, and report ISAP III participants in their Case Management system in accordance with Section 6.2 of the SOW.<br><br>CLIN 1004 Option Year 1 NTE Amount:<br><br>Amount: (Option Line Item)<br>09/01/2015<br><br>Accounting Info:<br><br><br>Funded: $0.00<br><br>Change Item 1005 to read as follows(amount shown is the total amount): | | | | (b)(4) |
| 1005 | Orientation/ Enrollment Fixed Unit Price The unit EA represents a Participant Day (PD) Continued ... | | | | (b)(4) |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | The Contractor shall provide enrollment and orientation to ISAP III participants in accordance with Section 6.6 of the SOW. | | | | |
| (b)(4) | CLIN 0005 Option Year 1 NTE Amount: | | | | |
| (b)(4) | Amount: (Option Line Item)<br>09/01/2015 | | | | |
| (b)(4)(E) | Accounting Info: | | | | |
| | Funded: $0.00 | | | | |
| | Change Item 1006 to read as follows(amount shown is the total amount): | | | | |
| 1006 | GPS<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall provide Technology to ISAP III participants in accordance with Section 6.5 of the SOW and Attachment 6- Detailed GPS Ankle Bracelets and Tracking/Monitoring System and Telephonic Reporting System. | | | | (b)(4) |
| (b)(4) | CLIN 1006 Option Year 1 NTE Amount: | | | | |
| (b)(4) | Amount: (Option Line Item)<br>09/01/2015 | | | | |
| (b)(4)(E) | Accounting Info: | | | | |
| | Funded: $0.00 | | | | |
| | Change Item 1007 to read as follows(amount shown is the total amount): | | | | |
| 1007 | Telephonic Reporting<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall provide Technology to ISAP III participants in accordance with Section 6.5 of the SOW and Attachment 6- Detailed GPS Ankle<br>Continued ... | | | | (b)(4) |

| | CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED HSCEDM-14-D-00004/P00001 | PAGE 16 | OF 39 |

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | Bracelets and Tracking/Monitoring System and Telephonic Reporting System. | | | | |
| | CLIN 1007 Option Year 1 NTE Amount: | | | | |
| (b)(4) | | | | | |
| (b)(4) | Amount: [redacted] (Option Line Item) 09/01/2015 | | | | |
| (b)(4)(b) | Accounting Info: | | | | |
| | Funded: $0.00 | | | | |
| | Change Item 1008 to read as follows(amount shown is the total amount): | | | | |
| 1008 | Court Tracking Fixed Unit Price The unit EA represents a Participant Day (PD)  The Contractor shall provide Court Tracking (Tracking of Court Case and Reminder Call to Participant before Court) to ISAP III participants in accordance with Section 6.1 of the SOW. | | | | (b)(4) |
| | CLIN 1008 Option Year 1 NTE Amount: | | | | |
| (b)(4) | | | | | |
| (b)(4) | Amount: [redacted] (Option Line Item) 09/01/2015 | | | | |
| (b)(4)(b) | Accounting Info: | | | | |
| | Funded: $0.00 | | | | |
| | Change Item 1009 to read as follows(amount shown is the total amount): | | | | |
| 1009 | Alert Management Fixed Unit Price The unit EA represents a Participant Day (PD)  The Contractor shall provide Alert Management (GPS & Telephonic Alerts) to ISAP III participants in accordance with Section 6.1 of the SOW.  Continued ... | | | | (b)(4) |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| | | | | PAGE | OF |
|---|---|---|---|---|---|
| **CONTINUATION SHEET** | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HSCEDM-14-D-00004/P00001 | | | 17 | 39 |

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| (b)(4) | CLIN 1009 Option Year 1 NTE Amount: | | | | |
| (b)(4) | Amount: _____ (Option Line Item)<br>09/01/2015 | | | | |
| (b)(4)(B) | Accounting Info: | | | | |
| | Funded: $0.00 | | | | |
| | Change Item 2001 to read as follows(amount shown<br>is the total amount): | | | | |
| 2001 | CONTRACT MANAGEMENT – The Contractor shall<br>provide all contractual and program management,<br>oversight, reporting and quality control of the<br>ISAP III program to include on-site and off-site<br>Contractor personnel. ISAP III personnel shall<br>comply with the Education/ Training/<br>Licenses/Certification Requirements outlined in<br>Section 6.9:Training of the SOW. | | | | (b)(4) |
| (b)(4) | CLIN 2001 Option Year 2 Amount: | | | | |
| (b)(4) | Amount: _____ (Option Line Item)<br>09/01/2016 | | | | |
| | Accounting Info:<br>Attachment A<br>Funded: $0.00 | | | | |
| | Change Item 2002 to read as follows(amount shown<br>is the total amount): | | | | |
| 2002 | Office Visits- The Contractor shall administer,<br>monitor, track, and report various stages of<br>supervision (i.e. Office visits, Home visits) for<br>each ISAP III participant in accordance with<br>Sections 6.3 of the SOW. The requirements for<br>each corresponding level of supervision will be<br>provided under SLINs 2002A, 2002B, 2002C, and<br>2002D.<br>Amount: $0.00(Option Line Item)<br>09/01/2016<br>(Not Separately Priced) | | EA | | 0.00 |
| (b)(4)(B) | Accounting Info: | | | | |
| | Continued ... | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED HSCEDM-14-D-00004/P00001 | | | PAGE 18 | OF 39 |
|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| (b)(4) | | | | | |
| | Funded: $0.00 | | | | |
| | Change Item 2002A to read as follows(amount shown is the total amount): | | | | |
| 2002A | Office Visit-Every Week Fixed Unit Price The unit EA represents a Participant Day (PD) | | | | (b)(4) |
| | The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Office visits, Home visits) for each ISAP III participant in accordance with Sections 6.3 of the SOW. CLIN 2002A Option Year 2 NTE Amount: | | | | |
| (b)(4) | | | | | |
| (b)(4) | Amount: _____ (Option Line Item) 09/01/2016 | | | | |
| | Accounting Info: | | | | |
| (b)(4)(E) | | | | | |
| | Funded: $0.00 | | | | |
| | Change Item 2002B to read as follows(amount shown is the total amount): | | | | |
| 2002B | Office Visit-Once Every Two Weeks Fixed Unit Price The unit EA represents a Participant Day (PD) | | | | (b)(4) |
| | The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Office visits) for each ISAP III participant in accordance with Sections 6.3 of the SOW. | | | | |
| | CLIN 2002B Option Year 2 NTE Amount: | | | | |
| (b)(4) | | | | | |
| (b)(4) | Amount: _____ (Option Line Item) 09/01/2016 | | | | |
| | Accounting Info: | | | | |
| (b)(4)(E) | | | | | |
| | Funded: $0.00 | | | | |
| | Continued ... | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HSCEDM-14-D-00004/P00001 | | | | PAGE<br>19 | OF<br>39 |
|---|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | Change Item 2002C to read as follows(amount shown is the total amount): | | | | |
| 2002C | Office Visit-Once Every Four Weeks<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Office visits) for each ISAP III participant in accordance with Sections 6.3 of the SOW.<br><br>CLIN 2002C Option Year 2 NTE Amount:<br><br>Amount: ⬚(Option Line Item)<br>09/01/2016<br><br>Accounting Info:<br><br>Funded: $0.00 | | | | (b)(4) |
| | Change Item 2002D to read as follows(amount shown is the total amount): | | | | |
| 2002D | Office Visit-Once Every Eight Weeks<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Office visits) for each ISAP III participant in accordance with Sections 6.3 of the SOW.<br><br>CLIN 2002D Option Year 2 NTE Amount:<br><br>Amount: ⬚(Option Line Item)<br>09/01/2016<br><br>Accounting Info:<br><br>Funded: $0.00 | | | | (b)(4) |
| | Change Item 2003 to read as follows(amount shown is the total amount): | | | | |
| 2003 | Home Visits- The Contractor shall administer,<br>Continued ... | | EA | | 0.00 |

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED HSCEDM-14-D-00004/P00001 | | | PAGE 20 | OF 39 |

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | monitor, track, and report various stages of supervision (i.e. Home visits) for each ISAP III participant in accordance with Sections 6.4 of the SOW. The requirements for each corresponding level of supervision will be provided under SLINs 2003A, 2003B, 2003C, and 2003D. Amount: $0.00(Option Line Item) 09/01/2016 (Not Separately Priced) | | | | |
| (b)(4) | Accounting Info: | | | | |
| | Funded: $0.00 | | | | |
| | Change Item 2003A to read as follows(amount shown is the total amount): | | | | |
| 2003A | Home Visit-Once Every Two Weeks Fixed Unit Price The unit EA represents a Participant Day (PD) | | | | (b)(4) |
| | The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Home visits) for each ISAP III participant in accordance with Sections 6.4 of the SOW. | | | | |
| (b)(4) | CLIN 2003A Option Year 2 NTE Amount: | | | | |
| | Amount: $6,770,299.26(Option Line Item) 09/01/2016 | | | | |
| (b)(4) | Accounting Info: | | | | |
| | Funded: $0.00 | | | | |
| | Change Item 2003B to read as follows(amount shown is the total amount): | | | | |
| 2003B | Home Visit-Once Every Four Weeks Fixed Unit Price The unit EA represents a Participant Day (PD) | | | | (b)(4) |
| | The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Home visits) for each ISAP III participant in Continued ... | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED HSCEDM-14-D-00004/P00001 | | | PAGE 21 | OF 39 |
|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | accordance with Sections 6.4 of the SOW. | | | | |
| (b)(4) | CLIN 2003B Option Year 2 NTE Amount: | | | | |
| (b)(4) | Option Year 2 Period of Performance: 08 September 2016 through 31 August 2017 Amount: _____ (Option Line Item) 09/01/2015 | | | | |
| (b)(4)(E) | Accounting Info: | | | | |
| | Funded: $0.00 | | | | |
| | Change Item 2003C to read as follows(amount shown is the total amount): | | | | |
| 2003C | Home Visit-Once Every Eight Weeks Fixed Unit Price The unit EA represents a Participant Day (PD) The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Home visits) for each ISAP III participant in accordance with Sections 6.4 of the SOW. | (b)(4) | | | (b)(4) |
| (b)(4) | CLIN 2003C Option Year 2 NTE Amount: | | | | |
| (b)(4) | Amount: _____ (Option Line Item) 09/01/2016 | | | | |
| (b)(4)(E) | Accounting Info: | | | | |
| | Funded: $0.00 | | | | |
| | Change Item 2004 to read as follows(amount shown is the total amount): | | | | |
| 2004 | Case Management Fixed Unit Price The unit EA represents a Participant Day (PD) The Contractor shall administer, monitor, track, and report ISAP III participants in their Case Management system in accordance with Section 6.2 of the SOW. Continued ... | (b)(4) | | | (b)(4) |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| | CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HSCEDM-14-D-00004/P00001 | | | PAGE<br>22 | OF<br>39 |

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| (b)(4) | CLIN 2004 Option Year 2 NTE Amount: | | | | |
| (b)(4) | Amount: _____ (Option Line Item)<br>09/01/2016 | | | | |
| (b)(4) | Accounting Info:<br><br>Funded: $0.00<br><br>Change Item 2005 to read as follows(amount shown is the total amount): | | | | |
| 2005 | Orientation/ Enrollment<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall provide enrollment and orientation to ISAP III participants in accordance with Section 6.6 of the SOW. | | | | (b)(4) |
| (b)(4) | CLIN 2005 Option Year 2 NTE Amount: | | | | |
| (b)(4) | Amount: _____ (Option Line Item)<br>09/01/2016 | | | | |
| (b)(4) | Accounting Info:<br><br>Funded: $0.00<br><br>Change Item 2006 to read as follows(amount shown is the total amount): | | | | |
| 2006 | GPS<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall provide Technology to ISAP III participants in accordance with Section 6.5 of the SOW and Attachment 6- Detailed GPS Ankle Bracelets and Tracking/Monitoring System and Telephonic Reporting System. | | | | (b)(4) |
| (b)(4) | CLIN 2006 Option Year 2 NTE Amount: | | | | |
| (b)(4) | Amount: _____ (Option Line Item)<br>Continued ... | | | | |

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED HSCEDM-14-D-00004/P00001 | | | | | PAGE 23 | OF 39 |
|---|---|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | 09/01/2016 | | | | |
| (b)(4) | Accounting Info: | | | | |
| | Funded: $0.00 | | | | |
| | Change Item 2007 to read as follows(amount shown is the total amount): | | | | |
| 2007 | Telephonic Reporting Fixed Unit Price The unit EA represents a Participant Day (PD) | | | (b)(4) | |
| | The Contractor shall provide Technology to ISAP III participants in accordance with Section 6.5 of the SOW and Attachment 6- Detailed GPS Ankle Bracelets and Tracking/Monitoring System and Telephonic Reporting System. | | | | |
| | CLIN 2007 Option Year 2 NTE Amount: | | | | |
| (b)(4) | Amount: (Option Line Item) 09/01/2016 | | | | |
| (b)(4) | Accounting Info: | | | | |
| | Funded: $0.00 | | | | |
| | Change Item 2008 to read as follows(amount shown is the total amount): | | | | |
| 2008 | Court Tracking Fixed Unit Price The unit EA represents a Participant Day (PD) | | | (b)(4) | |
| | The Contractor shall provide Court Tracking (Tracking of Court Case and Reminder Call to Participant before Court) to ISAP III participants in accordance with Section 6.1 of the SOW. | | | | |
| | CLIN 2008 Option Year 2 NTE Amount: | | | | |
| (b)(4) | Amount: (Option Line Item) 09/01/2016 | | | | |
| | Continued ... | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED | | PAGE | OF |
|---|---|---|---|---|
| | HSCEDM-14-D-00004/P00001 | | 24 | 39 |

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| (b)(4) | Accounting Info:<br><br>Funded: $0.00<br><br>Change Item 2009 to read as follows(amount shown is the total amount): | | | | |
| 2009 | Alert Management<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall provide Alert Management (GPS & Telephonic Alerts) to ISAP III participants in accordance with Section 6.1 of the SOW. | | | | (b)(4) |
| (b)(4) | CLIN 2009 Option Year 2 NTE Amount: | | | | |
| (b)(4) | Amount: _____ (Option Line Item)<br>09/01/2016 | | | | |
| (b)(4) | Accounting Info:<br><br>Funded: $0.00<br><br>Change Item 3001 to read as follows(amount shown is the total amount): | | | | |
| 3001 | CONTRACT MANAGEMENT - The Contractor shall provide all contractual and program management, oversight, reporting and quality control of the ISAP III program to include on-site and off-site Contractor personnel. ISAP III personnel shall comply with the Education/ Training/ Licenses/Certification Requirements outlined in Section 6.9:Training of the SOW. | | | | (b)(4) |
| (b)(4) | CLIN 3001 Option Year 3 Amount: | | | | |
| (b)(4) | Amount: _____ (Option Line Item)<br>09/01/2017<br><br>Accounting Info:<br>Attachment A<br>Funded: $0.00<br>Continued ... | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HSCEDM-14-D-00004/P00001 | | | PAGE<br>25 | OF<br>39 |
|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | Change Item 3002 to read as follows(amount shown is the total amount): | | | | |
| 3002 | Office Visits- The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Office visits, Home visits) for each ISAP III participant in accordance with Sections 6.3 of the SOW. The requirements for each corresponding level of supervision will be provided under SLINs 3002A, 3002B, 3002C, and 3002D.<br>Amount: $0.00(Option Line Item)<br>09/01/2017<br>(Not Separately Priced) | | EA | | 0.00 |
| (b)(4) | Accounting Info: | | | | |
| | Funded: $0.00 | | | | |
| | Change Item 3002A to read as follows(amount shown is the total amount): | | | | |
| 3002A | Office Visit-Every Week<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD) | | | | (b)(4) |
| | The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Office visits, Home visits) for each ISAP III participant in accordance with Sections 6.3 of the SOW.<br>CLIN 3002A Option Year 3 NTE Amount: | | | | |
| (b)(4) | | | | | |
| (b)(4) | Amount: _____ (Option Line Item)<br>09/01/2017 | | | | |
| (b)(4) | Accounting Info: | | | | |
| | Funded: $0.00 | | | | |
| | Change Item 3002B to read as follows(amount shown is the total amount): | | | | |
| 3002B | Office Visit-Once Every Two Weeks<br>Fixed Unit Price<br>Continued ... | | | | (b)(4) |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| | | | | | |
|---|---|---|---|---|---|
| **CONTINUATION SHEET** | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HSCEDM-14-D-00004/P00001 | | | PAGE<br>26 | OF<br>39 |

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | The unit EA represents a Participant Day (PD) | | | | |
| | The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Office visits) for each ISAP III participant in accordance with Sections 6.3 of the SOW. | | | | |
| (b)(4) | CLIN 3002B Option Year 3 NTE Amount: | | | | |
| (b)(4) | Amount:     (Option Line Item)<br>09/01/2017 | | | | |
| (b)(4)(b) | Accounting Info: | | | | |
| | Funded: $0.00 | | | | |
| | Change Item 3002C to read as follows(amount shown is the total amount): | | | | |
| 3002C | Office Visit-Once Every Four Weeks<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Office visits) for each ISAP III participant in accordance with Sections 6.3 of the SOW. | | | | (b)(4) |
| (b)(4) | CLIN 3002C Option Year 3 NTE Amount: | | | | |
| (b)(4) | Amount:     (Option Line Item)<br>09/01/2017 | | | | |
| (b)(4)(b) | Accounting Info: | | | | |
| | Funded: $0.00 | | | | |
| | Change Item 3002D to read as follows(amount shown is the total amount): | | | | |
| 3002D | Office Visit-Once Every Eight Weeks<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall administer, monitor, track, and report various stages of supervision (i.e.<br>Continued ... | | | | (b)(4) |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | Office visits) for each ISAP III participant in accordance with Sections 6.3 of the SOW. | | | | |
| | CLIN 3002D Option Year 3 NTE Amount: | | | | |
| (b)(4) | | | | | |
| (b)(4) | Amount: _____ (Option Line Item)<br>09/01/2017 | | | | |
| (b)(4)(E) | Accounting Info: | | | | |
| | Funded: $0.00 | | | | |
| | Change Item 3003 to read as follows(amount shown is the total amount): | | | | |
| 3003 | Home Visits- The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Home visits) for each ISAP III participant in accordance with Sections 6.4 of the SOW. The requirements for each corresponding level of supervision will be provided under SLINs 3003A, 3003B, 3003C, and 3003D.<br>Amount: $0.00(Option Line Item)<br>09/01/2017<br>(Not Separately Priced) | | EA | | 0.00 |
| (b)(4)(E) | Accounting Info: | | | | |
| | Funded: $0.00 | | | | |
| | Change Item 3003A to read as follows(amount shown is the total amount): | | | | |
| 3003A | Home Visit-Once Every Two Weeks<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Home visits) for each ISAP III participant in accordance with Sections 6.4 of the SOW. | | | | (b)(4) |
| | CLIN 3003A Option Year 3 NTE Amount: | | | | |
| (b)(4) | | | | | |
| (b)(4) | Amount: _____ (Option Line Item)<br>09/01/2017<br>Continued ... | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED HSCEDM-14-D-00004/P00001 | | | PAGE 28 | OF 39 |
|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| (b)(4) | Accounting Info: | | | | |
| | Funded: $0.00 | | | | |
| | Change Item 3003B to read as follows(amount shown is the total amount): | | | | |
| 3003B | Home Visit-Once Every Four Weeks Fixed Unit Price The unit EA represents a Participant Day (PD) | | | | (b)(4) |
| | The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Home visits) for each ISAP III participant in accordance with Sections 6.4 of the SOW. | | | | |
| | CLIN 3003B Option Year 3 NTE Amount: | | | | |
| (b)(4) (b)(4) | Amount: (Option Line Item) 09/01/2017 | | | | |
| (b)(4) | Accounting Info: | | | | |
| | Funded: $0.00 | | | | |
| | Change Item 3003C to read as follows(amount shown is the total amount): | | | | |
| 3003C | Home Visit-Once Every Eight Weeks Fixed Unit Price The unit EA represents a Participant Day (PD) | | | | (b)(4) |
| | The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Home visits) for each ISAP III participant in accordance with Sections 6.4 of the SOW. | | | | |
| | CLIN 3003C Option Year 3 NTE Amount: | | | | |
| (b)(4) (b)(4) | Amount: (Option Line Item) 09/01/2017 | | | | |
| (b)(4) | Accounting Info: | | | | |
| | Continued ... | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **CONTINUATION SHEET** | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HSCEDM-14-D-00004/P00001 | | | PAGE<br>29 | OF<br>39 |

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| (b)(4) | | | | | |
| | Funded: $0.00 | | | | |
| | Change Item 3004 to read as follows(amount shown is the total amount): | | | | |
| 3004 | Case Management<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD) | | | | (b)(4) |
| | The Contractor shall administer, monitor, track, and report ISAP III participants in their Case Management system in accordance with Section 6.2 of the SOW. | | | | |
| | CLIN 3004 Option Year 3 NTE Amount: | | | | |
| (b)(4) | | | | | |
| (b)(4) | Amount: _____ (Option Line Item)<br>09/01/2017 | | | | |
| | Accounting Info: | | | | |
| (b)(4) | | | | | |
| | Funded: $0.00 | | | | |
| | Change Item 3005 to read as follows(amount shown is the total amount): | | | | |
| 3005 | Orientation/ Enrollment<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD) | | | | (b)(4) |
| | The Contractor shall provide enrollment and orientation to ISAP III participants in accordance with Section 6.6 of the SOW. | | | | |
| | CLIN 3005 Option Year 3 NTE Amount: | | | | |
| (b)(4) | | | | | |
| (b)(4) | Amount: _____ (Option Line Item)<br>09/01/2017 | | | | |
| | Accounting Info: | | | | |
| (b)(4) | | | | | |
| | Funded: $0.00 | | | | |
| | Change Item 3006 to read as follows(amount shown is the total amount):<br>Continued ... | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED | PAGE | OF |
|---|---|---|---|
| | HSCEDM-14-D-00004/P00001 | 30 | 39 |

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| 3006 | GPS<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall provide Technology to ISAP ITT participants in accordance with Section 6.5 of the SOW and Attachment 6- Detailed GPS Ankle Bracelets and Tracking/Monitoring System and Telephonic Reporting System.<br><br>CLIN 3006 Option Year 3 NTE Amount:<br><br>Amount: _____ (Option Line Item)<br>09/01/2017<br><br>Accounting Info:<br><br>Funded: $0.00<br><br>Change Item 3007 to read as follows(amount shown is the total amount): | | | | (b)(4) |
| 3007 | Telephonic Reporting<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall provide Technology to ISAP ITT participants in accordance with Section 6.5 of the SOW and Attachment 6- Detailed GPS Ankle Bracelets and Tracking/Monitoring System and Telephonic Reporting System.<br><br>CLIN 3007 Option Year 3 NTE Amount:<br><br>Amount: _____ (Option Line Item)<br>09/01/2017<br><br>Accounting Info:<br><br>Funded: $0.00<br><br>Change Item 3008 to read as follows(amount shown is the total amount): | | | | (b)(4) |
| 3008 | Court Tracking<br>Continued ... | | | | (b)(4) |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED | | PAGE | OF |
|---|---|---|---|---|
| | HSCEDM-14-D-00004/P00001 | | 31 | 39 |

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall provide Court Tracking (Tracking of Court Case and Reminder Call to Participant before Court) to ISAP III participants in accordance with Section 6.1 of the SOW.<br><br>CLIN 3008 Option Year 3 NTE Amount:<br><br>Amount: _____ (Option Line Item)<br>09/01/2017<br><br>Accounting Info:<br><br>Funded: $0.00<br><br>Change Item 3009 to read as follows(amount shown is the total amount): | | | | |
| 3009 | Alert Management<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall provide Alert Management (GPS & Telephonic Alerts) to ISAP III participants in accordance with Section 6.1 of the SOW.<br><br>CLIN 3009 Option Year 3 NTE Amount:<br><br>Amount: _____ (Option Line Item)<br>09/01/2017<br><br>Accounting Info:<br><br>Funded: $0.00<br><br>Change Item 4001 to read as follows(amount shown is the total amount): | | | | (b)(4) |
| 4001 | CONTRACT MANAGEMENT - The Contractor shall provide all contractual and program management, oversight, reporting and quality control of the<br>Continued ... | | | | (b)(4) |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| | CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED | PAGE | OF |
|---|---|---|---|---|
| | | HSCEDM-14-D-00004/P00001 | 32 | 39 |

NAME OF OFFEROR OR CONTRACTOR

BI INCORPORATED

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | ISAP III program to include on-site and off-site Contractor personnel. ISAP III personnel shall comply with the Education/ Training/ Licenses/Certification Requirements outlined in Section 6.9:Training of the SOW. | | | | |
| (b)(4) | CLIN 4001 Option Year 4 Amount: | | | | |
| (b)(4) | Amount: [            ] (Option Line Item) 09/01/2018 | | | | |
| | Accounting Info: Attachment A Funded: $0.00 | | | | |
| | Change Item 4002 to read as follows(amount shown is the total amount): | | | | |
| 4002 | Office Visits- The Contractor shall administer, monitor, track, and report various stages of supervision: (i.e. Office visits, Home visits) for each ISAP III participant in accordance with Sections 6.3 of the SOW. The requirements for each corresponding level of supervision will be provided under SLINs 4002A, 4002B, 4002C, and 4002D. Amount: $0.00(Option Line Item) 09/01/2018 (Not Separately Priced) | | EA | | 0.00 |
| (b)(4) | Accounting Info: | | | | |
| | Funded: $0.00 | | | | |
| | Change Item 4002A to read as follows(amount shown is the total amount): | | | | |
| 4002A | Office Visit-Every Week Fixed Unit Price The unit EA represents a Participant Day (PD) | | | (b)(4) | |
| | The Contractor shall administer, monitor, track, and report various stages of supervision: (i.e. Office visits, Home visits) for each ISAP III participant in accordance with Sections 6.3 of the SOW. | | | | |
| (b)(4) | CLIN 4002A Base Year NTE Amount: | | | | |
| | Continued ... | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| | | | | | |
|---|---|---|---|---|---|
| **CONTINUATION SHEET** | REFERENCE NO. OF DOCUMENT BEING CONTINUED HSCEDM-14-D-00004/P00001 | | | PAGE 33 | OF 39 |

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| (b)(4) | Amount: [____] (Option Line Item) 09/01/2018 | | | | |
| | Accounting Info: | | | | |
| (b)(4) | [_____] | | | | |
| | Funded: $0.00 | | | | |
| | Change Item 4002B to read as follows(amount shown is the total amount): | | | | |
| 4002B | Office Visit-Once Every Two Weeks Fixed Unit Price The unit EA represents a Participant Day (PD)  The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Office visits) for each ISAP III participant in accordance with Sections 6.3 of the SOW.  CLIN 4002B Base Year NTE Amount: | | | | (b)(4) |
| (b)(4) | [_____] | | | | |
| (b)(4) | Amount: [____] (Option Line Item) 09/01/2018 | | | | |
| | Accounting Info: | | | | |
| (b)(4) | [_____] | | | | |
| | Funded: $0.00 | | | | |
| | Change Item 4002C to read as follows(amount shown is the total amount): | | | | |
| 4002C | Office Visit-Once Every Four Weeks Fixed Unit Price The unit EA represents a Participant Day (PD)  The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Office visits) for each ISAP III participant in accordance with Sections 6.3 of the SOW.  CLIN 4002C Option Year 4 NTE Amount: | | | | (b)(4) |
| (b)(4) | [_____] | | | | |
| (b)(4) | Amount: [____] (Option Line Item) 09/01/2018 | | | | |
| | Accounting Info: Continued ... | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **CONTINUATION SHEET** | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HSCEDM-14-D-00004/P00001 | | | PAGE<br>34 | OF<br>39 |

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| (b)(4) | | | | | |
| | Funded: $0.00 | | | | |
| | Change Item 4002D to read as follows(amount shown is the total amount): | | | | |
| 4002D | Office Visit-Once Every Eight Weeks<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Office visits) for each ISAP III participant in accordance with Sections 6.3 of the SOW.<br><br>CLIN 4002D Option Year 4 NTE Amount: | | | | (b)(4) |
| (b)(4)<br>(b)(4) | Amount: _____ (Option Line Item)<br>09/01/2018 | | | | |
| (b)(4) | Accounting Info: | | | | |
| | Funded: $0.00 | | | | |
| | Change Item 4003 to read as follows(amount shown is the total amount): | | | | |
| 4003 | Home Visits- The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Home visits) for each ISAP III participant in accordance with Sections 6.4 of the SOW. The requirements for each corresponding level of supervision will be provided under SLINs 4003A, 4003B, 4003C, and 4003D.<br>Amount: $0.00(Option Line Item)<br>09/01/2018<br>(Not Separately Priced) | | EA | | 0.00 |
| (b)(4) | Accounting Info: | | | | |
| | Funded: $0.00 | | | | |
| | Change Item 4003A to read as follows(amount shown is the total amount):<br>Continued ... | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| | | | | PAGE | OF |
|---|---|---|---|---|---|
| **CONTINUATION SHEET** | REFERENCE NO. OF DOCUMENT BEING CONTINUED HSCEDM-14-D-00004/P00001 | | | 35 | 39 |

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| 4003A | Home Visit-Once Every Two Weeks Fixed Unit Price The unit EA represents a Participant Day (PD)  The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Home visits) for each ISAP III participant in accordance with Sections 6.4 of the SOW.  CLIN 4003A Option Year 4 NTE Amount: | | | | (b)(4) |
| | (b)(4) | | | | |
| | (b)(4) Amount: (Option Line Item) 09/01/2018  Accounting Info: | | | | |
| | (b)(4) | | | | |
| | Funded: $0.00  Change Item 4003B to read as follows(amount shown is the total amount): | | | | |
| 4003B | Home Visit-Once Every Four Weeks Fixed Unit Price The unit EA represents a Participant Day (PD)  The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Home visits) for each ISAP III participant in accordance with Sections 6.4 of the SOW.  CLIN 3003B Option Year 4 NTE Amount: | | | | (b)(4) |
| | (b)(4) | | | | |
| | (b)(4) Amount: (Option Line Item) 09/01/2018  Accounting Info: | | | | |
| | (b)(4) | | | | |
| | Funded: $0.00  Change Item 4003C to read as follows(amount shown is the total amount): | | | | |
| 4003C | Home Visit-Once Every Eight Weeks Fixed Unit Price The unit EA represents a Participant Day (PD) Continued ... | | | | (b)(4) |

| | | PAGE | OF |
|---|---|---|---|
| **CONTINUATION SHEET** | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HSCEDM-14-D-00004/P00001 | 36 | 39 |

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | The Contractor shall administer, monitor, track, and report various stages of supervision (i.e. Home visits) for each ISAP III participant in accordance with Sections 6.4 of the SOW. | | | | |
| (b)(4) | CLIN 4003C Option Year 4 NTE Amount: | | | | |
| (b)(4) | Amount: [        ] (Option Line Item)<br>09/01/2018 | | | | |
| (b)(4)(b) | Accounting Info: | | | | |
| | Funded: $0.00 | | | | |
| | Change Item 4004 to read as follows(amount shown is the total amount): | | | | |
| 4004 | Case Management<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD) | | | | (b)(4) |
| | The Contractor shall administer, monitor, track, and report ISAP III participants in their Case Management system in accordance with Section 6.2 of the SOW. | | | | |
| (b)(4) | CLIN 4004 Option Year 4 NTE Amount: | | | | |
| (b)(4) | Amount: [        ] (Option Line Item)<br>09/01/2018 | | | | |
| (b)(4)(b) | Accounting Info: | | | | |
| | Funded: $0.00 | | | | |
| | Change Item 4005 to read as follows(amount shown is the total amount): | | | | |
| 4005 | Orientation/ Enrollment<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD) | | | | (b)(4) |
| | The Contractor shall provide enrollment and orientation to ISAP III participants in<br>Continued ... | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| | | | | | |
|---|---|---|---|---|---|
| **CONTINUATION SHEET** | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HSCEDM-14-D-00004/P00001 | | | PAGE<br>37 | OF<br>39 |

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | accordance with Section 6.6 of the SOW. | | | | |
| | CLIN 4005 Option Year 4 NTE Amount: | | | | |
| (b)(4) | | | | | |
| (b)(4) | Amount:              (Option Line Item)<br>09/01/2018 | | | | |
| (b)(4)(b) | Accounting Info: | | | | |
| | Funded: $0.00 | | | | |
| | Change Item 4006 to read as follows(amount shown<br>is the total amount): | | | | |
| 4006 | GPS<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall provide Technology to ISAP<br>III participants in accordance with Section 6.5<br>of the SOW and Attachment 6- Detailed GPS Ankle<br>Bracelets and Tracking/Monitoring System and<br>Telephonic Reporting System. | | | | (b)(4) |
| | CLIN 4006 Option Year 4 NTE Amount: | | | | |
| (b)(4) | | | | | |
| (b)(4) | Amount:              (Option Line Item)<br>09/01/2018 | | | | |
| (b)(4)(b) | Accounting Info: | | | | |
| | Funded: $0.00 | | | | |
| | Change Item 4007 to read as follows(amount shown<br>is the total amount): | | | | |
| 4007 | Telephonic Reporting<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall provide Technology to ISAP<br>III participants in accordance with Section 6.5<br>of the SOW and Attachment 6- Detailed GPS Ankle<br>Bracelets and Tracking/Monitoring System and<br>Telephonic Reporting System.<br><br>Continued ... | | | | (b)(4) |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HSCEDM-14-D-00004/P00001 | | | PAGE<br>38 | OF<br>39 |
|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| (b)(4) | CLIN 4007 Option Year 4 NTE Amount: | | | | |
| (b)(4) | Amount: [          ] (Option Line Item)<br>09/01/2018 | | | | |
| (b)(4)(B) | Accounting Info: | | | | |
| | Funded: $0.00 | | | | |
| | Change Item 4008 to read as follows(amount shown is the total amount): | | | | |
| 4008 | Court Tracking<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall provide Court Tracking (Tracking of Court Case and Reminder Call to Participant before Court) to ISAP III participants in accordance with Section 6.1 of the SOW. | | | | (b)(4) |
| (b)(4) | CLIN 4008 Option Year 4 NTE Amount: | | | | |
| (b)(4) | Amount: [          ] (Option Line Item)<br>09/01/2018 | | | | |
| (b)(4)(B) | Accounting Info: | | | | |
| | Funded: $0.00 | | | | |
| | Change Item 4009 to read as follows(amount shown is the total amount): | | | | |
| 4009 | Alert Management<br>Fixed Unit Price<br>The unit EA represents a Participant Day (PD)<br><br>The Contractor shall provide Alert Management (GPS & Telephonic Alerts) to ISAP III participants in accordance with Section 6.1 of the SOW. | | | | (b)(4) |
| (b)(4) | CLIN 4009 Option Year 4 NTE Amount: | | | | |
| (b)(4) | Amount: [          ] (Option Line Item)<br>Continued ... | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED | | PAGE | OF |
|---|---|---|---|---|
| | HSCEDM-14-D-00004/P00001 | | 39 | 39 |

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | 09/01/2018 | | | | |
| | Accounting Info: | | | | |
| (b)(4) | | | | | |
| | Funded: $0.00 | | | | |
| | Contact information: | | | | |
| | DHS/ICE/ Office of Acquisition Management (CAQ) | | | | |
| (b)(6)(b)(7)(C) | Contracting Officer: [        ]-202-732-[    ] | | | | (b)(6)(b)(7)(C) |
| (b)(6)(b)(7)(C) | [        ]@ice.dhs.gov | | | | |
| | | | | | |
| | ICE/ERO/Alternatives to Detention Unit (ATD) | | | | |
| (b)(6)(b)(7)(C) | COR: [              ]@ice.dhs.gov (202) | | | | |
| (b)(6)(b)(7)(C) | 732-[   ] | | | | |
| (b)(6)(b)(7)(C) | ACOR: | | | | |
| (b)(6)(b)(7)(C) | [          ]@ice.dhs.gov (202) 732-[    ] | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | | PAGE 1 | OF PAGES 3 |
|---|---|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| P00008 | See Block 16C | | |

| 6. ISSUED BY | CODE | ICE/DCR | 7. ADMINISTERED BY (If other than Item 6) | CODE | ICE/DCR |
|---|---|---|---|---|---|
| ICE/Detention Compliance & Removals<br>Immigration and Customs Enforcement<br>Office of Acquisition Management<br>801 I Street, NW,<br>WASHINGTON DC 20536 | | | ICE/Detention Compliance & Removals<br>Immigration and Customs Enforcement<br>Office of Acquisition Management<br>801 I Street NW,<br>Washington DC 20536 | | |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | | (x) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|---|
| BI INCORPORATED<br>6400 LOOKOUT ROAD<br>BOULDER CO 803013377 | | | |
| | | | 9B. DATED (SEE ITEM 11) |
| | | X | 10A. MODIFICATION OF CONTRACT/ORDER NO.<br>HSCEDM-14-D-00004 |
| CODE   0941609590000 | FACILITY CODE | | 10B. DATED (SEE ITEM 13)<br>09/02/2014 |

| 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS |
|---|

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers   ☐ is extended,   ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA (If required) |
|---|
| See Schedule |

| 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14. |
|---|

| CHECK ONE | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification and authority)<br>FAR 43.103 Bilateral Modification |

E. IMPORTANT:   Contractor   ☐ is not.   ☒ is required to sign this document and return _____1_____ copies to the issuing office.

| 14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.) |
|---|

DUNS Number:  094160959

The purposes of modification 00008 are as follows:

1) In accordance with Nationwide Program Expansion Requirements of the ISAP III Statement of Work (Attachment 4), it is the Government's intent to expand its ISAP III coverage to additional Field Office/Sub-Office locations by authorizing BI Incorporated to assign personnel as follows:

C-Site Expansion (Capacity)
A) St. Louis, Missouri - Increase from 100 to 250 slots (60 days)
B) Omaha, Nebraska - Increase from 100 to 200 slots (60 days)
C) Boston, Massachusetts- Increase from 400 to 550 slots (60 days)
Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| VP, Financial Planning | |
| 15B. ...zed to sign)   15C. DATE SIGNED   6/2/15 | 16B. (Signature of Contracting Officer)   16C. DATE SIGNED |

| NSN 7540-01-152-8070<br>Previous edition unusable | STANDARD FORM 30 (REV. 10-83)<br>Prescribed by GSA<br>FAR (48 CFR) 53.243 |
|---|---|

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HSCEDM-14-D-00004/P00008 | PAGE<br>2 | OF<br>3 |
|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | D)   Houston, Texas - Increase from 300 to 400 slots (60 days) | | | | |

G-Sites Expansion (Capacities)
A)    Jacksonville, Florida - 100 slots (30 days)
B)    Jackson, Mississippi - 100 slots (30 days)
C)    Ventura, California - 100 slots (30 days)

Per Section H.4   Procedure for Activation of
Additional ISAP III Field Office/Sub-Office
Locations of contract HSCEDM-14-D-00004, BI
Incorporated has no more than sixty (60) calendar
days for "Contractor Site" locations from receipt
of the modification and no more than thirty (30)
calendar days for "Government Site" locations to
fulfill all SOW requirements at the specific
field office and/or sub-office location(s)
identified herein.

2)    Add "S" site services (as defined in CLIN 12)
at the (i) ICE Field Office in El Paso, TX.
Services at El Paso shall commence on June 3,
2015.

3)    Clarify services offered to C-site and G-site
participants outside of 75 miles.
a.    Residence Verification. Will not be offered
b.    Alert Management.  In some instances if the
Participant fails to respond to our efforts to
have them report to the office, our practice is
to complete a home visit to ascertain if they
have absconded and or address the alert. This
will not be offered.

If a GPS unit being utilized within 75 miles of a
C-site or G-site and stops moving after a TOS or
strap tamper, BI will retrieve the device during
normal business hours.

c.    ISPs.  SOW 7.0.5 requires that we update the
ISP once per month.  Since the plan for these
Participants is Face to Face visit once every 8
weeks and no home visits, we would have no basis
to provide an update since we will only have
direct contact with the Participant once every 8
weeks. BI is comfortable with updating the
service plan as deemed necessary by the
government.

Continued ...

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HSCEDM-14-D-00004/P00008 | | PAGE<br>3 | OF<br>3 |
|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | If ERO choose Office Visits for those participants outside of 75 miles, then ISP updates will be updated when the participant reports to the contractor but no less than once every 8 weeks & not more than once per month.<br><br>--------------------------------------------<br><br>1. No funding is being obligated on the ISAP III base contract. Funding will be provided via Task order HSCEDM-14-J-00033.<br><br>All other prices, terms and conditions remain the same.<br>Exempt Action: Y<br>Period of Performance: 09/08/2014 to 08/31/2019<br>Contact information:<br>DHS/ICE/ Office of Acquisition Management (OAQ)<br>Contracting Officer: ████-202-732 ████<br>████ice.dhs.gov<br><br>ICE/ERO/Alternatives to Detention Unit (ATD)<br>COR: ████ ice.dhs.gov (202) 732-████<br>ACOR: ████<br>████ice.dhs.gov (202) 732-████ | | | | |

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | | PAGE OF PAGES |
|---|---|---|---|---|
| 2. AMENDMENT/MODIFICATION NO | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ NO | | 5. PROJECT NO (If applicable) |

6. ISSUED BY CODE

ICE/Detention Compliance & Removals
Immigration and Customs Enforcement
Office of Acquisition Management
801 I Street, NW
WASHINGTON DC 20536

7. ADMINISTERED BY (If other than item 6) CODE

ICE Detention Compliance & Removals
Immigration and Customs Enforcement
Office of Acquisition Management
801 I Street, NW
Washington DC 20536

8. NAME AND ADDRESS OF CONTRACTOR (No. street, county, State and ZIP Code)

GEO INCORPORATED
6400 LOOKOUT ROAD
BOULDER CO 80301-3327

CODE  0441619590008       FACILITY CODE

(x)

| 9A. AMENDMENT OF SOLICITATION NO |
|---|
| 9B. DATED (SEE ITEM 11) |
| 10A. MODIFICATION OF CONTRACT/ORDER NO |
| 10B. DATED (SEE ITEM 13) |

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
See Schedule

13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

CHECK ONE

☐ A. THIS CHANGE ORDER IS ISSUED PURSUANT TO (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

☐ B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14 PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

☐ C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

☒ D. OTHER (Specify type of modification and authority)
FAR 43.103 Bilateral Modification

E. IMPORTANT: Contractor ☐ is not ☒ is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

PANG Number:  0441619590

The purpose of modification "P00004" is to include:

i) Add "G" site services (as defined in SOW 3) at the (i) Karnes County Residential Center (KCRC) and (ii) South Texas Family Residential Center (STFRC, or "Dilley"). ERO officers will identify, evaluate, and refer participants to the contractor to perform the functions required and identified at each site. Delivery of these facilities shall commence on July 1, 2015.

--------------------------------------------------------

1. No funding is being obligated on the "P00004" modification. Funding will be provided
Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remain unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|---|
| President | | |
| 15B. | 15C. DATE SIGNED 6/30/15 | 16B. | 16C. DATE SIGNED 6/30/15 |

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED HSCEDM-14-D-00004/P00009 | | | PAGE 2 | OF 2 |
|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
BI INCORPORATED

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | via Task order HSCEDM-14-J-00033. | | | | |
| | All other prices, terms and conditions remain the same. | | | | |
| | Exempt Action: Y | | | | |
| | Period of Performance: 09/08/2014 to 08/31/2019 | | | | |
| | Contact information: | | | | |
| | DHS/ICE/ Office of Acquisition Management (OAO) | | | | |
| (b)(6),(b)(7)(C) | Contracting Officer: [          ]-202-732[   ] | | | | (b)(6),(b)(7)(C) |
| (b)(6),(b)(7)(C) | [          ]@ice.dhs.gov | | | | |
| | | | | | |
| | ICE/ERO/Alternatives to Detention Unit (ATD) | | | | |
| (b)(6),(b)(7)(C) | COR: [          ]@ice.dhs.gov (202) | | | | |
| (b)(6),(b)(7)(C) | 732[  ] | | | | |
| (b)(6),(b)(7)(C) | ACOR: [          ] | | | | |
| (b)(6),(b)(7)(C) | [          ]@ice.dhs.gov (202) 732[   ] | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110